UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************

Jonathan Leite,
    Plaintiff

v.                                     Civil No. 15-cv-00280-PB

Matthew Goulet *et al.*,
    Defendants

*******************************************

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Matthew Goulet, Elmer Van Hoesen, Michael Beaton, Lynn McLain, Trevor Dube, Rhianne Snyder, Eddy L'Heureux, Heather Marquis, Jeffrey Smith, Dwane Sweatt, Yair Balderrama, Bob Morin, Kathy Bergeron, and Ejike Esobe hereby move for summary judgment in their favor on all claims brought by Plaintiff, pursuant to Fed. R. Civ. P. 56, for the reasons stated in the defendants' memorandum in support of this motion, together with its exhibits, submitted herewith. *See* L.R. 7.1(a)(2).

WHEREFORE, the defendants respectfully request that this Honorable Court:

A.     Enter Summary Judgment in favor of all Defendants; and

B.     Grant such further relief as may be deemed just and proper.

                                                        Respectfully submitted,

                                                        MATTHEW GOULET, *ET AL*

                                                        By their attorneys,

GORDON J. MACDONALD
ATTORNEY GENERAL

| | |
|---|---|
| Date: October 13, 2017 | /s/ Lynmarie C. Cusack |
| | Lynmarie C. Cusack, NH Bar No. 11266 |
| | Senior Assistant Attorney General |
| | Francis C. Fredericks, NH Bar No. 21161 |
| | Assistant Attorney General |
| | Department of Justice |
| | 33 Capitol Street |
| | Concord, NH 03301-6397 |
| | (603) 271-3650 |
| | lynmarie.cusack@doj.nh.gov |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 13$^{\text{sth}}$ day of October 2017, via this court's ECF system, to Benjamin T. King, counsel of record for plaintiff Jonathan Leite.

/s/ Lynmarie C. Cusack
Lynmarie C. Cusack