

51

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE


```
*  *  *  *  *  *  *  *  *  *  *  *   *
                                     *
JONATHAN LEITE,                      * Case No.
                       Plaintiff,    * 1:15-cv-00280-PB
                                     *
              v.                     * Volume: 2
                                     * Pages: 51-298
CORRECTIONS OFFICERS MATTHEW GOULET,* Exhibits: 2-5
ELMER VAN HOESEN, MICHAEL BEATON,    *
LYNN MCLAIN, HEATHER MARQUIS,        *
TREVOR DUBE, RHIANNE SNYDER, EDDY    *
L'HEUREUX, JEFFREY SMITH, DWANE      *
SWEATT, YAIR BALDERRAMA, BOB MORIN,  *
EJIKE ESOBE, AND KATHY BERGERON,     *
                    Defendants.      *
                                     *
*  *  *  *  *  *  *  *  *  *  *  *   *
```


DEPOSITION OF JONATHAN LEITE


        Deposition taken by counsel at the law
        offices of Douglas, Leonard & Garvey,
        Professional Corporation, 14 South
        Street, Suite 5, Concord, New Hampshire,
        on Tuesday, September 26, 2017, from
        9:56 a.m. to 4:33 p.m.



Court Reporter:
Karen L. Leach, LCR No. 38
(RSA 310-A:179)

```
1              I N D E X

2

3   WITNESS:   Jonathan Leite

4

5

6   EXAMINATION BY:                        Page

7           Mr. Fredericks               54

8           Mr. King                     282

9           Mr. Fredericks               288

10

11

12          INDEX TO EXHIBITS*

13  Description                           Page

14  Leite

15  Exhibit 2   12/6/11 Emergency Room Evaluation   110

16  Exhibit 3   Edward Johanan DOC Face Sheet       147

17  Exhibit 4   DOC Offender Summary Sheet -

18              Ryan Elliott                        158

19  Exhibit 5   Jonathan Leite, Sr. - Transcript of

20              GED Tests                           266

21

22  NOTE:  Exhibits returned to Attorney Fredericks.

23
```

```
1   APPEARANCES:

2

3   For the Plaintiff:
        DOUGLAS, LEONARD & GARVEY, P.C.
4       By: Benjamin King, Esq.
        14 South Street, Suite 5
5       Concord, NH 03301
        Phone: 603.224.1988
6       E-Mail: Benjamin@nhlawoffice.com

7

8   For the Defendant:
        NEW HAMPSHIRE DEPARTMENT OF JUSTICE
9       OFFICE OF THE ATTORNEY GENERAL
        By: Francis K. Fredericks, Jr., Esq.
10         -and-
        Lynmarie C. Cusack, Esq.
11      33 Capitol Street
        Concord, NH 03301
12      Phone: 603.271.3658
        E-Mail: Francis.fredericksjr@doj.nh.gov
13              Lynmarie.cusack@doj.nh.gov

14          STIPULATIONS

15

16      It is agreed that the deposition shall be taken
    in the first instance in stenotype and when
17  transcribed may be used for all purposes for which
    depositions are competent under the Federal Rules of
18  Civil Procedure.
        Notice, filing, caption and all other formalities
19  are waived.  All objections except as to form are
    reserved and may be taken in court at time of trial.
20      It is further agreed that if the deposition is
    not signed within thirty (30) days after submission to
21  counsel, the signature of the deponent is waived.

22

23
```

```
1   JONATHAN LEITE,

2   having been duly sworn by Ms. Leach,

3   was deposed and testified as follows:

4   EXAMINATION

5   BY MR. FREDERICKS:
```

6  Q.  Okay.  Mr. Leite, before we dig back into
7  where we left off, we can go over preliminaries like
8  we did last time.

9     Are you taking any medications today?
10  A.  Yes.
11  Q.  Would you please tell me what those are?
12  A.  Latuda, Lamictal, Baclofen, Neurontin.  I
13  can't -- that's all I can remember.
14  Q.  Okay.  What is the Baclofen for?
15  A.  It's a muscle relaxer for my back.
16  Q.  How long have you been taking that about?
17  A.  Three years.
18  Q.  Do you take any opioid pain medication for
19  your back?
20  A.  I used to until about four, five months ago,
21  and I stopped.  Like I explained to Mr. King, I have
22  trouble sleeping at night, and sometimes I go two
23  nights with just a couple hours' sleep, and then when

1  I am in a position like this, I get anxious.  So I
2  took -- I have Ativan for as needed, and I took it
3  before we spoke last time, and the not sleeping and
4  the Ativan together just it knocked me out.  I went
5  home and just passed out.  I apologize for wasting
6  either of your time.
7  Q.  Okay.  Thank you.  Thank you for the
8  explanation.  That's helpful.
9     As far as the opioid that you have been off
10  now for four or five months, how long prior to that
11  had you been taking that for your back?
12  A.  Two years.
13  Q.  And what has enabled you to stop taking them
14  for pain?
15  A.  Enabled.  Like how did I stop with the pain?
16  Q.  Yeah.  Or what led you -- you just said you
17  were on them for a prolonged period of time, two
18  years.
19  A.  Uh-huh.
20  Q.  And my question is, what allowed you to stop
21  taking those?
22  A.  I found other ways because I was on a
23  certain amount and it stopped working, and I didn't

1  want to progress through the milligrams. So I started
2  doing certain things. The Neurontin helps with it a
3  lot, the Baclofen. I've been going to the gym to do
4  lighter exercises as I can. Lidocaine patches,
5  heating pads, stuff like that helps a lot.
6  Q.  Okay. How often do you go to the gym now?
7  A.  A couple times a week if I can. Probably
8  for about 45 minutes. I just try to do a lot of like
9  my flexor muscles, the ones that help me with my range
10  of motion. Yeah.
11  Q.  Was there a period while you were taking the
12  opioid pain medication for your back that you weren't
13  able to go to the gym?
14  A.  I didn't go to the gym, no, at all.
15  Q.  Okay. Was it because you weren't able to go
16  to the gym or because you --
17  A.  At that time when I first had surgery, I
18  wasn't able to go for a while, and then because of the
19  -- the painkillers, I didn't feel I had to go.
20  Q.  Do you take anything to help you sleep?
21  A.  I try not to, but they have me on -- I can't
22  remember the name of the medicine, but it makes me
23  really drowsy, and I'll take that with some melatonin,

1  but even that doesn't -- if I'm really exhausted and
2  I've been up a couple days, it'll help, but as of
3  every day, it doesn't help.
4  Q.  Okay. Is that called Trazodone, that
5  medication?
6  A.  No.
7  Q.  Okay.
8  A.  No, I don't -- I don't believe so. My wife
9  does all my prescriptions. She puts them in a daily
10  pill container so I never really see the names. I
11  just take them.
12  Q.  Okay. Can we turn to 93 in the booklet,
13  which is what my note says we left off on Friday? And
14  I'm going to recap a little bit just to get us up to
15  speed.
16      We're looking at Leite Deposition Exhibit 1.
17  We're on Bates number page 93. We talked about this
18  document quite a bit on Friday. It's a New Hampshire
19  Department of Corrections Inter-Jurisdictional
20  Transfer Report that is the Coos County Department of
21  Corrections communications to the New Hampshire
22  Department of Corrections explaining their transfer of
23  Jonathan Leite for his county sentence to serve the

1  remainder of that at the state prison.
2      Does that summary sound accurate to you?
3  A.  Uh-huh.
4      (Interruption by the reporter.)
5  A.  Yes.
6  Q.  BY MR. FREDERICKS: Just yes or no. Just
7  keep your voice up.
8  A.  Yes. I forgot.
9  Q.  Thank you.
10      We went through most of the document, and if
11  you will recall, we were on the next page, which is
12  94.
13      MR. KING: You want him to turn to 94?
14      MR. FREDERICKS: Yes, please.
15  Q.  BY MR. FREDERICKS: There is a bold caption
16  that says "Any other relevant information or
17  observations." I believe we covered the first set of
18  information following that, but the second patch of
19  the substantive information says, "Subject has" -- and
20  I can't read the next word -- and then it says, "And
21  becomes aggressive and verbally threatening."
22      Do you recall yourself becoming aggressive
23  and verbally threatening at the Coos County Department

1  of Corrections?
2  A.  I don't have good memory of that, but yes.
3  Q.  What do you recall about that?
4  A.  I remember never have -- I had a really bad
5  fear of claustrophobia, and this is just the time I
6  remember, and they tried to put me in the -- in the
7  cell, and I got scared because of claustrophobia, and
8  I kind of panicked a little bit.
9  Q.  During that episode that you're describing
10  right now, did you become upset with any corrections
11  officers at the Department of Corrections?
12  A.  Yes.
13  Q.  Do you recall what you did or said to them?
14  A.  No, I don't.
15  Q.  You -- when we spoke on Friday, you
16  mentioned an incident with a CO at the farm job and
17  getting upset with him over a promotion you didn't
18  get.
19  A.  Yes.
20  Q.  Is this different -- this sounds like a
21  different episode, correct?
22  A.  It is.
23  Q.  Okay. Looking at the same note, it says,

1   "has been fine since placed in segregation."
2   A.  That's the time I was talking about that I
3   remember was when I was being place in segregation.
4   I'm sorry to interrupt you.
5   Q.  Sure.
6   A.  I was just -- yeah.
7   Q.  And was the segregation the result of you
8   becoming upset with the individual at the farm?
9   A.  Yes.
10  Q.  The next line says, "Haldol has seemed to
11  calm him down."
12      Do you recall being prescribed the
13  medication Haldol at the Coos County of Department of
14  Corrections?
15  A.  I don't know.  I don't remember.
16  Q.  Do you -- were you prescribed any medication
17  for your anger or anxiety at the Coos County
18  Department of Corrections?
19  A.  I believe -- I can't be sure, but I believe
20  I took it kind of as needed, but I didn't take it
21  every day I don't think.
22  Q.  Do you still take Haldol ever?
23  A.  No.

1   Q.  So how long were you at Coos County
2   Department of Corrections before they sent you to
3   New Hampshire State Prison System?
4   A.  Two or three months.  I'm not sure.  Maybe
5   less.
6   Q.  Did anyone at Coos County Department of
7   Corrections explain to you why you were moving to the
8   state prison system?
9   A.  Only CO Primo took me out of my cell and
10  brought me downstairs and said, "Jon, you're being
11  transported to the state prison.  Don't act up or
12  don't do anything wrong because you'll go right to
13  SHU," and that's all I remember him explaining to me.
14  Q.  That was the first time you'd heard you were
15  moving prisons?
16  A.  Yes.  Yes.
17  Q.  How did the transfer go?
18  A.  It went fine.
19  Q.  Okay.  Can we turn back a few pages to --
20  excuse me.  I'm going to do a few more.
21      What's your understanding right now of why
22  you were transported from county jail to state prison
23  on a one-year county sentence?

1   A.  Because of the situations that I -- I
2   explained.  That's what I was under the impression of.
3   Q.  And the situations you explained were you
4   sort of losing control at certain corrections
5   officers, and I believe we talked about once with a
6   doctor last Friday, correct?
7   A.  Uh-huh.
8   Q.  Is that a yes?
9   A.  Yes.  Yes.
10  Q.  Thank you.
11      Can we turn to page 106?
12      (Witness did as directed.)
13  Q.  BY MR. FREDERICKS:  This document, Bates
14  page 106 of Leite Exhibit 1, is entitled Nurse's
15  Notes.  These are -- and the date in the column to the
16  left says 4/9/2010, and is it your understanding that
17  you were at the Coos County Department of Corrections
18  at that time?
19  A.  Yes.
20  Q.  So reading the very first line of the entry
21  4/9/2010, it says, "New inmate for I believe one-year
22  sentence."
23      Do you see that?

1   A.  I do.
2   Q.  If we go down one, two, three, four lines, a
3   note begins two-thirds of the way down the line that
4   says, "said last night felt, in quotes, walls closing
5   in on him.  Denies previous mental health diagnosis
6   treatment history -- or treatment history.  Became
7   angry" -- I don't know what the -- whether that says
8   with or at -- "but COs was and escorted away before
9   PPP screening completed.  Will screen at a later
10  time."
11      Do you see this entry?
12  A.  Uh-huh.  Yes.
13  Q.  Do you remember having an episode with
14  corrections officers where you became angry during
15  what seems to be an intake screening?
16  A.  Yes.
17  Q.  Could you tell me what happened?
18  A.  Honestly, I can't remember how it started or
19  it started from like I said the claustrophobia.  I had
20  never done any time in my life, probation or anything.
21  This is my first real time getting in trouble, my
22  first time, and what -- oh, yeah.  And when I was in a
23  confined or made to be in a certain place against my

1  will, it made me feel like -- like the walls were
2  closing in, and it just -- it was an unfamiliar
3  feeling to me, and now as far as what happened in the
4  office as far as me getting upset, I don't remember
5  what started it or what was said.
6  Q.  What was the housing unit like that you were
7  in when you first arrived at the Coos County
8  Department of Corrections?  And by like, I mean could
9  you kind of tell me the layout?
10 A.  Uh-huh.  There was -- you walked in.  There
11 were lockers, and then I believe the bathroom was on
12 that same hallway, and then there was a room with a
13 bunch of bunks in it, and that was it for that floor
14 like when you first came in.
15 Q.  Is that where you lived?
16 A.  Yes.
17 Q.  So would it be somewhat like a dayroom bunk
18 situation that you're describing?
19 A.  Yes.
20 Q.  I'm looking down at the next entry on this
21 page.  It looks like there is a time indication of
22 12:15 on the left-hand margin.  "Back into I think blg
23 means building for lunch.  CO reports inmate tweaking

1  lunchroom for essentially being out of control and
2  lashing out; is that right?
3  A.  No, I don't.
4  Q.  Do you recall receiving a shot of Ativan
5  while at the Coos County Department of Corrections?
6  A.  No, I don't.  You have to remember this was
7  seven years.
8  Q.  I understand.
9  A.  It's really hard for me.
10 Q.  If you can't remember, just let me know.
11 A.  Okay.
12 Q.  It's not a memory test.  I'm just trying to
13 see what you know.
14    Could you please to turn to 109?  There's a
15 lot on this page, but about midway down, there's an
16 entry in the left-hand margin, 4/14/10, nine a.m. or
17 I'm not sure whether it's nine a.m. or nine p.m., but
18 it says, "Inmate to window looking distressed.  States
19 having nightmares and sweating driving him crazy."
20    Do you remember having issues with
21 nightmares while at the Coos County Department of
22 Corrections?
23 A.  I remember being really -- like I said, I'd

1  out.  Had to leave lunch room - crying,
2  hyperventilating.  Inmate brought to med room, face
3  red, breathing heavily."  I cannot read the next word.
4  Oh, "wringing hands, rocking, holding head, unable to
5  speak clearly, crying too hard."
6    Do you remember this incident?
7  A.  No, I don't.
8  Q.  This seems to be sort of similar to what
9  you're describing as far as being uncomfortable when
10 you get to Coos County Department of Corrections,
11 correct?
12 A.  Uh-huh.  I don't remember --
13    (Interruption by the reporter.)
14 A.  Yes.  I don't remember it being in the chow
15 hall though.  I remember the situation but not the
16 chow hall.  I don't remember that.
17 Q.  BY MR. FREDERICKS:  Going on the same line
18 or, excuse me, four lines up from the bottom of the
19 page 106 it says, "unable to hold inmate still,
20 muscles extremely tense, lashing out.  Removed to
21 holding cell."
22    And so what I'm hearing you say is you don't
23 remember an episode where you were removed from the

1  never been locked down before.  I've never been forced
2  to be somewhere, and I did have a situation.  I just
3  can't remember exactly how they went.
4  Q.  Had you had sleep problems prior to being
5  incarcerated in Coos County?
6  A.  No.
7  Q.  How about nightmares?
8  A.  No.
9  Q.  Do you remember having insomnia at Coos
10 County Department of Corrections?
11 A.  No.
12 Q.  If we go to page 111 in Exhibit 1, the entry
13 on 4/22 says, "Inmate complains of insomnia."  I think
14 that says "wishes Benadryl to sleep.  Also complains
15 of back pain."
16    Does this refresh your memory at all as to
17 having insomnia at the Coos County Department of
18 Corrections?
19 A.  No.
20 Q.  Going to the next page, which is 112, and
21 looking at the first entry, which appears to be a
22 continuation of the previous page going down one, two,
23 three, four, five lines, it says, "Continued

1  discussion regarding antidepressant use. Inmate
2  states increased Klonopin is helping."
3      My question is, do you recall receiving a
4  prescription for Klonopin while at Coos County
5  Department of Corrections?
6  **A. No.**
7  Q. No?
8  **A. No.**
9  Q. Do you know what Klonopin is?
10 **A. Yes.**
11 Q. Do you know -- have you ever been prescribed
12 it at any point in time?
13 **A. When I got out of prison this last time,**
14 **they prescribed it to me, but it had an adverse effect**
15 **and it made me suicidal so I stopped taking it.**
16 Q. If we continue down in this entry after the
17 line "increase in Klonopin is helping," there's --
18 there's four lines, and then at the very end of that
19 fourth line, it says, "Inmate anxious, getting upset
20 with MD. Inmate left med room swearing loudly."
21    Then there's an addendum, "Inmate continued
22 to holler out while in a holding cell, RE -- I think
23 that's legal contact towards MD."

1      Do you remember an incident where you were
2  upset with the M.D. and swearing loudly?
3  **A. I remember being upset. I don't -- I mean I**
4  **don't remember swearing. Actually I remember getting**
5  **upset. I don't remember leaving the office swearing**
6  **and yelling but I mean --**
7  Q. What were you upset about?
8  **A. I have no idea. I -- I don't remember.**
9  Q. Did you have any mental health conditions
10 prior to incarceration in Coos County Department of
11 Corrections?
12 **A. It wasn't a mental health problem. It was**
13 **-- I mean it might have been called that, but it was**
14 **because I had never been locked up before. I was -- I**
15 **mean I know you can't even imagine it, but going from**
16 **regular life to that, it just turned me into a**
17 **different person. I never had mental health treatment**
18 **in my life.**
19     **Does that -- was that the question?**
20 Q. My question is before -- before going to the
21 Coos County jail, had you had any mental health
22 conditions?
23 **A. No.**

1  Q. So prior to county jail that first time, you
2  didn't have any anxiety?
3  **A. No.**
4  Q. You didn't have any difficulty controlling
5  your temper?
6  **A. No.**
7  Q. How about depression? Had you had
8  depression prior --
9  **A. No.**
10 Q. -- prior to county jail?
11 **A. No. I don't even believe I had depression.**
12 **Maybe. I don't remember.**
13 Q. Did you take any medication for depression
14 prior --
15 **A. No.**
16 Q. -- to going to county jail?
17 **A. No.**
18 Q. When you were moved to the State Department
19 of Corrections from Coos County Department of
20 Corrections, did you receive any mental health
21 treatment there?
22 **A. I believe I was in R & D, and I spoke with**
23 **someone, but I can't remember. I don't know if they**

1  **were a mental health doctor or just -- I can't**
2  **remember.**
3  Q. Can we go to page 102, please? This
4  document, page 102 of Exhibit 1, is a New Hampshire
5  Department of Corrections Mental Health Services
6  Progress Note. Do you see that written on the top of
7  the page?
8  **A. Yes, I do.**
9  Q. And in the name, it says Jonathan Joseph
10 Leite, and then it has your date of birth as
11 11/14/1983, correct?
12 **A. Yes.**
13 Q. Could you please just read the first
14 substantive section of this under data information?
15 **A. 26-year-old single --**
16 Q. You can read it to yourself.
17    (Witness perusing document.)
18 **A. So I just -- just read this first section?**
19 Q. BY MR. FREDERICKS: Yep. If you let me know
20 when you have, then I'll ask questions.
21 **A. I have.**
22 Q. Okay. I'm going right to the second
23 sentence, which says, "By history, rage episodes have

1  been problematic and the focus of psychiatric and
2  legal attention."
3      Did you tell this doctor that you had a
4  history of rage episodes?
5  A.  A history, no.
6  Q.  That you had had rage episodes that had been
7  problematic?
8  A.  Since I was locked up.
9  Q.  Okay.
10 A.  Prior to that, like I said, I'd never been
11 in trouble in my -- in my life.
12 Q.  I'm going to continue on.  It says,
13 "Currently taking Depakote, Celexa, Trazodone and
14 Haldol.  The latter he feels is most clearly effective
15 for angry moods and reactivity and aggressive
16 responses."
17     Do you see that?
18 A.  Uh-huh.
19     (Interruption by the reporter.)
20 A.  Yes.
21 Q.  BY MR. FREDERICKS:  Yes?
22     Do you recall feeling that Haldol was
23 effective for angry moods and rage?

1  A.  This doesn't say in here, but I took these
2  meds for a couple weeks and then I stopped taking all
3  of them.  I didn't take this the whole time I was
4  there.  I only took them while I was in R & D while I
5  was adjusting to -- to prison, then I stopped taking
6  these.  This is when I was first time in.  It was just
7  to help me adjust.
8  Q.  But did you feel that the Haldol, in
9  particular, was effective for you for helping control
10 your moods?
11 A.  I don't know.  I'm not a pill person so I
12 don't know what Haldol or any of this stuff is for.
13 So I would have never said it was effective because
14 I'm taking one, two, three, four meds, and I don't
15 know what's for what.  So I don't believe -- maybe I
16 worded it differently, and he wrote it as that, but I
17 didn't say Haldol is most effective because I don't
18 know the difference between Haldol -- between any of
19 these.
20 Q.  If we go down to the signature at the bottom
21 of this page, it says, "Finalized on 8/30/2010."
22     Do you see that?
23 A.  Bottom?

1  Q.  Yes.
2  A.  Yes.
3  Q.  And then right above that, No. 2 interview
4  -- I will start that sentence over.
5      Above that line, it says interview start
6  time and date is August 30, 2010.  Do you see that?
7  A.  Yes.
8  Q.  And then the end time is August 30, 2010 at
9  2:30 p.m.  Do you see that?
10 A.  Yes.
11 Q.  Do you remember how long you had been at the
12 State Department of Corrections in late August of
13 2010?
14 A.  Do I remember -- I'm sorry.  What?
15 Q.  How long you'd been at the State Department
16 of Corrections in August -- late August of 2010?
17 A.  I believe when I talked to this doctor I was
18 still in R & D.  I can't remember.  I can't -- well,
19 yeah, I had been incarcerated four months at this
20 time.
21 Q.  And in state prison for four months?
22 A.  No, total.  Roughly four months.  I believe
23 I was still in R & D at this time.

1  Q.  Can we turn to -- could we go to 128 of the
2  binder, please?  Page 128 is a New Hampshire
3  Department of Corrections Mental Health Services
4  Psychiatric Treatment Plan.  Do you see that on the
5  top?
6  A.  I do.
7  Q.  And as with the previous document, this has
8  your -- your name and date of birth in the top
9  section, correct?
10 A.  Yes.
11 Q.  If you go down to the middle of the page
12 under treatment plan, you'll see three goals.  Could
13 you please read those, and then let me know when you
14 finished?
15     (Witness perusing document.)
16 A.  Okay.
17 Q.  BY MR. FREDERICKS:  The first goal is to
18 "live depression free, able to relate well to others
19 and make good decisions."
20     Do you see that?
21 A.  Uh-huh.
22     (Interruption by the reporter.)
23 A.  Yes.

1  Q.  BY MR. FREDERICKS:  Do you recall having
2  that being a mental health goal within the Department
3  of Corrections working with them?
4  A.  I don't recall any of this.
5  Q.  You don't?
6  A.  No.
7  Q.  Goal two moving down says, "remove panic
8  symptoms and the fear that they'll recur without the
9  ability to control them."
10    You don't remember this goal, but do you
11  remember this being an issue for you while you were
12  incarcerated?
13  A.  I'm sorry.  Which one was it?
14  Q.  Goal No. 2.
15  A.  Okay.
16    (Witness perusing document.)
17  A.  Okay.  No, I don't remember this at all.
18  Q.  BY MR. FREDERICKS:  You don't remember this
19  document, or you don't remember having --
20  A.  I don't remember these as goals.  I don't --
21  I don't remember talking to anybody about this.  I
22  mean I'm sure it happened.  I just don't remember.
23  Q.  If we look at the next page -- the next page

1  of the document.
2  A.  Uh-huh.
3    (Witness perusing document.)
4  A.  This has to be -- this isn't -- this isn't
5  true.  I didn't have paralyzing anxiety.  I did have
6  disruptive aggression.  Some of these things I didn't
7  have so I don't know.
8  Q.  BY MR. FREDERICKS:  What are you thinking of
9  when you said you did have disruptive aggression?
10  A.  I did have aggression.  I don't know what
11  disruptive aggression is because on my first -- first
12  time in state, I never even had a write-up.  So I
13  don't believe I had any disruptive aggression.  I
14  never got in any trouble.  I never did anything.
15  Q.  Oh, I asked the question because you said,
16  "I did have disruptive aggression."
17  A.  Because I'm speaking before I have time to
18  think.
19  Q.  Okay.  Take your time.
20  A.  So no, I said I had aggression, didn't I?
21  Not disruptive aggression.
22  Q.  Okay.
23  A.  I thought that's what I said.  All right.

1  Next page.
2  Q.  So I just want to clean that up.
3  A.  Yep.
4  Q.  What are you referring to when you said you
5  had aggression?
6  A.  All right.  Prison is not rehabilitation.
7  Okay.  It's about big business.  It's about money.
8  They literally throw you in a room.  My R & D in the
9  dorms -- I was in a room with, like, 40 or 50 inmates
10  that are all hardened career lifetime in frigging some
11  kind of lock-up.  I had to survive in this place.
12    I was just a regular kid from the street.  I
13  had never done any time in my life, and you put me in
14  -- anybody in that situation, you're going to have
15  aggression.  That's the way you have to act to survive
16  in there or you become a victim.  That's why I have
17  aggression.  It wasn't because I was an aggressive
18  person.
19    Because before I went to prison, I'd never
20  been in a fight in public.  I'd never been arrested
21  for a fight in public.  I'd never been given a
22  criminal trespassing for -- for explosive situation
23  like I have now.  None of this stuff that has happened

1  now.
2    I can't even go to my son's school.  I mean
3  back then I had aggression because I was sent to
4  prison.  You put someone in a place like that, that's
5  who you become.  You have to become, and that's why I
6  had aggression.  Before that date, I had no history of
7  aggression whatsoever.
8  Q.  When you were released from incarceration
9  the first time from the county sentence, did -- did
10  you maintain that aggression that you're saying you
11  developed in prison?
12  A.  Yes.
13  Q.  Can we turn to page 129, the next page?  Do
14  you remember Dr. John Richmond, psychiatrist, whose
15  signature and title is in the middle of the page?
16  A.  Actually I don't know of the name, but I
17  remember seeing somebody while I was in R & D.  I
18  think that was the only time I saw somebody.  I don't
19  remember his name, but I think that's the person that
20  you're referring to.
21  Q.  Okay.  There are a few notes from meetings
22  with you and him in here and that's why I'm asking,
23  and do you remember why you saw him?

1  A.  I can't.  I thought it was R & D intake, but
2  I guess not if it was a couple times.  I can't
3  remember.
4  Q.  Can we go to page 104?
5  A.  Yep.
6  Q.  This is another mental health services
7  progress note from the New Hampshire Department of
8  Corrections.  At the top of this document, it says
9  your CC, which is chief complaint, in quotes, "I have
10  a lot of anger, depression about my kids and anxiety."
11     Do you see that?
12  A.  Uh-huh.
13     (Interruption by the reporter.)
14  A.  Yes.
15  Q.  BY MR. FREDERICKS:  If we turn to page 105
16  briefly and you look at the bottom, do you see again
17  that this is a note from John Richmond, psychiatrist?
18  A.  I do see that.
19  Q.  If we turn back to the page that we were
20  previously on, and we skip the paragraph titled ID and
21  go down to the next paragraph, which begins with HPI,
22  it says, "In jail, he had exacerbation of anger and
23  rage, and then had a very bad anxiety attack with

1  panic features, tachypnea," and I'll -- I'll stop at
2  that.
3     Do you remember talking with Dr. John
4  Richmond about the issues you had at Coos County
5  Department of Corrections?
6  A.  I've already told you I remember an intake
7  with him.  I don't remember what was said, and I don't
8  remember having numerous meetings with this guy, and
9  that's all I can say about that.  You can ask me ten
10  more times, but I'm going to give you the same answer.
11  I don't remember.
12  Q.  This same paragraph we're in right now going
13  down to the third line towards the end of the third
14  line, it says, "Believes he was being treated for
15  depression and anxiety, but when CO promoted a kid
16  above him on the farm, he exploded and threatened a CO
17  and his family."
18     That line that I just read, that's
19  referencing the altercation you had with a corrections
20  officer at Coos County that you told me about already,
21  correct?
22  A.  Yes.
23  Q.  And is that what happened?  Did you threaten

1  him and his family?
2  A.  I don't know.
3  Q.  If we go down to the next paragraph, it says
4  several lines down, second line from the bottom the
5  first sentence beginning with "concerned that he has
6  always had an anger problem like everyone in his
7  family.  Finds himself struggling sometimes not to
8  explode and pound punks in the dorms as they shuffle
9  around."
10  A.  Uh-huh.
11  Q.  Do you agree with that, that you have always
12  had an anger problem?
13  A.  Yes.
14  Q.  And do you agree that that is something that
15  is a trait in your family?
16  A.  That must have been worded wrong because no,
17  not with everyone in my family.
18  Q.  Okay.  Could you describe the anger problem
19  that you just said you've always had?
20  A.  All right.  I was raised in a different
21  place than I'm sure a lot of you, and thinking of the
22  best way to explain this.  I can give you an analogy
23  because I can't think of how to explain it.

1     Back then I was a race car with a driver.
2  Now, after this, I have no driver.  I'm just a race
3  car driving in the red all the time.  So yes, I was
4  able to -- back then, I had anger problems -- not
5  problems.  I had anger, but I was able to control
6  them.  That's why I'd never been arrested for anything
7  like that.
8     Now, there is -- there's no control.  It's
9  just zero to red, and I just -- I -- I forget what
10  happens like the assault that happened at the
11  hospital.  I have no idea what happened during that
12  assault.  I just remember there was an assault.
13     So that's -- I had anger problems even from
14  the beginning, but not uncontrollable rage problems.
15  I think -- does that explain what I -- what you asked?
16  Q.  Okay.  When -- when did you lose that
17  element of control?  Was it when you were incarcerated
18  in Coos County Department of Corrections?
19  A.  No, it was after the coma.
20  Q.  By coma, you're referring to the assault
21  on --
22  A.  The 24th of August.
23  Q.  2012, correct?

1 A. That's the only coma I was ever in.
2 Q. Okay. So prior to that, you're saying you
3 could control your anger?
4 A. Like I explained, not when I first went to
5 Coos County. I'd never been put into that situation
6 before. I'd never been in jail before. So yes, I
7 lost it in there, but after that, after I left Coos
8 County and I was adjusted, I didn't lose it in prison.
9 I didn't flip out, and if you actually go to the
10 prison, I did not take those meds the whole time. I
11 took them in the R & D. When I transferred to Berlin,
12 I don't think I was on any of them. I can't remember,
13 but you'd have to -- you'd have to look that up
14 because I don't believe I was on any meds there.
15 Q. When you left state prison from the county
16 sentence, --
17 A. Uh-huh.
18 Q. -- you had some time out of incarceration
19 prior to having your state prison sentence, correct?
20 A. From county to state?
21 Q. You left -- it gets confusing because you
22 were in two places for your county sentence.
23     You're sentenced to one year in county jail,

1 the driving-related offense.
2 A. Uh-huh.
3 Q. When you were released from that sentence,
4 there was a period where you were not incarcerated.
5 A. Uh-huh.
6 Q. Correct? Yes?
7 A. Yes. Yes.
8 Q. Then you were reincarcerated at the state
9 level again for different charges later, --
10 A. Yes.
11 Q. -- correct?
12 A. Yes.
13 Q. In that time in between, were you able to
14 control your anger?
15 A. I could control it. I didn't want to. Like
16 I told you, when you go to prison, you become an
17 animal. So when I came home, I was still that animal.
18 I didn't care about anything, and that's why I got in
19 the trouble I got into the second time because prison
20 turned me into an animal. I'd never had charges like
21 my whole life. I had driving offenses, and then after
22 I got out of prison, I turned into that person. I
23 mean thank you, State of New Hampshire, for re --

1 rehabilitating me.
2 Q. I'm going to continue with 104. There's a
3 section of this titled past Psy Hx, and this says
4 "diagnosed with ADHD - 11, saw a psychiatrist."
5     Did you see a psychiatrist as a child for
6 ADHD?
7 A. No, I did not. I was -- I believe Ms.
8 Levesque, I talked to her. She was like a house
9 master or something, and she said she believed I could
10 have ADHD. I was never treated for it. I was never
11 on medication for it. So when I explained -- I said I
12 might have ADHD, I never said -- or no one ever told
13 me I had ADHD.
14 Q. Can we go to page 100?
15     (Witness did as directed.)
16 Q. BY MR. FREDERICKS: Did you get in any
17 fights as a child?
18 A. Yeah.
19 Q. Were you ever suspended from school for
20 fighting?
21 A. I don't know if for fighting. I don't know.
22 I can't remember that. I don't think so. Maybe.
23 Q. Can we switch back to 104 very briefly? In

1 that section that I was just reading, past psychiatric
2 history, it says, "Fighting ever since child.
3 Suspended first time at age nine for fighting."
4     Do you see that?
5 A. That's right.
6 Q. That's -- that's accurate?
7 A. That was the first time I was ever -- yep, I
8 remember that now.
9 Q. Then the next -- it continues on, "Grew up
10 in Lowell where fighting was survival."
11     Do you agree with that?
12 A. I'm sorry. Where were we?
13 Q. Right exactly where I left off.
14 A. I completely forgot where we left off.
15 Q. Okay. Past psychiatric history, and then I
16 read "fighting ever since child, suspended first time
17 at age nine for fighting."
18 A. Yep.
19 Q. We talked about that. Then my next question
20 is continuing on in this sentence, it says, "Grew up
21 in Lowell where fighting was survival."
22     My new question is, do you agree with that
23 statement that you grew up in Lowell where fighting

1  was survival?

2  **A.  It really wasn't survival.  It was just a**

3  **way of life.  If -- we didn't argue.  If words got to**

4  **a point they didn't work, you fight, but it wasn't --**

5  **it wasn't a way of life.  It wasn't unavoidable.**

6  Q.  Were fights common for you as a child?

7  **A.  In -- usual?  I mean where I grew up, it**

8  **wasn't out the realm of normal, but I don't know.  I**

9  **didn't grow up anywhere else.  I mean I fought.  I**

10  **didn't fight every day.**

11  Q.  How about as a teenager?  Did you get in

12  fights as a teenager?

13  **A.  By my teenage years, I wasn't really in**

14  **school, and then I don't remember what happened**

15  **outside of the school.  I mean there was fights, but I**

16  **don't know if it was regularly -- is that what you**

17  **asked me regularly fight?**

18  Q.  No, just did you get in fights?

19  **A.  Yes.  Yes.**

20  Q.  Okay.  Were you ever knocked out in a fight?

21  **A.  No.  Did it say I was because I wasn't.**

22  Q.  If we go to the next page, the -- the top

23  section say PMH.  It starts with "born with spina

1  bifida.  Had three surgeries."  We talked about that

2  on Friday.

3      If we go down, it says, "Told he has had a

4  skull fracture in the past diagnosis by MRI.  Has hit

5  head many times, knocked unconscious once in a fight."

6  Is this information accurate?

7      MR. KING:  What page are you on, Frank?

8      MR. FREDERICKS:  105, I'm sorry.  The next

9  page.

10      MR. KING:  I see it.

11  **A.  This was true after the assault on August**

12  **24.  Prior to that, I never had a skull fracture.**

13  Q.  BY MR. FREDERICKS:  Okay.  But if we go down

14  to the bottom of this page, --

15  **A.  I see it.**

16  Q.  -- at the signature line, it says this is

17  from 6/21/2010.  Do you see?

18  **A.  Yes.  I never had a skull fracture ever.**

19  Q.  Okay.  Were you ever knocked unconscious

20  once in a fight --

21  **A.  No.**

22  Q.  -- as this says?

23  **A.  No.**

1  Q.  No?

2  **A.  That's one thing.  I built my life going on**

3  **21 years, and she can tell you, I don't -- there's one**

4  **thing in life.  I -- I never got knocked out.**

5  Q.  Where would this information that we're

6  looking at have come from that this person is writing

7  down in this note?

8  **A.  I can give you my medical records from the**

9  **day I was born.  I never had a skull fracture.  I have**

10  **no idea where this is coming from.**

11  Q.  So you wouldn't have told him that, the

12  doctor?

13  **A.  No, it never happened.**

14  Q.  Okay.  Can we go to page 100?  If you want

15  to take a break, let me know.

16  **A.  Yeah.**

17  Q.  This is another mental health services

18  progress note from the Department of Corrections which

19  also bears your name and birth date, correct?

20  **A.  Yeah.  Yes.**

21  Q.  If we go to the section that says data

22  information, it says other HX, which means other

23  history.  Do you see that midway down that paragraph?

1  It says --

2  **A.  Other what?**

3  Q.  Other HX, which means history in medical

4  dialogue.

5      MR. KING:  Are we on 100?

6      MR. FREDERICKS:  Yes, 100.

7  **A.  Under data information?**

8  Q.  BY MR. FREDERICKS:  Under data information.

9  **A.  It says -- I'm sorry.  One more time it**

10  **says?**

11  Q.  In the middle of that section, there's a

12  line that starts with other HX colon?

13  **A.  Okay.  Yes.**

14  Q.  It says, "indicates he has always had issues

15  with anger.  The worst thing that had happened was

16  loss of a girlfriend prior to coming into the prison."

17  Then it says, "She couldn't deal with my anger, in

18  quotes."

19      Is that -- did that happen do you?

20  **A.  When is this from?**

21  Q.  This is from -- if you look down, you can

22  see the date at the bottom of this.

23  **A.  Oh, that was after I was incarcerated the**

1 first time.
2 Q. Okay.
3 A. This is my second incarceration, and yes, I
4 told you prison turned me into an asshole.
5 Q. Okay. So the section I was reading was --
6 let's start first with "the worst thing that had
7 happened was loss of a girlfriend prior to coming into
8 the prison. She couldn't deal with my anger."
9    Are you saying that that incident with the
10 girlfriend happened between your two incarcerations?
11 A. It happened right at the tail end of my last
12 release. I went in. I got out. Right before I went
13 back in, I lost her because of that. I've always had
14 anger problems. You're right, but I never had
15 uncontrollable rage problems.
16    I explained it. If you go to a place like
17 New Hampshire State Prison, it turns you into an
18 animal. When I came out, I was that person, and I
19 just didn't give a crap about anything, and yes, I
20 lost the girlfriend right before I went in. Actually
21 I lost her while I was in county fighting this case or
22 fighting the trial is when I lost that girlfriend.
23 That's what that's -- that's when that time is talking

1 about.
2 Q. So that would have been 2011?
3 A. Yes.
4 Q. Or 2010?
5 A. Well, no, it would be 2012 because I went in
6 on December 31, and we broke up a certain amount of
7 days or weeks after I was pretrial for that second
8 time or only time I was ever in pretrial.
9 Q. So the time you're talking about now --
10 A. Would have been January 2012.
11 Q. Okay. Okay. I understand.
12    So the issue you're explaining about with
13 the girlfriend began in late December prior to your
14 incarceration and sort of finalized in early 2012,
15 January, after you got incarcerated?
16 A. Start that question one more time. It was
17 started when?
18 Q. So this note mentions you losing a
19 girlfriend. It says, "She couldn't deal with my
20 anger," and the time period is what I'm just trying to
21 clear up, and from what you've said, it seems like the
22 time period spans late December 2011 into early
23 January 2012?

1 A. Yeah.
2 Q. That's right?
3 A. Yes.
4 Q. And what was it that she couldn't deal with
5 about the anger?
6 A. I was --
7    MR. KING: Objection. You can answer.
8    THE WITNESS: I can answer?
9    MR. KING: Yeah.
10 A. I -- how do I explain this?
11    I was just -- I was an asshole. When I got
12 home, I didn't -- I wasn't the same person as before I
13 went in, and she was my girlfriend before I ever did
14 time, and she can tell you I was a different person
15 when I got out. I mean I'm sure you have in your
16 notes who she is. You can call her and ask her. I
17 was not the same person when I came home.
18 Q. BY MR. FREDERICKS: And when you say "when I
19 came home," you're talking about when you came home in
20 early 2011 from the first --
21 A. Yes.
22 Q. -- sentence?
23 A. Yes.

1 Q. Okay. Who are you talking about? What
2 girlfriend are you talking about?
3 A. Megan --
4    (Interruption by the reporter.)
5 A. Megan Montelin. M-o-n-t-e-l-i-n.
6 Q. BY MR. FREDERICKS: Going back in that
7 sentence, I think I'm -- all set?
8    Continuing on it has -- right after she
9 couldn't deal with my anger, it says, "negative
10 experiences talking with therapist who would just sit
11 there and write things and negative experiences with
12 prescribed meds. Said they made him feel like a
13 zombie. Said his brother called him the wall."
14 A. Yes.
15 Q. Do you know what this is referring to?
16 A. Yes, that's referring to my first bid in
17 R & D when they first put me on meds. That's when I
18 don't -- this helped me remember reading that. That's
19 the time I was telling you about when I saw the
20 therapist when I came into R & D, and that is why I
21 stopped taking the meds that I told you I only took
22 for a little while because that's how they made me
23 feel like a zombie.

1  Q.  And when did your brother call you the wall?
2  A.  I think it was while I was in because I
3  wasn't on them when I went back -- when I was out,
4  when I was free again.  I don't know what to call
5  that, but I wasn't on any meds.  So it had to be while
6  I was inside.
7  Q.  So when you were released from the first
8  sentence in early 2011, you didn't continue taking any
9  medication?
10 A.  No.
11 Q.  Can we please turn to page 55?  Let's start
12 with 54.  This is a document that in the top left it
13 says Elizabeth Hess, Ph.D. did the comprehensive psych
14 profile adult, and then it has your date of birth,
15 correct?  11/14/1983.
16 A.  Yes.
17 Q.  Do you remember meeting with a Dr. Elizabeth
18 Hess?
19 A.  No.
20 Q.  If you look at the date of the examination,
21 it says 8/29/14.  Does that help you remember?
22 A.  Wasn't I in a coma when -- that was 2012.
23 Examination 2014.  I don't remember this.

1  Q.  Do you remember meeting with a psychologist
2  in -- as part of the process to getting social
3  security disability benefits?
4  A.  Okay.  I was -- I was out for this.  Okay.
5  I do remember.  Sorry.  I didn't -- the date didn't
6  click with me.
7  Q.  Do you remember this meeting at all now?
8  A.  I remember the physical one.  I don't
9  remember this one.  I remember when I got the
10 physical, but I did -- no, I don't remember this.
11 Q.  Do you want to take a moment and read the
12 first two pages?
13 A.  The 55 and 56?
14 Q.  54, 55.
15 A.  All right.
16    (Witness perusing document.)
17 Q.  BY MR. FREDERICKS:  I see you're turning the
18 page.  You can stop on page two when you get to mental
19 status exam.  You don't have to read the entire page.
20 A.  Okay.
21    (Witness perusing document.)
22    MR. KING:  And after you question Jonathan
23 on this document, would that be a good time to take a

1  short break?
2     THE WITNESS:  I'm sorry.  I keep reading the
3  same line.
4     MR. FREDERICKS:  Sure.  Sure.
5  A.  Okay.  Hold on.
6  Q.  BY MR. FREDERICKS:  Well, we can stop there.
7  A.  Yes.
8  Q.  Seems like you finished the first paragraph
9  on page --
10 A.  I did.
11 Q.  -- on number 55?
12 A.  Yes.
13 Q.  We can start with that.  In the middle of
14 that paragraph there is a line that says, "he
15 describes depressive symptoms."
16    Do you see that?
17 A.  Okay.  Thank you.
18 Q.  "Including helplessness and hopelessness.
19 He has suicidal ideation without intent.  He feels
20 that this condition has been the same for 28 years."
21 28 years is in quote, and "that this is frustrating."
22    My question is, had you had depressive
23 symptoms for 28 years at the time of this?

1  A.  No, and I also -- it says, "I was in a coma
2  for a week.  This occurred in 2013 while he was at
3  work."  That didn't happen either.  I think they
4  misunderstood what I was saying when they wrote it
5  down because no, I've never had it for 28 years or I
6  would have received help like I am receiving now
7  because of how I feel.  Because I feel like that, what
8  they said, but they definitely worded it wrong there,
9  and they definitely worded it wrong there because I
10 wasn't in a coma from work.  It was a mistake on their
11 part.
12 Q.  Do you remember -- after reading this, do
13 you remember meeting with this psychologist at all?
14 A.  I do not.  I don't even remember this
15 conversation.
16 Q.  And this -- even though she put 28 years in
17 the sentence we just read in quotes indicating it's
18 from you, and you're saying that that's not accurate?
19 A.  No.
20    MR. KING:  Objection.  You can answer.
21 A.  No.  Like I said, I've never received any
22 mental health treatment for 28 years.  Not -- not a
23 one sitting.  Nothing.

1  Q.  BY MR. FREDERICKS:  But had you had
2  helplessness and hopelessness-type feelings?
3  A.  **Absolutely not.  I was the most confident**
4  **person you could ever meet.**
5  Q.  Continuing on with this paragraph, it says,
6  "He notes that he has always had a temper."
7  A.  **We've been over that.  Yes, I have.**
8  Q.  Okay.  And then so the second part of that
9  sentence which says that this -- your coma was from a
10 work accident in 2013, --
11 A.  **Uh-huh.**
12 Q.  -- you note that that's not accurate?
13 A.  **No, it's not.**
14 Q.  And you didn't tell that to anyone?
15 A.  **No, it wouldn't make any sense.  I was in a**
16 **coma in 2012 in prison.  Not 2013.  I was incarcerated**
17 **in 2013.**
18 Q.  Okay.  So this is inaccurate information
19 we're looking at, right?
20 A.  **Definitely.**
21 Q.  Could you read that second paragraph, and
22 then we'll take a break beginning with history is
23 significant?

1      (Witness perusing document.)
2  A.  **Yeah, this is wrong.  I didn't drop out of**
3  **school in the eighth grade because I had children.  I**
4  **wasn't in trouble with the law until after my work**
5  **injury in 2013.  I don't know who wrote this, but**
6  **they're continuously wrong.  Yes.**
7      **Then it says that I had this problem for 28**
8  **years up here, and then it says that he received no**
9  **psychiatric treatment until he was in prison.  Denies**
10 **substance abuse.  Yeah, I don't know who wrote it, but**
11 **it's continuously -- they are making mistakes.**
12 Q.  BY MR. FREDERICKS:  Okay.  So the sentence
13 is that "he did not have any trouble with the law
14 until after his work injury in 2013."
15     You acknowledge that's not correct?
16 A.  **No, I wasn't in work.  I was in prison.**
17 Q.  Okay.  Have you ever told anyone that you
18 had a head injury from work?
19 A.  **No.**
20 Q.  Okay.
21 A.  **I never had a head injury in my life until**
22 **August 24.**
23 Q.  Do you recall this document being a part --

1  excuse me.  I will start that question over.
2      Do you recall an interview with a
3  psychologist being a part of the social security
4  disability benefits process?
5  A.  **Again no.  I remember the physical.  That's**
6  **all I remember.  I don't remember this.  I mean I'm**
7  **not saying it didn't happen.  I'm saying I don't**
8  **remember.**
9  Q.  If we turn back to the first page of this
10 comprehensive psychiatric profile, which is page 54 of
11 your binder, it notes in the address line for
12 Elizabeth Hess, Ph.D. that's she is at 85 Western
13 Ave., Berlin.  Do you know where Western Ave. in
14 Berlin is?
15 A.  **Yes.**
16 Q.  Does that help you remember whether or not
17 you have been to this location for a meeting with this
18 woman?
19 A.  **No.**
20 Q.  So you don't remember going to -- you don't
21 remember going to Western Ave. in late August 2014?
22 A.  **You can word it any way you want.  Again no,**
23 **I do not remember.**

1      **MR. FREDERICKS:** We can take a break now.
2      (Short recess was taken.)
3  Q.  MR. FREDERICKS:  Do you remember when you
4  left county -- let me start that over.
5      When you left the state prison from serving
6  your one-year county jail sentence, do you remember
7  when that was?
8  A.  **When I left?**
9  Q.  Yes.
10 A.  **Yeah.**
11 Q.  Could you tell me?
12 A.  **I think it was -- I don't know the day but**
13 **March 2010 I believe or 2011.**
14 Q.  Okay.
15 A.  **I don't remember the -- I remember it was**
16 **March.**
17 Q.  Let's use 122 in your book.  You looked --
18 we looked at this on Friday, and it -- in the column
19 on the left, it just seems to track your ins and outs,
20 and to me when I move down this list five entries, I
21 see parole 1/6/11, and then I see admission again
22 3/22/12.
23     So my question is, did you get out on 1/6/11

Page 104

1  or thereabouts from the first sentence?
2  A.  When did I -- I went back in 2012.  No, I
3  was released -- my release date was July, August.  All
4  right.  I was released -- supposed to be release on
5  this day.
6  Q.  Okay.
7  A.  I had caught another charge when I was in
8  R & D when I first went in and it prolonged my
9  sentence by four months I believe, and I didn't
10  actually leave -- I don't remember when I left the --
11  the prison because they released me on accident -- by
12  accident, and then I ended up going from state to
13  Merrimack County.  So I got out I believe in August
14  something.  I was out for like two or three weeks, and
15  then I had to go back to Merrimack County.  Yeah.
16  Q.  So when did you -- how long were you out of
17  prison between sentence one and incarceration No. 2?
18  A.  Eight or nine months.
19  Q.  Okay.  And what year was that eight or nine
20  months in?
21  A.  2011.
22  Q.  Okay.  So would you say that you were not
23  incarcerated for the majority of 2011?

Page 105

1  A.  Yes.
2  Q.  Okay.  That is the period I would like to
3  talk about now.  Where did you live during that time
4  frame of 2011?
5  A.  Third Ave. in Berlin.
6  Q.  Who did you live with at Third Avenue in
7  Berlin?
8  A.  Myself.
9  Q.  What did you do for work in 2011?
10  A.  I started my business back up, residential
11  construction.
12  Q.  And how did you start that back up?
13  A.  I subcontracted until about June, July and
14  then started my business up again from then until
15  December.
16  Q.  Okay.  So you were a subcontractor for
17  residential construction projects for the first half
18  of 2011, correct?
19  A.  Yes.
20  Q.  And then the second in the summer July
21  through December, you were doing your own business?
22  A.  Yes, same field.
23  Q.  And how do you distinguish the

Page 106

1  subcontracting from your own business as far as your
2  work activity?
3  A.  Because subcontracting I didn't run the job.
4  My own business I ran the whole job as far as lumber
5  deliveries, when subs were coming in and going.  I ran
6  the job.
7  Q.  So would you say you were the lead
8  contractor when you had your business?
9  A.  When I had my business, yes.
10  Q.  How did you attract customers for your
11  business?
12  A.  I've been in this field since I left junior
13  high, and I just -- I have a lot of GCs I've built for
14  over the years.  So I just had to make a call when I
15  was ready to do my own thing, and I had more work than
16  I could handle.
17  Q.  Did you hire any employees?
18  A.  I did.
19  Q.  How many?
20  A.  I'm going to say one and at times two.
21  Q.  Okay.
22  A.  But the builder paid for my -- the GC, he
23  paid my guys.  I didn't pay them.  So technically they

Page 107

1  didn't work for me, but they worked on my job.
2  Q.  So at that point in time, what would your
3  relationship between you and the GC be for those types
4  of projects?
5  A.  Work.
6  Q.  I'm just confused, and it could be because I
7  don't know enough about this, but I thought when you
8  took over as doing your own business in the latter
9  half of 2011, you would be the GC?
10  A.  For the roofing, siding and framing, I was,
11  but for the electric, drywall, insulation, all that
12  stuff, I wasn't.  So basically I got subbed the
13  roofing, siding and framing, and I would take what I
14  wanted and sub out what I didn't want, whatever I had
15  time for.
16  Q.  So you essentially moved up the sub ladder?
17  A.  Yeah.  Yeah.
18  Q.  I see.  Okay.  And that second half of 2011,
19  how much money were you making an hour or how much
20  money were you making?
21  A.  Per job.  The beginning when I worked by the
22  hour, I believe 25, and then when I had my own
23  business, it was by the job.

1  Q.  Okay.
2  A.  I didn't get an hourly rate.
3  Q.  So the first half of 2011, you were paid by
4   the hour, correct?
5  A.  Yes.
6  Q.  And then you were paid on a per job basis
7   once you went out on your own so to speak --
8  A.  Yeah.
9  Q.  -- in the second half of 2011?
10 A.  Yeah.
11 Q.  What happened at the end of 2011 to get you
12  back in prison?
13 A.  Somebody owed me money, and I went and
14  collected.  Well, tried to collect and the whole --
15  the whole thing or just --
16 Q.  Just in general.
17 A.  Yeah, somebody owed me money.
18 Q.  And it turned into what?  I guess I need a
19  little more than that.
20 A.  An assault, and then they twisted the whole
21  story around, and -- I'm sorry.  I keep getting lost
22  in the -- in the -- the whole story of what happened
23  that day or I got a -- what I got arrested for?

1  Q.  Let's do it this way.  It sounds like you
2   said there was an assault related to somebody owing
3   you money, correct?
4  A.  Yes.
5  Q.  What did they owe you money for?
6  A.  I used to -- if someone was a close friend
7   of mine, I would lend them money.  They would pay me
8   back with a little bit extra for lending them the
9   money.  I didn't ask what he needed it for.  He was --
10  he was a brother-in-law to one of my friends, and I
11  just -- I trusted him, and that's what it was from.
12 Q.  Okay.  And when was that?
13 A.  October maybe.
14 Q.  Of 2011?
15 A.  Uh-huh.
16  (Interruption by the reporter.)
17 A.  Yes.
18 Q.  BY MR. FREDERICKS:  Okay.  Do you recall how
19  much money it was?
20 A.  $200.
21  MR. FREDERICKS:  Giving out another
22  document.  We'll mark this as Leite Exhibit 2.
23

1  (Leite Exhibit 2 was
2   marked for identification.)
3  Q.  BY MR. FREDERICKS:  I see that you started
4   reading.  Do you want to let me know when you're
5   finish reading this document?
6   (Witness perusing document.)
7  A.  It says 28-year-old male.
8  Q.  BY MR. FREDERICKS:  Well, I can --
9  A.  I believe I was 30 because this was after --
10  this was after I got out of prison.  No.
11 Q.  Why don't I start with a question?
12 A.  I'm trying to remember.  Yeah, go ahead.
13 Q.  The document we're looking at that's been
14  marked Leite No. 2 is -- begins with Androscoggin
15  Valley Hospital, emergency room evaluation.  The date
16  is 12/6/11.  Do you see that?
17 A.  Yep.
18 Q.  Patient name Jonathan Leite, then your date
19  of birth, 11/14/83.  Do you see that?
20 A.  Uh-huh.
21  (Interruption by the reporter.)
22 A.  Yes.
23 Q.  BY MR. FREDERICKS:  So 12/6/11, the date of

1   this, that would have been in between your two
2   incarceration periods, right?
3  A.  Yep.
4  Q.  That's a yes?
5  A.  Yes.  Yes.
6  Q.  And if we look at this, it says, "Chief
7   complaint, mental health evaluation."  Do you see
8   that?
9  A.  I do.
10 Q.  "History of present illness.  Says,
11  28-year-old white male presents to AVH emergency room
12  requesting mental health evaluation.  The patient
13  states that he is not safe around people."
14  Did you I guess take yourself to the
15  hospital and request a mental health evaluation in
16  December of 2011?
17 A.  If -- I don't remember, no, but I believe it
18  did happen, but I don't remember.
19 Q.  It says -- I'm going to just continue
20  reading.  "He reports that he has been snapping with
21  people.  Last night he reports someone owed him money.
22  When the person refused to pay him, he was involved in
23  an altercation with that person."

1    Is this the altercation being described here
2  that you just described to me a moment ago with the
3  person owing you money?
4  **A.  No.**
5  Q.  What was this?
6  **A.  Let me read the whole thing.**
7  Q.  Sure.  Just let me know when you're done.
8    (Witness perusing document.)
9  **A.  I don't remember this at all.**
10  Q.  BY MR. FREDERICKS:  As to the line I just
11  read with this document reporting that you had
12  reported that you had an altercation with someone who
13  owed you money, you don't remember that specifically,
14  but you know it's different from the altercation about
15  money that you told me about that was the basis of
16  your next incarceration?
17  **A.  Well, because when -- when -- when the time**
18  **I was telling you about was the day I got arrested.**
19  **So I couldn't have gone to the hospital the day I was**
20  **arrested.  So that's how I know it's not the same**
21  **time.**
22  Q.  Okay.  The document continues, "This morning
23  or this a.m. while at work a coworker was talking

1  back.  The patient reports the next things he knows he
2  had his hands on this guy's neck and pushed him up
3  against a wall."
4  **A.  Okay.**
5  Q.  Do you remember this incident of putting
6  your hands around someone's neck and pushing them
7  against a wall?
8  **A.  I don't remember that at all.**
9  Q.  You don't remember?
10  **A.  Nope.**
11  Q.  You remember any dispute with anyone at work
12  at this time period?
13  **A.  There's always disputes at work.  I don't**
14  **remember any time specifically, but I mean it's**
15  **construction.  There's always somebody like that.**
16  Q.  All right.  So you have no recollection
17  of --
18  **A.  Of this happening.**
19  Q.  -- of going to the hospital and asking for a
20  mental health evaluation in 2011?
21  **A.  I think I might have been under a lot of**
22  **stress from starting my business back up, but I don't**
23  **remember.  I don't remember going there and asking for**

1  **help or anything.  I don't remember ever seeing**
2  **anybody.**
3    **Does this say I saw somebody or this just**
4  **the emergency room?**
5  Q.  It says -- well, you can read the whole
6  thing.
7  **A.  That's what I'm doing.**
8    (Witness perusing document.)
9  **A.  Yeah, this wasn't a mental health doctor**
10  **because I didn't see -- well, I mean I don't remember**
11  **seeing any mental health.  Maybe it was just emergency**
12  **room stress from -- from work and stuff.  I don't**
13  **know.  I don't know.  I'm going to stop.**
14  Q.  BY MR. FREDERICKS:  Do you have any reason
15  to dispute that this happened?
16  **A.  No.**
17  Q.  Did -- the next line -- I'm just going to
18  read the next line and ask another question.  "The
19  patient feels he's unable to control himself during
20  these episodes."
21    During this time frame, early December 2011,
22  do you recall having difficulty controlling yourself?
23  **A.  It wasn't really -- like I said earlier,**

1  **when you live like an animal, you become an animal,**
2  **and like I said, when I got out, I just didn't care.**
3  Q.  What do you mean you didn't care?
4  **A.  I just didn't care about anything.  I didn't**
5  **care about the law.  I didn't care about punishment.**
6  **I just -- I just lost it all.**
7  Q.  It seems like you were working hard to start
8  up your own business.
9  **A.  I was.**
10  Q.  So I'm trying to distinguish that between
11  you saying you just didn't care?
12  **A.  Well, when I would get upset.**
13  Q.  So when you would get upset, you would lose
14  control and you wouldn't care.  Is that what you're
15  saying?
16  **A.  I don't know.  I don't think so because lose**
17  **control to me is this like the things that have**
18  **happened since I've been home this time.  That's**
19  **losing control.  Losing control here wouldn't be -- I**
20  **mean this sounds more like pissed off.**
21  Q.  Okay.  But this notes says "patient feels he
22  is unable to control himself."
23  **A.  That may be his word.  That wasn't -- that**

Page 116

1 wasn't my -- I don't know. Like I said, I can't
2 remember this, but I don't remember ever feeling out
3 of control. I remember getting set off easily, but I
4 don't remember ever being out of control.
5 Q. If we go down, it says, "Patient denies --
6 patient denies any specific homicidal ideation but
7 does report suicidal ideation, no attempt or plan."
8    Do you have any recollection of reporting
9 suicidal ideation to a hospital?
10 A. Nope.
11 Q. At any point?
12 A. Nope.
13 Q. Would you say that putting your hands on
14 someone's neck and pushing them up against the wall is
15 losing control?
16 A. No, I think losing control is -- all right.
17 When you're -- you're upset and you do something with
18 the intention of doing it, that might be getting
19 upset. It's not losing control. Losing control is
20 where the incident I gave you at the hospital where I
21 don't remember what happened. All I remember is when
22 it was over. To me that's losing control. The other
23 one to me is being upset.

Page 117

1 Q. Do you have any other -- start that question
2 over.
3    During this time period, December of 2011,
4 were you having issues controlling your temper at all?
5 A. Controlling it?
6 Q. Yes.
7 A. I get upset, yes.
8 Q. Did anyone ever ask you to go to the
9 hospital for an evaluation of your anger in December
10 of 2011?
11 A. No.
12 Q. So you don't -- you don't remember not only
13 this emergency room visit but any conversation leading
14 up to you going to an emergency room visit with
15 anyone?
16 A. Not only do I remember that -- do I not
17 remember from when I was out?
18 Q. Any conversation about going to an emergency
19 room visit because you were seeking a mental health
20 evaluation?
21 A. I don't think I was seeking a mental health
22 evaluation. I think I was seeking something to help
23 me calm down from the stress of owning a business. I

Page 118

1 don't think it was a mental health evaluation.
2 Q. Okay.
3 A. I think that's why I went to the emergency
4 room and not to see a doctor. Yeah, right there.
5 Emergency room.
6 Q. Yes.
7 A. Yeah. That's why.
8 Q. So do you -- do you remember this at all now
9 that we've been talking about it?
10 A. No, I'm just telling you I didn't see a
11 mental health so it had to be an emergency room, and
12 as I'm talking about that, I see emergency room
13 evaluation.
14 Q. Going down to social history on this
15 document, it says, "Positive tobacco use, currently
16 two to three packs a day. Patient denies alcohol use.
17 Positive drug use, and in parentheses and quotes
18 whatever I can get my hands on."
19    Were you using drugs in December of two
20 2011?
21 A. No.
22 Q. No?
23 A. No, I've never used drugs until -- until my

Page 119

1 back. Like the whole time in prison, I've had so many
2 urinary analyses, I've never failed one. Like I've
3 never had a charge for drugs. Nothing.
4 Q. But this isn't in prison.
5 A. And I'm saying any time in my history. I
6 was on probation.
7 Q. Okay.
8 A. So if I was on probation and I was using
9 drugs, Watson would have violated me. I mean there
10 was no way. I was on -- I was on probation.
11 Q. So you can't imagine saying that you would
12 use whatever I can get my hands on as far as drugs?
13 A. Nope.
14 Q. It also says -- looking back at the same
15 sheet, past medical history, it says depression for
16 No. 1 and anger issues for No. 2, and that's in
17 quotes.
18 A. Uh-huh.
19 Q. Would you --
20    MS. CUSACK: Yes.
21 Q. BY MR. FREDERICKS: That's a yes?
22 A. Yes.
23 Q. Would you agree that at this time, December

1   of 2011, from this document that you had depression
2   and anger issues at that time?
3   A.   Nope.
4   Q.   Is that a no?
5   A.   Nope.  I've never had past medical history
6      either.  I mean I told you I've never seen a
7      psychiatrist my whole life besides jail or prison
8      unless that's what they're talking about.
9   Q.   What were you charged with for your second
10     -- what were you charged with -- what crimes were you
11     charged with that led to the second incarceration?
12  A.   Charged or pled guilty to?
13  Q.   Let's do pled guilty to.
14  A.   Burglary, witness tampering, I believe
15     assault.
16  Q.   Can we look at 83 in the binder for Leite 1?
17     This is a New Hampshire Department of Corrections
18     Running Report, which lists your offenses and the
19     dates that they occurred, and this would be for your
20     second incarceration, the state incarceration.
21  A.   Uh-huh.
22  Q.   Do you see first -- the first entry is a
23     Class B Felony and then convicted of offenses,

1   tampering with witness or informants.  Do you see
2   that?
3   A.   Uh-huh.
4      MR. KING:  I -- I object to the form of the
5   question.
6      MR. FREDERICKS:  Okay.
7      MR. KING:  And the basis for the objection
8   is I don't think this is the second incarceration.
9   The second incarceration happens in December 31, 2011.
10  This document is dated November 9, 2010.
11  Q.   BY MR. FREDERICKS:  Okay.  It's the -- if we
12     go to the second page in -- of this document, --
13  A.   Uh-huh.
14  Q.   -- do you see there's a -- the second entry
15     has a convicted of offenses witness -- of tampering
16     with witness or informant?  It says date of offense
17     1/2/12.
18  A.   Uh-huh.
19     (Reporter clarification.)
20     MS. CUSACK:  That's a yes?
21  Q.   BY MR. FREDERICKS:  Yes?
22  A.   Yes.
23  Q.   Is that the -- is that the witness tampering

1   you just mentioned?
2   A.   Yes.
3   Q.   And you pled guilty to that?
4   A.   I did.
5   Q.   Moving down to the next entry, convicted of
6      offenses, burglary?
7   A.   Uh-huh.  Yes.
8   Q.   Date of offense is 12/31/11.  Do you see
9      that?
10  A.   Yes.
11  Q.   Is that the burglary you just mentioned?
12  A.   It is.
13  Q.   And is this stemming from the burglary --
14     stemming from the incident you described earlier about
15     the individual who owed you money?
16  A.   Yes.
17  Q.   If we go to the next page, there's a robbery
18     as the convicted offense, and the date of the offense
19     is again 12/31/2011.  Do you see that?
20  A.   I do.
21  Q.   Did you also plead guilty to robbery
22     stemming from the incident on 12/31/11?
23  A.   Yes.

1   Q.   It looks like there's a second robbery
2      beneath that.  Was that two counts of robbery that you
3      pled guilty to?
4   A.   I believe so.  I can't remember.
5   Q.   Okay.  The next page we have first degree
6      assault as convicted of offense, a date again of
7      12/31/2011.  Is that the assault that you mentioned?
8   A.   Yes.
9   Q.   The next two entries, the date of offense
10     for both is 12/31/11, and the convicted of offense is
11     criminal restraint.  Do you see that?
12  A.   I do.
13  Q.   Did you plead guilty to two counts of
14     criminal restraint?
15  A.   I did.
16  Q.   What was that?  What was the basis for that?
17  A.   Why did I get charged with that?
18  Q.   Not why did you get charged with it.  What
19     conduct do you feel underlies those charges?
20  A.   People lied.
21  Q.   So you pled guilty to each of those
22     felonies, correct, --
23  A.   Uh-huh.

Page 124

1 Q. -- that we discussed over the last two
2 pages?
3 A. Yep.
4 Q. What conduct was underlying the witness --
5 tampering with witness or informants on page 84?
6 A. What happened?
7 Q. Yes.
8 A. Me and Nick Belanger got arrested for what
9 happened, and I told Nick Belanger on the phone, I
10 said you need to stop talking for your own safety. I
11 said get a lawyer and then go to questioning. I said
12 don't be questioned without one, and they took that as
13 witness tampering, and the phone call was recorded by
14 Coos County so you can hear exactly what I said to
15 him.
16 Q. Were you in county jail at that time,
17 January 2, 2012?
18 A. Yes.
19 Q. And then is that why you were transferred to
20 Merrimack County for the rest of your pretrial?
21 A. No, I wasn't transferred. I was transferred
22 to Merrimack County at the end of my first bid. They
23 asked me on my second time in Coos County if I would

Page 125

1 mind going to pretrial at the state prison because one
2 of the defendants in my case got moved to Coos County
3 for armed burglary or something, and they didn't want
4 us housed in the same place. So they asked me if I
5 would mind going to the state prison pretrial.
6 Q. For your second incarceration?
7 A. Uh-huh.
8 Q. So you served -- yes?
9 A. Yes.
10 Q. So you served your pretrial in New Hampshire
11 State Prison?
12 A. Yes.
13 Q. Why did you plead guilty to witness
14 tampering if all you said was get a lawyer to a -- to
15 a friend?
16 A. Because I had a suspended three and a half
17 to seven out of Merrimack County, and the prosecutor
18 of this case told me -- he brought me down. Trial was
19 Monday. That Friday before Monday, he brought me
20 down, and he said, listen, I believe you can beat this
21 case, he's like, but I've already talked to the
22 Merrimack County prosecutor, and even if you beat
23 this, you're going to serve the three and a half to

Page 126

1 seven. If you give me my guilty pleas, I'll withdraw
2 the firearm from each charge and get you out in two
3 years. So that's why I plead guilty to all this.
4 Q. If we go back to 83 in Leite 1, that was the
5 charge that I initially started talking about, and
6 this is a convicted of offense tampering with witness
7 or informant and the date of the offense is 5/28/10.
8 When were you sentenced for that crime?
9 A. The 5/28/10 one?
10 Q. Yes.
11 A. I don't remember. I was still in prison,
12 and they ran my time concurrent so it prolonged my
13 release date.
14 Q. So you're saying you served it concurrently
15 with what sentence?
16 A. With my first sentence.
17 Q. Okay. And you pled guilty to this witness
18 tampering charge from 5/28/2010 as well, correct?
19 A. To cover my wife. That's why I took such a
20 crazy deal because I actually didn't do it, but to
21 clear her name, I signed this deal.
22 Q. Who did it?
23 A. My wife.

Page 127

1 Q. You had no role in it?
2 A. I didn't say that. I said I didn't do it.
3 You can't charge me with something I didn't do. So I
4 accepted --
5 Q. So --
6 A. -- this. I'm sorry. I took this deal for
7 her obviously because she did what I asked her, but
8 still the fact of the matter was I didn't do it.
9 Q. What did you ask her to do?
10 A. There was again phone calls recorded. You
11 can go back to the prison and listen to it. I was
12 tier runner in R & D, which means I was allowed out of
13 my cell but only on the tier, and one of the inmates
14 -- I'd never done time before. I had complete access
15 to the phone.
16 So one of the inmates that was on 23-hour
17 lockdown asked me to make a call for him. He said,
18 hey, can you just call my girlfriend and tell her she
19 doesn't have to show up to court. The court date was
20 cancelled. So I told him I wasn't wasting my minutes
21 on the phone, but when I called my wife, I'll have her
22 do it because I was already going to be talking to my
23 wife. So my wife called and left a message and said,

Page 128

1 hey, so and to said that there's no need to show up to
2 court because it was cancelled. Come to find out that
3 person he had my -- asked me and I asked my wife to
4 call was actually a victim in this case, and I didn't
5 know.
6 Q. Who was this inmate?
7 A. I can't remember. It was in the court
8 paper. I only knew him for the couple weeks I was in
9 the bird cages.
10 Q. Norberto Perez sound familiar for that
11 inmate's name?
12 A. No. I mean it could be, but it doesn't
13 sound familiar.
14 Q. Could you please look at page 124 of Exhibit
15 1? Could you please read this document?
16 (Witness perusing document.)
17 A. Yeah, I read it.
18 Q. BY MR. FREDERICKS: Do you -- does this
19 refresh your memory as to the individual being
20 Norberto Perez?
21 A. It says it is. It has to be. I don't
22 remember.
23 Q. How --

Page 129

1 A. It looks like it. I don't remember anything
2 about him. I knew him for a few days.
3 Q. Was he a friend?
4 A. I knew him for a few days. He was just
5 another guy on the tier that asked me to make a phone
6 call because I was out of my cell 23 hours a day and
7 he wasn't.
8 Q. Your most recent period of incarceration, do
9 you remember what date you were released from that?
10 A. January.
11 Q. Of what year?
12 A. 2014.
13 Q. Okay. Are you still on parole?
14 A. Yes.
15 Q. Who is your PPO?
16 A. Brian Pake.
17 (Interruption by the reporter.)
18 MS. CUSACK: I think it's P-a-k-e.
19 A. Yes.
20 Q. BY MR. FREDERICKS: Do you have any other
21 criminal charges in New Hampshire that we have not
22 discussed?
23 A. Driving violations habitual offender.

Page 130

1 Q. Anything else?
2 A. Driving offenses. Oh, wait. Yes, I got
3 arrested for possession of marijuana when I was like
4 younger. I don't remember. I can't remember. It was
5 before I had children.
6 Q. And it was in New Hampshire?
7 A. Yeah.
8 Q. What was the result of it?
9 A. $400 fine. The thing was my twin brother
10 had his daughter, and he was flying through the notch
11 and we got pulled over, and I didn't know at the time
12 that he wouldn't have done jail time. So when the
13 officer asked whose weed is this, I paused for a
14 second and I said it's mine because I thought there
15 was jail time, and I didn't want my brother, who had
16 just had his daughter, to go to jail, and come to find
17 out, it was only a fine. But yeah, that's what
18 happened if that's what you asked. I'm sorry.
19 Q. Do you have any -- have you had any criminal
20 charges in any other state?
21 A. Up to when?
22 Q. At any point in time.
23 A. Yes.

Page 131

1 Q. What were those and in what state?
2 A. Massachusetts, and I don't remember what I
3 pled guilty to.
4 Q. Okay. Can we look at page 87? This is a
5 letter from an individual at the New Hampshire State
6 Prison Classification Office. It's to the Lowell
7 District Court. He says, "I'm writing to inform you
8 that the above-named individual," which above says
9 Jonathan Leite, "is currently incarcerated at New
10 Hampshire State Prison. Upon reviewing the criminal
11 record, it was discovered that Mr. Leite has four
12 active warrants for disguising, conspiracy, GV FLS
13 Addr W/I Hinder PO Duty and Operating After."
14 Do you recall having those charges in
15 Massachusetts after looking at this?
16 A. Yes.
17 Q. And what was the disguising mentioned here?
18 A. I pretended to be my twin brother.
19 Q. Why?
20 A. Because I was driving without a license.
21 Q. And what is the conspiracy referenced here?
22 A. I don't know.
23 Q. Do you know what GV FLS Addr W/I Hinder PO

1 Duty and Operating After is?

2 A.  Giving false address with intention to

3 hinder police officer duty and operating after.

4 Q.  Okay.  So did you give the police officer an

5 incorrect address?

6 A.  I did.

7 Q.  Was it your brother's?

8 A.  Yeah, it must have been.

9 Q.  And the intent was to not have the officer

10 know who you were?

11 A.  Yes.

12 Q.  How were these charges resolved?

13 A.  Probation to run concurrent with my -- with

14 my parole.

15 Q.  You're currently on parole?

16 A.  Yep.

17 MR. FREDERICKS: We are going to shift

18 gears.  Do we want to either eat now, or do we want to

19 wait?  It's up to you.

20 MR. KING: Want to get lunch?

21 THE WITNESS: Sure.

22 (Lunch recess was taken.)

23 Q.  BY MR. FREDERICKS:  For your incarceration

1 that began on December 31, 2011, you said that you

2 served some pretrial time at the New Hampshire State

3 Prison, correct?

4 A.  Uh-huh.

5 Q.  Yes?

6 A.  Yes.

7 Q.  And you were at Coos County jail prior to

8 going to New Hampshire State Prison, correct?

9 A.  Yes.

10 Q.  So how long were you at Coos County on that

11 pretrial about?

12 A.  A month, month and a half.

13 Q.  Okay.  And then how long were you at the New

14 Hampshire State Prison after county jail in Concord?

15 A.  Including my sentence or just pretrial?

16 Q.  Including your sentence too?

17 A.  Total was two years.

18 Q.  I think we're -- let's start over.

19 Distinguishing Concord prison from Berlin,

20 so I don't want to -- I want to distinguish those two

21 prisons.  So what I'm trying to do is get to the point

22 where you arrived at Northern New Hampshire

23 Correctional Facility in Berlin --

1 A.  In Berlin.

2 Q.  -- on that sentence.  How long until you

3 arrived there?

4 A.  From?

5 Q.  From the date of the arrest.

6 A.  Yeah, month and a half.  They -- in the

7 report they filed, it said that I was taken in on like

8 May or something and went to Concord, but I never did.

9 I was taken into custody at New Hampshire prison way

10 before that, and I never did my R & D in Concord.  I

11 did my -- my R & D in Berlin holding tanks.  I was

12 there for about a month and a half.  I never went to

13 Concord for R & D, and in one of the papers I read, it

14 said that I did, and then I was taken in in May, and

15 it was way before that.

16 Q.  Okay.  So you went to -- I'm going to refer

17 to the Northern New Hampshire Correctional Facility as

18 NCF.  Is that okay?

19 A.  Uh-huh.

20 Q.  So you went to NCF after county jail --

21 A.  Uh-huh.

22 Q.  -- and did your pretrial there?

23 A.  Uh-huh.

1 MS. CUSACK: That's a yes?

2 A.  Yes.

3 Q.  BY MR. FREDERICKS:  And where were you

4 housed pretrial at NCF?

5 A.  In reception it's -- it's considered because

6 Berlin doesn't have a SHU.  So it will be held as SHU,

7 and when you're being transported, it's basically the

8 sally port of -- of -- of Berlin, and I was housed

9 there for about a month and a half.  That was my

10 R & D.  I didn't go to Concord until after I was

11 jumped.

12 Q.  What was the first housing unit that you

13 went to in NCF after doing pretrial there in the

14 reception room you just spoke of?

15 A.  I didn't do pretrial in the reception room.

16 I did R & D in the reception room.

17 Q.  Okay.

18 A.  I did pretrial on the unit minus the month

19 or so in county and the month and a half in R & D or

20 reception minus that.  I forgot what I was answering.

21 Q.  I understand.

22 So taking pretrial out of the equation, you

23 went to Berlin.  Spent a month and a half in

Page 136

1   reception, correct?
2   A.   Uh-huh.
3   Q.   Then transitioned to a housing unit?
4        (Interruption by the reporter.)
5   A.   Yes.  Yes.
6   Q.   BY MR. FREDERICKS:  Yes for both of those?
7   A.   Yes.
8   Q.   What housing unit was the first that you
9        went to in NCF?
10  A.   B Block.
11  Q.   And how long did you live on B Block?
12  A.   I was jumped on the 24th.  I did about three
13       weeks or a month, August, July, like five months --
14       four, five months on B Block.
15  Q.   Did you say B or D?
16  A.   B, Bravo.
17  Q.   Okay.  Did you work a prison job when you
18       lived on B Block at NCF?
19  A.   Excuse me.  I can't remember if it was my
20       first time or my second time that I worked in the
21       kitchen.  So I don't know if I did or if I didn't.
22  Q.   Do you remember how you would spend your
23       days when you lived on B Block at NCF in 2011 or '12,

Page 137

1   excuse me?
2   A.   Playing cards, going out to the yard, go to
3        the library, go to the gym in the winter when we
4        didn't have yard.  Just, you know, normal things.
5   Q.   Did you ever have any problems with other
6        inmates when you lived on B Block?
7   A.   Yes.
8   Q.   What were those?
9   A.   All right.  I got -- I got dry tanked after
10       a visit, and I came back and this one kid started a
11       rumor that I snitched, and that's how I got back to
12       the unit, and it was actually because I -- I passed
13       the dry tank.  Excuse me.
14       So me and that kid -- inside if you -- if
15       someone calls you a snitch and you don't call them
16       out, then you are a snitch.  So me and him went into
17       the common bathroom and we fought, and in the middle
18       of the fighting, the COs came in.  They were -- they
19       had to have been obviously watching the cameras
20       because we weren't even a minute into the fight and
21       three or four officers came running into the bathroom.
22       We filed it as mutual combat, and I went to
23       F Block, and he went to like C Block.  That was the

Page 138

1   problem that I had.
2   Q.   Who was that inmate?
3   A.   I can't remember.  I can't remember his
4        first name.
5   Q.   You said that fight took place in the common
6        bathroom?
7   A.   Yes.
8   Q.   On B Block?
9   A.   Yes.
10  Q.   Ever have any problems with corrections
11       staff when you lived on B Block?
12  A.   Yes.
13  Q.   And what was that?
14  A.   They would tear my cell apart two, sometimes
15       three, times a day.  They would call me super star
16       because my charges happened in Berlin.  They would
17       tank me all the time for the most silliest things.
18       One time they tore some kid's foot locker apart.  He
19       was indigent.  He got enough state pay to get a
20       toothbrush, and I can't -- Watson, CO Watson, came in
21       and tore his bunk apart and literally stepped on his
22       toothbrush and twisted it into the ground and said,
23       "Oh, my bad," and so I said something to him, because

Page 139

1   the kid had nothing, and they tanked me for that.
2        And on the way down to the tank, him and
3   Goulet, Goyette, had me cuffed up, and Watson stuck
4   his foot out because, you know, I was being a smart
5   ass, and Watson pushed me.  Goulet, Goyette, I can't
6   remember, pushed me over Watson's foot.  Lieutenant I
7   believe it was Berwick watched it all happen.  He was
8   going into his office, which was either before or
9   after the bubble, and he watched it all happen.
10       He called Watson over to him.  He said
11  whatever.  I couldn't hear.  I went down -- excuse me
12  -- to the tank, but the next day, Berwick called me
13  down to his office.  He said, "Listen, Jon, I would
14  never go to bat for you with this, but I am going to
15  state between two men that you are having problems
16  with my officers."  He said, "If you just get through
17  living and balance class, he says, I'll make sure that
18  I transfer you to minimum security Concord outside the
19  walls."  He said, "But you just got to get through the
20  living and balance first."
21       He even acknowledged because I was harassed
22  all the time by the COs there because they called me
23  super star, and they thought it was their -- in my

Page 140

1   opinion, they thought it was their duty to punish me,
2   not prison. Prison wasn't my punishment. They were
3   my punishment. That's my opinion because like I said
4   they were just disrespect and -- and -- and I think
5   I'm just going on. I'm sorry.
6   Q.   What is the super star? What does that
7   mean?
8   A.   Because I was all over the news and the
9   newspaper in Berlin, and so they used to call me super
10  star because like I said, my charges happened in
11  Berlin, and I was on the news and the newspapers.
12  Q.   What -- who were the officers that harassed
13  you as you say?
14  A.   I mean it would be a shorter list if I told
15  you who didn't.
16  Q.   Well, let's do who did.
17  A.   I can't remember COs names like that.
18  Q.   Okay. You just said Watson and --
19  A.   Yes.
20  Q.   -- Goulet? Anyone else?
21  A.   Goulet, Goyette, whatever.
22  Q.   Anyone else?
23  A.   Van Hoesen. He was -- he was a problem

Page 141

1   whenever I went to transport or was in the tank, he
2   was one of them. I think there was a wife and husband
3   Snyder. I want to say the husband was one of them. I
4   can't remember all their names. That's as much as I
5   can remember.
6   Q.   Okay. When you say harassing, what it
7   sounds like to me is that they're calling you super
8   star, they're searching you a lot. Is that true?
9   A.   True. Tearing my cell apart. When you tear
10  someone's cell apart, you don't have to do certain
11  things, like put their blankets and sheets on the
12  floor, put their hygiene either around the toilet or
13  on the floor period, and they went above and beyond to
14  do those things. Walk all over my sheets and blanket.
15  Because you're allowed to stand outside of the cell
16  because they want to watch you while they tear your
17  cell apart. Make sure you're not getting rid of
18  anything or whatever.
19      So I would sit there and watch them walking
20  on my -- my sheets and blankets and on my pillows. I
21  watched them tear my hygiene apart. They would take
22  -- would take my Q-tips and they would literally dump
23  them all over the desk. Just -- just things like

Page 142

1   that. It's hard to remember everything, but they went
2   above and beyond to be disrespectful.
3   Q.   So was that the type of behavior that you
4   consider them harassing you? It's that type of thing
5   that you just described?
6   A.   Tear my cell apart, tanking me for no
7   reason.
8   Q.   Yep
9   A.   Things like that, yeah. That's what I
10  consider harassment.
11  Q.   Any idea why they would do this?
12  A.   Super star. They really took it offensive
13  that this happened in Berlin. Like even one time Van
14  Hoesen, I was being transported and I told him, no, I
15  don't have court, and he argued me with me. They held
16  me in holding for three hours, and they gave me a cell
17  fee, and literally a drip of milk was on the floor. I
18  was almost back to my unit, and they come running down
19  the hall. Leite, get back here, blah-blah-blah.
20      They bring me back, and literally I saw one
21  drop of milk. So one of the officers gave me a spray
22  bottle and a paper towel, and I cleaned it up, and I
23  went to leave and Van Hoesen's like, you're cleaning

Page 143

1   the old fuck -- excuse me -- you're cleaning the whole
2   unit and out of the whole reception area, and I got in
3   an argument with him because of it, and I refused to
4   do it, and that was just those type of things. That
5   -- things like that just here and there that -- that I
6   consider harassment. Like, I didn't have to clean the
7   whole unit. That wasn't right and then stuff like
8   that.
9   Q.   Did you argue with the corrections officers
10  a lot during that time period?
11  A.   No.
12      MR. KING: Objection. You can answer. I
13  just don't know what he means by that time period.
14  Q.   BY MR. FREDERICKS: B Block. When you lived
15  on B Block.
16  A.   No, it wasn't arguing with them. It was
17  more of defense. Like when I got cuffed up and was
18  going down to holding and he pushed me over, that
19  wasn't fighting with them. That was more of he's
20  talking whatever and I'm talking back. I mean it was
21  like that.
22  Q.   What are you saying back?
23  A.   I can't remember. I honestly can't. Like I

1 said, I can't even remember what they were saying as
2 to start the conversation of the argument in the
3 hallway. I just remember hitting the floor handcuffed
4 behind my back, face first off the floor and
5 Lieutenant Berwick the next day calling me down to his
6 office to talk to me, but I don't remember what we
7 were talking about. I don't remember what I said. I
8 just remember the -- the situation.
9 Q. At any other point during your 2012
10 incarceration at Berlin aside from you getting pushed
11 on that occasion, did any other corrections officer
12 push you down or anything like that?
13 A. I don't think so.
14 Q. Did you report any of these officers to any
15 lieutenant?
16 A. Like I said, Lieutenant Berwick saw it.
17 Q. Yep.
18 A. Witnessed it happen. So didn't whichever
19 officer was in the bubble. I can't remember, but as
20 far as put paperwork on any them, I would never be
21 that stupid.
22 Q. Did your move to F Block have anything to do
23 with correctional staff?

1 A. No because that would have been a transfer
2 to Concord because staff isn't only upper/lower tier,
3 deck, whatever you want to call it. They get moved
4 all around. So if I had a problem with one CO, I
5 could have a problem with them on whatever unit I'm on
6 because he could be there that day.
7 Q. How did the inmates on F Block treat you
8 when you arrived on that unit?
9 A. Great.
10 Q. And what was the typical day like for you on
11 F Block prior to the assault?
12 A. Same thing as B Block.
13 Q. How long after the fight in the bathroom in
14 B Block were you moved to F Block?
15 A. That -- that night that we got caught. That
16 night within two hours I was on F Block.
17 Q. Okay. And the inmates on F Block didn't --
18 let's start that over.
19 Did the inmates on F Block question you
20 about why you were moved?
21 A. Of course.
22 Q. And were they accepting of your explanation?
23 A. Yeah, I wouldn't have lived there so long if

1 they wasn't.
2 Q. Who would you associate with when you lived
3 on F Block? What inmates?
4 A. I don't think there was really many I
5 didn't.
6 Q. Okay.
7 A. Between poker tables and just regular, you
8 know, anything, cribbage, anything, or just liking
9 somebody. I -- I would -- I was fine with -- with
10 them. If I didn't, I -- there wasn't any altercation.
11 There was no arguments. If I didn't like someone, I
12 stayed away, which I don't remember anybody in
13 particular that I didn't like on F Block. Not that I
14 didn't like. That I had a problem with.
15 Q. Were there any inmates on F Block that you
16 became closer to as far as friendship?
17 A. Yeah. Pops, Gelinas, a couple others. I
18 can't remember their names.
19 Q. What did you like about Pops?
20 A. He was old school. He was in his seventies,
21 and he had a good reputation. He was a solid guy. I
22 mean he wouldn't even let a teen punk him off, and he
23 was in his seventies. I respected how he carried

1 himself.
2 Q. Do you remember Pops' real name?
3 A. Johanna? I don't remember. I think that's
4 either his first or last name. I can't remember the
5 whole thing.
6 Q. I'm going to show you a document. It's an
7 inmate's face sheet. Do you recognize this individual
8 as Pops?
9 A. Yes, I do.
10 Q. Is that him?
11 A. Yes, it is.
12 (Leite Exhibit 3 was
13 marked for identification.)
14 Q. BY MR. FREDERICKS: That's been marked as
15 Leite 3.
16 What do you mean when you say Pops was old
17 school?
18 A. He was -- he didn't carry himself like some
19 young punk. He carried himself like a grown man.
20 Q. Prior to the assault, did you have a problem
21 with any inmate on F Block?
22 A. Not that I remember.
23 Q. Did you work a prison job on F Block?

1 A. Not that I remember.
2 Q. Why not?
3 A. Why not?
4 Q. Yes. Why not?
5 A. There was either no openings or no job that
6 I wanted. I mean some of the jobs are just crappy and
7 then all the good ones are usually taken.
8 Q. So the assault issue in this case happened
9 on August 24, 2012, correct?
10 A. Yes.
11 Q. Could you walk me through that day leading
12 up to the assault in your own words?
13 A. Yep. Before visits I don't remember. I had
14 visited with my wife. The only reason I know that is
15 because she came every week, and then I don't remember
16 walking back to the unit. I remember talking off my
17 visit clothes, and that's it.
18 Q. You don't remember the visit itself?
19 A. No.
20 Q. And you don't remember walking back to the
21 unit, correct? That's what you just said?
22 A. No.
23 Q. But you do remember changing out of your

1 visit clothes?
2 A. Yes.
3 Q. While on unit?
4 A. Yes.
5 Q. Where did you live on the unit -- by the
6 unit, I mean F Block -- on that date August 24, 2012?
7 A. Bunk one top.
8 Q. So did you change out of your clothes near
9 your bunk?
10 A. Yes. Yes.
11 Q. So you know the visit was with your now
12 wife, correct?
13 A. Yes.
14 Q. Was anyone else visiting you on that day?
15 A. She usually doesn't come without the kids.
16 Q. So you assume the kids were there?
17 A. I assume. Oh, wait. It was Friday, right,
18 the date of the assault? No.
19 Q. I can't answer questions, and I don't -- I
20 don't know honestly.
21 A. Okay. So it must --
22 MS. CUSACK: It was a Friday.
23 Q. BY MR. FREDERICKS: We think it was.

1 A. 2012. I don't think they were in school yet
2 so my kids most likely were there. Oh, no. They were
3 in school. Yeah, so it must have just been my wife.
4 I can't remember.
5 Q. Okay. Did you get stripped searched after
6 the visit?
7 A. Yes, I did.
8 Q. And any recollection of that?
9 A. Yep.
10 Q. Was there anything out the ordinary about
11 it?
12 A. As far as a conversation, yeah, but no dry
13 tank or anything like that, no.
14 Q. Okay. What was the conversation?
15 A. I can't remember the CO's name, but I can
16 remember his face, and there was chatter on the unit
17 before I went to visit or day before, I just remember
18 there was talk on the unit. Something was -- well,
19 somebody was going to get -- there was going to be a
20 problem, and I told the CO that, and he asked with me.
21 I said no, and I said, but you guys should keep your
22 eyes on -- on the block, I said, because I've been
23 hearing some things.

1 He asked me what I heard, and I said I can't
2 -- I mean I couldn't go down as a snitch. That would
3 ruin my bid. I told him, I said, just keep your eye
4 out. That's all I can really tell you, and then I
5 went back to the unit.
6 Q. What had you heard on the unit?
7 A. That somebody was going to -- that was
8 getting extorted, one thing or another was going to
9 happen, either as they called it he was going to pay
10 rent or he was going to pay with sex, one or the
11 other. So I warned the CO of that.
12 Q. What did you say to the CO exactly?
13 A. I exactly -- I can't remember exactly. I
14 can just remember the point I was getting across. I
15 can't remember verbatim.
16 Q. You said you didn't want to be a snitch. It
17 would ruin your bid. So I'm assuming based on that
18 you tried to be a little bit vague?
19 A. Yes.
20 Q. And so earlier you put it I said -- you said
21 there's going to be a problem?
22 A. Yes.
23 Q. Was it any more descriptive than that to

Page 152

1    your recollection?
2    A.   To be perfectly honestly, I can't remember
3    exactly what I said.  I just remember the point I was
4    getting across.  So I can't tell you exactly what I
5    said to him.  I can just tell you the point I was
6    getting across to him.  I can't remember how I worded
7    it.
8    Q.   Who was the -- who did you hear this from
9    that there was going to be problem on the unit?
10   A.   When something goes on on the unit, it's
11   talked about before it happens.  I heard it from a
12   couple different places.  That's why I was for sure
13   something was going to go down that was basically out
14   of my control, you know.  I couldn't do nothing about
15   it I mean.
16   Q.   You heard it from a couple places?
17   A.   Yes.  One being -- I can't remember his
18   name.  Big, bald guy, second tier, top tier.  I think
19   one of the cells closest to the top tier showers.  He
20   was one of them.  Another one was -- I can't remember
21   his name.  Top tier.  As soon as you get to the top of
22   the stairs, his cell was right in front right there.
23   I heard it from him.  I can't remember who else.

Page 153

1    Q.   The first guy, the big, bald guy, what did
2    he say?
3    A.   He said that -- the inmate's name because he
4    saw that like I kind of favored the kid, you know, and
5    he basically said, you know, you know that kid that
6    you look out for, you know, this is what's going to
7    happen, and I don't remember exactly.  I mean I
8    remember that point, but I can't remember exactly how
9    he worded it.
10   Q.   Who's the kid that you looked out for?
11   A.   I can't remember his name.
12   Q.   What was he like?
13   A.   Shorter, dark hair, white kid.
14   Q.   Younger than you?
15   A.   Yes, early twenties.  Very early twenties.
16   Q.   Do you know what cell he was in?
17   A.   No.
18   Q.   Do you know what area of the unit his cell
19   was in?
20   A.   He was -- I think he was -- he was on the
21   bunks with me.  Yes, he was on the bunks.  Yeah.
22   Q.   The first guy you spoke with, the bald guy
23   who told you about this, who did he say was going to

Page 154

1    extort this younger inmate?
2    A.   It was obvious that it was going to be the
3    Gs.
4    Q.   All right.
5    A.   But they're the ones that were giving him
6    trouble since day one.
7    Q.   And what Gs were on F Block?
8    A.   I can't remember every single one.
9    Q.   Do you remember any?
10   A.   I remember Garcia.  I can't remember.  I
11   know there was actually a higher ranking G on that
12   unit.  I'm pretty sure he was still there.  He was
13   bald, tattoos all over his face and arms.  Not a big
14   kid.  He was like a shock collar for the Gs.  He was
15   there, and I really can't remember who was on the
16   unit.
17   Q.   What kind of trouble were the Gs giving this
18   younger inmate since day one?
19   A.   Well, it started with bringing drugs in
20   through visits, and I told him, I go, don't do it,
21   don't do it.  I said you're going to get caught.  The
22   only person he had coming in was like his grandmother
23   or his mother, and so he told them I can't.  He's like

Page 155

1    what am I supposed to do.  Yeah, he's like, if I -- if
2    she gets caught, blah-blah-blah.  I mean he was just
3    all over the road with it.  He was actually crying one
4    night.  That's how this whole thing started with me
5    finding out what was going on, and what was the
6    question?
7    Q.   What was the trouble the Gs were giving
8    this --
9    A.   Yeah.  Yes.
10   Q.   -- this individual?
11   A.   It was first bringing in drugs.  When he
12   said he couldn't do it, they said, well, one way or
13   another you're going to pay.  Either money or your
14   butt.  One way other another you're going to pay, and
15   that's when I heard him crying, and I'm trying -- I'm
16   trying to go with the best of my memory, but it's so
17   hard.  It's so foggy.  That's how it started.
18   Q.   What did -- you said you spoke with two
19   individuals who gave you a heads up that this was
20   going to happen?
21   A.   It wasn't a heads up.  It was more of a
22   conversation.
23   Q.   Okay.

Page 156

1 A. Like, hey, --
2 Q. Conversation.
3 A. -- you know about blah-blah-blah? Well,
4 this is what's going to happen today or tomorrow or
5 whenever I talked to him. I can't remember exactly,
6 but fuck. Do I remember what the two people said?
7 I'm sorry.
8 Q. Yeah, we went through the first guy who was
9 a big, bald guy. You said that was one.
10 A. Yep.
11 Q. And we went through him, and then you said
12 there was another guy whose cell was kind of in the
13 center of the tier, and I was going to ask you what
14 did that person tell you?
15 A. Like I said, I don't remember exactly. I
16 just remember the point of both of them -- what the
17 point they were trying to get across.
18 Q. And this was either the day of or the day
19 before you were assaulted?
20 A. Yes. Yes. I can't remember exactly.
21 Q. And you gave a vaguer version of this
22 information to a corrections officer who was stripping
23 you out after your visit the day of your assault,

Page 157

1 correct?
2 A. I think it was pretty vague what I said to
3 you. So I don't imagine it being much vaguer to him.
4 Q. Okay.
5 A. Just being honest.
6 Q. But that was the day of your assault that
7 you told?
8 A. That I told him in the strip out.
9 Q. Why did you tell that officer and not any
10 other officer in the day or half day --
11 A. Well because --
12 Q. -- leading up?
13 A. Honestly I don't remember. Oh, yeah.
14 Because the only other officers I had contact with
15 were on the unit. He was the only one I had contact
16 off of the unit where nobody could see or hear, and
17 then if I went to the -- to the COs' office, they
18 would have been like why did you leave the unit, where
19 did you go. People watch everything. So the only
20 chance I really had was strip out for visits.
21 Q. And that was after your visit, correct? The
22 strip out?
23 A. Yes.

Page 158

1 Q. Then did you go immediately back the unit?
2 A. Yes.
3      (Leite Exhibit 4 was
4      marked for identification.)
5 Q. BY MR. FREDERICKS: Okay. Looking at
6 Exhibit 4, this is a New Hampshire Department of
7 Corrections Offender Summary of a Ryan Elliot. Do you
8 know this individual?
9 A. Yes.
10 Q. Is this the individual that was having a
11 problem with the Gs that you just described?
12 A. No.
13 Q. No. Okay. Did you have any issues with
14 inmate Elliot while you lived in F Block in 2012?
15 A. Nope.
16 Q. Is it common for inmates to be asked to pay
17 rent by a gang, prison gang?
18 A. Yep.
19      MS. CUSACK: That's is a yes.
20 A. Yes. Yes. Three times, yes.
21 Q. BY MR. FREDERICKS: And what's the
22 consequence of not paying rent when a gang demands it
23 typically?

Page 159

1 A. Assault, check-in.
2 Q. So if you knew on -- if this is a common
3 occurrence that inmates are asked to pay rent by a
4 gang, do you report it to COs every time you hear that
5 that's going to happen?
6 A. No. It's upon the person that's getting
7 punked, getting extorted. Either they go and push the
8 button and ask to be moved off the block or they catch
9 a beating every time that -- it's until they don't get
10 away with it anymore.
11 Q. And what does it mean to pay rent?
12 A. You either give up your canteen, have people
13 put money on other people's books, give up union
14 supply property, sex. I don't know if you want to
15 call it rape or whatever. That's all I can think of.
16 Q. When you talked to the corrections officer
17 who stripped you out, did you give them the name of
18 the -- of this younger inmate and say this is the guy
19 in danger?
20 A. Yep.
21 Q. Okay. Did you say he needs to get off the
22 unit?
23 A. I said you should keep --

1  Q.   Or anything like that?

2  A.   Actually you should keep your eye on him.

3  You should keep your eye on the unit. I don't know

4  what's going to happen. I just heard something's

5  going to happen. I don't know exactly what. I wasn't

6  trying to be a snitch, but I was trying to help him at

7  the same time.

8  Q.   What did CO that stripped you out look like?

9  A.   Starting balding with shaved his head. Me

10  and him had problems for a while. Actually that day

11  in visits was -- he basically said, you know, Jon --

12  we kind of like smoothed it over. I can't remember

13  exactly how it went, and that's basically how it was

14  brought up was me and him were already talking about

15  -- he was one of the COs in the -- the day I had to

16  clean up the milk. He was one of the people being

17  whatever.

18     He didn't apologize, but he tried to like,

19  hey, you know, whatever and wait. I'm going off.

20  What he looks like. Medium build, medium weight.

21  That's all I can really remember. Very not masculine

22  at all. I really can't remember.

23  Q.   About how old?

1  A.   Mid thirties.

2  Q.   And you had -- you said that you had

3  problems with him prior to this day, the 24th of

4  August 2012?

5  A.   Uh-huh. He was one of the super star cops.

6  Q.   That's a yes? Yes?

7  A.   Yes.

8  Q.   Okay.

9  A.   I said he was one of the -- you know.

10  Q.   And -- but he for lack of a better phrase

11  made amends with you a little bit on that day?

12  A.   Basically, yeah.

13  Q.   If he hadn't made amends with you, would you

14  have told him about this issue on the unit?

15  A.   No.

16  Q.   Do you remember his rank, this officer?

17  A.   Just CO.

18  Q.   Just the CO, but you know that he was just a

19  CO?

20  A.   Yeah.

21  Q.   Had he ever stripped you out before?

22  A.   Numerous times between my first and second

23  time. I knew them all pretty good.

1  Q.   Had he ever worked on your unit after?

2  A.   Yes.

3  Q.   Okay. But prior to that, you wouldn't have

4  been comfortable coming to him is my understanding.

5  Is that what you're saying?

6  A.   Yeah. Yes.

7  Q.   Yeah. You were more comfortable on this day

8  you're saying than you would have been prior to that

9  because he made amends with you?

10  A.   It wasn't just because he made amends. I

11  just if -- if we worked in the kitchen and a certain

12  CO was on, and he heard something, he'd tell. As long

13  as he felt good with that inmate, he would tell them

14  what was said. So I didn't trust him in the way that

15  I didn't think it would get back, but then after he

16  made amends and everything was smoothed over, I was

17  like, hey, you know, because he wasn't one of the most

18  liked COs.

19     He was actually very "I'm going to go tell

20  mom on you" type of CO. So there wasn't too many

21  people that I knew of at all actually that respected

22  him to the point where I'd think he would run his

23  mouth to them.

1  Q.   I see. So you thought -- so from that I'm

2  gathering that you thought -- I guess I'm not -- I

3  guess -- so you thought that because of his

4  reputation, what you knew about him, he'd be likely to

5  report this to other COs?

6  A.   No, inmates.

7  Q.   Inmates.

8  A.   I mean it's hard to believe, but COs bring

9  drugs in. COs rat out other inmates. COs just

10  because they're correctional officers doesn't make

11  them a good person. They just don't get -- a lot of

12  them don't get caught. I mean a lot of them break the

13  rules.

14     I mean look at the newspaper. It was like

15  six of them got busted for brining in drugs. Just

16  because they're a CO doesn't mean they're good people.

17  Q.   I'm just trying to understand the rationale

18  for why you told this guy because it sounds like he

19  would tell inmates what other inmates are saying.

20  A.   I just said that he wasn't that kind of cop.

21  Q.   Okay. I misunderstood.

22  A.   Yeah. Before that I wouldn't put it past

23  him to go out of his way to be an asshole. After that

Page 164

1  day, I said to myself, you know, basically I don't
2  think I'll have a problem with this guy. Like I said,
3  he wasn't the everyday problem when he was -- when we
4  bumped into each other. He wasn't a unit officer too
5  much.
6      Damn. Every time you guys pass a note, it
7  throws me off my train of thought. I don't remember
8  where I was going.
9  Q. Okay. How long does a post visit strip
10  search typically take?
11  A. Anywhere ten minutes, roughly give or take a
12  few.
13  Q. Did this -- how -- how did this CO who you
14  talked to during the strip search on August 24, 2012,
15  how did he seem to take the information you were
16  giving him? Did he seem to be accepting or
17  dismissive?
18  A. I can't remember. I think he was -- I think
19  he was just kind of yep, uh-huh, uh-huh. I can't
20  remember exactly. I don't remember what he said. I
21  don't remember anything on his part, but I think he
22  was -- at least acted like he was listening because I
23  don't remember thinking he wasn't. I don't remember

Page 165

1  thinking that he's brushing it off, but I mean I don't
2  remember a lot of things.
3  Q. So the only -- the only thing that you say
4  you remember about being back on the unit after your
5  visit on August 24, 2012 is changing out of your visit
6  clothes and nothing else?
7  A. No.
8  Q. Okay. No, you don't remember anything else,
9  or no, I'm wrong?
10  A. No, I don't remember anything else.
11  Q. Do you remember why you went into the cell
12  that you were assaulted in?
13  A. No, I don't even remember changing
14  completely out of my visit clothes. The only thing I
15  remember is my shirt, my green shirt. I don't
16  remember anything else.
17  Q. You don't remember talking to anyone?
18  A. No.
19  Q. I think this is encompassed in your answer,
20  but do you remember seeing anything on that occasion
21  indicating that that younger inmate that you were
22  looking out for was in trouble when you got back from
23  the visit?

Page 166

1  A. I'm going to be honest, I've heard so many
2  different stories about what happened, including from
3  the CO when I woke up, to every inmate that was on
4  that block that I would see throughout the prison the
5  rest of my time, I don't -- I see different things in
6  my head as far as from what people told me, but I do
7  not have -- like I'm not a thousand percent sure.
8  Like I'm not a hundred percent sure. I'm not even 50
9  percent sure because like I said I've heard so many
10  different stories, and in my head, they're all gone
11  together of -- of like what's happened, and I know
12  through hearing things and being told things, that a
13  lot of what I thought I knew was actually not.
14      Do you understand what I'm saying? Okay.
15  So honestly I don't remember.
16  Q. What have you heard from others about why
17  you went into the cell that you were assaulted in on
18  August 24, 2012?
19  A. I heard a couple different reasons. I heard
20  the kid was already in there. I've heard that I was
21  called over. I heard -- actually now that I'm talking
22  about it, we talked about it now. I do remember kind
23  of in the video of what happened.

Page 167

1      Actually no. See, that's what I'm saying.
2  It's hard to -- to see what's -- what's a memory and
3  what was said. I honestly can't remember.
4  Q. So right now I'm just asking you what was
5  said about why you went into the cell?
6  A. I honestly don't know. I don't know.
7  Q. Well, one thing you said was that the kid --
8  I'm assuming that's meaning the younger inmate was in
9  the cell?
10  A. That's what I was told.
11  Q. Okay. Were you told any other reason why
12  you went in to the cell?
13  A. I just told you I was -- I heard from
14  someone that Gelinas called me over.
15  Q. Okay.
16  A. I heard from another person that Gelinas
17  wasn't even in the cell. I've heard so many different
18  things, but from memory I do not remember why I went
19  to that cell.
20  Q. Did you hear that you went in because that
21  younger inmate was going to be raped in the cell?
22  A. I don't remember if that's what I was told.
23  I don't remember.

Page 168

1 Q. But did someone tell you that, that you went
2 in to protect a younger inmate from being raped?
3 A. Now you said that, it sounds familiar, but
4 again like I said, I can't remember. I have no idea.
5 You're talking five years ago. I mean I can't
6 remember what I had for breakfast, not -- never mind
7 what happened five years ago on the day I was
8 assaulted and went into a coma. It's really a blank
9 spot for me and --
10 Q. You -- I'm sorry. Were you finished?
11 A. Hard to remember what people say to you.
12 When you have brain damage and you have memory
13 problems, it's hard to remember who said what, when
14 they said it, what was said. It's just -- I don't
15 have that luxury, and I'm not going to sit here and
16 speculate what was said by who might have said it or
17 anything like that.
18 Like I just don't feel comfortable going
19 down that road anymore. Like we started. I don't
20 feel comfortable now I think about it because I don't
21 know if it's true. I don't know who said what, what
22 was done. I don't -- I don't know. I don't remember,
23 and at this point all we're doing is speculating on

Page 169

1 what if or who could have.
2 Q. Did you -- strike that.
3 Did you talk to the state police about this
4 incident?
5 A. When I was in the infirmary, they came and
6 they asked -- this is to the best of what I remember
7 again. They asked me what happened. I don't remember
8 what I said, but I do remember telling them I'm not
9 going to snitch. They said, Jon, you can -- we'll get
10 you home on medical parole if you just tell us what
11 happened and who did it, and I said I'm not snitching.
12 I said I'll stay here the last year and a half. I
13 said I'm not snitching. They said this is your last
14 chance. You sure you don't want to go home, and
15 that's when I told them no.
16 Q. If you gave a recorded interview with the
17 state police and DOC investigations during which you
18 told them what happened leading up to this assault in
19 2014 or --
20 A. '12.
21 Q. '12. Let me start that over.
22 If you gave a recorded interview to DOC
23 investigations and state police in 2012 in which you

Page 170

1 told them in more detail what happened on that day, --
2 A. Uh-huh.
3 Q. -- would you believe that that was accurate
4 what you told them?
5 A. Like I said, I mean from the minute I woke
6 up, I had the COs pouring stuff in my ears. It was
7 actually a couple different ones. One of them was
8 really just a good guy. But -- so no, I can't be sure
9 whatever I said wasn't -- like I said, somebody tells
10 you a story in your mind you're going to start making
11 that sound, yeah, that's right. No, that is right.
12 That's no, no, and then in your head, a story that
13 someone tells you now starts to become like a memory.
14 So no, if you asked me a question after my
15 coma, I wasn't even in the right state of mind. I
16 thought my wife was trying to steal my money. I
17 thought she was trying to take over my lawsuit and
18 this, that and the other one. I was really just
19 incoherent babbling. You can check my recorded phone
20 calls. Like I was not in the state mind I am today.
21 I mean I wasn't in the state of mind I was after I was
22 out of the infirmary.
23 Q. Did you ever have any issue with Garcia,

Page 171

1 that being Matty Garcia, prior to the assault?
2 A. No.
3 Q. Garcia ever ask you or demand that you pay
4 rent to the Gs?
5 A. Absolutely not. For what?
6 Q. Just asking.
7 A. Yeah. No. No. I'm not that guy. He
8 wouldn't have asked me to pay rent. They would have
9 called me in a cell and we would have fought and that
10 would have been it. They would never ask me to pay
11 rent because they knew there was no way in hell I
12 would have done it. Unlike a lot of people in there,
13 I have pride.
14 Q. I'm going to do a little video next. You
15 want to take five, or do you want to just go into it?
16 It's up to you.
17 MR. KING: Do you want a short break or no?
18 It's up to you.
19 THE WITNESS: No, I'm fine.
20 MR. KING: Okay.
21 THE WITNESS: Thank you.
22 Q. BY MR. FREDERICKS: Why don't I do this
23 while this is loading. You mentioned instead of

1  paying rent, you would rather just -- or more likely
2  just fight with an inmate making that kind of demand
3  to you.
4  A.  Uh-huh.
5     (Interruption by the reporter.)
6  A.  Yes.  Sorry.
7  Q.  BY MR. FREDERICKS:  Why do inmates go into
8  cells to fight?
9  A.  Well, I said cell, but I meant common
10  bathroom.  That's where you go to fight.  You don't
11  fight in the cell because it's too easy to get caught.
12  Q.  Why is the common bathroom better?
13  A.  Because you can't see it on the cameras.
14  You can't see it on this camera, the one by the front
15  door.  There's really -- if someone came in and there
16  was blood in there or whatever, whose is it, you know,
17  type of deal.  If a CO comes in the unit and there's a
18  -- a cell torn apart and shit -- stuff everywhere,
19  it's a good indication there was a fight in there.  If
20  you do it in the common bathroom, nothing's going to
21  get destroyed.  Your bunkie's TV's not going to get
22  smashed to pieces.  The CO's not going to come in and
23  see a cell torn apart.

1  Q.  Can you see in the cells on camera?
2  A.  I'd imagine.  I've never seen.  I'd imagine
3  you could see into some of them.  Maybe the top tier.
4  I'm not sure.  I'm not sure.  I'm speculating again.
5  Q.  Okay.  I'm going to come around because this
6  is kind of odd to operate.
7     Can I just pull this a little closer?
8  A.  Of course.
9  Q.  So what we're looking at is video 8/24/2012.
10  The time is 14:34:03.  We're on Channel 29, and I'm
11  going to tell you that this is F Block, your housing
12  unit at the time.
13  A.  Okay.
14  Q.  Do you recognize this to be what F Block
15  looks like?
16  A.  Yes.
17  Q.  Would you point out which bunk was yours on
18  August 24, 2012?
19  A.  The first one top.
20  Q.  You're pointing to the bunk bed that's
21  closest to the red rectangle, which I believe is the
22  laundry cart, correct?
23  A.  Yes.

1  Q.  And the top bunk?
2  A.  Yes.
3  Q.  I'm going to push play.
4     (Video played.)
5  Q.  BY MR. FREDERICKS:  I'm actually going to
6  pause at 14:34:14 and ask that you focus on the door
7  to the unit, which is in the back right corner of the
8  screen, and I'm going to push play again.
9     (Video played.)
10  Q.  BY MR. FREDERICKS:  Pausing at 14:34 and 37
11  seconds, did you see someone come through the door to
12  the unit?
13  A.  Yes.
14  Q.  Did that person walk toward your bed?
15  A.  Yes.
16  Q.  Are you able to recognize that as yourself?
17  A.  No.  There's no way of telling.  The only
18  reason I know it's me is because I'm at my bunk.
19  Q.  Okay.  But you're --
20  A.  There's no way of telling who that is.
21  Q.  But you believe it's you because you went
22  straight to your bed?
23  A.  Yeah.

1  Q.  When an inmate wants to get through the door
2  to the unit that we just watched that inmate who we
3  believe is you come through, how does that door get
4  opened?
5  A.  There's a first door.  You press the buzzer.
6  You go through it.  That's the second door.  You press
7  the buzzer.  No, excuse me.  You press the buzzer to
8  the first one, and then you go into the sally port
9  area.  Once that first door closes, they'll buzz open
10  the second one.
11  Q.  Okay.  The buzzer you press, what does that
12  do?
13  A.  On the outside, it calls either the bubble
14  or CP -- CP-5.  I can't remember which one.
15  Q.  Then the person in the bubble unlocks that
16  door you for?
17  A.  Both of them.
18  Q.  Both of the doors.
19  A.  I believe.  I don't know how their
20  procedures work.
21  Q.  How does an officer know an inmate's at the
22  door?
23  A.  The voice and camera.

1 Q. Okay. I'm going to push play again at
2 14:34:37, and I want to keep -- I want you to keep an
3 eye on the individual that we believe is you that is
4 at your bunk. I also want you to focus on the bunk
5 mattress and bunk rail directly in front of the orange
6 laundry cart.
7 A. Okay.
8 (Video played.)
9 MS. CUSACK: Just for the record, you've
10 described that -- it's the same laundry car as you've
11 described before, right?
12 MR. FREDERICKS: Yes.
13 MS. CUSACK: Before you called it red. Now
14 you called it orange so.
15 MR. FREDERICKS It's an orangey red, and
16 there's only one and it's directly behind the --
17 THE WITNESS: It's the only one on the unit.
18 Q. BY MR. FREDERICKS: I'm pausing it at 14:34
19 and 44 seconds. Did you just watch the inmate we
20 believe is you slip something into here? Here being
21 between the mattress and bed frame?
22 A. Mostly likely my ID.
23 Q. Okay. That's what you believe it was?

1 A. Hundred percent.
2 Q. Okay. Going to push play again.
3 (Video played.)
4 Q. BY MR. FREDERICKS: Pausing at 14:34:48, the
5 inmate that we believe is you is wearing the full
6 prison green outfit, correct?
7 A. Uh-huh.
8 Q. Is that what you would come --
9 MS. CUSACK: That's a yes?
10 Q. BY MR. FREDERICKS: That's a yes?
11 A. Yes.
12 Q. Is that outfit the full prison greens what
13 you would be wearing coming from back from a visit?
14 A. Yes.
15 Q. Do you see any other inmates on the unit
16 wearing full prison greens in this screen shot at
17 14:34:48?
18 A. No.
19 Q. Do you see that you're holding a white piece
20 of paper in the video?
21 A. Yes.
22 Q. What is that?
23 A. I have no idea.

1 Q. What type of paper would you come back from
2 a visit with?
3 A. If it was a write-up, I would have never
4 come back to the unit. I have no idea. I must have
5 stopped at the front office and got something. They
6 must have called me over because there is no paper
7 you'd come back from a visit with that I can remember.
8 Q. Did anyone ask you to fill out a statement
9 regarding --
10 A. Oh, God, no.
11 Q. -- what you said to the officer?
12 A. Oh, I wouldn't have -- I wouldn't have
13 brought it back to the unit.
14 Q. So you can't think of a circumstance where
15 you'd bring a piece of paper back from a visit to the
16 housing unit?
17 A. I'm not saying it's not. I'm saying I don't
18 remember. I don't even remember having that paper. I
19 don't remember leaving my bunk. I thought I came in.
20 Stripped out right there. Changed my clothes right
21 there.
22 Q. Have you watched this video ever before?
23 A. No.

1 Q. I'm going to push play again. We are at
2 14:34:38. I'd like you keep an eye on yourself.
3 A. And if that was a statement, I wouldn't be
4 walking around the whole unit.
5 Q. Okay. I'm pausing just to let you answer.
6 A. Yeah. Go ahead.
7 Q. Okay.
8 (Video played.)
9 Q. BY MR. FREDERICKS: Pausing again at
10 14:34:55. Did you see yourself in the video playing
11 with your sleeve?
12 A. I can't tell. I wasn't paying attention.
13 Q. Okay. I'm going to rewind, and I'm
14 currently paused at 14:34:52, and I'm asking you to
15 keep an eye on yourself, specifically your left sleeve
16 and the hand that you're holding the paper with.
17 (Video played.)
18 A. Yeah.
19 Q. BY MR. FREDERICKS: Do you know what you
20 were doing there?
21 A. I have no memory of this.
22 Q. Okay. Any idea -- do you keep a watch on
23 that left arm?

Page 180

1  A.  I didn't wear watches.
2  Q.  Okay.  Pushing play.
3      (Video played.)
4  Q.  BY MR. FREDERICKS:  Pausing at 14:35:22.
5  Since I've pushed play, it looks like you sat down on
6  the edge of where the screen shuts off.  Is there
7  another table located here outside the screen?
8  A.  Yes.
9  Q.  And are you sitting at that table?
10 A.  I would imagine.
11 Q.  Playing -- pushing play again.
12     (Video played.)
13 Q.  BY MR. FREDERICKS:  Pausing again at 14:35
14 and 56 seconds.  You sat at a table or what you
15 imagine you were sitting at a table for about a
16 minute.  Any idea what you would be doing --
17 A.  Talking to somebody.
18 Q.  -- at the table?
19     Okay.  I'm pushing play again, and again I'd
20 like you to keep your eye on yourself and on the same
21 spot on the bed that we were looking at earlier, how
22 that is between the mattress and the bed frame behind
23 the reddish-orange laundry cart.

Page 181

1      (Video played.)
2  Q.  BY MR. FREDERICKS:  So we just watched you
3  walk back to the bed and you touched that same spot
4  where you said you put your ID?
5  A.  Can you rewind it again?
6  Q.  Sure.  I'm paused at 14:36:02.
7  A.  Just go back a couple seconds.
8  Q.  Okay.  I'm pushing play at 14:35:53.
9      (Video played.)
10 Q.  BY MR. FREDERICKS:  Did you just see
11 yourself walk back to the bed and again touch --
12 A.  It doesn't look like I touched.  It looks
13 like I dropped something there.
14 Q.  Okay.
15 A.  If you rewind it and play it again.
16 Q.  Okay.  It looked like you dropped something
17 there?
18 A.  Uh-huh.
19 Q.  Again we're paused at 14:36:02.  Any idea
20 what that would have been this time?
21 A.  If it was in full view, those mattresses
22 don't cover the whole rack.
23 Q.  Yep.

Page 182

1  A.  There's a gap around it.  If it was in full
2  view like that, it was something stupid.  I didn't
3  lift up my mattress and reach under there which still
4  I wouldn't because of these cameras.  It was something
5  stupid.
6  Q.  Okay.  I'm pushing play again at 14:36:02.
7      (Video played.)
8  A.  See that's what I thought I did as soon as I
9  came on the unit from visit
10 Q.  BY MR. FREDERICKS:  Okay.  That was my
11 question.
12 A.  That's what I thought I did.
13 Q.  I'm paused at 14:36 and 51 seconds, and in
14 the video, you just took your top layer of your prison
15 greens off.
16 A.  Uh-huh.
17 Q.  And you just testified that that's what you
18 thought you did immediately upon coming to the unit.
19 A.  Yeah.
20 Q.  So you do remember doing that?
21 A.  Yep.
22 Q.  Does this make you remember anything else
23 that happened --

Page 183

1  A.  Nothing.
2  Q.  -- on this date?
3      Okay.  I'm playing again from 14:36 and 51
4  seconds.
5      (Video played.)
6  Q.  BY MR. FREDERICKS:  Pausing now at 14:37 and
7  40 seconds.  Do you see another inmate with no shirt
8  on has approached you in the video?
9  A.  I wasn't paying attention.  I see him right
10 there.
11 Q.  Yep.  And he's standing next to you right
12 now --
13 A.  Uh-huh.
14 Q.  -- in the video?
15     (Interruption by the reporter.)
16 A.  Yes.
17 Q.  BY MR. FREDERICKS:  I'm going to push play.
18     (Video played.)
19 Q.  BY MR. FREDERICKS:  Pausing now at 14:37:53
20 seconds, would you agree now that you're talking to an
21 inmate at your bunk side?
22 A.  Uh-huh.
23     (Interruption by the reporter.)

1 Q. BY MR. FREDERICKS: Yes?

2 A. Yes.

3 Q. Pushing play again and I'd like you to watch

4 the inmate with no shirt on that you're speaking with

5 in the video.

6 (Video played.)

7 Q. BY MR. FREDERICKS: Pausing at 14:38:05.

8 Did you just watch the inmate that you're speaking

9 with no shirt on peer into the bed frame between your

10 mattress and the bunk?

11 A. Uh-huh.

12 MS. CUSACK: Is that a yes?

13 A. Yes.

14 Q. BY MR. FREDERICKS: That's a yes?

15 A. Yes.

16 Q. Any idea what he would be looking at there?

17 A. I have no idea.

18 Q. You said that -- and that's the spot that

19 you touched twice earlier in the video, correct?

20 A. Yes.

21 Q. And you said that you would have put

22 something stupid in there. What type of something

23 stupid would it be?

1 A. I did -- see, the thing you have to

2 understand is this is all open. You can see it from

3 that camera and you can see the side from that camera.

4 Q. Uh-huh.

5 A. I don't know what you're getting to and what

6 he was looking at, but it was nothing there. It's

7 your mattress. You don't put anything there. I mean

8 that's the first thing you learn coming into prison,

9 you don't put shit in plain view. I mean that's just

10 silly.

11 Q. I'm going to push play at 14:38:05.

12 (Video played.)

13 Q. BY MR. FREDERICKS: Pausing at 14:38:26.

14 You're still talking to -- with this inmate at your

15 bedside, correct?

16 A. Yes.

17 Q. Any idea who that is?

18 A. I have no idea.

19 Q. Okay. Going to push play. Pushing play

20 now.

21 (Video played.)

22 A. All right. Now, he's looking in my bed up

23 by the pillow case. When I came in, as you said, I

1 was down here. I wasn't up there. He was just up

2 there by my pillow.

3 Q. BY MR. FREDERICKS: Okay. So I'm paused at

4 14:38 and 43, and this inmate who you were talking to

5 was again staring at your bed frame but more up toward

6 the pillow, correct?

7 A. Yep.

8 Q. And he stared in there for about five, six

9 seconds, correct?

10 A. Okay.

11 Q. Yes?

12 A. Yeah.

13 Q. Pushing play.

14 (Video played.)

15 Q. BY MR. FREDERICKS: Pausing at 14:38:49.

16 Now, the inmate who was just staring at your bed frame

17 has now gone completely behind the orange-ish red

18 laundry cart, correct?

19 A. Uh-huh.

20 Q. And you --

21 (Interruption by the reporter.)

22 A. Yes.

23 Q. BY MR. FREDERICKS: That's a yes?

1 A. Yes.

2 Q. And you've wrapped around to the front of

3 the bunk bed such that you're in between the stairs

4 and the bunk, correct?

5 A. Yes.

6 Q. Pushing play.

7 (Video played.)

8 Q. BY MR. FREDERICKS: Pausing at 14:38:59.

9 The inmate who was at your bedside has now walked from

10 around the laundry cart and he's approaching the

11 mezzanine. Do you see that?

12 A. Uh-huh.

13 MS. CUSACK: That's a yes.

14 A. Yes. Yes.

15 Q. BY MR. FREDERICKS: And you're still at the

16 foot of your bed?

17 A. Yes.

18 Q. Okay. Pushing play.

19 (Video played.)

20 Q. BY MR. FREDERICKS: Pausing again at

21 14:39:06. The inmate who was at your bedside, does it

22 look like he's speaking with someone on the mezzanine

23 or interacting with someone up there?

1 A.  I thought that was him there.  I -- I --
2  when you said mezzanine --
3 Q.  Want me to rewind it?
4 A.  Yes, please.
5 Q.  We are rewinding 14:38:53.  Asking the
6  witness to keep his eye on the shirtless inmate who
7  was just now emerging to the left of the laundry cart.
8  Pushing play.
9     (Video played.)
10 Q.  BY MR. FREDERICKS:  Pausing at 14:39:11.
11  The inmate who just emerged from the laundry cart, did
12  it look like he was speaking with someone in the
13  mezzanine area?
14 A.  When he went under the stairs?
15 Q.  Yes.
16 A.  I don't know.  How does it look like when
17  someone looks under the stairs.
18 Q.  Okay.  But he went over to the mezzanine --
19 A.  Yes.
20 Q.  -- with his a shirt, turned around and came
21  back or article of clothing.  I don't know if it's a
22  shirt.
23 A.  Yes.

1 Q.  Yes?
2 A.  Yes.
3 Q.  Okay.  Pushing play again 14:39:11 seconds.
4     (Video played.)
5 Q.  BY MR. FREDERICKS:  Pausing at 14:39:21.
6  The shirtless inmate's now tucked himself back behind
7  the laundry cart again, right?
8 A.  Uh-huh.  Yes.
9 Q.  Okay.  Pushing play.
10     (Video played.)
11 Q.  BY MR. FREDERICKS:  The video is still
12  playing.  Now, keep an eye on yourself, please, the
13  white shirt by the bunk bed.
14     (Video played.)
15 Q.  BY MR. FREDERICKS:  Pausing at 14:39:44.
16  Did you just watch yourself walk off the camera screen
17  diagonal to the left?
18 A.  Yeah.
19 Q.  Was that --
20 A.  Yes.
21 Q.  -- towards the cell that you were assaulted
22  in?
23 A.  I thought I went this way.

1 Q.  Do you want me to rewind it?
2 A.  Yeah.
3 Q.  Okay.  So we're at 14:39:30.  This is still
4  you by your bunk, correct?
5 A.  Yes.
6 Q.  I'm going to push play and ask that you keep
7  an eye on yourself.
8     (Video played.)
9 Q.  BY MR. FREDERICKS:  So that time did you see
10  that you walked off screen diagonal left?
11 A.  Yes.
12 Q.  Is that the area where the cell that you
13  were assaulted in was?
14 A.  That's not seven right there or nine,
15  whatever it was.  That's number one, number two.  That
16  direction is going towards Pops' cell as well.
17 Q.  Okay.
18 A.  Just -- just so you know.
19 Q.  Okay.  And as of right now, you do not know
20  what you were talking with the shirtless inmate about?
21 A.  No.
22 Q.  And you don't know what you -- what you and
23  he were looking with in the bed?

1 A.  No.
2 Q.  Okay.  Any ideas?
3 A.  Ideas?
4 Q.  As to what it was?
5 A.  He could have just been nosy and looking at
6  my exposed bed rail.  That's not a mattress right
7  there.  It's not a mattress covering that.  That's
8  exposed.
9 Q.  Yeah.
10 A.  The mattress falls about this far short.
11     MS. CUSACK:  And for the record, you've got
12  your hands about six --
13 A.  Six inches apart.  That is all exposed to
14  the camera, to every inmate, to everything.  There's
15  nothing that I would do that secretive that I would do
16  right there.  We'd be in that common bathroom or we'd
17  be in the cell.  We would never in a million years do
18  anything wrong on the unit in front of the cameras on
19  the dayroom bunks.
20     I don't know what you're insinuating by do
21  you remember or whatever, but that's the silliest
22  thing I've ever heard in my life.  It would never
23  happen, not in a million years.

1 Q. BY MR. FREDERICKS: Do you remember about
2 what time you were assaulted on August 24, 2012?
3 A. After visits.
4 Q. Okay. So right about the time we're
5 watching in this video?
6 A. I don't know. After visits.
7 Q. Okay. If a little while later in this video
8 another inmate who we haven't seen here came into
9 frame and also looked in that spot in your bed, would
10 that be weird?
11     MR. KING: Objection.
12 Q. BY MR. FREDERICKS: To you?
13     MS. CUSACK: You can answer.
14 A. It's a dayroom bunk. I mean, yeah, actually
15 that would be weird.
16 Q. BY MR. FREDERICKS: Okay.
17 A. To me, but it doesn't mean they weren't
18 looking for a deck of cards or anything. I mean I
19 wish you could watch the unit for a whole day, not
20 just for ten minutes on a computer. I wish you could
21 watch for a whole day and see. I mean people go over
22 to other people's bunks. People grab stuff.
23     I mean we probably had three decks of

1 playing cards on the whole unit. I mean there was one
2 or two cribbage boards. So really you could do
3 anything in a bunk. But in plain view out in the
4 public nothing -- nothing wrong.
5 Q. So as of right now --
6     MR. KING: Why don't we -- why don't we take
7 five to ten minutes. Okay.
8     MR. FREDERICKS: Sure.
9     (Short recess was taken.)
10 Q. BY MR. FREDERICKS: Mr. Leite, I'm just
11 going to recap a little just to make sure that I
12 haven't missed anything about your memory of that day,
13 August 24, 2012 at this present time. So you said
14 that you know you went to a visit, but you don't
15 remember the visit itself, correct?
16 A. No. You're correct.
17 Q. And you don't remember walking back to the
18 unit through the hallways, correct?
19 A. No, I don't.
20 Q. And the only thing you remember about coming
21 on to the unit is taking off your green shirt?
22 A. Correct. Yes, but it was -- from watching
23 the video, it wasn't -- I thought I came right to the

1 unit, went to my bunk and took my shirt off. I didn't
2 know there was all that other stuff that happened.
3 Q. Okay. So you don't remember anything that
4 really transpired on the unit prior to the assault
5 aside from the memory of yourself taking the shirt
6 off?
7 A. That's it.
8 Q. Okay. You don't remember why you went in
9 the cell --
10 A. No, I do not.
11 Q. -- that you were assaulted in? Sorry. You
12 don't remember why you went into the cell that you
13 were assaulted in?
14 A. No, I don't.
15 Q. And you don't remember speaking with any
16 other inmates prior to the assault?
17 A. None. Not even the people I saw in the
18 video.
19 Q. Okay.
20 A. Or the person.
21 Q. The only specific memory that you have is
22 being stripped out and the conversation with the
23 corrections officer, correct?

1 A. Yes.
2 Q. And that was where you told him something's
3 going to happen on the unit. You should keep an eye
4 on it, correct?
5 A. Yep.
6 Q. And you remember who that officer was,
7 right?
8 A. Yep.
9 Q. And what he looked like?
10 A. Yes.
11 Q. And you remember your interactions with him
12 prior to that date? Yes?
13 A. Not all of them, but I remember some
14 interactions with him, yes.
15 Q. You remember your opinions of him, and you
16 gave him some insight on why you decided to tell him
17 that something might happen on the unit, correct?
18 A. Uh-huh.
19 Q. Yes?
20 A. Yes.
21 Q. Would you please describe for me in your
22 words the injuries that you received as a result of
23 the August 24, 2012 assault?

Page 196

1  A.  The injuries that I received?
2  Q.  Yes.
3  A.  I don't remember exactly.  I think it was
4  brain swelling, hematoma.  I think facial fractures,
5  maybe a broken nose.  I can't -- I can't remember
6  exactly.
7  Q.  Do you know why you would have been
8  assaulted by these inmates on that date August 24,
9  2012?
10  A.  Yeah.  I was on B Block with Candelaro (ph)
11  and he was the highest ranking G in Berlin, and we
12  were out in the yard, and I -- I asked him, I'm like,
13  hey, I got a message to him to give -- I can't
14  remember.  Either I talked to him or I got a kite to
15  him or something, and I asked him to give this kid a
16  pass, and he said yeah.  Yeah, he's like, Jon, you
17  know, don't make it a habit of getting in the way of
18  business, but we'll give this one a pass.
19      I'm sorry.  I -- what was the question?
20  Q.  I asked you if you had an understanding of
21  why you were assaulted on August 24, 2012.
22  A.  What I think happened?
23  Q.  Why?  Why you think that this happened to

Page 197

1  you, the assault?
2  A.  Because of sticking up for that kid.  I
3  asked him to have a pass from Candy, and Candy said
4  yeah.  So when they didn't give him a pass, I was
5  surprised.  I'm trying to remember.
6      What was the question?  You asked me why I
7  think what happened happened or why do I think what
8  happened with what reason did it happen?  Which one
9  you asking?
10      MR. KING:  Why -- why did they assault you
11  if you know.
12  A.  Why?  I honestly don't know.  I can tell you
13  what I think happened, what the problems on the unit
14  was.  My only problem on the unit was that kid.  I
15  didn't have any debts.  I didn't have any other reason
16  that it could have been.
17  Q.  BY MR. FREDERICKS:  Okay.  Going back to the
18  story that you just told me, you went to someone, who
19  I'm assuming their prison name is Candy and you gave a
20  longer name, but I don't recall what it was.
21  A.  That was -- that was way before that day.
22  Q.  So is it related or not to you?
23  A.  I think it's related because he's the one

Page 198

1  who said that he'd give that kid a pass, and then when
2  I heard the chatter or the talk or whatever on the
3  block that that's not what was going to happen, that's
4  why I said something because that kid was supposed to
5  have a pass.  He was supposed to let that one go.  So
6  when I heard from numerous people what was supposed to
7  happen, that's what I believed it was over.
8  Q.  Okay.  Let me try and --
9  A.  Sorry.
10  Q.  I'm going to -- I'm going to rephrase that
11  back to you.  You tell me if I'm right or wrong.
12  Okay.
13  A.  Okay.
14  Q.  The young inmate we were talking about
15  earlier, --
16  A.  Yes.
17  Q.  -- the Gs are going to make him pay rent,
18  extort him somehow, correct?
19  A.  Yes.
20  Q.  You're saying you went to a high ranking G?
21  A.  Uh-huh.
22  Q.  Asked to give this kid a pass?
23  A.  Yes.

Page 199

1  Q.  Does that mean leave him alone?
2  A.  Yes.
3  Q.  The kid?
4  A.  Yes.
5  Q.  Okay.  And you think that inmates on your
6  unit, F Block, didn't like the fact that you asked for
7  a pass for him?  Is that it?
8  A.  Yeah, they look it as you're getting away
9  because a lot of these kids don't have family on the
10  street to give them money or to put money on their
11  phone.  So when you -- when I did something like that,
12  I was getting in the way of their money.  I was
13  getting in the way of how they live.  And yeah.
14  Q.  But he didn't get a pass according to what
15  you just said.
16  A.  He was supposed to, but no, he didn't.
17  Q.  So if you asked for a pass and he didn't get
18  a pass, the inmates on F Block who assaulted you were
19  upset with you just because you asked even though he
20  didn't one?
21  A.  No.  No, that's not -- that's not --
22  Q.  I'm not trying to put words in your mouth.
23  A.  No, no, no.  No, no.  I asked him for a pass

1 from Candy. Now just because Gelinas, he was bow
2 (ph). He should have never gotten in bed with the Gs,
3 but just because he wasn't supposed to doesn't mean he
4 didn't. What happens when those doors close, they
5 don't always listen to whatever -- whoever outranks
6 them. You know what I'm saying?
7    Like a G on B Block said, hey, give this kid
8 a pass, but the G on F Block is kind of like eff him.
9 Well, the G that's on B Block isn't going to defend me
10 over another G. He's going to be, like, you know,
11 Leite, I tried, type of deal. You know what I'm
12 saying?
13 Q. Okay. This younger guy that you were
14 looking out for, was he also on B Block when you --
15 when you lived there?
16 A. No.
17 Q. How -- when did you tell the high-ranking G
18 on B Block that you wanted this kid to get a pass, the
19 younger inmate?
20 A. It was in the yard.
21 Q. Okay.
22 A. Like I said, it was a kite or the yard. I
23 can't remember the exact situation. I just remember

1 me and Candy were on B Block. Candelaro, whatever you
2 want to call him, were on B Block together. We had a
3 good -- we were cool with each other. So I asked him
4 as a favor, but that doesn't mean like I said that
5 once those doors shut that that was going to happen,
6 and I'd never get a high, low-raking, any kind of G to
7 side with me over another G.
8 Q. Okay. So you didn't live on B Block when
9 you --
10 A. When I asked him?
11 Q. -- when you asked for the pass?
12 A. No.
13 Q. How do you send a kite to an inmate on
14 another unit?
15 A. Through chow. Through library. Through the
16 gym. Through anywhere really. You can pass it over
17 phones. You can -- people leaving the unit all the
18 time to go to the same job as other people on the
19 upstairs unit. I mean there's so many ways.
20 Q. For our record here, what is a kite?
21 A. It's like a note.
22 Q. Okay. Did you ever see a rape going on in
23 Cell 9 and attempt to enter in F Block?

1 A. Did I see one in Cell 9?
2 Q. Yes.
3 A. I don't think -- No, I wouldn't have done
4 anything like that.
5 Q. Did you ever see --
6 A. On the unit?
7 Q. On the unit.
8 A. Yes.
9 Q. Did you ever see -- let me start that over.
10    Cell 9 on F Block, --
11 A. Uh-huh.
12 Q. -- did you ever see a rape in that cell and
13 try and go in?
14 A. No.
15 Q. Did you ever see this younger inmate that we
16 have been referring to that you were looking out for,
17 did you ever see him get assaulted on F Block?
18 A. No.
19 Q. Did you ever see him get assaulted anywhere?
20 A. If he was assaulted, he would have never
21 paid. You're supposed to put the fear in somebody,
22 not show them. You know, when you're charging them
23 rent, once you hit someone you lose that power.

1 Before you hit them, especially someone that's never
2 done time before, you have the fear running through
3 their head. You have the what-if running through
4 their head. So no, if they were trying to extort him,
5 they wouldn't assault him until after he didn't do
6 what they were saying.
7 Q. Okay. So going back to the start of this
8 conversation, the only thing that you can think of
9 that would have made inmates on F Block assault you on
10 August 24, 2012, was the fact that you asked an inmate
11 named Candy to give a pass to the younger inmate you
12 were looking out for, correct?
13 A. Yes. Yes.
14 Q. That's the only thing you can think of?
15 A. It's the only thing that's possible.
16 Q. Okay.
17 A. You don't understand that like my family
18 sent me money. I didn't run up any debts. I didn't
19 have problems with anybody. I mean you can see I
20 walked in the unit. Not a worry in the world. I mean
21 you can watch any video from that unit, I've never,
22 never asked for help. Never looked like I needed
23 help. I mean there was no reason for -- for them to

1  do what they did other than that.
2  Q.  Following the assault, would you please
3  summarize for me the medical treatment -- let me
4  strike that.
5      In the immediate two weeks following the
6  assault, could you please give me a summary of the
7  medical treatment that you received?
8  A.  Physical therapy.  What is it called?  I
9  think motor skills, like help me write again, stuff
10 like that.  I can't remember exactly.
11 Q.  Do you know where you -- what hospital you
12 were first taken to after the assault?
13 A.  I think they said the one in Manchester I
14 think.  No.
15     MR. KING: I'll just caution, Jonathan, if
16 you don't know, don't guess.
17 A.  Yeah.  I don't know.
18 Q.  BY MR. FREDERICKS:  Okay.  Let's try it
19 another way.  What is the -- following the assault,
20 what is the first thing that you do remember?
21 A.  Following the assault?
22 Q.  Yep.
23 A.  Waking up cuffed to the bed, but the CO told

1  me that that wasn't even the first time I woke up.  So
2  I mean that's just the first I remember.
3  Q.  Okay.  So I'll walk you through some
4  documents.  Can we go to 75 of your booklet Exhibit 1?
5      (Witness did as directed.)
6  Q.  BY MR. FREDERICKS:  Do you remember where
7  you were when you woke up as you just described it
8  chained to the bed?
9  A.  One second.  75 you said?
10 Q.  Yeah, I'm sorry.  Before looking at the
11 document, the question doesn't have to do with the
12 document.
13 A.  Okay.  And the question was?
14 Q.  Do you remember where you were when you woke
15 up and you were chained to the bed the time you
16 remember?
17 A.  Dartmouth I figured.  Dartmouth Hitchcock.
18 Q.  Okay.  So this document that we're looking
19 at page 75 says Androscoggin Valley Hospital Emergency
20 Department Evaluation.  The date is 8/24/2012.  Do you
21 see that?
22 A.  I do.
23 Q.  Patient named Jonathan Leite with your birth

1  date.  Do you see that?
2  A.  Yes.
3  Q.  Now, going to the substantive paragraph in
4  the middle beginning with 28-year-old white male
5  inmate at local state prison emergency room evaluation
6  for head injury.  Do you know that you went to
7  Androscoggin Valley Hospital first?
8  A.  I do now.
9  Q.  Has anyone ever told you that you went there
10 first?
11 A.  No.
12 Q.  Okay.  Do you have any reason to doubt that
13 that is your emergency room evaluation from
14 immediately after the assault on 8/24/12?
15 A.  No.
16 Q.  So if we go to the next page which is 76,
17 there's a section entitled general, and it says
18 "awake, responds to verbal stimuli and commands.
19 Question confusion.  Slurred speech."  There is a --
20 then it says, "Neurological exam, cranial nerves two
21 through 11 intact, no motor" or --
22     MS. CUSACK:  12.
23     MR. FREDERICKS:  12, you're right.

1  Q.  BY MR. FREDERICKS:  "No motor or sensory
2  deficits."  Do you see that?
3  A.  Uh-huh.
4      MS. CUSACK: That's a yes?
5  A.  Yes.
6  Q.  BY MR. FREDERICKS:  Is that a yes?
7      Glasgow coma scale 12-13.  Do you see that?
8  A.  Uh-huh.  Yes.
9  Q.  You said that you went into a coma, correct?
10 A.  Uh-huh.
11     MS. CUSACK: That's a yes?
12 A.  Yes.
13 Q.  BY MR. FREDERICKS:  Yes?
14     What do you mean by a coma when you say
15 that?
16 A.  A coma.  Not able to -- to move or speak.  I
17 mean unconscious.  Coma.
18 Q.  Okay.  Do you believe that the inmates who
19 assaulted you, do you believe that they targeted your
20 back in any way?
21 A.  I have no idea.
22 Q.  Did you feel like you were struck in the
23 back after the assault?

1  A.  I have no idea.

2  Q.  Okay.

3  A.  I was on a lot of pain meds.

4  Q.  Okay.

5  A.  I don't know.  Yeah, I have -- I don't know.

6  Q.  Okay.  This -- this note if we go down on

7  this page, page 76, it notes, "Back:  No CVA punch

8  tenderness.  No spinous process tenderness.  No

9  contusions noted," and I was curious as to whether you

10  were alleging you were hit in the back.  So you don't

11  remember?

12  A.  No.

13  Q.  Do you recall after you did regain your

14  senses feeling like you had injuries to your back from

15  the assault?

16  A.  I don't remember.

17  Q.  Okay.  Do you know what a 12 to 13 on the

18  Glasgow Coma Scale means?

19  A.  I don't.

20  Q.  Did anyone ever talk to you about the

21  Glasgow Coma Scale?

22  A.  No, never heard of it.

23  Q.  When this says responds to verbal stimuli

1  and commands, do you know what that means?

2  A.  Yes.

3  Q.  What does it mean?

4  A.  To people talking to me.

5  Q.  Did anyone tell you that there was any point

6  in time where you were not responsive to verbal

7  command?

8  A.  I didn't think I was responsive the whole

9  time.  I don't remember any of this.

10  Q.  Okay.  Let's go to 64.  So this is a

11  document from Dartmouth Hitchcock.  In the middle it

12  says Section of Physical Medicine and Rehab Inpatient

13  Consultation, date of consultation.  Do you see that

14  as 8/27/23?

15  A.  Yes.

16  Q.  I believe it should say 12, but that's a

17  typo.  I'm trying to see if there is another date.

18  Yeah, if we look at the top right under age

19  28, do you see consult note 8/27/2012?

20  A.  I do.

21  Q.  Okay.  So do you believe this to be a

22  consultation note from three days after your assault?

23  A.  Yeah.

1  Q.  Okay.  So this says history of illness,

2  "Jonathan Leite is a 28-year-old male who was admitted

3  to DHMC 8/24/2012."  I'm going to skip the next

4  sentence.  "He was admitted to the Trauma Service with

5  Neurosurgery and ENT with no indication for surgical

6  intervention for his injuries."

7  Did you have any surgery as a result of this

8  assault to your knowledge?

9  A.  No.

10  Q.  So you didn't have any metal plate or

11  anything in -- in your head from this?

12  A.  Excuse me.

13  Q.  Did -- did they put a metal plate or

14  anything --

15  A.  No.

16  Q.  -- in your head?  No.

17  A.  No.

18  Q.  Was it just they let it heal with, you know,

19  obviously medication?

20  A.  Yeah.

21  Q.  If we do review of symptoms down the page

22  toward the bottom, do you see that?

23  A.  Review of symptoms, yes.

1  Q.  Yeah.  It says, "Mr. Leite reports that he

2  has a headache.  Denies pain in his extremities.  No

3  numbness or tingling."

4  You said that you remembered waking up in

5  Dartmouth Hitchcock Medical Center.  This shows that

6  you were able to report your symptoms to doctors as of

7  8/27 -- 8/27/12.  Does that fit with your memory?

8  MR. KING:  Objection.

9  A.  I was in a coma.

10  Q.  BY MR. FREDERICKS:  Okay.  This review of

11  symptoms, it says, "Mr. Leite reports he has a

12  headache on 8/27/12."

13  A.  It happened on the 24th, right?

14  Q.  Yes.

15  A.  And I was in a coma for a week, right?  So I

16  imagine that's not right.

17  Q.  I'm trying to figure it out.  I don't know.

18  A.  Well, I'm not -- no, I'm just telling you

19  that if three days after the assault happened I'm

20  telling them I have a headache, I just -- I imagine

21  that wasn't possible because I was pretty sure I was

22  in a coma.

23  Q.  Okay.

Page 212

1 A. Okay.

2 Q. But you don't know?

3 A. I don't know. Maybe I did from a coma say

4 that. I'm not sure. I can't prove it.

5 Q. Okay. Continuing on in that paragraph one

6 sentence later it says, "He endorses some change in

7 hearing. Denies change in vision."

8 So from this it seems like you were

9 communicating with doctors on 8/27, correct?

10 A. It -- it seems like it, but like I said, I

11 swore I was in a coma.

12 Q. Who told you that you were in a coma?

13 A. The doctor.

14 Q. Okay. What did he or she say about it?

15 A. I can't remember exactly.

16 Q. Did any doctor ever tell you how long you

17 were in a coma?

18 A. Actually the only reason -- the only way I

19 can remember is that my mom wrote to the paper or

20 talked to the paper, and she said that she didn't find

21 out until like a week or two later what happened and

22 that the chaplain told her I was in a coma. So that's

23 how I remember the coma.

Page 213

1 Q. Okay. So you don't remember a doctor saying

2 that you were in a coma?

3 A. No, I don't remember a doctor saying

4 anything.

5 Q. Do you remember any communication with any

6 doctor at Dartmouth Hitchcock Medical Center following

7 you're assault?

8 A. No.

9 Q. Okay.

10 A. So I wasn't in a coma?

11 MR. KING: He can't answer questions.

12 THE WITNESS: Was I in a coma?

13 MR. KING: We'll talk about it later.

14 THE WITNESS: Okay.

15 Q. BY MR. FREDERICKS: Going to the next page

16 65 of this booklet.

17 A. Yeah. I'm sorry. I'm still reading.

18 Q. Do you want to take time to read?

19 A. No.

20 Q. Okay. There's another substantive entry

21 about two-thirds of the way down the page starting

22 with the word, "Somnolent when roused, oriented to

23 person, general condition and location. Reads the

Page 214

1 board for date, however does not recognize error.

2 Answers questions with some latency. Delay in

3 following directions. However can follow

4 three-to-five-step directions, retain new information,

5 3/3 recall following distraction task. Attention

6 however not sustained beyond 30 seconds, although

7 accurate in that time."

8 So does this lead you to believe that you

9 were able to follow directions and retain new

10 information three days after?

11 A. From what this says, yes.

12 Q. Where did you receive treatment after

13 Dartmouth Hitchcock Medical Center?

14 A. I don't know.

15 Q. You mentioned earlier going down to

16 Manchester. Do you know where that was?

17 A. What do you mean where it was? It was

18 Manchester.

19 Q. No, what treatment location in Manchester?

20 What the name of it was?

21 A. Something medical center I think.

22 Q. Okay. I can show you a document.

23 A. Yeah.

Page 215

1 Q. Let's go to 49. At the bottom of this, this

2 is kind -- this document splits two medical entries,

3 but the second half or bottom third more of this

4 document starts with progress notes signed by Danou,

5 (ph) Catherine. Do you see that 9/6/2012? It's

6 towards the bottom.

7 A. Where?

8 Q. Right here.

9 A. All right. Yeah, that's -- I see it.

10 Q. And that's a progress note dated 9/6/2012,

11 correct?

12 A. Yes.

13 Q. And it says in the actual body of the note,

14 "Patient has been offered an acute rehab bed at

15 Catholic Center Rehabilitation Medicine Unit.

16 Transportation has been arranged."

17 Does that refresh your memory as to going to

18 Catholic Medical Center?

19 A. Yeah, it recalls the name. I didn't -- I

20 know I went there. I didn't know if I went there

21 after Dartmouth. I don't know the -- like the time

22 frame.

23 Q. What is Rehabilitation Medicine at Catholic

1  Medical Center?
2  A.  I don't -- I mean I don't know what the
3  medicine means but rehabilitation.
4  Q.  Okay.  We can go to 72.  This is what looks
5  like to be a patient care referral form, although the
6  R and M are cut off of the word form.  It says
7  Jonathan Leite.  Facility name Catholic Medical
8  Center, and in the grid there in which there's your
9  information, it says date admitted to this facility
10  9/5/2012.  Do you see that?
11  A.  Yep.
12  Q.  So does that -- does that seem to fit with
13  what you know about your treatment, that you went from
14  Dartmouth Hitchcock Medical Center to Catholic Medical
15  Center for rehab on about 9/6/2012?
16  A.  No.  The only thing I remember about the
17  Catholic Medical Center is something happened.  I
18  can't remember what happened.  Something happened
19  after I went back to the prison, and I went there.
20  That's the only thing I remember going.  I don't even
21  remember what I went there for.  It could have been
22  for rehabilitation.  I don't know.
23  Q.  Okay.  So let's go to 52 in this booklet.

1  Page 52.
2  A.  Yeah.
3  Q.  Sorry.  I will start with 51.  So this says
4  Catholic Medical Center, RMU History and Physical and
5  Post Admission Physician Evaluation, and I'm assuming
6  that the RMU is the Rehabilitation Medicine Unit that
7  we just spoke about.
8  A.  Okay.
9  Q.  And this seems to be your evaluation after
10  you left Catholic Medical Center, and if we go to the
11  third page of this, which is our Bates page 53, the
12  date is -- so I think I'm wrong.
13  The date appears to be 9/7/2012.  Do you see
14  that at the bottom of page 53 that's the date this is
15  signed by the doctor?
16  A.  I do.
17  Q.  If we go back a page, this is -- this is
18  basically a summary of your care it appears.  Under
19  mental status on page 52, it says, "He's awake, alert.
20  He appears to be following simple commands very
21  easily.  His carryover also appears to be improving.
22  His mood appears to be stable."
23  And so I'm just asking if you believe that

1  to be the case when you were at Catholic Medical
2  Center for rehab?
3  A.  It says what?
4  Q.  Mental status.  He is awake, alert.
5  A.  Hold on.
6  Q.  Sure.  Take your time.
7  A.  Oh, I see it.  It's in there.  "Awake, alert
8  and appears to be following simple commands."  Okay.
9  Q.  To me this indicates that -- it says, "His
10  carryover also appears to be improving.  His mood
11  appears stable."
12  To me this shows that you are making
13  progress towards recovery.
14  A.  Okay.
15  Q.  Do you agree with that at Catholic Medical
16  Center that you were making progress there towards
17  recovery?
18  A.  I have --
19  MR. KING:  Objection.
20  A.  -- no idea.
21  Q.  BY MR. FREDERICKS:  Okay.  Do you remember
22  doing physical therapy at any hospital or facility?
23  A.  I remember -- I remember Catholic Medical

1  Center.  I mean Dartmouth I think it was, yeah, but I
2  only remember because -- yeah, I remember doing
3  physical therapy.
4  Q.  What do you remember about it?
5  A.  I remember this beautiful, beautiful nurse
6  and her telling me I have to get back in the chair
7  because I'd already gone too long in physical therapy,
8  and that's the only thing I remember.
9  Q.  And you think that was at Catholic Medical
10  Center?
11  A.  Or --
12  Q.  Or Dartmouth Hitchcock?
13  A.  Yeah, Dartmouth I think.
14  Q.  And what's the chair you're referring to?
15  A.  A wheelchair.
16  Q.  Okay.
17  A.  She said -- now I remember.  She said if --
18  if I collapse, I was already out of my chair longer
19  than I was supposed to and she'd get in trouble.
20  That's what she said.  That could have been at either
21  hospital.  I don't know for sure if that's what you're
22  looking at.
23  Q.  Do you remember going back to the prison the

Page 220

1  first day from a hospital or treatment facility after
2  the assault?
3  A.  I don't remember if was the first day.  I
4  remember going back to the prison or being in prison
5  at some point, but I don't know if it was the first
6  day.  I honestly don't remember.
7  Q.  So you don't remember a transition from the
8  hospital to the prison itself?
9  A.  No, I don't.
10  Q.  Do you remember whether you could walk when
11  you got to the prison after the hospital?
12  A.  I don't remember that day.  I remember I was
13  walking in the infirmary, but I don't know when it
14  was.
15  Q.  Okay.
16  A.  I mean it could have been the first day.  It
17  could have been the first week.  I don't know.
18  Q.  Could you turn to 16 for me in the book?
19  A.  Yep.
20      (Witness did as directed.)
21  Q.  BY MR. FREDERICKS:  This is a Catholic
22  Medical Center discharge summary for Jonathan Leite.
23  Do you see that on page 16?

Page 221

1  A.  Yes.
2  Q.  And if we go to the next page, the date that
3  this is signed by the doctor is 9/14/12.  Do you see
4  that?
5  A.  Yep.  Yes.
6  Q.  Do you recall this doctor, Zubin Batlivala?
7  A.  No.
8  Q.  Okay.  The plan on page 17 of the booklet on
9  this document says, "Plan:  He is being discharged
10  back to the correctional facility."
11      Do you see that?
12  A.  Yep.
13  Q.  So it looks like you were discharged back to
14  the DOC around 9/14/2012, correct?
15  A.  I do remember something about this.  The
16  doctor actually told me -- you might want to go back
17  and check their records.  They didn't want to send me
18  back to the prison.  The prison made me go back.  I
19  don't know why I remember that, but when I read this,
20  I remembered that.
21      The doctor's like -- oh, maybe it was -- it
22  was one of the hospitals that said that.  It was
23  either Dartmouth or Catholic.  I think it was

Page 222

1  Dartmouth.  They said they didn't want me to be
2  transported out of there.  They didn't want me to
3  leave.  You'd have to check the records to find out
4  exactly, but I remember that conversation.
5  Q.  So you think that was with Dartmouth?
6  A.  It might have been Dartmouth or might -- I
7  don't remember which one it was.  I just remember the
8  conversation.
9  Q.  Could that be the reason that you were sent
10  to rehabilitative medicine at CMC instead of right
11  back to prison from Dartmouth?
12  A.  Maybe.
13  Q.  Okay.  Can we go back to the first page of
14  this discharge summary, which is page 16 in Exhibit 1?
15  The second paragraph, which is the last paragraph on
16  this page, at the bottom begins with "He was
17  transitioned to the rehabilitation medical unit for
18  further management and care.  He had some gait and
19  balance issues, which have progressively improved.  He
20  is able to ambulate independently without any
21  assistive device for how."
22      Does this help you remember your ability
23  level in regard to walking when you transitioned back

Page 223

1  to the prison?
2  A.  Remember, no.
3  Q.  No.  But do you believe this to be the case
4  based on this document?
5  A.  Yes.
6  Q.  Can you read that whole paragraph, the
7  second paragraph on this page that begins with he was
8  transitioning?
9  A.  Yeah.
10      (Witness perusing document.)
11  A.  Okay.
12  Q.  BY MR. FREDERICKS:  You didn't need any
13  device to help you walk at the prison once you got
14  back, did you?
15  A.  I told you I don't remember.
16  Q.  At any point in prison, do you remember
17  walking with --
18  A.  No.
19  Q.  -- a cane or a wheelchair?
20  A.  No.  Maybe a cane.  I think maybe a cane,
21  but I can't remember.
22  Q.  Okay.  But eventually the cane faded out,
23  correct?

Page 224

1  A.  Yes.
2  Q.  The second to last sentence in the second
3  paragraph on page 16 says, "Also he did have some mild
4  carryover and memory issues, which again appear to be
5  progressively improving."
6      Do you feel that your memory and cognitive
7  ability has continued to improve since the assault?
8      MR. KING: Objection.
9  Q.  BY MR. FREDERICKS:   You can answer.
10  A.  I -- I can answer?
11  Q.  Yes.
12  A.  I feel like I had improvement for a little
13  -- let's say to the end of the infirmary.  I think it
14  was a little bit before that, but I can't remember,
15  but from that point forward, no.
16  Q.  At that moment did it stop, or did it ever
17  decrease?  Did it just stop and stay the same?
18      MR. KING: Objection.
19  Q.  BY MR. FREDERICKS:  Let me do the whole
20  question over.
21      You just testified that you had improvement
22  with your cognitive and memory ability from the date
23  of the assault through health services at the prison,

Page 225

1  correct?
2  A.  Yes.
3  Q.  And then you feel it stopped, correct?
4  A.  Yes.
5  Q.  Do you feel it's plateaued and stayed the
6  same since then?
7  A.  Yeah.
8  Q.  Okay.  So it hasn't -- your cognitive
9  ability and memory hasn't decreased since the recovery
10  that you had in these hospitals and the prison,
11  correct?
12      MR. KING: Objection, and I'm just going --
13  the basis for why I keep objecting is because I think
14  the question is compound.  I think memory and
15  cognitive ability are two distinct concepts.
16      MR. FREDERICKS: Sure.  Okay.
17      MR. KING: I think they should be dealt with
18  as distinctly.
19      MR. FREDERICKS: Okay.
20  Q.  BY MR. FREDERICKS:  When I say cognitive
21  ability, what do you understand that to mean?
22  A.  Honestly I don't.
23  Q.  Okay.  Your memory, am I correct in

Page 226

1  understanding that you had issues with short-term
2  memory following the assault?
3  A.  Yes.
4  Q.  And is it your testimony that through these
5  hospital visits and through being in the health
6  services center at the state prison, the short-term
7  memory issues improved to a point?
8  A.  To a point.
9  Q.  Is that correct?
10  A.  Yeah.  When I get angry or when I get
11  frustrated, it goes.  It get worse, you know.  Like as
12  just a regular day, I do feel like it's gotten better.
13  Whenever I get aggravated, confused or upset, I just
14  -- it's just -- it's not as good as it was.  I don't
15  know if I'm wording that correctly.
16  Q.  And that you're referring to memory?
17  A.  Memory.
18  Q.  Okay.  Now, your ability to think clearly,
19  is it your testimony that obviously that was affected
20  by the assault, correct?
21  A.  Uh-huh.
22      MS. CUSACK: That's a yes?
23  A.  Yes.

Page 227

1  Q.  BY MR. FREDERICKS:  And is it also your
2  testimony that you regained the ability to think
3  clearly through these hospital visits and health
4  services at the prison to a point just like with
5  memory?  Is that true?
6  A.  To a point, yes.
7  Q.  Okay.  And since that point, they haven't
8  gotten worse, correct?  Your --
9  A.  No.
10  Q.  Let me just do it again to be clear.
11      Since that point of improvement, your
12  ability to think clearly hasn't gotten any worse,
13  correct?
14  A.  Correct.
15  Q.  And your short-term memory, once you reached
16  that point, it hasn't gotten any worse, correct?
17  A.  Actually you're asking me -- all right.  I'm
18  trying to think of how to word this.  All right.
19  Going to sound like an a-hole right now, but you're
20  asking a retarded person if they've gotten more
21  retarded or less retarded, and I honestly can't tell.
22  It could have been worse, and I just haven't noticed
23  or realized it.  I mean you're asking me to gauge

1  something that I never paid attention to, you know.
2  So really I don't know.  I mean it could have or I
3  don't -- I don't know.  I don't know.
4  Q.  I'm not trying to insinuate anything like
5  that.  I'm trying to -- I'm just trying to figure
6  out --
7  A.  I understand.
8  Q.  -- the progression of your recovery and if
9  it reached a point to where it stopped, --
10  A.  Uh-huh.
11  Q.  -- whether you're still progressing or
12  whether things have gotten worse.  That's what I'm
13  trying to figure out.
14      So it sounds like what you're saying is that
15  your recovery from memory --
16  A.  Yes.
17  Q.  -- improved to a point, and then it's --
18  maybe it stayed relatively stable since that point.
19  Is that correct?
20  A.  Yeah.
21  Q.  Yes?
22  A.  Yes.  Yes.
23  Q.  And then the same for your ability to think

1  clearly, correct?
2  A.  Yes.
3  Q.  Okay.  I just -- there's been no point since
4  you were released from prison where you lost memory
5  significantly?
6  A.  Just the same.  Just the same, yeah.
7  Q.  Okay.
8  A.  No, I don't -- no.
9  Q.  Thank you.
10  A.  Yes.
11  Q.  Did you receive any physical therapy related
12  to the assault once you were back at the prison?
13  A.  Yes.
14  Q.  Was that with Bernie Campbell?
15  A.  Yes.
16  Q.  Did you -- what did you work on with Bernie
17  Campbell?
18  A.  Stretching exercises, just balance.  It's
19  hard to remember.  We used to spend every day doing
20  something.
21  Q.  Who is Bernie?
22  A.  Whether it was memory or physical, we spent
23  every single day working together.

1  Q.  Who is Bernie Campbell?
2  A.  Physical therapist.
3  Q.  For the prison?
4  A.  Yes.
5  Q.  Okay.  And you just said you worked with her
6  every day for a period of time?
7  A.  Every day until I left the infirmary.  Then
8  after I left the infirmary, it was about twice a week.
9  Once at a minimum I want to say but every week.
10  Q.  How long a period of time did you work with
11  Bernie Campbell at the prison?
12  A.  Probably for about a year after the assault.
13  Q.  And as you described it, you worked on both
14  physical -- I'll do it -- I'll break it up.
15      You worked on your physical abilities
16  through physical therapy with Bernie Campbell,
17  correct?
18  A.  Yes.
19  Q.  And you also worked on your -- what you're
20  saying is memory-type rehab with Bernie Campbell,
21  correct?
22  A.  Yes.
23  Q.  And any speech-type rehab?

1  A.  No.
2  Q.  No.  Could you -- were you able to speak
3  okay once you got back to the prison?
4  A.  Besides the -- I mean I could -- stringing
5  sentences together was hard, but I could talk, you
6  know.
7  Q.  Yep.  Did you see improvement in your
8  physical condition through working with Bernie
9  Campbell?
10  A.  Yes.
11  Q.  What did she help you with as far as
12  physical condition?
13  A.  Walking, balance.  I thought I just said
14  that.
15  Q.  Okay.
16  A.  Range of motion.  She helped with a lot of
17  stuff.  Being in bed for so long too, I didn't really
18  get much activity.  So the little bit I did get was
19  either walking the hall in the infirmary or with her.
20  Q.  Were there any other medical professionals
21  that you worked with at the prison to help you
22  recover?
23  A.  I can't remember.

Page 232

1 Q. Okay. But you spent lot of time with
2 Bernie, and that's what you remember?
3 A. Yes. Do you mean in -- like in prison?
4 Q. Yes.
5 A. Like people coming from outside into prison
6 or people that worked in the prison?
7 Q. Either one. Treatment in prison.
8 A. Then I don't remember.
9 Q. Okay.
10 A. Because I'm not sure if anybody came there.
11 Q. Okay. Did you get -- prior to leaving --
12 let's start that one over.
13 Prior to leaving prison on your second
14 incarceration, did you get a disciplinary report for
15 having heroin in your cell?
16 A. Yes, I did.
17 Q. What happened with that?
18 A. Okay. You get a 90-day upgrade. I'll start
19 from the beginning. The COs came into my cell. They
20 tore apart it for literally 15, 20 minutes. They
21 leave my cell. You're all set, Leite. I go back into
22 my cell. They go down to the -- to the CO area. They
23 come back up. They're at count. Leite, out of your

Page 233

1 cell again. So again I left my cell.
2 Next thing I know he opens the door. He's
3 like what's this? I'm like really guys, and they gave
4 me a urine analysis that day as soon as I went to SHU.
5 I didn't piss dirty. Again, like I said, I've never
6 pissed dirty, and the reason I made parole 90 days
7 after that is because the parole board believed me.
8 Like you would never make parole 90 days after
9 possession of heroin, but also some things were going
10 on that I believe they didn't want me to leave right
11 away for.
12 Q. What was that?
13 A. Lawsuit.
14 Q. This lawsuit?
15 A. Uh-huh. Because they couldn't start until I
16 left prison.
17 Q. Why is that?
18 A. I don't know. That's just what I -- that's
19 just what I think. I don't know why else they would
20 have done -- why else they'd stop me leaving parole --
21 for parole.
22 Q. So are you saying COs put the heroin there
23 on purpose?

Page 234

1 A. Hundred percent. Hundred percent.
2 Q. And then -- but that plan allegedly didn't
3 work because parole believed you anyway?
4 A. Yep.
5 Q. Was there any delay in your parole because
6 of this at all?
7 A. Nothing. Not a day. But like I said, the
8 three years -- two years and nine months up to that
9 date when they found the heroin, I'd never pissed
10 dirty for a urine. I'd never had any possession of
11 drugs. It's real convenient the last 90 days before I
12 get out they find heroin in my cell and they have to
13 tear it apart twice to find it. So I mean it's a
14 little suspicious.
15 Q. Did you have a roommate at the time that
16 they found the heroin?
17 A. He had just got transferred -- transported
18 that -- all right. They tore it apart the second time
19 during count. He left right before they tore it apart
20 the first time. He left to go up to Berlin to be
21 transported.
22 Q. Did you accept responsibility for the
23 heroin?

Page 235

1 A. Yes.
2 Q. You pled guilty to the D report?
3 A. Yes.
4 Q. Why did you do that?
5 A. Because again I'm not a -- for one, if I say
6 it's not mine, they're going to think whose is it, No.
7 1. My bunkie going up to Berlin would have been hit
8 with it. Second of all, you ever try to take --
9 accuse a CO.? Obviously you haven't, but accusing a
10 CO of something when you're still inside is retarded.
11 Q. Any chance that it was your bunkie's?
12 A. Why wouldn't they have found it the first
13 time?
14 Q. I don't know. Just asking.
15 A. They would have. They went down to the
16 office and then came right back up. Actually honestly
17 I don't know but --
18 Q. Okay.
19 A. -- I don't think it was, but it could have
20 been.
21 Q. If we go to 38 in the booklet, that's your
22 parole certificate, correct?
23 A. Yep.

1  Q.  And this shows that you left prison January
2  10, 2014, right?
3  A.  **January what?**
4  Q.  10, 2014?
5  A.  **Yes.**
6  Q.  That's correct.  That's the date you left?
7  A.  **Yes.**
8  Q.  Did you continue to receive any medical
9  treatment outside of prison for your head injury?
10  A.  **Yes.**
11  Q.  What was that?
12  A.  **I see a mental health provider.  I've seen**
13  **them from a little bit after I got out to this day.**
14  Q.  Who is that?
15  A.  **Clint Emmet.**
16  Q.  Distinguishing mental health treatment going
17  forward versus treatment for an injury, is there any
18  -- let me start this over.  This is a difficult
19  question.
20      You're currently receiving mental health
21  treatment, correct?
22  A.  **Uh-huh.**
23      **(Interruption by the reporter.)**

1  A.  **Yes.**
2  Q.  BY MR. FREDERICKS:  Yes?
3      Are you currently receiving any medical
4  treatment that's not mental health treatment but
5  that's related to your head injury?
6  A.  **No.**
7  Q.  Okay.  Are you going -- do you claim that
8  you're going to need any medical treatment that's not
9  mental health treatment going forward related to your
10  head injury?
11      **MR. KING:** Objection.
12      **MR. FREDERICKS:** Help me out with the
13  objection just so I can get a clear record.
14      **MR. KING:** I think it -- I think it calls
15  for expert testimony, does he claim that he's going to
16  need future medical care for his head injury.
17      **MR. FREDERICKS:** Okay.
18      **MR. KING:** That's a question better posed to
19  Dr. Drukteinis.  I mean he can --
20      **MS. CUSACK:** Who?
21      **MR. KING:** I mean he can --
22      **MS. CUSACK:** Dr. Drukteinis?
23      **MR. KING:** Our expert.

1      **MS. CUSACK:** You've never disclosed Dr.
2  Drukteinis as an expert in this case.
3      **MR. KING:** Are you kidding?
4      **MS. CUSACK:** Did they?
5      **MR. KING:** In May.
6      **MS. CUSACK:** I think -- we've only seen one.
7      **MR. KING:** No.
8      **MS. CUSACK:** One expert.  We'll take a look
9  at that.
10      **MR. KING:** I'll show it to you before you
11  leave today.
12  Q.  BY MR. FREDERICKS:  Setting that aside, just
13  to the best of your knowledge, do you believe that
14  you're going to need future medical treatment that's
15  not mental health-related treatment for your head
16  injury?
17  A.  **Could I maybe benefit from it?  I don't**
18  **know.  Do I feel like I need it?  I don't know.  I'm**
19  **not a doctor.**
20  Q.  Has anyone told you any specific medical
21  procedure that you're likely to need in the future?
22  A.  **No.**
23  Q.  Okay.  Other than the mental health-related

1  treatment, are you receiving any medical treatment at
2  the present that's related to the August 24, 2012
3  assault?
4  A.  **Besides mental health?**
5  Q.  Yes.
6  A.  **No.**
7  Q.  Okay.  When you left prison on January 10,
8  2014, could you describe your overall condition as it
9  relates to recovering from the assault?
10  A.  **As far as physical?**
11  Q.  Yep, everything.
12  A.  **Mental, I was still recovering, but physical**
13  **I feel like I was recovered when I left.**
14  Q.  Okay.
15  A.  **As far as physical.**
16  Q.  Did you do anything for work after you left
17  prison in January of 2014?
18  A.  **Yes.**
19  Q.  What did you do?
20  A.  **I tried framing again.**
21  Q.  When did you try that?
22  A.  **January, February.**
23  Q.  So immediately after your release?

Page 240

1   A.  Yes.  Maybe it was March.  I can't remember
2   exactly.
3   Q.  How long did you work framing after your
4   release from prison in January of 2014?
5   A.  Three weeks.
6   Q.  Why did you stop in three weeks?
7   A.  Framing was hieroglyphics to me.  I used to
8   run crews and there wasn't an aspect of framing I
9   couldn't do, and then when I came home, reading
10  blueprints was hard.  Remembering how to do rafter
11  layout was hard, wall layout.  There was a time I got
12  in an altercation on the job.  There was an
13  altercation on a job, and the police came.  There was
14  fights on the job just not physical.  One of them was
15  physical, but the rest were just yelling matches, and
16  it was actually my father-in-law I was working for and
17  he said, Jon, I can't have you on the job, and that
18  was it.
19  Q.  So that was all within that first three
20  weeks?
21  A.  Of me working.
22  Q.  Back to work?
23  A.  Yes.  That all happened actually -- yeah.

Page 241

1   Q.  Have you been able to work since then?
2   A.  No.
3   Q.  Regardless of whether it's in framing, have
4   you been able to work any other type of jobs since
5   then?
6   A.  No.  To this date I'm actually going to
7   court tomorrow for an altercation that happened with a
8   police officer at my son's school.  I don't -- my rage
9   is -- is -- is -- I don't get upset like normal people
10  get upset.  When I -- as soon as I get upset, I -- I
11  blackout.  I go retarded, and because of that, I can't
12  put in -- be put into a place with people where any
13  second I could potentially attack them.
14  Q.  When you were released in January of '14,
15  was your parole officer Brian Pake, who you mentioned
16  earlier?
17  A.  Yes.
18  Q.  You've had the same parole officer?
19  A.  The whole time.
20  Q.  The whole time.  How often did you report to
21  him after your release in 2014?
22  A.  At first it was every month, and then it was
23  every three months, and now it's -- I only have to

Page 242

1   call once a month.
2   Q.  Okay.
3   A.  The first Tuesday of every month.
4   Q.  And if he made notes in his records
5   indicating that you were working full-time doing
6   carpentry in July, August and September of '14, would
7   that be the time period that you're talking about?
8   A.  First of all, it wasn't three months.
9   Second of all --
10  Q.  Okay.
11  A.  -- it might have been those months.  Like I
12  said earlier, I don't remember when it was.  I just
13  remember it was when I got out.
14  Q.  Okay.
15  A.  But it wasn't three months.
16  Q.  Okay.  Would you tell him, Mr. Pake, your
17  PPO, if you were working?
18  A.  Of course.  I have no reason not to.
19  Q.  Do you recall telling him during an office
20  visit on October 6, 2014, that you were working
21  full-time doing carpentry with Chris Peters?
22  A.  I don't recall that, but I was doing
23  carpentry with Chris Peters.  I just don't believe it

Page 243

1   was in October.
2   Q.  Okay.
3   A.  Like I said, I don't know when I worked, but
4   I know it was for a short amount of time.  It wasn't
5   -- and it was because of my knowledge in framing which
6   I -- you said it could have been something other than
7   that, and then it was because of the -- the -- the
8   temper, whatever you want to call it.  I'm not sure
9   when I went back to work and when I stopped.  I don't
10  know.  It could have been March, April, May, June.  I
11  don't know, but it wasn't three months.  I know that
12  much.
13  Q.  So since your release from prison in 2014 to
14  the present, would you say that your temper is the
15  primary thing that keeps you from working?
16      MR. KING:  Objection.
17  Q.  BY MR. FREDERICKS:  You can answer.
18  A.  I'd say it's 50/50.
19  Q.  What is the other 50?
20  A.  My back.  I mean I can't stand on my feet
21  for too long.  I can't even sit for too long without
22  my back starting to hurt.
23  Q.  Okay.

Page 244

1 A. I'd say it's 50/50.
2 Q. So even setting aside the temper, physical
3 labor would be difficult because of your back
4 condition. Is that what you're saying?
5 A. It would be difficult, yeah, but --
6 Q. Okay.
7 A. -- it wouldn't be impossible. It's -- like
8 I said, I can give you five instances right off the
9 hip of times that I've just exploded in public and
10 either got in fights or had the police called on me.
11 Like it's -- and that's never happened to me before.
12 Before the assault, I never had the police called on
13 me for assault. I've never been kicked out of schools
14 or gas stations or stores or hospitals or this is all
15 since I've gotten home this time.
16 Q. When is the last time that you had an
17 altercation due to your temper?
18 A. My son's school.
19 Q. When was that?
20 A. I can't even remember. I'm just going to
21 court now for it. I would imagine it was in August
22 maybe. No. It had to be longer than that. June.
23 No. The last time I had a problem because of my

Page 245

1 temper was about a month ago I got in a fight with the
2 guy downstairs. Well, his -- the lady downstairs's
3 boyfriend, and it got filed off as mutual combat.
4 That was the last time.
5 Q. Do you feel that you have made any
6 improvement over the last, let's say, three years with
7 temper, your temper?
8 A. No.
9 Q. No.
10 A. No, not even a little bit. Actually --
11 never mind. What was the actually going to be?
12 Q. What?
13 A. What's the actually going to be? Is that
14 what you guys were just talking about. I wasn't
15 finished.
16 Q. No, she was -- you can finish. I think
17 that's what she was --
18 A. Actually I feel like it's gotten worse as
19 far as anxiety and depression aspect of it. My meds
20 have gone up. I don't know if it's just -- I don't
21 know what it's from, but progressively the last six
22 months or so, my anxiety and depression have been
23 worse.

Page 246

1 Q. Anything stressful happen in the last six
2 months to make that the case in your life?
3 A. No.
4 MS. CUSACK: Wait.
5 Q. BY MR. FREDERICKS: I understand that your
6 brother died last year?
7 A. November.
8 Q. Has that -- how has that affected you?
9 A. It's affected me.
10 Q. How?
11 A. But -- sadness, but like I said, that's
12 almost been a year.
13 Q. Do you feel that that contributed at all to
14 your anxiety?
15 A. My meds didn't go up then.
16 Q. Okay. You mentioned that your inability to
17 work right now is 50 percent the temper and mental
18 health-related issue, 50 percent your back; is that
19 correct?
20 A. Depends what field you're talking about.
21 Construction, yes.
22 Q. Okay. The -- in let's say manual labor-type
23 jobs, the 50 percent that you attribute to your back,

Page 247

1 are you saying that that is in any way related to the
2 assault from August 24, 2012?
3 A. No.
4 Q. Okay. At present are you able to cook for
5 yourself?
6 A. Yes.
7 Q. Are you able to get dressed yourself?
8 A. Yes.
9 Q. Are you able to tie your shoes?
10 A. Yes.
11 Q. Are you able to drive a car?
12 A. Yes.
13 Q. Did you drive here today?
14 A. I did.
15 Q. So you drove from Berlin to Concord today,
16 correct?
17 A. I did.
18 Q. Did you --
19 A. But --
20 Q. -- use GPS for direction?
21 A. Yes, I did, but in part of that driving and
22 everything, I'm about to lose my license right now for
23 speeding because I forget how fast I'm going or I

Page 248

1  forget to check. So in case that's why you were
2  asking, I do have -- I have to use cruise control on
3  long distances now because of that, but if that's why
4  you were asking.
5  Q. No, I don't know anything about that. I'm
6  just getting a sense of your ability at this point in
7  time.
8  A. Well, I'm saying my ability.
9  Q. You're able to read and write, correct?
10 A. I am.
11 Q. And you care for your children without
12 assistance?
13 A. I do.
14 Q. All right. What medications do you take at
15 present that you believe is the result of the assault
16 in August of 2012?
17 A. Every one of them except for pain.
18 Q. Okay. What are those? Could you list them?
19 A. I tried earlier. The only ones I can get
20 is --
21 Q. Okay.
22 A. I can call my wife.
23 Q. Okay.

Page 249

1  A. She can tell you exactly what I'm on.
2  Q. What do you take for pain right now?
3  A. Gabapentin and Baclofen.
4  Q. What about Neurontin?
5  A. That is Gabapentin. Two different names.
6  Q. Okay.
7  A. Same thing.
8  Q. Who did you live with when you were released
9  from prison in January of 2014?
10 A. My mother-in-law. My mother-in-law.
11 Q. Thank you. Who do you live with now?
12 A. My wife.
13 Q. Why did you live with your mother-in-law in
14 2014 when you were released from prison?
15 A. Because of my temper.
16 Q. And why did your temper then prevent you
17 from living with your wife and children?
18 A. Yeah.
19 Q. Yes?
20 A. I was afraid of how I'd react to certain
21 situations. Nothing in particular. Just I knew I had
22 explosive rage, and I didn't want to be around my
23 family because of that.

Page 250

1  Q. So what is changed that allows you to live
2  with your wife and kids right now?
3  A. Medication.
4  Q. Are you on different medication than you
5  were when you were released from prison?
6  A. Yes.
7  Q. Okay. Did you maintain the medication that
8  you were on when you left prison after prison?
9  A. No. No.
10 Q. So did you stop taking all medication right
11 when you left prison?
12 A. Yeah, I thought I could do without it.
13 Q. Oh, okay.
14 A. When I was in prison, it wasn't as bad as
15 when I hit the street. I didn't have anxiety and
16 depression. I didn't have -- I mean I had a temper,
17 but I mean -- I don't know how to explain it.
18    I had those things but not to the extent
19 that I do now without my meds. Like -- it's like
20 everything got worse. Everything amplified when I was
21 out of prison.
22 Q. How long have you now lived with your wife
23 and children?

Page 251

1  A. Year and a half, two years. Yeah. Yeah, in
2  between that.
3  Q. Between a year and a half and two years?
4  A. Yes.
5  Q. You go out in public with your wife and
6  children, correct?
7  A. Only -- only when I'm okay. If I'm having a
8  good day, yeah, no problem. But if not, I have to
9  bring some Ativan with me because I don't do good in
10 crowded places. Like I don't know why. I just feel
11 like eyes on me and just waiting for something to
12 happen. I -- I just get really anxious and -- and
13 just defensive.
14 Q. For you what's the difference between a good
15 day and a bad day?
16 A. A good day is anxiety and depression that
17 isn't so bad that I can't leave my bed or my bedroom.
18 Days that -- I mean as far as my temper would always
19 be the -- the Ativan. Like that would be a good day
20 if I took that. It would help me stay calm. It
21 doesn't stop me from losing it. It just helps me at
22 that -- that idle. Keeps me idling instead of in the
23 red. That would be a good day.

Page 252

1 Q. So are you saying you take Ativan on good
2 days?
3 A. No, I take it -- Ativan makes it okay. If
4 I'm having a bad day and I -- I go into Walmart or
5 something and I just feel threats. I feel really
6 anxious. On one of those days, I'll take my Ativan
7 before I go there, and that way if someone doesn't do
8 something to make me feel threatened, then it will be
9 a good day, but yeah. I hope that answers your
10 question.
11 Q. How often do you take Ativan?
12 A. As needed. Like I said, I try to take it as
13 little as possible. It's just whenever I feel like I
14 have a chance of exploding.
15 Q. So if you're having kind of an inside day,
16 hanging out with the wife and kids, you probably won't
17 take Ativan?
18 A. Ativan, no.
19 Q. Okay. But if you're gearing up to go out in
20 public, that's the type of time you would take Ativan?
21 A. If I'm having a bad day, yeah and if I'm at
22 home, I don't take Ativan because I go for car rides.
23 Like if something's going on in the house, I don't

Page 253

1 have to take Ativan because I -- Ashley will be like,
2 go smoke, get out of here, and I'll go for a ride -- a
3 ride for a while and just calm, and then once I feel
4 like it's -- I'm in a good enough place to go home,
5 I'll go home.
6 Q. How much Ativan do you take when you take
7 Ativan?
8 A. One .2.
9 Q. Milligram?
10 A. One .2 tablet.
11 Q. Okay. One 1.2 tablet?
12 A. No, just one .2 tablet.
13 Q. Oh, one .2 tablet.
14 A. One pill. It's .2.
15 Q. I see. Thank you.
16 A. Yep.
17 Q. Is that what you took on last Friday during
18 our deposition, that amount?
19 A. I was -- cause when I went to a deposition
20 for somebody else at the prison, I got really agitated
21 and I had to leave, and I thought that was just
22 because of the deposition, but I think now after this,
23 I think it was because it was at the prison that got

Page 254

1 me so agitated, and I took it the other day with you
2 guys thinking that -- misunderstanding why I got
3 agitated, and that's why I took it that day. I'm
4 sorry.
5 Q. Okay. But you didn't take any Ativan today?
6 A. Nothing today.
7 Q. Okay. And what was the deposition that you
8 went to at the prison that you're referring to?
9 A. I can't remember. It was -- it was a
10 deposition at the prison.
11 Q. Was it related to a criminal chase?
12 A. No, it was in this case.
13 MR. KING: The first.
14 MR. FREDERICKS: Oh, sorry.
15 Q. BY MR. FREDERICKS: Did you take any Ativan
16 when you came to the deposition at the Attorney
17 General's office in this case?
18 A. Recently?
19 Q. Yes.
20 A. The one just -- yeah, I told you that.
21 Q. No, when you came to the AG's office.
22 A. Is that where we just were at the last time
23 we tried to talk? When was the attorney general's

Page 255

1 office?
2 Q. No. Let's start over.
3 You came down to Concord for one deposition.
4 It was of an investigator named Tim Coulombe. Do you
5 remember that back in the end of August?
6 A. I thought I only went to one deposition at
7 the prison.
8 MR. KING: He's -- he's talking now about
9 the deposition you attended part of it and it happened
10 down here in Concord at 33 Capitol Street, and I
11 deposed Tim Coulombe and Megan was there too in the
12 conference room in the basement of the Attorney
13 General's Office.
14 THE WITNESS: The only one I remember is the
15 prison.
16 MR. KING: You did come to this other one.
17 THE WITNESS: Did I?
18 Q. BY MR. FREDERICKS: It was quick. You were
19 kind of in and out.
20 A. Okay.
21 Q. Since the assault on August 24, 2012, have
22 you had any contact with John Gelinas?
23 A. No.

1  Q.  Have you had any contact with Ryan Elliot?
2  A.  No.
3  Q.  Have you had any contact with Sean Lavallee?
4  A.  No.
5  Q.  How about Matty Garcia?
6  A.  Not any person from the prison.
7  Q.  No other former inmates?
8  A.  Nope.
9  Q.  Ever hear again from the young inmate that
10  you were looking out for in F Block?
11  A.  Never heard -- never heard from him after --
12  before the assault.
13  Q.  Since before the assault?
14  A.  Yes.  Yes.
15  Q.  You had a back surgery after you were
16  released from prison, correct?
17  A.  Yes.
18  Q.  When was that?
19  A.  I can't remember.  After I was released.  I
20  can't remember.
21  Q.  Was that another untethering procedure?
22  A.  Yes.
23  Q.  Was this through Dartmouth Hitchcock Medical

1  Center?
2  A.  Yeah, I believe so.
3  Q.  How did that surgery go?
4  A.  Not the best.
5  Q.  Why not?
6  A.  Because I continue to lose functions.
7  Q.  And is that due to the spina bifida?
8  A.  Yes.
9  Q.  Have they -- they being the doctors -- told
10  you the future outlook for your back issue?
11  A.  They -- this last surgery, they -- they
12  wrapped my spinal cord in a mesh, and they're hoping
13  that delays it, but it might not.  It might.  They
14  don't know.  I guess it's still something that they
15  don't do all the time.  If not, I just keep going
16  until I'm in a wheelchair or they can't do anymore
17  surgeries or whatever.
18  Q.  What is your understanding of what the
19  doctors are trying to delay by putting the mesh into
20  your spine?
21  A.  The scar tissue from forming around my
22  nerves.
23  Q.  And would that scar tissue forming around

1  your nerves be called retethering?
2  A.  Yes.
3  Q.  And what are they expecting, the doctors,
4  what have they told you, if anything, they are
5  expecting as far as the progression of tethering with
6  the mesh?
7  A.  Like I said, they hope that it will delay
8  it.
9  Q.  Did they give you any indication, they being
10  the doctors, of how long they hope it will delay it?
11  A.  No.
12  Q.  No?
13  A.  No.
14  Q.  Can you go to 130 in the booklet?
15  (Witness did as directed.)
16  Q.  BY MR. FREDERICKS:  That was a good flip.
17  A.  Lucky.
18  Q.  This is an emergency department evaluation
19  from Androscoggin Valley Hospital dated 12/26/2014.
20  A.  Hold on.  This is my medical record.  How
21  did you get this?
22  Q.  We get it through the lawsuit.
23  A.  But this isn't pertaining to a lawsuit.

1  Q.  Well, do you recall being in an accident
2  where you flipped your car twice?
3  A.  Let's not gloss over the question I just
4  asked.  How did -- how do you guys have this?
5  MR. FREDERICKS:  Do you want to go off the
6  record?
7  MR. KING:  Yeah.
8  MR. FREDERICKS:  Sure.
9  (Discussion off the record.)
10  MR. FREDERICKS:  Back on.
11  Q.  BY MR. FREDERICKS:  So why don't you read
12  this page 130, the substantive section entitled
13  history of present illness.
14  A.  All right.
15  (Witness perusing document.)
16  A.  Okay.
17  Q.  BY MR. FREDERICKS:  This emergency
18  department evaluation references a car accident that
19  you went to the hospital for, and it says your vehicle
20  rolled twice landing on its tires, that your head
21  struck the driver's side window and the window was
22  blown out.  Is that accurate?
23  A.  You just read the first couple lines, right?

Page 260

1  Q.  I read a section from the middle.
2  A.  I'm sorry.  Can you tell me what section
3   that is again?
4  Q.  Sure.  Let's start with you see line two of
5   that paragraph?
6  A.  Yep.
7  Q.  Midway down it says, "For reasons that he is
8   unable to explain."  Do you see that?
9  A.  Yes.
10  Q.  "Perhaps black ice."
11  A.  Yes.
12  Q.  "He lost control of the vehicle and it
13   rolled twice landing on its tires.  His head struck
14   the driver's side window and the window was blown
15   out."
16  A.  Okay.
17  Q.  I'm asking you if that's an accurate summary
18   of the car accident on 12/26/14?
19  A.  I don't know
20      MR. KING:  Objection.  And the only basis
21   for the objection is that the medical record says that
22   the accident occurred yesterday.  So the accident
23   would have occurred on -- not on 12/26/14.

Page 261

1      MR. FREDERICKS: Thank you.
2  A.  But that's not what I remember.  I remember
3   -- no, because as the car flipped, I was across the
4   dashboard.  I don't remember ever telling them my head
5   got hit on the window.
6  Q.  BY MR. FREDERICKS: So what happened?
7  A.  I was coming off the exit ramp 24, and it
8   goes around a -- a slight bend on the exit, and my
9   tires on the black ice, they -- they slipped a little
10   bit.  When they hooked up, my rear end came around.
11   My rear end came around and my tires hooked up.  I was
12   already sideways.  It caused it to roll.  Yeah.
13  Q.  Were you wearing a seat belt?
14  A.  No.
15  Q.  What happened to you?
16  A.  Only thing I remember is after the accident
17   I was laying across the dashboard.  My wife was still
18   in her seat.  You can ask her.  My wife was unbuckled,
19   and I was unbuckled, and as we were rolling, I was
20   holding her in her seat and pushing my hand off the
21   ceiling, and yeah, then we rolled and I was across the
22   dashboard.
23  Q.  Did you hit your head?

Page 262

1  A.  Honestly I don't remember.
2  Q.  Okay.
3  A.  I didn't get treated for any head injuries
4   so I don't think so.
5  Q.  Okay.  This note says, "He believes that he
6   suffered some loss of consciousness although brief."
7      Do you believe that to be the case that you
8   lost consciousness?
9  A.  No, not consciousness.  Maybe I forgot
10   something, but not consciousness.
11  Q.  Were any of the cars -- excuse me.  Was it a
12   truck or a car?
13  A.  Truck.
14  Q.  Were any of the truck's windows blown out
15   from the accident?
16  A.  I don't know.  I didn't look.  My concern
17   was my children.
18  Q.  What caused you to go to the emergency room
19   the following day?
20  A.  It says right there I had neck aches.
21  Q.  Did you develop facial and head pain as
22   well?
23  A.  I don't think so.  I could ask my wife, but

Page 263

1   I'm sure I only went for my neck.  That's the only
2   thing I mean.  Again I can call and ask my wife, but I
3   am pretty sure it was just my neck.
4  Q.  Okay.  So you think that this isn't accurate
5   as far as you complaining of -- you saying you lost
6   consciousness and complaining of facial and head pain?
7  A.  Yes.  No.
8  Q.  Okay.  Can we go to 134?
9  A.  I mean could be.  That's why I was saying
10   call and ask my wife, but I honestly don't remember --
11  Q.  Okay.
12  A.  -- that being one of the problems.
13  Q.  Could you please read -- this is also an
14   emergency department evaluation from Androscoggin
15   Valley Hospital.  This one is from about a year later,
16   12/2/15.  Could you please read that?
17      (Witness perusing document.)
18  A.  I do remember, yep.  Okay.
19  Q.  BY MR. FREDERICKS:  So this -- this one
20   says, "Patient is 32-year-old white male who presents
21   to emergency room for evaluation of a head injury."
22   Is that correct?
23  A.  That is correct.

1  Q.  And "Patient reports last night he was in
2  his bathroom when he fell and struck his head on the
3  sink."  Do you recall that?
4  A.  Yes.
5  Q.  Do you know -- can you tell me what
6  happened?
7  A.  This was right around the time I came home
8  from surgery, and I woke up in the middle of the
9  night, had to go to the bathroom and fell.
10  Q.  And when did you go to the hospital in
11  relation to when the fall occurred?
12  A.  The next day.
13  Q.  Okay.
14  A.  I think.
15  Q.  Did you have nausea and vomiting after the
16  fall?
17  A.  Yes.
18  Q.  Do you remember having amnesia regarding
19  certain events and intermittent headaches that
20  resulted from this fall?
21  A.  Headaches but not amnesia.
22  Q.  So you --
23  A.  I don't remember having amnesia.

1  Q.  Okay.
2  A.  I'm not saying I didn't.  I don't remember.
3  Q.  Okay.  And backing up a little bit, I passed
4  over this, but it says, "Patient reports hearing the
5  noise when he fell."
6  Do you know what the noise means?
7  A.  I have no idea what that means.
8  Q.  Okay.  It says, "He did have whole body
9  numbness," and whole body numbness is in quotes, "last
10  night."  Do you know what that means?
11  A.  Whole body numbness, no.
12  Q.  Do you see that?
13  A.  Yeah, I do.
14  Q.  And you don't remember telling a doctor that
15  you had whole body numbness?
16  A.  Talking a couple years ago.  Like I said, I
17  have a really, really, really bad memory.  So to
18  remember everything I said in the ER, no, I don't
19  remember.
20  MR. FREDERICKS:  Okay.  Why don't we take a
21  break, and I can review with Lyn, and we will wrap up
22  after.
23  MR. KING:  Sure.

1  (Short recess was taken.)
2  (Leite Exhibit 5 was
3  marked for identification.)
4  Q.  BY MR. FREDERICKS:  All right.  We have just
5  had a document marked as Leite Exhibit 5, and this is
6  titled Transcript of GED Results.  Have you seen this
7  before, Mr. Leite?
8  A.  Yes.
9  Q.  What do you believe this to be?
10  A.  My score for the GED result.
11  Q.  Yes.  And if you look at this, it's broken
12  down into five subjects, language arts reading,
13  language arts writing, mathematics, science and social
14  studies, correct?
15  A.  Yes, sir.
16  Q.  Do you see that on the left-hand column?
17  A.  I do.
18  Q.  And then there's another column that says
19  standard score, and then it has a score for each of
20  those subjects I just read, correct?
21  A.  Yes.
22  Q.  And then percentile rank in the next
23  column --

1  A.  Yep.
2  Q.  -- for each subject, and then the date of
3  the test, correct?
4  A.  Yes.
5  Q.  Do you believe this is accurate that you
6  took independent tests in these five subject matters
7  it looks like between 9/30/2013 and 12/24/2013?
8  A.  Yes.
9  Q.  And are these the scores that you recall
10  being informed that you got?
11  A.  Yes.
12  Q.  Do you recall that you demonstrated superior
13  skill in two subject matters?
14  A.  Yes.
15  Q.  And those were social studies and language
16  arts reading, correct?
17  A.  Yes.
18  Q.  At the bottom left, do you see a heading
19  total battery?
20  A.  Yes.
21  Q.  It says, "You have demonstrated 21st Century
22  skills of communication, information processing,
23  problem solving, higher order thinking skill in five

Page 268

1  subject areas. In parenthesis, reading, writing,
2  mathematics, science and social studies. To perform
3  effectively in the workplace or in higher education as
4  the top 20 percent of traditional high school
5  graduates." Do you see that?
6  A.  I do.
7  Q.  Did you speak with anyone about this GED
8  certificate once you received it?
9  A.  No.
10 Q.  What was the process of getting your GED in
11 prison?
12 A.  I was in SHU. I had nothing better to do.
13 I was on 23-hour lockdown. I said, hey, I'll take the
14 GED.
15 Q.  And did you spend lot of time studying for
16 the GED?
17 A.  None.
18 Q.  None?
19 A.  None.
20 Q.  I thought last time when we spoke on Friday,
21 you said you worked with an inmate to --
22 A.  One day.
23 Q.  -- improve your math scores?

Page 269

1  A.  One day.
2  Q.  One day?
3  A.  RT right before I was -- was it RT? Yeah, I
4  believe it was RT. Right before I left to go to -- I
5  think it was north. Yeah, it was one day from an
6  inmate on math.
7  Q.  Okay. And so the other tests, you just
8  showed up on these five dates listed here and took the
9  exam?
10 A.  Yes.
11 Q.  And how long was the exam for each subject
12 matter?
13 A.  I don't remember.
14 Q.  Was it the same length of time for each?
15 A.  I have no idea.
16 Q.  Where did you take the test?
17 A.  In SHU.
18 Q.  Did they bring you to the library or where
19 in SHU I guess is my question?
20 A.  Yeah, there was like a library room in SHU.
21 I think that's what it was. It had a whole bunch of
22 cages with desks in it, and you said library so in my
23 mind I'm seeing books, but I don't actually know if

Page 270

1  there's a SHU in the library.
2  Q.  Is there a big therapy room in SHU?
3  A.  Yeah.
4  Q.  The cages with the desks I know.
5  A.  Yeah.
6  Q.  Was anyone else taking the GED at the same
7  time as you?
8  A.  Yes.
9  Q.  How many people?
10 A.  I don't remember.
11 Q.  Was each desk cage full?
12 A.  I don't know.
13 Q.  The officer who stripped you out after your
14 visit on August 24, 2012, was that Officer Watson?
15 A.  No.
16 Q.  Did you ever tell anyone on or about August
17 24, 2012, that you were concerned about your safety?
18 A.  My safety?
19 Q.  Yeah.
20 A.  No.
21 Q.  Did you ever tell anyone at NCF at any time
22 that you were concerned about your safety?
23 A.  No. If I did, they would have taken me off

Page 271

1  that unit.
2  Q.  Why is that?
3  A.  In a heartbeat, they would have put me in
4  protective custody. I would never have stepped foot
5  in the unit again.
6  Q.  You mentioned recorded phone calls --
7  A.  Yes.
8  Q.  -- earlier.
9  A.  Yes.
10 Q.  Where are those from?
11 A.  What do you mean?
12 Q.  You mentioned them. You said to me "I
13 wasn't thinking straight. You could listen to the
14 recorded phone calls."
15 A.  Oh, the infirmary and stuff.
16 Q.  Okay.
17 A.  I mean even when got I back to Pop, my head
18 -- it took a while to get right. I used to just say
19 and do stupid things. Things I would say to my wife.
20 I mean it took a while. Took a while to get right.
21 Q.  What do you mean by get right?
22 A.  To the point where I am right now. Like not
23 right, but just enough so I didn't say the things I

1  was saying and do the things I was doing. Like I
2  accused my wife and said a lot of things to my wife
3  that now looking back was just silly.
4  Q.  So these aren't -- you don't have any
5  recorded phone calls?
6  A.  I was talking about the prison.
7  Q.  What?
8  A.  I was talking about the prison.
9  Q.  Okay.  What's -- what --
10  A.  I said you can check the recorded phone
11  calls because --
12  Q.  I was just trying to figure out whether you
13  had any recorded phone calls that you were referring
14  to.
15  A.  Oh, no, no.
16  Q.  I see now.
17  A.  At the state prison.
18  Q.  Okay.  You're familiar with Kathy Bergeron?
19  A.  Yes.
20  Q.  What are you -- how are you alleging that
21  she failed to protect you from this assault?
22  A.  To protect me?
23  Q.  Yes.

1  A.  I don't think she did her job after the
2  assault, but as far as to protect me, there's really
3  -- I didn't need protecting.  I mean I didn't know
4  this was going to happen to me.
5  Q.  What did she do after the fact that you're
6  suing her for?
7  A.  What happened after the fact?  You haven't
8  seen the video?
9  Q.  I want you to explain to me --
10  A.  Oh.
11  Q.  -- what Kathy Bergeron -- how she failed to
12  help you.  That's what you're alleging.
13  A.  She did walk-throughs and didn't find my
14  battered body in the cell I didn't belong in.  Like
15  I've known her since my first bid.  So when they do
16  walk-throughs numerous times a day, when you see them
17  in the chow hall and they say, hey, Leite, that's
18  enough, I mean these people know.  You know what I'm
19  saying?
20      You get in a very -- I spend more time with
21  these COs than half their husbands and wives do, you
22  know.  They're pulling doubles and stuff all the time.
23  They spend almost as much time in prison as I do.  She

1  knew better.  She knew I didn't belong there.  She
2  knew I belonged in the bunks.  These -- these officers
3  do walk-throughs numerous times a day every day.  Like
4  I said, they used to call me a super star.  Everyone
5  there, they knew me.  My pictures were in the paper.
6  My face was on the news.  Like every cop up there knew
7  me.
8  Q.  Did -- what was your relationship like with
9  Kathy Bergeron in 2012?
10  A.  Like it was with any other CO.
11  Q.  Nothing stands out?
12  A.  Not as much as any other one.
13  Q.  Did she harass you?
14  A.  No.
15  Q.  She did not?
16  A.  No.
17  Q.  What about Officer Timothy Dube?
18      MS. CUSACK:  Trevor.
19  Q.  BY MR. FREDERICKS:  Sorry.  Trevor Dube.
20  Did he -- how did he fail to help you on August 24,
21  2012?
22  A.  I'm not sure.
23  Q.  How about Officer Lynn McLain?  Are you

1  familiar with her?
2  A.  Yeah.  You have to understand you're asking
3  me questions about something that -- I mean you could
4  see on video the same way I did.  That's how I know is
5  by, you know, same way that you would know.
6  Q.  Did Officer Lynn McLain, did she know you?
7  A.  Yes.
8  Q.  Did she harass you?
9  A.  No.
10  Q.  Mr. Ejike Esobe, do you recall him?
11  A.  Yes.
12  Q.  How was -- he was a CO?
13  A.  He's a CO.
14  Q.  Did he give you a hard time?
15  A.  He was the one with the cell searches I
16  believe.  I can't remember every -- I mean if you
17  weren't bringing up their names, I couldn't even tell
18  you their names.
19  Q.  Okay.  How did Ejike Esobe fail to help you
20  following the August 24, 2012 assault?
21  A.  I don't know.
22  Q.  Who -- aside from Kathy Bergeron, do you
23  have any specific understanding of how any of the

Page 276

1 corrections officers you've sued failed to help you
2 following the August 24, 2012 assault?
3     **MR. KING:** I'm going to object to the
4 question to the extent it calls for legal conclusions,
5 but you can answer.
6 **A. I don't know.**
7 Q. BY MR. FREDERICKS: Go ahead.
8 **A. I don't know.**
9 Q. So Kathy Bergeron's the only individual that
10 you have a specific allegation against in your mind?
11 **A. Can I talk to my lawyer?**
12 Q. Okay.
13     **MS. CUSACK:** Well, no, there's a question
14 before you.
15 Q. BY MR. FREDERICKS: You can answer that
16 question.
17     **MS. CUSACK:** Answer the question.
18     **MR. KING:** Well, I'll object to the question
19 again to the extent it calls for legal conclusions. I
20 mean the legal theories upon which we have sued
21 certain corrections officers are not necessarily
22 within Mr. Leite's knowledge, but he can answer the
23 question to the extent he can.

Page 277

1 Q. BY MR. FREDERICKS: Go ahead.
2 **A. I didn't file the suit against them.**
3 Q. Do you have any factual knowledge of --
4 aside from Kathy -- let's start --
5 **A. If I told -- if I tell you I don't remember**
6 **anything that happened after visits, how can I tell**
7 **you who had what to do with anything I mean?**
8 Q. Okay. I just have to ask these questions --
9 **A. Okay. Okay.**
10 Q. -- so I know what you know, and my question
11 is, and we'll try to move it along, is as far as
12 factual information, aside from Kathy Bergeron, what
13 factual information do you have that any other officer
14 did something wrong to fail to help you in this
15 assault?
16 **A. I don't.**
17 Q. Okay.
18 **A. Now, can I talk to my lawyer?**
19 Q. We can take a break and you can talk to him
20 if you need to.
21 **A. Just real quick.**
22 Q. Sure.
23     (Short recess was taken.)

Page 278

1 Q. BY MR. FREDERICKS: After the assault, did
2 -- start a new question.
3     Who did you think assaulted you on August
4 24, 2012?
5 **A. From what I heard it was Gelinas. I thought**
6 **Crimbey (ph) was there, but I guess not. Lavallee,**
7 **Garcia, Gelinas. Like I said, I heard from people**
8 **that Crimbey was there too, but I don't know.**
9 Q. Did any of them -- did any of the three
10 people -- let me start over because I'm trying to
11 remember.
12     Did Gelinas ever threaten you again after
13 the August 24, 2012 assault?
14 **A. Did he threaten me? No. He tried to**
15 **bologna me. He tried to act like he helped me and**
16 **didn't assault me, but he never -- he never threatened**
17 **me. Garcia was sending kites out from CCU to put hits**
18 **on me but --**
19 Q. What does that mean?
20 **A. A hit or a kite? Both?**
21 Q. That -- that whole sentence, what does that
22 mean?
23 **A. It means CCU is the closed custody unit,**

Page 279

1 **which is covered by walls on all sides about 20 feet**
2 **high, and what we -- what they do is in north, you'd**
3 **be able to play handball, and so what they would do is**
4 **they'd hit the handball and make it go over the wall**
5 **and then inside the handball would be notes, and he**
6 **was sending them over trying to get Gs over there to**
7 **jump me, but one of higher-ranking Gs in north came**
8 **over and he told me. He said, listen, you're going to**
9 **get a pass. He actually showed me the kite, and he's**
10 **like you're going to get a pass on this unit because**
11 **you didn't snitch and you had the -- the guts to come**
12 **back in after what happened. He's like so you have my**
13 **respect.**
14 Q. So he showed you the kite from --
15 **A. Garcia.**
16 Q. -- Garcia?
17 **A. Uh-huh.**
18 Q. Who was this inmate that you're talking
19 about right now, the G on your unit who showed you the
20 kite?
21 **A. Oh, man. Oh, I remember the other G on --**
22 **on F Block. It was Trombley, but as far as the one**
23 **that showed me in north, I don't know.**

1 Q. Okay. Trombley.
2 A. I don't remember his name.
3 Q. Is Trombley the G in F Block that was over
4 Garcia?
5 A. Above Garcia?
6 Q. Above Garcia.
7 A. No.
8 Q. Oh, I thought that you were saying there was
9 a G on F Block above Garcia. Maybe -- may I'm not
10 remembering you correctly.
11 A. I don't think so.
12 Q. He was just another G on that block?
13 A. On the unit.
14 Q. Okay. You used the analysis about your
15 temper and a race car. Could you tell me what that
16 was again?
17 A. Before what happened, the assault, I was
18 like a race car with a driver. Like, yeah, I had a
19 temper, but I had control of it, and now it's like a
20 race car with no driver. There is no thought process.
21 I go right from -- okay. If -- if me and you were
22 somewhere and you started showing aggression, there's
23 no thought process there. I go right from zero to

1 don't remember what happened. So race car with no
2 driver is what I'm trying to say.
3 Q. Okay. Where did you first hear that
4 analogy?
5 A. I came up with it I thought.
6 Q. Okay.
7 A. I don't know.
8 Q. Just a question. Okay. I'm looking at the
9 expert report that your attorney provided from Albert
10 Drukteinis. Do you recall meeting with this
11 individual?
12 A. Yes.
13 Q. Did you tell him that you would lend money
14 to junkies?
15 A. On the street or in prison?
16 Q. On the street.
17 A. Yeah.
18 Q. Is that what happened when you had the
19 altercation that led to your arrest trying to get
20 money you were owed?
21 A. Uh-huh. Yes.
22 Q. Yes. Okay.
23 MR. FREDERICKS: I think we're all set.

1 MR. KING: All right. So I will just have a
2 few additional questions.
3 MR. FREDERICKS: Okay.
4
5 EXAMINATION
6 BY MR. KING:
7 Q. When did you first meet Corrections Officer
8 Kathy Bergeron?
9 A. On my first sentence.
10 Q. Your first incarceration at NCF?
11 A. Yes.
12 Q. And then when you went back to NCF for your
13 second incarceration during which the assault
14 happened, Corrections Officer Bergeron was still
15 working there?
16 A. Yes.
17 Q. And how often would you see her?
18 A. Regularly most days.
19 Q. Did you -- in your second incarceration at
20 NCF, did you have occasion to observe Corrections
21 Officer Bergeron do rounds?
22 A. Yes.
23 Q. What do you remember of your observations of

1 her doing rounds?
2 A. I mean I guess you could say the quicker you
3 can get off the block, the better would be my opinion.
4 A lot of times like they would skip over the common
5 bathrooms I was telling -- that I was speaking of
6 earlier. They wouldn't even go in there. Just cruise
7 right by the mop closet. Literally walking by cells
8 and not even looking in. It wasn't just her. It was
9 numerous COs that did that, but she was definitely one
10 of them.
11 Q. Okay. So you observed Corrections Officer
12 Bergeron doing rounds without looking in the cells; is
13 that correct?
14 A. Yes.
15 Q. How frequently would you observe her doing
16 rounds without looking in the cells?
17 A. I mean it's really hard to remember, but it
18 was -- it was a normal practice. I can't say if it
19 was every day or -- but it was regularly.
20 Q. Okay. How long approximately had you been
21 housed in F Block before the assault?
22 A. Roughly about three weeks to a month.
23 Q. Were you assigned to the same bunk for that

Page 284

1  entire duration, or had your bunk assignment changed
2  at all during that duration?
3  A.  No, it was the same.
4  Q.  You were assigned to the same bunk for the
5  duration of your stay on F Block before the assault;
6  is that right?
7  A.  Yes.
8  Q.  Okay.  And when did you first become
9  acquainted with Johnathan Gelinas?
10  A.  B Block on my second bid.
11  Q.  So you had known him before you were
12  transferred to F Block?
13  A.  Yes.
14  Q.  When you arrived in F Block three weeks or
15  so before your assault, was Johnathan Gelinas housed
16  in Cell 9?
17  A.  Yes.
18  Q.  And in the duration of your stay on F Block
19  before your assault, did Johnathan Gelinas's cell
20  assignment ever change?
21  A.  No.
22  Q.  I want to show you a medical record at
23  Exhibit 1 at page 51 that Attorney Fredericks

Page 285

1  questioned you about and asked you whether the medical
2  record reflected that you were making progress during
3  recovery.  Now, on 51, the second sentence of the
4  second full paragraph, do you see where it says, "He
5  appears to have high level cognitive functioning
6  changes as well as some mild carryover issues?"
7  A.  I do.
8  Q.  What is your understanding, if any, of the
9  high level cognitive functioning changes that you've
10  sustained?
11      MR. FREDERICKS: Objection to form.  Go
12  ahead.  You can answer.
13  A.  All right.  I don't understand what that
14  wording is.
15  Q.  BY MR. KING:  Okay.  All right.  Now, you
16  testified that after you were released from prison,
17  you tried going back to work with Chris Peters, right?
18  A.  Yes.
19  Q.  And you were -- you were to do residential
20  construction, right?
21  A.  Uh-huh.  Same job.
22  Q.  Did you or did you not have any difficulty
23  doing tasks related to residential construction that

Page 286

1  you had done in the past when you returned to work for
2  Chris Peters?
3  A.  Yes.  I ran crews before.  I couldn't even
4  run myself when I got back.  I mean like I said,
5  layout, rafter layout, steel layout, wall layout, I
6  mean it was -- I didn't remember how to do it.  I
7  couldn't even understand reading blueprints anymore,
8  and I used to do all of that with not even a second
9  thought.  It was just nature to me.  It was just I've
10  done it for so long it was no problem.  Then I went
11  back and I just -- I could think and I could think and
12  I could think and I just couldn't remember, and I
13  couldn't figure it out.
14  Q.  Okay.
15  A.  Is that it?
16  Q.  Okay.  Yeah.  Yes.
17      Now, you testified under questioning from
18  Attorney Fredericks that you identified two people
19  from whom you'd heard on or about August 23 or August
20  24 that something bad was going to happen on the
21  block.  Do you remember that?
22  A.  Yes.  Two people I used as examples.  I
23  heard it from a bunch of -- of -- it was the chatter

Page 287

1  on the block.  It wasn't just those two people.  I
2  mean Pops, like I said, he was a really good friend of
3  mine.  I heard it from him.  I heard it -- I mean
4  there was a bunch of people.  It was the talk of the
5  block, you know.
6  Q.  Okay.  What did you hear from Pops?
7  A.  That something -- something -- he's like,
8  Jon, you know your buddy there, you know, something's
9  going to happen with him, and basically broke it down,
10  and that's why I told the CO what I said.  So I'm
11  trying to bring everything again into my head all at
12  once.  I'm sorry.
13  Q.  All right.  Attorney Fredericks asked you
14  some questions about a psychiatric treatment plan
15  that's on 128 and 129 of Exhibit 1.  I just want to
16  look at it briefly.  Had you ever seen 128 and 129
17  before today?
18  A.  No.
19  Q.  Do you recall?
20  A.  No.
21  Q.  In fact, if you look at 129, there's a space
22  where it says inmate signature, and does your
23  signature appear there?

Page 288

1 **A. No.**
2 Q. There's also a box that says inmate refused
3 to sign. Is that box checked?
4 **A. No.**
5 MR. KING: Okay. That's all I have.
6 MR. FREDERICKS: Okay. I have a few more.
7
8 **FURTHER EXAMINATION**
9 **BY MR. FREDERICKS:**
10 Q. Where were you when Pops told you that the
11 inmate that you had been looking out for could
12 potentially get hurt?
13 **A. F Block.**
14 Q. Okay. And you said that it was the chatter
15 on the block that this was going to happen to this
16 specific inmate, correct?
17 **A. Uh-huh.**
18 Q. Yes?
19 **A. Chatter on the block means there's people on**
20 **the block who had pull, and there's people that don't**
21 **have pull, and there's people that get extorted. It**
22 **was between the higher-ups of the people. It wasn't**
23 **like that's what everybody chattered on the block. I**

Page 289

1 **didn't mean everybody was talking about it.**
2 Q. Yep.
3 **A. I meant people that were pushovers I guess**
4 **you could put it.**
5 Q. So at least three people told you about it
6 personally, correct?
7 **A. Yes.**
8 Q. Who else would be in the -- at the level of
9 being privy to chatter on the block? About how many
10 inmates?
11 **A. We have the blackish, Puerto Rican kid right**
12 **above Gelinas. You have -- hard to remember who was**
13 **on the block. Gelinas. Gelinas. It's hard. It's**
14 **hard to remember so many years ago.**
15 Q. Do you think that the inmate who was the
16 target of the chatter knew about this?
17 **A. No.**
18 Q. That this could happen?
19 **A. He was new. He's never done time before. I**
20 **mean he was the one that got extorted, not the one**
21 **that -- you know.**
22 Q. Did you tell him at any point that he could
23 be potentially assaulted or worse?

Page 290

1 **A. No.**
2 Q. Why not?
3 **A. I don't know.**
4 Q. You don't know?
5 **A. I should have, but I didn't.**
6 Q. What were the visiting hours at the prison
7 in 2012?
8 **A. Friday, Saturday, Sunday.**
9 Q. And how -- what was the range of time?
10 **A. I don't know. I have no idea.**
11 Q. Afternoon or morning?
12 **A. It was afternoon, morning or evening**
13 **depending on what day it was.**
14 Q. So there -- were there different shifts of
15 visits so to speak?
16 **A. Yeah.**
17 Q. And there were three I'm hearing you say?
18 **A. Yeah.**
19 Q. Yes?
20 **A. Yes. Actually some of them might have been**
21 **on the same day. I think it might have been a morning**
22 **and night or just an afternoon because it went between**
23 **-- I can't remember exactly. I'm just guessing. I**

Page 291

1 **can't remember exactly, but there were different times**
2 **that there were visits.**
3 Q. How long would you typically visit with
4 Ashley?
5 **A. Start to finish.**
6 Q. The whole time possible?
7 **A. She's never left early.**
8 Q. And how long is that?
9 **A. Two, two and a half hours, hour 45.**
10 Q. And is that period, the hour 45 to two
11 and a half hours, is that the whole period for that
12 visit session?
13 **A. Uh-huh.**
14 MS. CUSACK: That's a yes.
15 **A. I am trying -- I'm thinking. The hour 45 to**
16 **two hours, are you asking that was the only time that**
17 **day or -- because I was there for the whole visit. So**
18 **if that's what you're asking, yes. The hour 45 to two**
19 **and a half was the whole visit.**
20 Q. BY MR. FREDERICKS: I can help clarify. You
21 said that there were -- there was like a morning
22 visit, an afternoon visit and an evening visit on the
23 days of the week that had visits?

1 **A. Uh-huh.**
2 Q. Correct? Yes?
3 **A. I can't remember. I'm sorry. There was**
4 **morning, afternoon or morning and night. I can't**
5 **remember. It's been so long since I've been in there.**
6 Q. Let me try it this way. When a visit
7 started for you, was it the same time as a visit was
8 starting for a group of inmates?
9 **A. Yes.**
10 Q. And so a group of inmates would have a visit
11 at one time?
12 **A. From the same unit.**
13 Q. Yeah. Regardless whether it's the same unit
14 or what, but a group of inmates would start and end at
15 the same time. That would be their time to visit?
16 **A. Uh-huh.**
17 Q. Yes?
18 **A. Yes.**
19 Q. Okay. And your visits with Ashley, you
20 always used the whole amount of time you had?
21 **A. Most of it. I don't remember ever leaving**
22 **early.**
23 Q. Okay. Earlier you said something about

1 catching a bid from Merrimack County?
2 **A. Uh-huh.**
3 Q. What was that?
4 **A. Excuse me. There was a time that -- about**
5 **that phone call I told you I made.**
6 Q. Yep.
7 **A. The Concord State Prison is in Merrimack**
8 **County.**
9 Q. Okay.
10 **A. That's why I -- that's the charge that came**
11 **from Merrimack County. So that's what that was from.**
12 Q. You had no other potential charges in
13 Merrimack County ever?
14 **A. No.**
15 Q. Okay.
16 **A. You got me thinking. Hold on.**
17 **No. No. The driving habitual, then that**
18 **last one was the only time.**
19 Q. On August 24, 2012, it was your decision to
20 walk into the cell that you were assaulted in,
21 correct?
22 **A. I don't know. The cell that I got jumped**
23 **in?**

1 Q. Yes.
2 **A. I have no idea. I don't remember going in**
3 **the cell.**
4 Q. Have you heard anyone ever say that you were
5 dragged into that cell?
6 **A. No.**
7 Q. No?
8 **A. Was I -- never mind. I'm sorry.**
9 Q. I'm asking.
10 **A. Yeah.**
11 Q. Your attorney just questioned you quite a
12 bit about Kathy Bergeron and her practices during
13 rounds that you would observe, correct?
14 **A. Uh-huh.**
15 **MS. CUSACK: That's a yes?**
16 **A. Yes. Yes.**
17 Q. BY MR. FREDERICKS: All of the other
18 defendants in this case, have you ever seen any of
19 them doing inadequate rounds in your opinion?
20 **A. Yes.**
21 Q. Who?
22 **A. Yes. I can't -- I can't remember names. I**
23 **-- honestly it's really hard for me. I can't even**

1 **remember the name I talked to -- the guy at the strip**
2 **out at the visit. It's hard for me. I mean Watson**
3 **and Goulet, definitely, but as far as the rest, it's**
4 **-- it's hard for me to remember their names.**
5 **MR. FREDERICKS: Do you want to talk?**
6 **MS. CUSACK: No.**
7 **MR. FREDERICKS: All right. All set.**
8 (The deposition was concluded
9 at 4:33 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 296

1      CERTIFICATE OF WITNESS

2

3    I, JONATHAN LEITE, have read the foregoing

4    transcript of the deposition taken on Tuesday,

5    September 26, 2017, at the law offices of DOUGLAS,

6    LEONARD & GARVEY, PROFESSIONAL CORPORATION, Concord,

7    New Hampshire, and do hereby swear/affirm it is an

8    accurate and complete record of my testimony given

9    under oath in the matter of LEITE v. GOULET, including

10   any and all corrections that may appear on those pages

11   so denoted as "Corrections."

12

13

14      JONATHAN LEITE

15   STATE OF

16   COUNTY OF

17

18   Subscribed and sworn to before me this      day

19   of                , 2017.

20

21

22      Notary Public          J.P.

23      My Commission Expires:

Page 297

1      CORRECTION AND SIGNATURE PAGE

2      **DEPOSITION OF:** Jonathan Leite

3      **DATE OF DEPOSITION:** September 26, 2017

4    PAGE  LINE      NOW READS        SHOULD READ

5    ____  ____  _____  _____

6    ____  ____  _____  _____

7    ____  ____  _____  _____

8    ____  ____  _____  _____

9    ____  ____  _____  _____

10   ____  ____  _____  _____

11   ____  ____  _____  _____

12   ____  ____  _____  _____

13   ____  ____  _____  _____

14   ____  ____  _____  _____

15   ____  ____  _____  _____

16   ____  ____  _____  _____

17   ____  ____  _____  _____

18   ____  ____  _____  _____

19

20   Signed this ____ day of _____, 2017.

21

22      _____

23      JONATHAN LEITE

Page 298

1              C E R T I F I C A T E

2

3        I, Karen L. Leach, a Licensed Court

4    Reporter, Shorthand and Notary Public of the State of

5    New Hampshire, do hereby certify that the foregoing is

6    a true and accurate transcript of my stenographic

7    notes of the deposition of JONATHAN LEITE, who was

8    first duly sworn, taken at the place and on the date

9    hereinbefore set forth.

10       I further certify that I am neither attorney

11   nor counsel for, nor related to or employed by any of

12   the parties to the action in which this deposition was

13   taken, and further that I am not a relative or

14   employee of any attorney or counsel employed in this

15   case, nor am I financially interested in this action.

16       THE FOREGOING CERTIFICATION OF THIS

17   TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE

18   SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL

19   AND/OR DIRECTION OF THE CERTIFYING REPORTER.

20

21

22

23          KAREN L. LEACH, LCR NH #38

## $

**$200 (1)**
109:20
**$400 (1)**
130:9

## A

**abilities (1)**
230:15
**ability (13)**
76:9;222:22;224:7,22;
225:9,15,21;226:18;227:2,
12;228:23;248:6,8
**able (21)**
56:13,15,18;75:18;83:4,5;
85:13;174:16;207:16;211:6;
214:9;222:20;231:2;241:1,
4;247:4,7,9,11;248:9;279:3
**above (10)**
74:3,5;81:16;131:8;
141:13;142:2;280:5,6,9;
289:12
**above-named (1)**
131:8
**Absolutely (2)**
100:3;171:5
**abuse (1)**
101:10
**accept (1)**
234:22
**accepted (1)**
127:4
**accepting (2)**
145:22;164:16
**access (1)**
127:14
**accident (10)**
100:10;104:11,12;259:1,
18;260:18,22,22;261:16;
262:15
**according (1)**
199:14
**accurate (12)**
58:2;87:6;89:6;99:18;
100:12;170:3;214:7;259:22;
260:17;263:4;267:5;296:8
**accuse (1)**
235:9
**accused (1)**
272:2
**accusing (1)**
235:9
**aches (1)**
262:20
**acknowledge (1)**
101:15
**acknowledged (1)**
139:21
**acquainted (1)**
284:9

**across (7)**
151:14;152:4,6;156:17;
261:3,17,21
**act (3)**
61:11;78:15;278:15
**acted (1)**
164:22
**active (1)**
131:12
**activity (2)**
106:2;231:18
**actual (1)**
215:13
**Actually (34)**
69:4;79:16;84:9;92:20;
104:10;126:20;128:4;
137:12;154:11;155:3;160:2,
10;162:19,21;166:13,21;
167:1;170:7;174:5;192:14;
212:18;221:16;227:17;
235:16;240:16,23;241:6;
245:10,11,13,18;269:23;
279:9;290:20
**acute (1)**
215:14
**addendum (1)**
68:21
**additional (1)**
282:2
**Addr (2)**
131:13,23
**address (3)**
102:11;132:2,5
**ADHD (5)**
86:4,6,10,12,13
**adjust (1)**
73:7
**adjusted (1)**
84:8
**adjusting (1)**
73:5
**admission (2)**
103:21;217:5
**admitted (3)**
210:2,4;216:9
**adult (1)**
96:14
**adverse (1)**
68:14
**affected (3)**
226:19;246:8,9
**afraid (1)**
249:20
**Afternoon (5)**
290:11,12,22;291:22;
292:4
**again (49)**
80:16;85:9;96:4;102:5,22;
103:21;105:14;122:19;
123:6;127:10;168:4;169:7;
173:4;174:8;176:1;177:2;
179:1,9;180:11,13,19,19;
181:5,11,15,19;182:6;183:3;

184:3;186:5;187:20;189:3,
7;204:9;224:4;227:10;
233:1,1,5;235:5;239:20;
256:9;260:3;263:2;271:5;
276:19;278:12;280:16;
287:11
**against (6)**
63:23;113:3,7;116:14;
276:10;277:2
**age (3)**
87:3,17;209:18
**aggravated (1)**
226:13
**aggression (16)**
77:6,9,10,11,13,16,20,21;
78:5,15,17;79:3,6,7,10;
280:22
**aggressive (4)**
58:21,22;72:15;78:17
**agitated (3)**
253:20;254:1,3
**ago (7)**
54:20;112:2;168:5,7;
245:1;265:16;289:14
**agree (7)**
82:11,14;87:11,22;
119:23;183:20;218:15
**AG's (1)**
254:21
**ahead (5)**
110:12;179:6;276:7;
277:1;285:12
**a-hole (1)**
227:19
**Albert (1)**
281:9
**alcohol (1)**
118:16
**alert (3)**
217:19;218:4,7
**allegation (1)**
276:10
**allegedly (1)**
234:2
**alleging (3)**
208:10;272:20;273:12
**allowed (3)**
55:20;127:12;141:15
**allows (1)**
250:1
**almost (3)**
142:18;246:12;273:23
**alone (1)**
199:1
**along (1)**
277:11
**altercation (11)**
81:19;111:23;112:1,12,
14;146:10;240:12,13;241:7;
244:17;281:19
**although (3)**
214:6;216:5;262:6
**always (11)**

82:6,11,19;91:14;92:13;
100:6;113:13,15;200:5;
251:18;292:20
**ambulate (1)**
222:20
**amends (5)**
161:11,13;162:9,10,16
**amnesia (3)**
264:18,21,23
**amount (5)**
55:23;93:6;243:4;253:18;
292:20
**amplified (1)**
250:20
**analogy (2)**
82:22;281:4
**analyses (1)**
119:2
**analysis (2)**
233:4;280:14
**Androscoggin (5)**
110:14;205:19;206:7;
258:19;263:14
**anger (21)**
60:17;80:10,22;82:6,12,
18;83:4,5,13;84:3;85:14;
91:15,17;92:8,14;93:20;
94:5;95:9;117:9;119:16;
120:2
**angry (5)**
63:7,14;72:15,23;226:10
**animal (6)**
85:17,17,20;92:18;115:1,
1
**antidepressant (1)**
68:1
**anxiety (11)**
60:17;70:2;77:5;80:10,23;
81:15;245:19,22;246:14;
250:15;251:16
**anxious (4)**
55:1;68:19;251:12;252:6
**anymore (4)**
159:10;168:19;257:16;
286:7
**apart (15)**
138:14,18,21;141:9,10,17,
21;142:6;172:18,23;191:13;
232:20;234:13,18,19
**apologize (2)**
55:5;160:18
**appear (3)**
224:4;287:23;296:10
**appears (10)**
67:21;217:13,18,20,21,22;
218:8,10,11;285:5
**approached (1)**
183:8
**approaching (1)**
187:10
**approximately (1)**
283:20
**April (1)**

243:10

**area (6)**
143:2;153:18;175:9;
188:13;190:12;232:22

**areas (1)**
268:1

**argue (2)**
88:3;143:9

**argued (1)**
142:15

**arguing (1)**
143:16

**argument (2)**
143:3;144:2

**arguments (1)**
146:11

**arm (1)**
179:23

**armed (1)**
125:3

**arms (1)**
154:13

**around (20)**
82:9;108:21;111:13;
113:6;141:12;145:4;173:5;
179:4;182:1;187:2,10;
188:20;221:14;249:22;
257:21,23;261:8,10,11;
264:7

**arranged (1)**
215:16

**arrest (2)**
134:5;281:19

**arrested (7)**
78:20;83:6;108:23;
112:18,20;124:8;130:3

**arrived (5)**
64:7;133:22;134:3;145:8;
284:14

**article (1)**
188:21

**arts (3)**
266:12,13;267:16

**Ashley (3)**
253:1;291:4;292:19

**aside (7)**
144:10;194:5;238:12;
244:2;275:22;277:4,12

**aspect (2)**
240:8;245:19

**ass (1)**
139:5

**assault (69)**
83:10,12,12,20;89:11;
108:20;109:2;120:15;123:6,
7;145:11;147:20;148:8,12;
149:18;156:23;157:6;159:1;
169:18;171:1;194:4,16;
195:23;197:1,10;203:5,9;
204:2,6,12,19,21;206:14;
207:23;208:15;209:22;
210:8;211:19;213:7;220:2;
224:7,23;226:2,20;229:12;

230:12;239:3,9;244:12,13;
247:2;248:15;255:21;
256:12,13;272:21;273:2;
275:20;276:2;277:15;278:1,
13,16;280:17;282:13;
283:21;284:5,15,19

**assaulted (19)**
156:19;165:12;166:17;
168:8;189:21;190:13;192:2;
194:11,13;196:8,21;199:18;
202:17,19,20;207:19;278:3;
289:23;293:20

**asshole (3)**
92:4;94:11;163:23

**assigned (2)**
283:23;284:4

**assignment (2)**
284:1,20

**assistance (1)**
248:12

**assistive (1)**
222:21

**associate (1)**
146:2

**assume (2)**
149:16,17

**assuming (4)**
151:17;167:8;197:19;
217:5

**Ativan (18)**
55:2,4;66:4;251:9,19;
252:1,3,6,11,17,18,20,22;
253:1,6,7;254:5,15

**attack (2)**
80:23;241:13

**attempt (2)**
116:7;201:23

**attended (1)**
255:9

**attention (5)**
72:2;179:12;183:9;214:5;
228:1

**Attorney (8)**
254:16,23;255:12;281:9;
284:23;286:18;287:13;
294:11

**attract (1)**
106:10

**attribute (1)**
246:23

**August (42)**
74:6,8,12,16,16;83:22;
89:11;101:22;102:21;104:3,
13;136:13;148:9;149:6;
161:4;164:14;165:5;166:18;
173:18;192:2;193:13;
195:23;196:8,21;203:10;
239:2;242:6;244:21;247:2;
248:16;255:5,21;270:14,16;
274:20;275:20;276:2;278:3,
18;286:19,19;293:19

**Ave (4)**
102:13,13,21;105:5

**Avenue (1)**
105:6

**AVH (1)**
111:11

**awake (4)**
206:18;217:19;218:4,7

**away (5)**
63:8;146:12;159:10;
199:8;233:11

---

## B

**babbling (1)**
170:19

**back (102)**
54:6,15,19;55:11;56:12;
61:19;64:22;67:15;79:3;
80:19;83:1,4;86:23;92:13;
95:6;96:3;102:9;104:2,15;
105:10,12;108:12;109:8;
113:1,22;119:1,14;126:4;
127:11;137:10,11;142:18,
19,20;143:20,22;144:4;
148:16,20;151:5;158:1;
162:15;165:4,22;174:7;
177:13;178:1,4,7,13,15;
181:3,7,11;188:21;189:6;
193:17;197:17;198:11;
203:7;207:20,23;208:7,10,
14;216:19;217:17;219:6,23;
220:4;221:10,13,16,18,18;
222:11,13,23;223:14;
229:12;231:3;232:21,23;
235:16;240:22;243:9,20,22;
244:3;246:18,23;255:5;
256:15;257:10;259:10;
271:17;272:3;279:12;
282:12;285:17;286:4,11

**backing (1)**
265:3

**Baclofen (4)**
54:12,14;56:3;249:3

**bad (10)**
59:4;80:23;138:23;
250:14;251:15,17;252:4,21;
265:17;286:20

**balance (5)**
139:17,20;222:19;229:18;
231:13

**bald (5)**
152:18;153:1,22;154:13;
156:9

**balding (1)**
160:9

**based (2)**
151:17;223:4

**basement (1)**
255:12

**basically (10)**
107:12;135:7;152:13;
153:5;160:11,13;161:12;
164:1;217:18;287:9

**basis (6)**

108:6;112:15;121:7;
123:16;225:13;260:20

**bat (1)**
139:14

**Bates (3)**
57:17;62:13;217:11

**bathroom (11)**
64:11;137:17,21;138:6;
145:13;172:10,12,20;
191:16;264:2,9

**bathrooms (1)**
283:5

**Batlivala (1)**
221:6

**battered (1)**
273:14

**battery (1)**
267:19

**bears (1)**
90:19

**beat (2)**
125:20,22

**beating (1)**
159:9

**beautiful (2)**
219:5,5

**Became (3)**
63:6,14;146:16

**become (8)**
59:10;78:16;79:5,5;85:16;
115:1;170:13;284:8

**becomes (1)**
58:21

**becoming (2)**
58:22;60:8

**bed (25)**
173:20;174:14,22;176:21;
180:21,22;181:3,11;184:9;
185:22;186:5,16;187:3,16;
189:13;190:23;191:6;192:9;
200:2;204:23;205:8,15;
215:14;231:17;251:17

**bedroom (1)**
251:17

**bedside (3)**
185:15;187:9,21

**began (2)**
93:13;133:1

**beginning (6)**
82:5;83:14;100:22;
107:21;206:4;232:19

**begins (5)**
63:3;80:21;110:14;
222:16;223:7

**behavior (1)**
142:3

**behind (5)**
144:4;176:16;180:22;
186:17;189:6

**Belanger (2)**
124:8,9

**Believes (2)**
81:14;262:5

**belong (2)**
273:14;274:1
**belonged (1)**
274:2
**belt (1)**
261:13
**Benadryl (1)**
67:14
**bend (1)**
261:8
**beneath (1)**
123:2
**benefit (1)**
238:17
**benefits (2)**
97:3;102:4
**Bergeron (10)**
272:18;273:11;274:9;
275:22;277:12;282:8,14,21;
283:12;294:12
**Bergeron's (1)**
276:9
**Berlin (21)**
84:11;102:13,14;105:5,7;
133:19,23;134:1,11;135:6,8,
23;138:16;140:9,11;142:13;
144:10;196:11;234:20;
235:7;247:15
**Bernie (9)**
229:14,16,21;230:1,11,16,
20;231:8;232:2
**Berwick (4)**
139:7,12;144:5,16
**besides (3)**
120:7;231:4;239:4
**best (5)**
82:22;155:16;169:6;
238:13;257:4
**better (7)**
161:10;172:12;226:12;
237:18;268:12;274:1;283:3
**beyond (3)**
141:13;142:2;214:6
**bid (7)**
95:16;124:22;151:3,17;
273:15;284:10;293:1
**bifida (2)**
89:1;257:7
**big (6)**
78:7;152:18;153:1;
154:13;156:9;270:2
**binder (3)**
75:2;102:11;120:16
**bird (1)**
128:9
**birth (6)**
71:10;75:8;90:19;96:14;
110:19;205:23
**bit (13)**
57:14,18;59:8;109:8;
151:18;161:11;224:14;
231:18;236:13;245:10;
261:10;265:3;294:12

**black (2)**
260:10;261:9
**blackish (1)**
289:11
**blackout (1)**
241:11
**blah-blah-blah (3)**
142:19;155:2;156:3
**blank (1)**
168:8
**blanket (1)**
141:14
**blankets (2)**
141:11,20
**blg (1)**
64:22
**Block (72)**
136:10,11,14,18,23;137:6,
23,23;138:8,11;143:14,15;
144:22;145:7,11,12,14,14,
16,17,19;146:3,13,15;
147:21,23;149:6;150:22;
154:7;158:14;159:8;166:4;
173:11,14;196:10;198:3;
199:6,18;200:7,8,9,14,18;
201:1,2,8,23;202:10,17;
203:9;256:10;279:22;280:3,
9,12;283:3,21;284:5,10,12,
14,18;286:21;287:1,5;
288:13,15,19,20,23;289:9,
13
**blood (1)**
172:16
**blown (2)**
259:22;260:14;262:14
**blueprints (2)**
240:10;286:7
**board (2)**
214:1;233:7
**boards (1)**
193:2
**body (6)**
215:13;265:8,9,11,15;
273:14
**bold (1)**
58:15
**bologna (1)**
278:15
**book (2)**
103:17;220:18
**booklet (7)**
57:12;205:4;213:16;
216:23;221:8;235:21;
258:14
**books (2)**
159:13;269:23
**born (2)**
88:23;90:9
**both (7)**
123:10;136:6;156:16;
175:17,18;230:13;278:20
**bottle (1)**
142:22

**bottom (14)**
65:18;73:20,23;80:16;
82:4;89:14;91:22;210:22;
215:1,3,6;217:14;222:16;
267:18
**bow (1)**
200:1
**box (2)**
288:2,3
**boyfriend (1)**
245:3
**brain (2)**
168:12;196:4
**Bravo (1)**
136:16
**break (9)**
90:15;98:1;100:22;103:1;
163:12;171:17;230:14;
265:21;277:19
**breakfast (1)**
168:6
**breathing (1)**
65:3
**Brian (2)**
129:16;241:15
**brief (1)**
262:6
**briefly (3)**
80:16;86:23;287:16
**bring (6)**
142:20;163:8;178:15;
251:9;269:18;287:11
**bringing (3)**
154:19;155:11;275:17
**brining (1)**
163:15
**broke (2)**
93:6;287:9
**broken (2)**
196:5;266:11
**brother (6)**
95:13;96:1;130:9,15;
131:18;246:6
**brother-in-law (1)**
109:10
**brother's (1)**
132:7
**brought (6)**
61:10;65:2;125:18,19;
160:14;178:13
**brushing (1)**
165:1
**bubble (4)**
139:9;144:19;175:13,15
**buddy (1)**
287:8
**build (1)**
160:20
**builder (1)**
106:22
**building (1)**
64:23
**built (2)**

90:2;106:13
**bumped (1)**
164:4
**bunch (4)**
64:13;269:21;286:23;
287:4
**bunk (24)**
64:17;138:21;149:7,9;
173:17,20;174:1,18;176:4,4,
5;178:19;183:21;184:10;
187:3,4;189:13;190:4;
192:14;193:3;194:1;283:23;
284:1,4
**bunkie (1)**
235:7
**bunkie's (2)**
172:21;235:11
**bunks (6)**
64:13;153:21,21;191:19;
192:22;274:2
**Burglary (5)**
120:14;122:6,11,13;125:3
**business (15)**
78:7;105:10,14,21;106:1,
4,8,9,11;107:8,23;113:22;
115:8;117:23;196:18
**busted (1)**
163:15
**butt (1)**
155:14
**button (1)**
159:8
**buzz (1)**
175:9
**buzzer (4)**
175:5,7,7,11

---

**C**

**cage (1)**
270:11
**cages (3)**
128:9;269:22;270:4
**call (22)**
94:16;96:1,4;106:14;
124:13;127:17,18;128:4;
129:6;137:15;138:15;140:9;
145:3;159:15;201:2;242:1;
243:8;248:22;263:2,10;
274:4;293:5
**called (19)**
57:4;69:13;95:13;127:21,
23;139:10,12,22;151:9;
166:21;167:14;171:9;
176:13,14;178:6;204:8;
244:10,12;258:1
**calling (2)**
141:7;144:5
**calls (12)**
127:10;137:15;170:20;
175:13;237:14;271:6,14;
272:5,11,13;276:4,19
**calm (4)**

60:11;117:23;251:20;
253:3

**came (34)**
64:14;85:17;92:18;94:17,
19,19;95:20;137:10,18,21;
138:20;148:15;169:5;
172:15;178:19;182:9;
185:23;188:20;192:8;
193:23;232:10,19;235:16;
240:9,13;254:16,21;255:3;
261:10,11;264:7;279:7;
281:5;293:10

**camera (7)**
172:14;173:1;175:23;
185:3,3;189:16;191:14

**cameras (4)**
137:19;172:13;182:4;
191:18

**Campbell (7)**
229:14,17;230:1,11,16,20;
231:9

**can (104)**
54:7,13;56:4,7;57:12;
61:19;62:11;71:3,16;75:1;
79:13;80:4;81:9,9;82:22;
86:14,23;90:3,8,14;91:21;
94:7,8,14,16;96:11;97:18;
98:6,13;99:20;102:22;
103:1;110:8;114:5;118:18;
119:12;120:16;124:14;
125:20;127:11,18;131:4;
141:5;143:12;150:15;151:4,
14;152:5;159:15;160:21;
169:9;170:19;173:1,7;
178:7;181:5;185:2,3;
192:13;197:12;201:16,17;
203:8,14,19,21;205:4;
212:19;214:3,22;216:4;
222:13;223:6;224:9,10;
237:13,19,21;243:17;244:8;
245:16;248:19,22;249:1;
258:14;260:2;261:18;263:2,
8;264:5;265:21;272:10;
276:5,11,15,22,23;277:6,18,
19,19;283:3;285:12;291:20

**cancelled (2)**
127:20;128:2

**Candelaro (2)**
196:10;201:1

**Candy (6)**
197:3,3,19;200:1;201:1;
203:11

**cane (4)**
223:19,20,20,22

**canteen (1)**
159:12

**Capitol (1)**
255:10

**caption (1)**
58:15

**car (14)**
83:1,3;176:10;247:11;
252:22;259:2,18;260:18;
261:3;262:12;280:15,18,20;
281:1

**cards (3)**
137:2;192:18;193:1

**care (13)**
85:18;115:2,3,4,5,5,11,14;
216:5;217:18;222:18;
237:16;248:11

**career (1)**
78:10

**carpentry (3)**
242:6,21,23

**carried (2)**
146:23;147:19

**carry (1)**
147:18

**carryover (4)**
217:21;218:10;224:4;
285:6

**cars (1)**
262:11

**cart (8)**
173:22;176:6;180:23;
186:18;187:10;188:7,11;
189:7

**case (16)**
92:21;125:2,18,21;128:4;
148:8;185:23;218:1;223:3;
238:2;246:2;248:1;254:12,
17;262:7;294:18

**catch (1)**
159:8

**catching (1)**
293:1

**Catherine (1)**
215:5

**Catholic (14)**
215:15,18,23;216:7,14,17;
217:4,10;218:1,15,23;219:9;
220:21;221:23

**caught (2)**
104:7;145:15;154:21;
155:2;163:12;172:11

**cause (1)**
253:19

**caused (2)**
261:12;262:18

**caution (1)**
204:15

**CC (1)**
80:9

**CCU (2)**
278:17,23

**ceiling (1)**
261:21

**Celexa (1)**
72:13

**cell (55)**
59:7;61:9;65:21;68:22;
127:13;129:6;138:14;141:9,
10,15,17;142:6,16;152:22;
153:16,18;156:12;165:11;
166:17;167:5,9,12,17,19,21;

171:9;172:9,11,18,23;
189:21;190:12,16;191:17;
194:9,12;201:23;202:1,10,
12;232:15,19,21,22;233:1,1;
234:12;273:14;275:15;
284:16,19;293:20,22;294:3,
5

**cells (6)**
152:19;172:8;173:1;
283:7,12,16

**center (21)**
156:13;211:5;213:6;
214:13,21;215:15,18;216:1,
8,14,15,17;217:4,10;218:2,
16;219:1,10;220:22;226:6;
257:1

**Century (1)**
267:21

**certain (10)**
55:23;56:2;62:4;63:23;
93:6;141:10;162:11;249:20;
264:19;276:21

**certificate (3)**
235:22;268:8;296:1

**chained (2)**
205:8,15

**chair (3)**
219:6,14,18

**chance (4)**
157:20;169:14;235:11;
252:14

**change (4)**
149:8;212:6,7;284:20

**Changed (3)**
178:20;250:1;284:1

**changes (2)**
285:6,9

**changing (3)**
148:23;165:5,13

**Channel (1)**
173:10

**chaplain (1)**
212:22

**charge (7)**
104:7;119:3;126:2,5,18;
127:3;293:10

**charged (6)**
120:9,10,11,12;123:17,18

**charges (10)**
85:9,20;123:19;129:21;
130:20;131:14;132:12;
138:16;140:10;293:12

**charging (1)**
202:22

**chase (1)**
254:11

**chatter (7)**
150:16;198:2;286:23;
288:14,19;289:9,16

**chattered (1)**
288:23

**check (5)**
170:19;221:17;222:3;

248:1;272:10

**checked (1)**
288:3

**check-in (1)**
159:1

**chief (2)**
80:9;111:6

**child (5)**
86:5,17;87:2,16;88:6

**children (7)**
101:3;130:5;248:11;
249:17;250:23;251:6;
262:17

**chow (4)**
65:14,16;201:15;273:17

**Chris (4)**
242:21,23;285:17;286:2

**circumstance (1)**
178:14

**claim (2)**
237:7,15

**clarification (1)**
121:19

**clarify (1)**
291:20

**Class (2)**
120:23;139:17

**Classification (1)**
131:6

**claustrophobia (3)**
59:5,7;63:19

**clean (3)**
78:2;143:6;160:16

**cleaned (1)**
142:22

**cleaning (2)**
142:23;143:1

**clear (4)**
93:21;126:21;227:10;
237:13

**clearly (6)**
65:5;72:14;226:18;227:3,
12;229:1

**click (1)**
97:6

**Clint (1)**
236:15

**close (2)**
109:6;200:4

**closed (1)**
278:23

**closer (2)**
146:16;173:7

**closes (1)**
175:9

**closest (2)**
152:19;173:21

**closet (1)**
283:7

**closing (2)**
63:4;64:2

**clothes (6)**
148:17;149:1,8;165:6,14;

178:20
**clothing (1)**
188:21
**CMC (1)**
222:10
**CO (28)**
59:16;61:9;64:23;81:15,
16;138:20;145:4;150:20;
151:11,12;160:8;161:17,18,
19;162:12,20;163:16;
164:13;166:3;172:17;
204:23;232:22;235:9,10;
274:10;275:12,13;287:10
**cognitive (7)**
224:6,22;225:8,15,20;
285:5,9
**collapse (1)**
219:18
**collar (1)**
154:14
**collect (1)**
108:14
**collected (1)**
108:14
**colon (1)**
91:12
**column (5)**
62:15;103:18;266:16,18,
23
**coma (29)**
83:19,20;84:1;96:22;99:1,
10;100:9,16;168:8;170:15;
207:7,9,14,16,17;208:18,21;
211:9,15,22;212:3,11,12,17,
22,23;213:2,10,12
**combat (2)**
137:22;245:3
**comfortable (4)**
162:4,7;168:18,20
**coming (12)**
90:10;91:16;92:7;106:5;
154:22;162:4;177:13;
182:18;185:8;193:20;232:5;
261:7
**command (1)**
209:7
**commands (4)**
206:18;209:1;217:20;
218:8
**Commission (1)**
296:23
**common (10)**
88:6;137:17;138:5;
158:16;159:2;172:9,12,20;
191:16;283:4
**communicating (1)**
212:9
**communication (2)**
213:5;267:22
**communications (1)**
57:21
**complaining (2)**
263:5,6

**complains (2)**
67:13,14
**complaint (2)**
80:9;111:7
**complete (2)**
127:14;296:8
**completed (1)**
63:9
**completely (3)**
87:14;165:14;186:17
**compound (1)**
225:14
**comprehensive (2)**
96:13;102:10
**computer (1)**
192:20
**concepts (1)**
225:15
**concern (1)**
262:16
**concerned (3)**
82:5;270:17,22
**concluded (1)**
295:8
**conclusions (2)**
276:4,19
**Concord (13)**
133:14,19;134:8,10,13;
135:10;139:18;145:2;
247:15;255:3,10;293:7;
296:6
**concurrent (2)**
126:12;132:13
**concurrently (1)**
126:14
**condition (6)**
98:20;213:23;231:8,12;
239:8;244:4
**conditions (2)**
69:9,22
**conduct (2)**
123:19;124:4
**conference (1)**
255:12
**confident (1)**
100:3
**confined (1)**
63:23
**confused (2)**
107:6;226:13
**confusing (1)**
84:21
**confusion (1)**
206:19
**consciousness (5)**
262:6,8,9,10;263:6
**consequence (1)**
158:22
**consider (3)**
142:4,10;143:6
**considered (1)**
135:5
**conspiracy (2)**

131:12,21
**construction (6)**
105:11,17;113:15;246:21;
285:20,23
**consult (1)**
209:19
**consultation (3)**
209:13,13,22
**contact (6)**
68:23;157:14,15;255:22;
256:1,3
**container (1)**
57:10
**continuation (1)**
67:22
**continue (7)**
68:16;72:12;86:2;96:8;
111:19;236:8;257:6
**Continued (3)**
67:23;68:21;224:7
**continues (2)**
87:9;112:22
**continuing (4)**
87:20;95:8;100:5;212:5
**continuously (2)**
101:6,11
**contractor (1)**
106:8
**contributed (1)**
246:13
**control (27)**
62:4;66:1;73:9;76:9;83:5,
8,17;84:3;85:14,15;114:19;
115:14,17,19,19,22;116:3,4,
15,16,19,19,22;152:14;
248:2;260:12;280:19
**controlling (4)**
70:4;114:22;117:4,5
**contusions (1)**
208:9
**convenient (1)**
234:11
**conversation (12)**
99:15;117:13,18;144:2;
150:12,14;155:22;156:2;
194:22;203:8;222:4,8
**convicted (7)**
120:23;121:15;122:5,18;
123:6,10;126:6
**cook (1)**
247:4
**cool (1)**
201:3
**Coos (28)**
57:20;58:23;60:13,17;
61:1,6;62:17;64:7;65:10;
66:5,21;67:5,9,17;68:4;
69:10,21;70:19;81:4,20;
83:18;84:5,7;124:14,23;
125:2;133:7,10
**cop (2)**
163:20;274:6
**cops (1)**

161:5
**cord (1)**
257:12
**corner (1)**
174:7
**CORPORATION (1)**
296:6
**CORRECTION (1)**
297:1
**Correctional (5)**
133:23;134:17;144:23;
163:10;221:10
**Corrections (49)**
57:19,21,22;59:1,10,11;
60:14,18;61:2,7;62:4,17;
63:14;64:8;65:10;66:5,22;
67:10,18;68:5;69:11;70:19,
20;71:5;74:12,16;75:3;76:3;
80:8;81:5,19;83:18;90:18;
120:17;138:10;143:9;
144:11;156:22;158:7;
159:16;194:23;276:1,21;
282:7,14,20;283:11;296:10,
11
**correctly (2)**
226:15;280:10
**COs (16)**
63:8;137:18;139:22;
140:17;159:4;160:15;
162:18;163:5,8,9,9;170:6;
232:19;233:22;273:21;
283:9
**COs' (1)**
157:17
**CO's (2)**
150:15;172:22
**Coulombe (2)**
255:4,11
**count (2)**
232:23;234:19
**counts (2)**
123:2,13
**County (57)**
57:20,23;58:23;60:13,17;
61:1,6,22,23;62:17;64:7;
65:10;66:5,21;67:5,10,17;
68:4;69:10,21;70:1,10,16,
19;79:9;81:4,20;83:18;84:5,
8,15,20,22,23;92:21;103:4,
6;104:13,15;124:14,16,20,
22,23;125:2,17,22;133:7,10,
14;134:20;135:19;293:1,8,
11,13;296:16
**couple (14)**
54:23;56:7;57:2;73:2;
80:2;128:8;146:17;152:12,
16;166:19;170:7;181:7;
259:23;265:16
**course (3)**
145:21;173:8;242:18
**court (8)**
127:19,19;128:2,7;131:7;
142:15;241:7;244:21

**cover (2)**
126:19;181:22
**covered (2)**
58:17;279:1
**covering (1)**
191:7
**coworker (1)**
112:23
**CP (1)**
175:14
**CP-5 (1)**
175:14
**cranial (1)**
206:20
**crap (1)**
92:19
**crappy (1)**
148:6
**crazy (2)**
66:19;126:20
**crews (2)**
240:8;286:3
**cribbage (2)**
146:8;193:2
**Crimbey (2)**
278:6,8
**crime (1)**
126:8
**crimes (1)**
120:10
**criminal (7)**
78:22;123:11,14;129:21;
130:19;131:10;254:11
**crowded (1)**
251:10
**cruise (2)**
248:2;283:6
**crying (4)**
65:1,5;155:3,15
**cuffed (3)**
139:3;143:17;204:23
**curious (1)**
208:9
**Currently (7)**
72:13;118:15;131:9;
132:15;179:14;236:20;
237:3
**CUSACK (30)**
119:20;121:20;129:18;
135:1;149:22;158:19;176:9,
13;177:9;184:12;187:13;
191:11;192:13;206:22;
207:4,11;226:22;237:20,22;
238:1,4,6,8;246:4;274:18;
276:13,17;291:14;294:15;
295:6
**custody (3)**
134:9;271:4;278:23
**customers (1)**
106:10
**cut (1)**
216:6
**CVA (1)**

208:7

---

# D

**daily (1)**
57:9
**damage (1)**
168:12
**Damn (1)**
164:6
**danger (1)**
159:19
**Danou (1)**
215:4
**dark (1)**
153:13
**Dartmouth (17)**
205:17,17;209:11;211:5;
213:6;214:13;215:21;
216:14;219:1,12,13;221:23;
222:1,5,6,11;256:23
**dashboard (3)**
261:4,17,22
**data (4)**
71:14;90:21;91:7,8
**date (45)**
62:15;71:10;74:6;75:8;
79:6;90:19;91:22;96:14,20;
97:5;104:3;110:15,18,23;
121:16;122:8,18;123:6,9;
126:7,13;127:19;129:9;
134:5;149:6,18;183:2;
195:12;196:8;205:20;206:1;
209:13,17;214:1;216:9;
217:12,13,14;221:2;224:22;
234:9;236:6;241:6;267:2;
297:3
**dated (3)**
121:10;215:10;258:19
**dates (2)**
120:19;269:8
**daughter (2)**
130:10,16
**day (79)**
57:3;60:21;88:10;90:9;
103:12;104:5;108:23;
112:18,19;118:16;129:6;
138:15;139:12;144:5;145:6,
10;148:11;149:14;150:17;
154:6,18;156:18,18,23;
157:6,10,10;160:10,15;
161:3,11;162:7;164:1;
168:7;170:1;192:19,21;
193:12;197:21;220:1,3,6,12,
16;226:12;229:19,23;230:6,
7;233:4;234:7;236:13;
251:8,15,15,16,19,23;252:4,
9,15,21;254:1,3;262:19;
264:12;268:22;269:1,2,5;
273:16;274:3,3;283:19;
290:13,21;291:17;296:18;
297:20
**dayroom (3)**

64:17;191:19;192:14
**days (16)**
57:2;93:7;129:2,4;136:23;
209:22;211:19;214:10;
233:6,8;234:11;251:18;
252:2,6;282:18;291:23
**deal (10)**
91:17;92:8;93:19;94:4;
95:9;126:20,21;127:6;
172:17;200:11
**dealt (1)**
225:17
**debts (2)**
197:15;203:18
**December (13)**
93:6,13,22;105:15,21;
111:16;114:21;117:3,9;
118:19;119:23;121:9;133:1
**decided (1)**
195:16
**decision (1)**
293:19
**decisions (1)**
75:19
**deck (2)**
145:3;192:18
**decks (1)**
192:23
**decrease (1)**
224:17
**decreased (1)**
225:9
**defend (1)**
200:9
**defendants (2)**
125:2;294:18
**defense (1)**
143:17
**defensive (1)**
251:13
**deficits (1)**
207:2
**definitely (5)**
99:8,9;100:20;283:9;
295:3
**degree (1)**
123:5
**Delay (5)**
214:2;234:5;257:19;
258:7,10
**delays (1)**
257:13
**deliveries (1)**
106:5
**demand (2)**
171:3;172:2
**demands (1)**
158:22
**demonstrated (2)**
267:12,21
**Denies (7)**
63:5;101:9;116:5,6;
118:16;211:2;212:7

**denoted (1)**
296:11
**Depakote (1)**
72:13
**Department (35)**
57:19,20,22;58:23;59:11;
60:13,18;61:2,6;62:17;64:8;
65:10;66:5,21;67:10,17;
68:5;69:10;70:18,19;71:5;
74:12,15;75:3;76:2;80:7;
81:5;83:18;90:18;120:17;
158:6;205:20;258:18;
259:18;263:14
**depending (1)**
290:13
**Depends (1)**
246:20
**deposed (2)**
54:3;255:11
**Deposition (14)**
57:16;253:18,19,22;
254:7,10,16;255:3,6,9;
295:8;296:4;297:2,3
**depression (13)**
70:7,8,11,13;75:18;80:10;
81:15;119:15;120:1;245:19,
22;250:16;251:16
**depressive (1)**
98:15,22
**describe (3)**
82:18;195:21;239:8
**described (9)**
112:1,2;122:14;142:5;
158:11;176:10,11;205:7;
230:13
**describes (1)**
98:15
**describing (3)**
59:9;64:18;65:9
**descriptive (1)**
151:23
**desk (2)**
141:23;270:11
**desks (2)**
269:22;270:4
**destroyed (1)**
172:21
**detail (1)**
170:1
**develop (1)**
262:21
**developed (1)**
79:11
**device (2)**
222:21;223:13
**DHMC (1)**
210:3
**diagnosed (1)**
86:4
**diagnosis (2)**
63:5;89:4
**diagonal (2)**
189:17;190:10

**dialogue (1)**
91:4
**died (1)**
246:6
**difference (2)**
73:18;251:14
**different (18)**
59:20,21;69:17;82:20;
85:9;94:14;112:14;152:12;
166:2,5,10,19;167:17;170:7;
249:5;250:4;290:14;291:1
**differently (1)**
73:16
**difficult (3)**
236:18;244:3,5
**difficulty (3)**
70:4;114:22;285:22
**dig (1)**
54:6
**directed (5)**
62:12;86:15;205:5;
220:20;258:15
**direction (2)**
190:16;247:20
**directions (3)**
214:3,4,9
**directly (2)**
176:5,16
**dirty (3)**
233:5,6;234:10
**disability (2)**
97:3;102:4
**discharge (2)**
220:22;222:14
**discharged (2)**
221:9,13
**disciplinary (1)**
232:14
**disclosed (1)**
238:1
**discovered (1)**
131:11
**discussed (2)**
124:1;129:22
**discussion (2)**
68:1;259:9
**disguising (2)**
131:12,17
**dismissive (1)**
164:17
**dispute (2)**
113:11;114:15
**disputes (1)**
113:13
**disrespect (1)**
140:4
**disrespectful (1)**
142:2
**disruptive (6)**
77:6,9,11,13,16,21
**distances (1)**
248:3
**distinct (1)**

225:15
**distinctly (1)**
225:18
**distinguish (3)**
105:23;115:10;133:20
**Distinguishing (2)**
133:19;236:16
**distraction (1)**
214:5
**distressed (1)**
66:18
**District (1)**
131:7
**DOC (3)**
169:17,22;221:14
**doctor (18)**
62:6;71:1;72:3;74:17;
90:12;114:9;118:4;212:13,
16;213:1,3,6;217:15;221:3,
6,16;238:19;265:14
**doctors (6)**
211:6;212:9;257:9,19;
258:3,10
**doctor's (1)**
221:21
**document (46)**
57:18;58:10;62:13;71:4,
17;75:7,15;76:16,19;77:1,3;
80:8;96:12;97:16,21,23;
101:1,23;109:22;110:5,6,13;
112:8,11,22;114:8;118:15;
120:1;121:10,12;128:15,16;
147:6;205:11,12,18;209:11;
214:22;215:2,4;221:9;
223:4,10;259:15;263:17;
266:5
**documents (1)**
205:4
**done (13)**
63:20;78:13;112:7;
127:14;130:12;168:22;
171:12;202:3;203:2;233:20;
286:1,10;289:19
**door (11)**
172:15;174:6,11;175:1,3,
5,6,9,16,22;233:2
**doors (3)**
175:18;200:4;201:5
**dorms (2)**
78:9;82:8
**doubles (1)**
273:22
**doubt (1)**
206:12
**DOUGLAS (1)**
296:5
**down (51)**
60:11;63:2,3;64:20;66:15;
67:1,22;68:16;73:20;75:11;
76:7;80:21;81:13;82:3,4;
89:3,13;90:7,23;91:21;99:5;
103:20;116:5;117:23;
118:14;122:5;125:18,20;

139:2,11,13;142:18;143:18;
144:5,12;151:2;152:13;
168:19;180:5;186:1;208:6;
210:21;213:21;214:15;
232:22;235:15;255:3,10;
260:7;266:12;287:9
**downstairs (2)**
61:10;245:2
**downstairs's (1)**
245:2
**Dr (6)**
79:14;81:3;96:17;237:19,
22;238:1
**dragged (1)**
294:5
**dressed (1)**
247:7
**drip (1)**
142:17
**drive (2)**
247:11,13
**driver (5)**
83:1,2;280:18,20;281:2
**driver's (2)**
259:21;260:14
**driving (8)**
66:19;83:3;85:21;129:23;
130:2;131:20;247:21;
293:17
**driving-related (1)**
85:1
**drop (2)**
101:2;142:21
**dropped (2)**
181:13,16
**drove (1)**
247:15
**drowsy (1)**
56:23
**drug (1)**
118:17
**drugs (10)**
118:19,23;119:3,9,12;
154:19;155:11;163:9,15;
234:11
**Drukteinis (4)**
237:19,22;238:2;281:10
**dry (3)**
137:9,13;150:12
**drywall (1)**
107:11
**Dube (2)**
274:17,19
**due (2)**
244:17;257:7
**duly (1)**
54:2
**dump (1)**
141:22
**duration (4)**
284:1,2,5,18
**During (18)**
59:9;63:14;83:11;105:3;

114:19,21;117:3;143:10;
144:9;164:14;169:17;
234:19;242:19;253:17;
282:13;284:2;285:2;294:12
**Duty (4)**
131:13;132:1,3;140:1

---

# E

**earlier (13)**
114:23;122:14;151:20;
180:21;184:19;198:15;
214:15;241:16;242:12;
248:19;271:8;283:6;292:23
**early (9)**
93:14,22;94:20;96:8;
114:21;153:15,15;291:7;
292:22
**ears (1)**
170:6
**easily (2)**
116:3;217:21
**easy (1)**
172:11
**eat (1)**
132:18
**edge (1)**
180:6
**education (1)**
268:3
**eff (1)**
200:8
**effect (1)**
68:14
**effective (5)**
72:14,23;73:9,13,17
**effectively (1)**
268:3
**Eight (2)**
104:18,19
**eighth (1)**
101:3
**either (20)**
55:6;99:3;120:6;132:18;
139:8;141:12;147:4;148:5;
151:9;155:13;156:18;159:7,
12;175:13;196:14;219:20;
221:23;231:19;232:7;
244:10
**Ejike (2)**
275:10,19
**electric (1)**
107:11
**element (1)**
83:17
**Elizabeth (3)**
96:13,17;102:12
**Elliot (3)**
158:7,14;256:1
**else (16)**
88:9;130:1;140:20,22;
149:14;152:23;165:6,8,10,
16;182:22;233:19,20;

253:20;270:6;289:8

**emerged (1)**
188:11

**emergency (19)**
110:15;111:11;114:4,11;
117:13,14,18;118:3,5,11,12;
205:19;206:5,13;258:18;
259:17;262:18;263:14,21

**emerging (1)**
188:7

**Emmet (1)**
236:15

**employees (1)**
106:17

**enabled (2)**
55:13,15

**encompassed (1)**
165:19

**end (11)**
68:18;74:8;81:13;92:11;
108:11;124:22;224:13;
255:5;261:10,11;292:14

**ended (1)**
104:12

**endorses (1)**
212:6

**enough (5)**
107:7;138:19;253:4;
271:23;273:18

**ENT (1)**
210:5

**enter (1)**
201:23

**entire (2)**
97:19;284:1

**entitled (3)**
62:14;206:17;259:12

**entries (3)**
103:20;123:9;215:2

**entry (11)**
62:20;63:11;64:20;66:16;
67:12,21;68:16;120:22;
121:14;122:5;213:20

**episode (4)**
59:9,21;63:13;65:23

**episodes (4)**
71:23;72:4,6;114:20

**equation (1)**
135:22

**ER (1)**
265:18

**error (1)**
214:1

**escorted (1)**
63:8

**Esobe (2)**
275:10,19

**especially (1)**
203:1

**essentially (2)**
66:1;107:16

**evaluation (19)**
110:15;111:7,12,15;

113:20;117:9,20,22;118:1,
13;205:20;206:5,13;217:5,
9;258:18;259:18;263:14,21

**even (35)**
57:1;69:15;70:11;77:12;
79:2;83:13;99:14,16;
125:22;137:20;139:21;
142:13;144:1;146:22;
165:13;166:8;167:17;
170:15;178:18;194:17;
199:19;205:1;216:20;
243:21;244:2,20;245:10;
271:17;275:17;283:6,8;
286:3,7,8;294:23

**evening (2)**
290:12;291:22

**events (1)**
264:19

**eventually (1)**
223:22

**everybody (2)**
288:23;289:1

**everyday (1)**
164:3

**everyone (3)**
82:6,17;274:4

**everywhere (1)**
172:18

**exacerbation (1)**
80:22

**exact (1)**
200:23

**exactly (25)**
67:3;87:13;124:14;
151:12,13,13;152:3,4;153:7,
8;156:5,15,20;160:5,13;
164:20;196:3,6;204:10;
212:15;222:4;240:2;249:1;
290:23;291:1

**exam (4)**
97:19;206:20;269:9,11

**EXAMINATION (5)**
54:4;96:20,23;282:5;
288:8

**examples (1)**
286:22

**except (1)**
248:17

**excuse (12)**
61:20;65:18;102:1;
136:19;137:1,13;139:11;
143:1;175:7;210:12;262:11;
293:4

**exercises (2)**
56:4;229:18

**exhausted (1)**
57:1

**Exhibit (16)**
57:16;62:14;67:12;71:4;
109:22;110:1;128:14;
147:12;158:3,6;205:4;
222:14;266:2,5;284:23;
287:15

**exit (2)**
261:7,8

**expecting (2)**
258:3,5

**experiences (2)**
95:10,11

**expert (5)**
237:15,23;238:2,8;281:9

**Expires (1)**
296:23

**explain (8)**
61:7;82:22,23;83:15;
94:10;250:17;260:8;273:9

**explained (6)**
54:21;62:2,3;84:4;86:11;
92:16

**explaining (3)**
57:22;61:13;93:12

**explanation (2)**
55:8;145:22

**explode (1)**
82:8

**exploded (2)**
81:16;244:9

**exploding (1)**
252:14

**explosive (2)**
78:22;249:22

**exposed (3)**
191:6,8,13

**extent (4)**
250:18;276:4,19,23

**extort (3)**
154:1;198:18;203:4

**extorted (4)**
151:8;159:7;288:21;
289:20

**extra (1)**
109:8

**extremely (1)**
65:20

**extremities (1)**
211:2

**eye (11)**
151:3;160:2,3;176:3;
179:2,15;180:20;188:6;
189:12;190:7;195:3

**eyes (2)**
150:22;251:11

---

**F**

**face (6)**
65:2;144:4;147:7;150:16;
154:13;274:6

**facial (1)**
196:4;262:21;263:6

**Facility (7)**
133:23;134:17;216:7,9;
218:22;220:1;221:10

**fact (4)**
127:8;199:6;203:10;
273:5,7;287:21

**factual (3)**
277:3,12,13

**faded (1)**
223:22

**fail (3)**
274:20;275:19;277:14

**failed (4)**
119:2;272:21;273:11;
276:1

**fall (3)**
264:11,16,20

**falls (1)**
191:10

**false (1)**
132:2

**familiar (5)**
128:10,13;168:3;272:18;
275:1

**family (8)**
81:17;82:1,7,15,17;199:9;
203:17;249:23

**far (23)**
55:9;64:3,4;65:9;106:1,4;
119:12;144:20;146:16;
150:12;166:6;191:10;
231:11;239:10,15;245:19;
251:18;258:5;263:5;273:2;
277:11;279:22;295:3

**farm (3)**
59:16;60:8;81:16

**fast (1)**
247:23

**father-in-law (1)**
240:16

**favor (1)**
201:4

**favored (1)**
153:4

**fear (4)**
59:5;76:8;202:21;203:2

**features (1)**
81:1

**February (1)**
239:22

**fee (1)**
142:17

**feel (27)**
56:19;64:1;73:8;95:12,23;
99:7,7;123:19;168:18,20;
207:22;224:6,12;225:3,5;
226:12;238:18;239:13;
245:5,18;246:13;251:10;
252:5,5,8,13;253:3

**feeling (4)**
64:3;72:22;116:2;208:14

**feelings (1)**
100:2

**feels (4)**
72:14;98:19;114:19;
115:21

**feet (2)**
243:20;279:1

**fell (3)**

264:2,9;265:5
**felonies (1)**
123:22
**Felony (1)**
120:23
**felt (2)**
63:4;162:13
**few (8)**
61:19,20;79:21;129:2,4;
164:12;282:2;288:6
**field (3)**
105:22;106:12;246:20
**fight (17)**
78:20,21;88:4,10,17,20;
89:5,20;137:20;138:5;
145:13;172:2,8,10,11,19;
245:1
**fighting (13)**
86:20,21;87:2,3,10,16,17,
21,23;92:21,22;137:18;
143:19
**fights (7)**
86:17;88:6,12,15,18;
240:14;244:10
**figure (5)**
211:17;228:5,13;272:12;
286:13
**figured (1)**
205:17
**file (1)**
277:2
**filed (3)**
134:7;137:22;245:3
**fill (1)**
178:8
**Finalized (2)**
73:21;93:14
**find (7)**
128:2;130:16;212:20;
222:3;234:12,13;273:13
**finding (1)**
155:5
**Finds (1)**
82:7
**fine (6)**
60:1;61:18;130:9,17;
146:9;171:19
**finish (3)**
110:5;245:16;291:5
**finished (4)**
75:14;98:8;168:10;245:15
**firearm (1)**
126:2
**first (83)**
56:17;58:17;61:14;62:20;
63:21,22;64:7,14;67:21;
70:1;71:13,18;73:6;75:17;
77:11,11;79:9;82:5;84:4;
87:3,7,16;92:1,6;94:20;
95:16,17;96:7;97:12;98:8;
102:9;104:1,8;105:17;
108:3;120:22,22;123:5;
124:22;126:16;135:12;

136:8,20;138:4;139:20;
144:4;147:4;153:1,22;
155:11;156:8;161:22;
173:19;175:5,8,9;185:8;
204:12,20;205:1,2;206:7,10;
220:1,3,5,16,17;222:13;
234:20;235:12;240:19;
241:22;242:3,8;254:13;
259:23;273:15;281:3;282:7,
9,10;284:8
**fit (2)**
211:7;216:12
**five (16)**
54:20;55:10;67:23;
103:20;136:13,14;168:5,7;
171:15;186:8;193:7;244:8;
266:12;267:6,23;269:8
**flexor (1)**
56:9
**flip (2)**
84:9;258:16
**flipped (2)**
259:2;261:3
**floor (6)**
64:13;141:12,13;142:17;
144:3,4
**FLS (2)**
131:12,23
**flying (1)**
130:10
**focus (3)**
72:1;174:6;176:4
**foggy (1)**
155:17
**follow (2)**
214:3,9
**following (14)**
58:18;204:2,5,19,21;
213:6;214:3,5;217:20;
218:8;226:2;262:19;275:20;
276:2
**follows (1)**
54:3
**foot (5)**
138:18;139:4,6;187:16;
271:4
**forced (1)**
67:1
**foregoing (1)**
296:3
**forget (3)**
83:9;247:23;248:1
**forgot (4)**
58:8;87:14;135:20;262:9
**form (4)**
121:4;216:5,6;285:11
**former (1)**
256:7
**forming (2)**
257:21,23
**forward (3)**
224:15;236:17;237:9
**fought (3)**

88:9;137:17;171:9
**found (4)**
55:22;234:9,16;235:12
**four (14)**
54:20;55:10;63:2;65:18;
67:23;68:18;73:14;74:19,
21,22;104:9;131:11;136:14;
137:21
**fourth (1)**
68:19
**fracture (4)**
89:4,12,18;90:9
**fractures (1)**
196:4
**frame (9)**
105:4;114:21;176:21;
180:22;184:9;186:5,16;
192:9;215:22
**framing (8)**
107:10,13;239:20;240:3,
7,8;241:3;243:5
**Frank (1)**
89:7
**FREDERICKS (143)**
54:5;58:6,14,15;62:13;
65:17;71:19;72:21;75:17;
76:1,18;77:8;80:15;86:16;
89:8,13;91:6,8;94:18;95:6;
97:17;98:4,6;100:1;101:12;
103:1,3;109:18,21;110:3,8,
23;112:10;114:14;119:21;
121:6,11,21;128:18;129:20;
132:17,23;135:3;136:6;
143:14;147:14;149:23;
158:5,21;171:22;172:7;
174:5;10;176:12,15,18;
177:4,10;179:9,19;180:4,13;
181:2,10;182:10;183:6,17,
19;184:1,7,14;185:13;186:3,
15,23;187:8,15,20;188:10;
189:5,11,15;190:9;192:1,12,
16;193:8,10;197:17;204:18;
205:6;206:23;207:1,6,13;
211:10;213:15;218:21;
220:21;223:12;224:9,19;
225:16,19,20;227:1;237:2,
12,17;238:12;243:17;246:5;
254:14,15;255:18;258:16;
259:5,8,10,11,17;261:1,6;
263:19;265:20;266:4;
274:19;276:7,15;277:1;
278:1;281:23;282:3;284:23;
285:11;286:18;287:13;
288:6,9;291:20;294:17;
295:5,7
**free (2)**
75:18;96:4
**frequently (1)**
283:15
**Friday (12)**
57:13,18;59:15;62:6;89:2;
103:18;125:19;149:17,22;
253:17;268:20;290:8

**friend (4)**
109:6;125:15;129:3;287:2
**friends (1)**
109:10
**friendship (1)**
146:16
**frigging (1)**
78:10
**front (6)**
152:22;172:14;176:5;
178:5;187:2;191:18
**frustrated (1)**
226:11
**frustrating (1)**
98:21
**fuck (2)**
143:1;156:6
**full (7)**
177:5,12,16;181:21;
182:1;270:11;285:4
**full-time (1)**
242:5,21
**functioning (2)**
285:5,9
**functions (1)**
257:6
**further (2)**
222:18;288:8
**future (4)**
237:16;238:14,21;257:10

## G

**Gabapentin (2)**
249:3,5
**gait (1)**
222:18
**gang (4)**
158:17,17,22;159:4
**gap (1)**
182:1
**Garcia (13)**
154:10;170:23;171:1,3;
256:5;278:7,17;279:15,16;
280:4,5,6,9
**GARVEY (1)**
296:6
**gas (1)**
244:14
**gathering (1)**
163:2
**gauge (1)**
227:23
**gave (10)**
116:20;142:16,21;155:19;
156:21;169:16,22;195:16;
197:19;233:3
**GC (3)**
106:22;107:3,9
**GCs (1)**
106:13
**gearing (1)**
252:19

**gears (1)**
132:18
**GED (7)**
266:6,10;268:7,10,14,16;
270:6
**Gelinas (13)**
146:17;167:14,16;200:1;
255:22;278:5,7,12;284:9,15;
289:12,13,13
**Gelinas's (1)**
284:19
**general (3)**
108:16;206:17;213:23
**General's (3)**
254:17,23;255:13
**gets (2)**
84:21;155:2
**girlfriend (10)**
91:16;92:7,10,20,22;
93:13,19;94:13;95:2;127:18
**given (2)**
78:21;296:8
**Giving (6)**
109:21;132:2;154:5,17;
155:7;164:16
**Glasgow (3)**
207:7;208:18,21
**gloss (1)**
259:3
**goal (5)**
75:17;76:2,7,10,14
**goals (2)**
75:12;76:20
**God (1)**
178:10
**goes (3)**
152:10;226:11;261:8
**good (24)**
59:2;75:19;97:23;146:21;
148:7;161:23;162:13;
163:11,16;170:8;172:19;
201:3;226:14;251:8,9,14,16,
19,23;252:1,9;253:4;
258:16;287:2
**Goulet (6)**
139:3,5;140:20,21;295:3;
296:9
**Goyette (3)**
139:3,5;140:21
**GPS (1)**
247:20
**grab (1)**
192:22
**grade (1)**
101:3
**graduates (1)**
268:5
**grandmother (1)**
154:22
**Great (1)**
145:9
**green (3)**
165:15;177:6;193:21

**greens (3)**
177:12,16;182:15
**Grew (4)**
87:9,20,23;88:7
**grid (1)**
216:8
**ground (1)**
138:22
**group (3)**
292:8,10,14
**grow (1)**
88:9
**grown (1)**
147:19
**Gs (11)**
154:3,7,14,17;155:7;
158:11;171:4;198:17;200:2;
279:6,7
**guess (11)**
80:2;108:18;111:14;
163:2,3;204:16;257:14;
269:19;278:6;283:2;289:3
**guessing (1)**
290:23
**guilty (13)**
120:12,13;122:3,21;
123:3,13,21;125:13;126:1,3,
17;131:3;235:2
**guts (1)**
279:11
**guy (19)**
81:8;129:5;146:21;
152:18;153:1,1,22,22;156:8,
9,12;159:18;163:18;164:2;
170:8;171:7;200:13;245:2;
295:1
**guys (7)**
106:23;150:21;164:6;
233:3;245:14;254:2;259:4
**guy's (1)**
113:2
**GV (2)**
131:12,23
**gym (7)**
56:3,6,13,14,16;137:3;
201:16

# H

**habit (1)**
196:17
**habitual (2)**
129:23;293:17
**hair (1)**
153:13
**Haldol (9)**
60:10,13,22;72:14,22;
73:8,12,17,18
**half (22)**
105:17;107:9,18;108:3,9;
125:16,23;133:12;134:6,12;
135:9,19,23;157:10;169:12;
215:3;251:1,3;273:21;

**greens** continued — (middle column continues)

**hall (5)**
65:15,16;142:19;231:19;
273:17
**hallway (2)**
64:12;144:3
**hallways (1)**
193:18
**Hampshire (22)**
57:18,21;61:3;71:4;75:2;
80:7;85:23;92:17;120:17;
125:10;129:21;130:6;131:5,
10;133:2,8,14,22;134:9,17;
158:6;296:7
**hand (2)**
179:16;261:20
**handball (3)**
279:3,4,5
**handcuffed (1)**
144:3
**handle (1)**
106:16
**hands (4)**
65:4;113:2,6;116:13;
118:18;119:12;191:12
**hanging (1)**
252:16
**happen (28)**
91:19;99:3;102:7;111:18;
139:7,9;144:18;151:9;
153:7;155:20;156:4;159:5;
160:4,5;191:23;195:3,17;
197:8;198:3,7;201:5;246:1;
251:12;273:4;286:20;287:9;
288:15;289:18
**happened (62)**
63:17;64:3;76:22;78:23;
81:23;83:10,11;88:14;
90:13;91:15;92:7,10,11;
108:11,22;114:15;115:18;
116:21;124:6,9;130:18;
138:16;140:10;142:13;
148:8;166:2,11,23;168:7;
169:7,11,18;170:1;182:23;
194:2;196:22,23;197:7,7,8,
13;211:13,19;212:21;
216:17,18,18;232:17;
240:23;241:7;244:11;255:9;
261:6,15;264:6;273:7;
277:6;279:12;280:17;281:1,
18;282:14
**happening (1)**
113:18
**happens (4)**
83:10;121:9;152:11;200:4
**harass (2)**
274:13;275:8
**harassed (2)**
139:21;140:12
**harassing (2)**
141:6;142:4
**harassment (2)**
142:10;143:6

**hard (21)**
65:5;66:9;115:7;142:1;
155:17;163:8;167:2;168:11,
13;229:19;231:5;240:10,11;
275:14;283:17;289:12,13,
14;294:23;295:2,4
**hardened (1)**
78:10
**head (29)**
65:4;89:5;101:18,21;
160:9;166:6,10;170:12;
203:3,4;206:6;210:11,16;
236:9;237:5,10,16;238:15;
259:20;260:13;261:4,23;
262:3,21;263:6,21;264:2;
271:17;287:11
**headache (3)**
211:2,12,20
**headaches (2)**
264:19,21
**heading (1)**
267:18
**heads (2)**
155:19,21
**heal (1)**
210:18
**health (32)**
63:5;69:9,12,17,21;70:20;
71:1,5;75:3;76:2;80:6;
90:17;99:22;111:7,12,15;
113:20;114:9,11;117:19,21;
118:1,11;224:23;226:5;
227:3;236:12,16,20;237:4,9;
239:4
**health-related (3)**
238:15,23;246:18
**hear (9)**
124:14;139:11;152:8;
157:16;159:4;167:20;256:9;
281:3;287:6
**heard (32)**
61:14;151:1,6;152:11,16,
23;155:15;160:4;162:12;
166:1,9,16,19,19,20,21;
167:13,16,17;191:22;198:2,
6;208:22;256:11,11;278:5,
7;286:19,23;287:3,3;294:4
**hearing (6)**
65:22;150:23;166:12;
212:7;265:4;290:17
**heartbeat (1)**
271:3
**heating (1)**
56:5
**heavily (1)**
65:3
**held (2)**
135:6;142:15
**hell (1)**
171:11
**help (26)**
56:9,20;57:2,3;73:7;
96:21;99:6;102:16;114:1;

117:22;160:6;203:22,23;
204:9;222:22;223:13;
231:11,21;237:12;251:20;
273:12;274:20;275:19;
276:1;277:14;291:20
**helped (3)**
95:18;231:16;278:15
**helpful (1)**
55:8
**helping (3)**
68:2,17;73:9
**helplessness (2)**
98:18;100:2
**helps (3)**
56:2,5;251:21
**hematoma (1)**
196:4
**hereby (1)**
296:7
**heroin (7)**
232:15;233:9,22;234:9,
12,16,23
**Hess (3)**
96:13,18;102:12
**hey (9)**
127:18;128:1;156:1;
160:19;162:17;196:13;
200:7;268:13;273:17
**hieroglyphics (1)**
240:7
**high (7)**
106:13;198:20;201:6;
268:4;279:2;285:5,9
**higher (3)**
154:11;267:23;268:3
**higher-ranking (1)**
279:7
**higher-ups (1)**
288:22
**highest (1)**
196:11
**high-ranking (1)**
200:17
**himself (7)**
82:7;114:19;115:22;
147:1,18,19;189:6
**Hinder (3)**
131:13,23;132:3
**hip (1)**
244:9
**hire (1)**
106:17
**history (19)**
63:6,6;71:23;72:4,5;79:6;
87:2,15;90:23;91:3;100:22;
111:10;118:14;119:5,15;
120:5;210:1;217:4;259:13
**hit (10)**
89:4;202:23;203:1;
208:10;235:7;250:15;261:5,
23;278:20;279:4
**Hitchcock (8)**
205:17;209:11;211:5;

213:6;214:13;216:14;
219:12;256:23
**hits (1)**
278:17
**hitting (1)**
144:3
**Hoesen (2)**
140:23;142:14
**Hoesen's (1)**
142:23
**hold (5)**
65:19;98:5;218:5;258:20;
293:16
**holding (9)**
65:4,21;68:22;134:11;
142:16;143:18;177:19;
179:16;261:20
**holler (1)**
68:22
**home (15)**
55:5;85:17;94:12,17,19,
19;115:18;169:10,14;240:9;
244:15;252:22;253:4,5;
264:7
**homicidal (1)**
116:6
**honest (2)**
157:5;166:1
**Honestly (16)**
63:18;143:23;149:20;
152:2;157:13;166:15;167:3,
6;197:12;220:6;225:22;
227:21;235:16;262:1;
263:10;294:23
**hooked (2)**
261:10,11
**hope (3)**
252:9;258:7,10
**hopelessness (1)**
98:18
**hopelessness-type (1)**
100:2
**hoping (1)**
257:12
**hospital (22)**
83:11;110:15;111:15;
112:19;113:19;116:9,20;
117:9;204:11;205:19;206:7;
218:22;219:21;220:1,8,11;
226:5;227:3;258:19;259:19;
263:15;264:10
**hospitals (3)**
221:22;225:10;244:14
**hour (7)**
107:19,22;108:4;291:9,
10,15,18
**hourly (1)**
108:2
**hours (7)**
129:6;142:16;145:16;
290:6;291:9,11,16
**hours' (1)**
54:23

**house (2)**
86:8;252:23
**housed (5)**
125:4;135:4,8;283:21;
284:15
**housing (6)**
64:6;135:12;136:3,8;
173:11;178:16
**HPI (1)**
80:21
**hundred (4)**
166:8;177:1;234:1,1
**hurt (2)**
243:22;288:12
**husband (2)**
141:2,3
**husbands (1)**
273:21
**Hx (4)**
86:3;90:22;91:3,12
**hygiene (2)**
141:12,21
**hyperventilating (1)**
65:2

# I

**ice (2)**
260:10;261:9
**ID (3)**
80:20;176:22;181:4
**idea (21)**
69:8;83:11;90:10;142:11;
168:4;177:23;178:4;179:22;
180:16;181:19;184:16,17;
185:17,18;207:21;208:1;
218:20;265:7;269:15;
290:10;294:2
**ideas (2)**
191:2,3
**ideation (4)**
98:19;116:6,7,9
**identification (4)**
110:2;147:13;158:4;266:3
**identified (1)**
286:18
**idle (1)**
251:22
**idling (1)**
251:22
**illness (3)**
111:10;210:1;259:13
**imagine (10)**
69:15;119:11;157:3;
173:2,2;180:10,15;211:16,
20;244:21
**immediate (1)**
204:5
**immediately (4)**
158:1;182:18;206:14;
239:23
**impossible (1)**
244:7

**impression (1)**
62:2
**improve (1)**
224:7;268:23
**improved (3)**
222:19;226:7;228:17
**improvement (5)**
224:12,21;227:11;231:7;
245:6
**improving (3)**
217:21;218:10;224:5
**inability (1)**
246:16
**inaccurate (1)**
100:18
**inadequate (1)**
294:19
**incarcerated (10)**
67:5;74:19;76:12;83:17;
85:4;91:23;93:15;100:16;
104:23;131:9
**incarceration (21)**
69:10;79:8;84:18;92:3;
93:14;104:17;111:2;112:16;
120:11,20,20;121:8,9;125:6;
129:8;132:23;144:10;
232:14;282:10,13,19
**incarcerations (1)**
92:10
**inches (1)**
191:13
**incident (9)**
59:16;65:6;69:1;92:9;
113:5;116:20;122:14,22;
169:4
**Including (5)**
98:18;133:15,16;166:2;
296:9
**incoherent (1)**
170:19
**incorrect (1)**
132:5
**increase (1)**
68:17
**increased (1)**
68:2
**independent (1)**
267:6
**independently (1)**
222:20
**indicates (2)**
91:14;218:9
**indicating (3)**
99:17;165:21;242:5
**indication (4)**
64:21;172:19;210:5;258:9
**indigent (1)**
138:19
**individual (12)**
60:8;122:15;128:19;
131:5,8;147:7;155:10;
158:8,10;176:3;276:9;
281:11

**individuals (1)**
155:19
**infirmary (8)**
169:5;170:22;220:13;
224:13;230:7,8;231:19;
271:15
**inform (1)**
131:7
**informant (2)**
121:16;126:7
**informants (2)**
121:1;124:5
**information (18)**
58:16,18,19;71:14;89:6;
90:5,22;91:7,8;100:18;
156:22;164:15;214:4,10;
216:9;267:22;277:12,13
**informed (1)**
267:10
**initially (1)**
126:5
**injuries (5)**
195:22;196:1;208:14;
210:6;262:3
**injury (12)**
101:5,14,18,21;206:6;
236:9,17;237:5,10,16;
238:16;263:21
**inmate (58)**
62:21;64:23;65:2,19;
66:18;67:13;68:1,19,20,21;
128:6;138:2;147:21;154:1,
18;158:14;159:18;162:13;
165:21;166:3;167:8,21;
168:2;172:2;175:1,2;
176:19;177:5;183:7,21;
184:4,8;185:14;186:4,16;
187:9,21;188:6,11;190:20;
191:14;192:8;198:14;
200:19;201:13;202:15;
203:10,11;206:5;256:9;
268:21;269:6;279:18;
287:22;288:2,11,16;289:15
**inmates (29)**
78:9;127:13,16;137:6;
145:7,17,19;146:3,15;
158:16;159:3;163:6,7,9,19,
19;172:7;177:15;194:16;
196:8;199:5,18;203:9;
207:18;256:7;289:10;292:8,
10,14
**inmate's (5)**
128:11;147:7;153:3;
175:21;189:6
**Inpatient (1)**
209:12
**ins (1)**
103:19
**inside (5)**
96:6;137:14;235:10;
252:15;279:5
**insight (1)**
195:16

**insinuate (1)**
228:4
**insinuating (1)**
191:20
**insomnia (3)**
67:9,13,17
**instances (1)**
244:8
**instead (2)**
171:23;222:10;251:22
**insulation (1)**
107:11
**intact (1)**
206:21
**intake (3)**
63:15;80:1;81:6
**intent (2)**
98:19;132:9
**intention (2)**
116:18;132:2
**interacting (1)**
187:23
**interactions (2)**
195:11,14
**Inter-Jurisdictional (1)**
57:19
**intermittent (1)**
264:19
**interrupt (1)**
60:4
**Interruption (15)**
58:4;65:13;72:19;75:22;
80:13;95:4;109:16;110:21;
129:17;136:4;172:5;183:15,
23;186:21;236:23
**intervention (1)**
210:6
**interview (5)**
74:3,5;102:2;169:16,22
**into (45)**
54:6;64:22;69:16;84:5;
85:19,20,22;91:16;92:4,7,
17;93:22;95:20;108:18;
134:9;137:16,20,21;138:22;
139:8;164:4;165:11;166:17;
167:5;168:8;171:15;172:7;
173:3;175:8;176:20;184:9;
185:8;192:8;194:12;207:9;
232:5,19,21;241:12;252:4;
257:19;266:12;287:11;
293:20;294:5
**investigations (2)**
169:17,23
**investigator (1)**
255:4
**involved (1)**
111:22
**issue (7)**
76:11;93:12;148:8;
161:14;170:23;246:18;
257:10
**issues (12)**
66:20;81:4;91:14;117:4;

119:16;120:2;158:13;
222:19;224:4;226:1,7;285:6

**jail (17)**
61:22;69:21;70:1,10,16;
80:22;84:6,23;103:6;120:7;
124:16;130:12,15,16;133:7,
14;134:20
**January (13)**
93:10,15,23;124:17;
129:10;236:1,3;239:7,17,22;
240:4;241:14;249:9
**job (18)**
59:16;106:3,4,6;107:1,21,
23;108:6;136:17;147:23;
148:5;201:18;240:12,13,14,
17;273:1;285:21
**jobs (3)**
148:6;241:4;246:23
**Johanna (1)**
147:3
**John (4)**
79:14;80:17;81:3;255:22
**Johnathan (3)**
284:9,15,19
**Jon (7)**
61:10;139:13;160:11;
169:9;196:16;240:17;287:8
**JONATHAN (15)**
54:1;57:23;71:9;97:22;
110:18;131:9;204:15;
205:23;210:2;216:7;220:22;
296:3,14;297:2,23
**Joseph (1)**
71:9
**JP (1)**
296:22
**July (5)**
104:3;105:13,20;136:13;
242:6
**jump (1)**
279:7
**jumped (3)**
135:11;136:12;293:22
**June (3)**
105:13;243:10;244:22
**junior (1)**
106:12
**junkies (1)**
281:14

**Kathy (9)**
272:18;273:11;274:9;
275:22;276:9;277:4,12;
282:8;294:12
**keep (20)**
58:7;98:2;108:21;150:21;
151:3;159:23;160:2,3;
176:2,2;179:2,15,22;180:20;

188:6;189:12;190:6;195:3;
225:13;257:15
**keeps (2)**
243:15;251:22
**kicked (1)**
244:13
**kid (22)**
78:12;81:15;137:10,14;
139:1;153:4,5,10,13;154:14;
166:20;167:7;196:15;197:2,
14;198:1,4,22;199:3;200:7,
18;289:11
**kidding (1)**
238:3
**kids (7)**
80:10;149:15,16;150:2;
199:9;250:2;252:16
**kid's (1)**
138:18
**kind (18)**
59:8;60:20;64:9;78:11;
153:4;154:17;156:12;
160:12;163:20;164:19;
166:22;172:2;173:6;200:8;
201:6;215:2;252:15;255:19
**King (49)**
54:21;58:13;89:7,10;91:5;
94:7,9;97:22;99:20;121:4,7;
132:20;143:12;171:17,20;
192:11;193:6;197:10;
204:15;211:8;213:11,13;
218:19;224:8,18;225:12,17;
237:11,14,18,21,23;238:3,5,
7,10;243:16;254:13;255:8,
16;259:7;260:20;265:23;
276:3,18;282:1,6;285:15;
288:5
**kitchen (2)**
136:21;162:11
**kite (8)**
196:14;200:22;201:13,20;
278:20;279:9,14,20
**kites (1)**
278:17
**Klonopin (4)**
68:2,4,9,17
**knew (16)**
128:8;129:2,4;159:2;
161:23;162:21;163:4;
166:13;171:11;249:21;
274:1,1,2,5,6;289:16
**knocked (5)**
55:4;88:20;89:5,19;90:4
**knowledge (5)**
210:8;238:13;243:5;
276:22;277:3
**known (2)**
273:15;284:11
**knows (1)**
113:1

**labor (1)**
244:3
**labor-type (1)**
246:22
**lack (1)**
161:10
**ladder (1)**
107:16
**lady (1)**
245:2
**Lamictal (1)**
54:12
**landing (2)**
259:20;260:13
**language (3)**
266:12,13;267:15
**lashing (2)**
65:20;66:2
**last (28)**
54:8;55:3;62:6;63:4;
68:13;92:11;111:21;124:1;
147:4;169:12,13;222:15;
224:2;234:11;244:16,23;
245:4,6,21;246:1,6;253:17;
254:22;257:11;264:1;265:9;
268:20;293:18
**late (5)**
74:12,16;93:13,22;102:21
**latency (1)**
214:2
**later (7)**
63:9;85:9;192:7;212:6,21;
213:13;263:15
**latter (2)**
72:14;107:8
**Latuda (1)**
54:12
**laundry (9)**
173:22;176:6,10;180:23;
186:18;187:10;188:7,11;
189:7
**Lavallee (2)**
256:3;278:6
**law (4)**
101:4,13;115:5;296:5
**lawsuit (5)**
170:17;233:13,14;258:22,
23
**lawyer (4)**
124:11;125:14;276:11;
277:18
**layer (1)**
182:14
**laying (1)**
261:17
**layout (7)**
64:9;240:11,11;286:5,5,5,
5
**Leach (1)**
54:2
**lead (2)**
106:7;214:8
**leading (4)**

117:13;148:11;157:12;
169:18
**learn (1)**
185:8
**least (2)**
164:22;289:5
**leave (11)**
65:1;104:10;142:23;
157:18;199:1;222:3;232:21;
233:10;238:11;251:17;
253:21
**leaving (7)**
69:5;178:19;201:17;
232:11,13;233:20;292:21
**led (3)**
55:16;120:11;281:19
**left (39)**
54:7;57:13;62:16;68:20;
84:7,15,21;87:13,14;96:12;
103:4,5,8,19;104:10;106:12;
127:23;179:15,23;188:7;
189:17;190:10;217:10;
230:7,8;233:1,16;234:19,20;
236:1,6;239:7,13,16;250:8,
11;267:18;269:4;291:7
**left-hand (3)**
64:22;66:16;266:16
**legal (5)**
68:23;72:2;276:4,19,20
**LEITE (37)**
54:1,6;57:16,23;62:14;
71:10;109:22;110:1,14,18;
120:16;126:4;131:9,11;
142:19;147:12,15;158:3;
193:10;200:11;205:23;
210:2;211:1,11;216:7;
220:22;232:21,23;266:2,5,7;
273:17;296:3,9,14;297:2,23
**Leite's (1)**
276:22
**lend (2)**
109:7;281:13
**lending (1)**
109:8
**length (1)**
269:14
**LEONARD (1)**
296:6
**less (2)**
61:5;227:21
**letter (1)**
131:5
**level (5)**
85:9;222:23;285:5,9;
289:8
**Levesque (1)**
86:8
**library (6)**
137:3;201:15;269:18,20,
22;270:1
**license (2)**
131:20;247:22
**Lidocaine (1)**

56:4
**lied (1)**
123:20
**Lieutenant (4)**
139:6;144:5,15,16
**life (14)**
63:20;69:16,18;72:11;
78:13;85:21;88:3,5;90:2,4;
101:21;120:7;191:22;246:2
**lifetime (1)**
78:10
**lift (1)**
182:3
**lighter (1)**
56:4
**liked (1)**
162:18
**likely (5)**
150:2;163:4;172:1;
176:22;238:21
**liking (1)**
146:8
**line (21)**
60:10;62:20;63:3;65:17;
68:17,19;74:5;81:13,14,18;
82:4;89:16;91:12;98:3,14;
102:11;112:10;114:17,18;
260:4;297:4
**lines (6)**
63:2;65:18;67:23;68:18;
82:4;259:23
**list (3)**
103:20;140:14;248:18
**listed (1)**
269:8
**listen (9)**
125:20;127:11;139:13;
200:5;271:13;279:8
**listening (1)**
164:22
**lists (1)**
120:18
**literally (7)**
78:8;138:21;141:22;
142:17,20;232:20;283:7
**little (20)**
57:14;59:8;95:22;108:19;
109:8;151:18;161:11;
171:14;173:7;192:7;193:11;
224:12,14;231:18;234:14;
236:13;245:10;252:13;
261:9;265:3
**live (12)**
75:18;105:3,6;115:1;
136:11;149:5;199:13;201:8;
249:8,11,13;250:1
**lived (11)**
64:15;136:18,23;137:6;
138:11;143:14;145:23;
146:2;158:14;200:15;
250:22
**living (3)**
139:17,20;249:17

**loading (1)**
171:23
**local (1)**
206:5
**located (1)**
180:7
**location (3)**
102:17;213:23;214:19
**lockdown (2)**
127:17;268:13
**locked (3)**
67:1;69:14;72:8
**locker (1)**
138:18
**lockers (1)**
64:11
**lock-up (1)**
78:11
**long (30)**
54:16;55:10;61:1;74:11,
15;104:16;133:10,13;134:2;
136:11;145:13,23;162:12;
164:9;212:16;219:7;230:10;
231:17;240:3;243:21,21;
248:3;250:22;258:10;
269:11;283:20;286:10;
291:3,8;292:5
**longer (3)**
197:20;219:18;244:22
**look (23)**
76:23;80:16;84:13;91:21;
96:20;111:6;120:16;128:14;
131:4;153:6;160:8;163:14;
181:12;187:22;188:12,16;
199:8;209:18;238:8;262:16;
266:11;287:16,21
**looked (7)**
103:17,18;153:10;181:16;
192:9;195:9;203:22
**looking (33)**
57:16;59:23;64:20;66:18;
67:21;90:6;100:19;110:13;
119:14;131:15;158:5;
165:22;173:9;180:21;
184:16;185:6,22;190:23;
191:5;192:18;200:14;
202:16;203:12;205:10,18;
219:22;256:10;272:3;281:8;
283:8,12,16;288:11
**looks (11)**
64:21;123:1;129:1;
160:20;173:15;180:5;
181:12;188:17;216:4;
221:13;267:7
**lose (7)**
83:16;84:8;115:13,16;
202:23;247:22;257:6
**losing (10)**
62:4;93:18;115:19,19;
116:15,16,19,19,22;251:21
**loss (3)**
91:16;92:7;262:6
**lost (11)**

84:7;92:13,20,21,22;
108:21;115:6;229:4;260:12;
262:8;263:5
**lot (22)**
56:3,5,8;66:15;80:10;
82:21;106:13;113:21;141:8;
143:10;163:11,12;165:2;
166:13;171:12;199:9;208:3;
231:16;232:1;268:15;272:2;
283:4
**loudly (2)**
68:20;69:2
**Lowell (4)**
87:10,21,23;131:6
**low-raking (1)**
201:6
**Lucky (1)**
258:17
**lumber (1)**
106:4
**lunch (4)**
64:23;65:1;132:20,22
**lunchroom (1)**
66:1
**luxury (1)**
168:15
**Lyn (1)**
265:21
**Lynn (2)**
274:23;275:6

## M

**maintain (2)**
79:10;250:7
**majority (1)**
104:23
**makes (2)**
56:22;252:3
**making (8)**
101:11;107:19,20;170:10;
172:2;218:12,16;285:2
**male (5)**
110:7;111:11;206:4;
210:2;263:20
**man (2)**
147:19;279:21
**management (1)**
222:18
**Manchester (4)**
204:13;214:16,18,19
**manual (1)**
246:22
**many (12)**
89:5;106:19;119:1;146:4;
162:20;166:1,9;167:17;
201:19;270:9;289:9,14
**March (4)**
103:13,16;240:1;243:10
**margin (2)**
64:22;66:16
**marijuana (1)**
130:3

**mark (1)**
109:22
**marked (7)**
110:2,14;147:13,14;
158:4;266:3,5
**masculine (1)**
160:21
**Massachusetts (2)**
131:2,15
**master (1)**
86:9
**matches (1)**
240:15
**math (2)**
268:23;269:6
**mathematics (2)**
266:13;268:2
**matter (3)**
127:8;269:12;296:9
**matters (2)**
267:6,13
**mattress (9)**
176:5,21;180:22;182:3;
184:10;185:7;191:6,7,10
**mattresses (1)**
181:21
**Matty (2)**
171:1;256:5
**may (7)**
115:23;134:8,14;238:5;
243:10;280:9;296:10
**Maybe (19)**
61:4;70:12;73:15;86:22;
109:13;114:11;173:3;196:5;
212:3;221:21;222:12;
223:20,20;228:18;238:17;
240:1;244:22;262:9;280:9
**McLain (2)**
274:23;275:6
**MD (3)**
68:20,23;69:2
**mean (98)**
64:8;69:3,6,13,15;76:22;
79:2;85:23;88:7,9,15;94:15;
102:6;113:14;114:10;115:3,
20;119:9;120:6;128:12;
140:7,14;143:20;146:22;
147:16;148:6;149:6;151:2;
152:15;153:7;155:2;159:11;
163:8,12,14,16;165:1;168:5;
170:5,21;185:7,9;192:14,17,
18,21,23;193:1;199:1;
200:3;201:4,19;203:19,20,
23;205:2;207:14,17;209:3;
214:17;216:2;219:1;220:16;
225:21;227:23;228:2;231:4;
232:3;234:13;237:19,21;
243:20;250:16,17;251:18;
263:2,9;271:11,17,20,21;
273:3,18;275:3,16;276:20;
277:7;278:19,22;283:2,17;
286:4,6;287:2,3;289:1,20;
295:2

**meaning (1)**
167:8
**means (13)**
64:23;90:22;91:3;127:12;
143:13;208:18;209:1;216:3;
265:6,7,10;278:23;288:19
**meant (2)**
172:9;289:3
**med (2)**
65:2;68:20
**medical (39)**
90:8;91:3;119:15;120:5;
169:10;204:3,7;211:5;
213:6;214:13,21;215:2,18;
216:1,7,14,14,17;217:4,10;
218:1,15,23;219:9;220:22;
222:17;231:20;236:8;237:3,
8,16;238:14,20;239:1;
256:23;258:20;260:21;
284:22;285:1
**medication (5)**
54:18;56:12;57:5;60:13,
16;70:13;86:11;96:9;
210:19;250:3,4,7,10
**medications (2)**
54:9;248:14
**medicine (7)**
56:22;209:12;215:15,23;
216:3;217:6;222:10
**medium (2)**
160:20,20
**meds (12)**
73:2,14;84:10,14;95:12,
17,21;96:5;208:3;245:19;
246:15;250:19
**meet (2)**
100:4;282:7
**meeting (6)**
96:17;97:1,7;99:13;
102:17;281:10
**meetings (2)**
79:21;81:8
**Megan (3)**
95:3,5;255:11
**melatonin (1)**
56:23
**memory (31)**
59:2;66:12;67:16;128:19;
155:16;167:2,18;168:12;
170:13;179:21;193:12;
194:5,21;211:7;215:17;
224:4,6,22;225:9,14,23;
226:2,7,16,17;227:5,15;
228:15;229:4,22;265:17
**memory-type (1)**
230:20
**men (1)**
139:15
**mental (36)**
63:5;69:9,12,17,21;70:20;
71:1,5;75:3;76:2;80:6;
90:17;97:18;99:22;111:7,
12,15;113:20;114:9,11;

117:19,21;118:1,11;217:19;
218:4;236:12,16,20;237:4,9;
238:15,23;239:4,12;246:17
**mentioned (11)**
59:16;122:1,11;123:7;
131:17;171:23;214:15;
241:15;246:16;271:6,12
**mentions (1)**
93:18
**Merrimack (10)**
104:13,15;124:20,22;
125:17,22;293:1,7,11,13
**mesh (3)**
257:12,19;258:6
**message (2)**
127:23;196:13
**metal (2)**
210:10,13
**mezzanine (5)**
187:11,22;188:2,13,18
**Mid (1)**
161:1
**middle (9)**
75:11;79:15;91:11;98:13;
137:17;206:4;209:11;260:1;
264:8
**midway (3)**
66:15;90:23;260:7
**might (14)**
69:13;86:12;113:21;
116:18;168:16;195:17;
221:16;222:6,6;242:11;
257:13,13;290:20,21
**mild (2)**
224:3;285:6
**milk (3)**
142:17,21;160:16
**Milligram (1)**
253:9
**milligrams (1)**
56:1
**million (2)**
191:17,23
**mind (11)**
125:1,5;168:6;170:10,15,
20,21;245:11;269:23;
276:10;294:8
**mine (4)**
109:7;130:14;235:6;287:3
**minimum (2)**
139:18;230:9
**minus (2)**
135:18,20
**minute (3)**
137:20;170:5;180:16
**minutes (6)**
56:8;127:20;164:11;
192:20;193:7;232:20
**missed (1)**
193:12
**mistake (1)**
99:10
**mistakes (1)**

101:11
**misunderstanding (1)**
254:2
**misunderstood (2)**
99:4;163:21
**mom (2)**
162:20;212:19
**moment (3)**
97:11;112:2;224:16
**Monday (2)**
125:19,19
**money (24)**
78:7;107:19,20;108:13,
17;109:3,5,7,9,19;111:21;
112:3,13,15;122:15;155:13;
159:13;170:16;199:10,10,
12;203:18;281:13,20
**Montelin (1)**
95:5
**M-o-n-t-e-l-i-n (1)**
95:5
**month (14)**
133:12,12;134:6,12;
135:9,18,19,23;136:13;
241:22;242:1,3;245:1;
283:22
**months (19)**
54:20;55:10;61:4;74:19,
21,22;104:9,18,20;136:13,
14;234:8;241:23;242:8,11,
15;243:11;245:22;246:2
**mood (2)**
217:22;218:10
**moods (3)**
72:15,23;73:10
**mop (1)**
283:7
**more (19)**
61:20;81:10;91:9;93:16;
106:15;108:19;115:20;
143:17,19;151:23;155:21;
162:7;170:1;172:1;186:5;
215:3;227:20;273:20;288:6
**morning (7)**
112:22;290:11,12,21;
291:21;292:4,4
**most (10)**
58:10;72:14;73:17;100:3;
129:8;138:17;150:2;162:17;
282:18;292:21
**Mostly (1)**
176:22
**mother (1)**
154:23
**mother-in-law (3)**
249:10,10,13
**motion (2)**
56:10;231:16
**motor (3)**
204:9;206:21;207:1
**mouth (2)**
162:23;199:22
**move (4)**

103:20;144:22;207:16;
277:11
**moved (7)**
70:18;107:16;125:2;
145:3,14,20;159:8
**moving (4)**
61:7,15;76:7;122:5
**MRI (1)**
89:4
**much (11)**
107:19,19;109:19;141:4;
157:3;164:5;231:18;243:12;
253:6;273:23;274:12
**muscle (1)**
54:15
**muscles (2)**
56:9;65:20
**must (6)**
82:16;132:8;149:21;
150:3;178:4,6
**mutual (2)**
137:22;245:3
**Myself (3)**
105:8;164:1;286:4

## N

**name (25)**
56:22;71:9;75:8;79:16,19;
90:19;110:18;126:21;
128:11;138:4;147:2,4;
150:15;152:18,21;153:3,11;
159:17;197:19,20;214:20;
215:19;216:7;280:2;295:1
**named (3)**
203:11;205:23;255:4
**names (9)**
57:10;140:17;141:4;
146:18;249:5;275:17,18;
294:22;295:4
**nature (1)**
286:9
**nausea (1)**
264:15
**NCF (11)**
134:18,20;135:4,13;
136:9,18,23;270:21;282:10,
12,20
**near (1)**
149:8
**necessarily (1)**
276:21
**neck (6)**
113:2,6;116:14;262:20;
263:1,3
**need (11)**
108:18;124:10;128:1;
223:12;237:8,16;238:14,18,
21;273:3;277:20
**needed (5)**
55:2;60:20;109:9;203:22;
252:12
**needs (1)**

159:21
**negative (2)**
95:9,11
**nerves (3)**
206:20;257:22;258:1
**Neurological (1)**
206:20
**Neurontin (3)**
54:12;56:2;249:4
**Neurosurgery (1)**
210:5
**New (28)**
57:18,21;61:3;62:21;71:4;
75:2;80:7;85:23;87:22;
92:17;120:17;125:10;
129:21;130:6;131:5,9;
133:2,8,13,22;134:9,17;
158:6;214:4,9;278:2;
289:19;296:7
**news (3)**
140:8,11;274:6
**newspaper (2)**
140:9;163:14
**newspapers (1)**
140:11
**next (35)**
58:11,20;60:10;64:20;
65:3;67:20;76:23,23;78:1;
79:13;80:21;82:3;87:9,19;
88:22;89:8;112:16;113:1;
114:17,18;122:5,17;123:5,9;
139:12;144:5;171:14;
183:11;206:16;210:3;
213:15;221:2;233:2;264:12;
266:22
**Nick (2)**
124:8,9
**night (11)**
54:22;63:4;111:21;
145:15,16;155:4;264:1,9;
265:10;290:22;292:4
**nightmares (3)**
66:19,21;67:7
**nights (1)**
54:23
**nine (9)**
66:16,17,17;87:3,17;
104:18,19;190:14;234:8
**nobody (1)**
157:16
**noise (2)**
265:5,6
**None (5)**
78:23;194:17;268:17,18,
19
**Nope (8)**
113:10;116:10,12;119:13;
120:3,5;158:15;256:8
**Norberto (2)**
128:10,20
**normal (4)**
88:8;137:4;241:9;283:18
**north (4)**

269:5;279:2,7,23
**Northern (2)**
133:22;134:17
**nose (1)**
196:5
**nosy (1)**
191:5
**Notary (1)**
296:22
**notch (1)**
130:10
**note (18)**
57:13;59:23;63:3;71:6;
80:7,17;90:7,18;93:18;
100:12;164:6;201:21;208:6;
209:19,22;215:10,13;262:5
**noted (1)**
208:9
**Notes (10)**
62:15;79:21;94:16;100:6;
102:11;115:21;208:7;215:4;
242:4;279:5
**nothing's (1)**
172:20
**noticed (1)**
227:22
**November (2)**
121:10;246:7
**number (4)**
57:17;98:11;190:15,15
**numbness (5)**
211:3;265:9,9,11,15
**numerous (6)**
81:8;161:22;198:6;
273:16;274:3;283:9
**nurse (1)**
219:5
**Nurse's (1)**
62:14

## O

**oath (1)**
296:9
**object (3)**
121:4;276:3,18
**objecting (1)**
225:13
**Objection (16)**
94:7;99:20;121:7;143:12;
192:11;211:8;218:19;224:8,
18;225:12;237:11,13;
243:16;260:20,21;285:11
**observations (2)**
58:17;282:23
**observe (3)**
282:20;283:15;294:13
**observed (1)**
283:11
**obvious (1)**
154:2
**obviously (5)**
127:7;137:19;210:19;

226:19;235:9

**occasion (3)**
144:11;165:20;282:20

**occurred (5)**
99:2;120:19;260:22,23;
264:11

**occurrence (1)**
159:3

**October (3)**
109:13;242:20;243:1

**odd (1)**
173:6

**off (32)**
54:7;55:9;57:13;87:13,14;
115:20;116:3;144:4;146:22;
148:16;157:16;159:8,21;
160:19;164:7;165:1;180:6;
182:15;189:16;190:10;
193:21;194:1,6;216:6;
244:8;245:3;259:5,9;261:7,
20;270:23;283:3

**offender (2)**
129:23;158:7

**offense (10)**
85:1;121:16;122:8,18,18;
123:6,9,10;126:6,7

**offenses (6)**
85:21;120:18,23;121:15;
122:6;130:2

**offensive (1)**
142:12

**offered (1)**
215:14

**office (14)**
64:4;69:5;131:6;139:8,13;
144:6;157:17;178:5;235:16;
242:19;254:17,21;255:1,13

**officer (30)**
81:20;130:13;132:3,4,9;
144:11,19;156:22;157:9,10;
159:16;161:16;164:4;
175:21;178:11;194:23;
195:6;241:8,15,18;270:13,
14;274:17,23;275:6;277:13;
282:7,14,21;283:11

**officers (14)**
59:11;62:5;63:14;137:21;
139:16;140:12;142:21;
143:9;144:14;157:14;
163:10;274:2;276:1,21

**offices (1)**
296:5

**often (4)**
56:6;241:20;252:11;
282:17

**old (4)**
143:1;146:20;147:16;
160:23

**once (16)**
62:5;89:5,20;108:7;175:9;
201:5;202:23;223:13;
227:15;229:12;230:9;231:3;
242:1;253:3;268:8;287:12

**one (110)**
63:2;67:22;73:14;76:13;
84:23;86:12;90:2,3;91:9;
93:16;97:8,9;99:23;104:17;
106:20;109:10;116:23;
119:2;124:12;125:1;126:9;
127:13,16;134:13;137:10;
138:18;141:2,3;142:13,20,
21;145:4;149:7;151:8,10;
152:17,19,20,20;154:6,8,18;
155:3,12,14;156:9;157:15;
160:15,16;161:5,9;162:17;
167:7;170:7,18;172:14;
173:19;175:8,10,14;176:16,
17;190:15;193:1;196:18;
197:8,23;198:5;199:20;
202:1;204:13;205:9;212:5;
221:22;222:7;232:7,12;
235:5;238:6,8;240:14;
248:17;252:6;253:8,10,11,
12,13,14;254:20;255:3,6,14,
16;263:12,15,19;268:22;
269:1,2,5;274:12;275:15;
279:7,22;283:9;289:20,20;
292:11;293:18

**ones (5)**
56:9;148:7;154:5;170:7;
248:19

**one-year (3)**
61:23;62:21;103:6

**Only (49)**
61:9;73:4;79:18;84:1;
93:8;95:21;117:12,16;
127:13;128:8;130:17;145:2;
148:14;154:22;157:14,15,
19;165:3,3,14;174:17;
176:16,17;193:20;194:21;
197:14;203:8,14,15;212:18,
18;216:16,20;219:2,8;
238:6;241:23;248:19;251:7,
7;255:6,14;260:20;261:16;
263:1,1;276:9;291:16;
293:18

**open (2)**
175:9;185:2

**opened (1)**
175:4

**openings (1)**
148:5

**opens (1)**
233:2

**operate (1)**
173:6

**Operating (3)**
131:13;132:1,3

**opinion (2)**
140:1,3;283:3;294:19

**opinions (1)**
195:15

**opioid (3)**
54:18;55:9;56:12

**orange (2)**
176:5,14

**orange-ish (1)**
186:17

**orangey (1)**
176:15

**order (1)**
267:23

**ordinary (1)**
150:10

**oriented (1)**
213:22

**others (3)**
75:18;146:17;166:16

**out (105)**
55:4,5;61:9;65:1,20;66:1,
2;68:13,22;84:9,18;85:22;
88:8,20;90:4;92:12,18;
94:15;96:3;97:4;101:2;
103:23;104:13,14,16;
107:14;108:7;109:21;
110:10;115:2;116:2,4;
117:17;125:17;126:2;
127:12;128:2;129:6;130:17;
135:22;137:2,16;139:4;
143:2;148:23;149:8;150:10;
151:4;152:13;153:6,10;
155:5;156:23;157:8,20,22;
159:17;160:8;161:21;163:9,
23;165:5,14,22;170:22;
173:17;178:8,20;193:3;
194:22;196:12;200:14;
202:16;203:12;211:17;
212:21;219:18;222:2,3;
223:22;228:6,13;232:23;
234:12;236:13;237:12;
242:13;244:13;250:21;
251:5;252:16,19;253:2;
255:19;256:10;259:22;
260:15;262:14;270:13;
272:12;274:11;278:17;
286:13;288:11;295:2

**outfit (2)**
177:6,12

**outlook (1)**
257:10

**outranks (1)**
200:5

**outs (1)**
103:19

**outside (7)**
88:15;139:18;141:15;
175:13;180:7;232:5;236:9

**over (50)**
54:7;59:17;74:4;100:7;
102:1;103:4;106:14;107:8;
116:22;117:2;124:1;130:11;
133:18;139:6,10;140:8;
141:14,23;143:18;145:18;
154:13;155:3;160:12;
162:16;166:21;167:14;
169:21;170:17;178:6;
188:18;192:21;198:7;
200:10;201:7,16;202:9;
224:20;232:12;236:18;

245:6;255:2;259:3;265:4;
278:10;279:4,6,6,8;280:3;
283:4

**overall (1)**
239:8

**owe (1)**
109:5

**owed (6)**
108:13,17;111:21;112:13;
122:15;281:20

**owing (2)**
109:2;112:3

**own (10)**
105:21;106:1,4,15;107:8,
22;108:7;115:8;124:10;
148:12

**owning (1)**
117:23

## P

**packs (1)**
118:16

**pads (1)**
56:5

**page (69)**
57:17;58:11;62:11,14;
64:21;65:19;66:15;67:12,
20,22;71:3,4,7;73:21;75:2,
11;76:23,23;78:1;79:13,13,
15;80:4,15,19;86:14;88:22;
89:7,9,14;90:14;96:11;
97:18,18,19;98:9;102:9,10;
121:12;122:17;123:5;124:5;
128:14;131:4;205:19;
206:16;208:7,7;210:21;
213:15,21;217:1,11,11,14,
17,19;220:23;221:2,8;
222:13,14,16;223:7;224:3;
259:12;284:23;297:1,4

**pages (4)**
61:19;97:12;124:2;296:10

**paid (6)**
106:22,23;108:3,6;
202:21;228:1

**pain (11)**
54:18;55:14,15;56:12;
67:15;208:3;211:2;248:17;
249:2;262:21;263:6

**painkillers (1)**
56:19

**Pake (3)**
129:16;241:15;242:16

**P-a-k-e (1)**
129:18

**panic (2)**
76:7;81:1

**panicked (1)**
59:8

**paper (11)**
128:8;142:22;177:20;
178:1,6,15,18;179:16;
212:19,20;274:5

**papers (1)**
134:13
**paperwork (1)**
144:20
**paragraph (18)**
80:20,21;81:12;82:3;
90:23;98:8,14;100:5,21;
206:3;212:5;222:15,15;
223:6,7;224:3;260:5;285:4
**paralyzing (1)**
77:5
**parentheses (1)**
118:17
**parenthesis (1)**
268:1
**parole (15)**
103:21;129:13;132:14,15;
169:10;233:6,7,8,20,21;
234:3,5;235:22;241:15,18
**part (8)**
97:2;99:11;100:8;101:23;
102:3;164:21;247:21;255:9
**particular (3)**
73:9;146:13;249:21
**pass (20)**
164:6;196:16,18;197:3,4;
198:1,5,22;199:7,14,17,18,
23;200:8,18;201:11,16;
203:11;279:9,10
**passed (3)**
55:5;137:12;265:3
**past (8)**
86:3;87:1,15;89:4;119:15;
120:5;163:22;286:1
**patch (1)**
58:18
**patches (1)**
56:4
**Patient (14)**
110:18;111:12;113:1;
114:19;115:21;116:5,6;
118:16;205:23;215:14;
216:5;263:20;264:1;265:4
**pause (1)**
174:6
**paused (6)**
130:13;179:14;181:6,19;
182:13;186:3
**Pausing (17)**
174:10;176:18;177:4;
179:5,9;180:4,13;183:6,19;
184:7;185:13;186:15;187:8,
20;188:10;189:5,15
**pay (15)**
106:23;109:7;111:22;
138:19;151:9,10;155:13,14;
158:16;159:3,11;171:3,8,10;
198:17
**paying (4)**
158:22;172:1;179:12;
183:9
**peer (1)**
184:9

**people (37)**
111:13,21;123:20;156:6;
157:19;159:12;160:16;
162:21;163:16;166:6;
168:11;171:12;192:21,22;
194:17;198:6;201:17,18;
209:4;232:5,6;241:9,12;
270:9;273:18;278:7,10;
286:18,22;287:1,4;288:19,
20,21,22;289:3,5
**people's (2)**
159:13;192:22
**Per (2)**
107:21;108:6
**percent (10)**
166:7,8,9;177:1;234:1,1;
246:17,18,23;268:4
**percentile (1)**
266:22
**Perez (2)**
128:10,20
**perfectly (1)**
152:2
**perform (1)**
268:2
**Perhaps (1)**
260:10
**period (17)**
55:17;56:11;85:4;93:20,
22;105:2;113:12;117:3;
129:8;141:13;143:10,13;
230:6,10;242:7;291:10,11
**periods (1)**
111:2
**person (26)**
69:17;73:11;78:18;79:19;
85:22;90:6;92:18;94:12,14,
17;100:4;111:22,23;112:3;
128:3;154:22;156:14;159:6;
163:11;167:16;174:14;
175:15;194:20;213:23;
227:20;256:6
**personally (1)**
289:6
**pertaining (1)**
258:23
**perusing (14)**
71:17;75:15;76:16;77:3;
97:16,21;101:1;110:6;
112:8;114:8;128:16;223:10;
259:15;263:17
**Peters (4)**
242:21,23;285:17;286:2
**ph (4)**
196:10;200:2;215:5;278:6
**PhD (2)**
96:13;102:12
**phone (14)**
124:9,13;127:10,15,21;
129:5;170:19;199:11;271:6,
14;272:5,10,13;293:5
**phones (1)**
201:17

**phrase (1)**
161:10
**physical (23)**
97:8,10;102:5;204:8;
209:12;217:4;218:22;219:3,
7;229:11,22;230:2,14,15,16;
231:8,12;239:10,12,15;
240:14,15;244:2
**Physician (1)**
217:5
**pictures (1)**
274:5
**piece (2)**
177:19;178:15
**pieces (1)**
172:22
**pill (3)**
57:10;73:11;253:14
**pillow (3)**
185:23;186:2,6
**pillows (1)**
141:20
**piss (1)**
233:5
**pissed (3)**
115:20;233:6;234:9
**place (10)**
60:3;63:23;78:11;79:4;
82:21;92:16;125:4;138:5;
241:12;253:4
**placed (1)**
60:1
**places (4)**
84:22;152:12,16;251:10
**plain (2)**
185:9;193:3
**Plan (7)**
75:4,12;116:7;221:8,9;
234:2;287:14
**plate (2)**
210:10,13
**plateaued (1)**
225:5
**play (25)**
174:3,8;176:1;177:2;
179:1;180:2,5,11,19;181:8,
15;182:6;183:17;184:3;
185:11,19,19;186:13;187:6,
18;188:8;189:3,9;190:6;
279:3
**played (24)**
174:4,9;176:8;177:3;
179:8,17;180:3,12;181:1,9;
182:7;183:5,18;184:6;
185:12,21;186:14;187:7,19;
188:9;189:4,10,14;190:8
**Playing (6)**
137:2;179:10;180:11;
183:3;189:12;193:1
**plead (4)**
122:21;123:13;125:13;
126:3
**pleas (1)**

**126:1**
**please (17)**
54:11;58:14;66:14;71:3,
13;75:2,13;96:11;128:14,
15;188:4;189:12;195:21;
204:2,6;263:13,16
**pled (8)**
120:12,13;122:3;123:3,
21;126:17;131:3;235:2
**pm (3)**
66:17;74:9;295:9
**PMH (1)**
88:23
**PO (2)**
131:13,23
**point (34)**
68:12;88:4;107:2;116:11;
130:22;133:21;144:9;
151:14;152:3,5;153:8;
156:16,17;162:22;168:23;
173:17;209:5;220:5;223:16;
224:15;226:7,8;227:4,6,7,
11,16;228:9,17,18;229:3;
248:6;271:22;289:22
**pointing (1)**
173:20
**poker (1)**
146:7
**police (9)**
132:3,4;169:3,17,23;
240:13;241:8;244:10,12
**Pop (1)**
271:17
**Pops (7)**
146:17,19;147:8,16;
287:2,6;288:10
**Pops' (2)**
147:2;190:16
**port (2)**
135:8;175:8
**posed (1)**
237:18
**position (1)**
55:1
**Positive (2)**
118:15,17
**possession (3)**
130:3;233:9;234:10
**possible (4)**
203:15;211:21;252:13;
291:6
**post (2)**
164:9;217:5
**potential (1)**
293:12
**potentially (3)**
241:13;288:12;289:23
**pound (1)**
82:8
**pouring (1)**
170:6
**power (1)**
202:23

**PPO (2)**
129:15;242:17
**PPP (1)**
63:9
**practice (1)**
283:18
**practices (1)**
294:12
**preliminaries (1)**
54:7
**prescribed (5)**
60:12,16;68:11,14;95:12
**prescription (1)**
68:4
**prescriptions (1)**
57:9
**present (7)**
111:10;193:13;239:2;
243:14;247:4;248:15;
259:13
**presents (2)**
111:11;263:20
**press (4)**
175:5,6,7,11
**pretended (1)**
131:18
**pretrial (15)**
93:7,8;124:20;125:1,5,10;
133:2,11,15;134:22;135:4,
13,15,18,22
**pretty (5)**
154:12;157:2;161:23;
211:21;263:3
**prevent (1)**
249:16
**previous (3)**
63:5;67:22;75:7
**previously (1)**
80:20
**pride (1)**
171:13
**primary (1)**
243:15
**Primo (1)**
61:9
**prior (26)**
55:10;67:4;69:10;70:1,8,
10,14;72:10;84:2,19;89:12;
91:16;92:7;93:13;133:7;
145:11;147:20;161:3;162:3,
8;171:1;194:4,16;195:12;
232:11,13
**prison (118)**
58:1;61:3,8,11,22;68:13;
73:5;74:21;78:6,19;79:4,11;
84:8,10,15,19;85:16,19,22;
91:16;92:4,8,17;100:16;
101:9,16;103:5;104:11,17;
108:12;110:10;119:1,4;
120:7;125:1,5,11;126:11;
127:11;131:6,10;133:3,8,14,
19;134:9;136:17;140:2,2;
147:23;158:17;166:4;177:6,

12,16;182:14;185:8;197:19;
206:5;216:19;219:23;220:4,
4,8,11;221:18,18;222:11;
223:1,13,16;224:23;225:10;
226:6;227:4;229:4,12;
230:3,11;231:3,21;232:3,5,
6,7,13;233:16;236:1,9;
239:7,17;240:4;243:13;
249:9,14;250:5,8,8,11,14,
21;253:20,23;254:8,10;
255:7,15;256:6,16;268:11;
272:6,8,17;273:23;281:15;
285:16;290:6;293:7
**prisons (2)**
61:15;133:21
**privy (1)**
289:9
**Probably (4)**
56:7;192:23;230:12;
252:16
**probation (5)**
63:20;119:6,8,10;132:13
**problem (22)**
69:12;82:6,12,18;101:7;
138:1;140:23;145:4,5;
146:14;147:20;150:20;
151:21;152:9;158:11;164:2,
3;197:14;244:23;251:8;
255:23;286:10
**problematic (1)**
72:1,7
**problems (16)**
67:4;83:4,5,13,14;92:14,
15;137:5;138:10;139:15;
160:10;161:3;168:13;
197:13;203:19;263:12
**procedure (2)**
238:21;256:21
**procedures (1)**
175:20
**process (6)**
97:2;102:4;208:8;268:10;
280:20,23
**processing (1)**
267:22
**PROFESSIONAL (1)**
296:6
**professionals (1)**
231:20
**profile (2)**
96:14;102:10
**progress (9)**
56:1;71:6;80:7;90:18;
215:4,10;218:13,16;285:2
**progressing (1)**
228:11
**progression (2)**
228:8;258:5
**progressively (3)**
222:19;224:5;245:21
**projects (2)**
105:17;107:4
**prolonged (3)**

55:17;104:8;126:12
**promoted (1)**
81:15
**promotion (1)**
59:17
**property (1)**
159:14
**prosecutor (2)**
125:17,22
**protect (4)**
168:2;272:21,22;273:2
**protecting (1)**
273:3
**protective (1)**
271:4
**prove (1)**
212:4
**provided (1)**
281:9
**provider (1)**
236:12
**Psy (1)**
86:3
**psych (1)**
96:13
**psychiatric (7)**
72:1;75:4;87:1,15;101:9;
102:10;287:14
**psychiatrist (5)**
79:14;80:17;86:4,5;120:7
**psychologist (5)**
97:1;99:13;102:3
**public (7)**
78:20,21;193:4;244:9;
251:5;252:20;296:22
**Puerto (1)**
289:11
**pull (3)**
173:7;288:20,21
**pulled (1)**
130:11
**pulling (1)**
273:22
**punch (1)**
208:7
**punish (1)**
140:1
**punishment (3)**
115:5;140:2,3
**punk (2)**
146:22;147:19
**punked (1)**
159:7
**punks (1)**
82:8
**purpose (1)**
233:23
**push (11)**
144:12;159:7;174:3,8;
176:1;177:2;179:1;183:17;
185:11,19;190:6
**pushed (6)**
113:2;139:5,6;143:18;

144:10;180:5
**pushing (16)**
113:6;116:14;180:2,11,
19;181:8;182:6;184:3;
185:19;186:13;187:6,18;
188:8;189:3,9;261:20
**pushovers (1)**
289:3
**put (26)**
59:6;78:13;79:4;84:5;
95:17;99:16;141:11,12;
144:20;151:20;159:13;
163:22;181:4;184:21;185:7,
9;199:10,22;202:21;210:13;
233:22;241:12,12;271:3;
278:17;289:4
**puts (1)**
57:9
**putting (3)**
113:5;116:13;257:19

**Q**

**Q-tips (1)**
141:22
**quick (2)**
255:18;277:21
**quicker (1)**
283:2
**quite (2)**
57:18;294:11
**quote (1)**
98:21
**quotes (7)**
63:4;80:9;91:18;99:17;
118:17;119:17;265:9

**R**

**race (6)**
83:1,2;280:15,18,20;
281:1
**rack (1)**
181:22
**rafter (2)**
240:10;286:5
**rage (9)**
71:23;72:4,6,23;80:23;
83:14;92:15;241:8;249:22
**rail (2)**
176:5;191:6
**raised (1)**
82:20
**ramp (1)**
261:7
**ran (4)**
106:4,5;126:12;286:3
**range (3)**
56:9;231:16;290:9
**rank (2)**
161:16;266:22
**ranking (1)**
154:11;196:11;198:20

**rape (3)**
159:15;201:22;202:12
**raped (2)**
167:21;168:2
**rat (1)**
163:9
**rate (1)**
108:2
**rather (1)**
172:1
**rationale (1)**
163:17
**RE (2)**
68:22;85:23
**reach (1)**
182:3
**reached (2)**
227:15;228:9
**react (1)**
249:20
**reactivity (1)**
72:15
**read (31)**
58:20;65:3;71:13,16,18;
75:13;81:18;87:16;97:11,
19;99:17;100:21;112:6,11;
114:5,18;128:15,17;134:13;
213:18;221:19;223:6;248:9;
259:11,23;260:1;263:13,16;
266:20;296:3;297:4
**reading (15)**
62:20;87:1;92:5;95:18;
98:2;99:12;110:4,5;111:20;
213:17;240:9;266:12;
267:16;268:1;286:7
**Reads (2)**
213:23;297:4
**ready (1)**
106:15
**real (4)**
63:21;147:2;234:11;
277:21
**realized (1)**
227:23
**really (36)**
56:23;57:1,10;59:4;66:9,
23;88:2,13;114:23;142:12;
146:4;151:4;154:15;157:20;
160:21,22;168:8;170:8,18;
172:15;193:2;194:4;201:16;
228:2;231:17;233:3;251:12;
252:5;253:20;265:17,17,17;
273:2;283:17;287:2;294:23
**realm (1)**
88:8
**rear (2)**
261:10,11
**reason (13)**
114:14;142:7;148:14;
167:11;174:18;197:8,15;
203:23;206:12;212:18;
222:9;233:6;242:18
**reasons (2)**

166:19;260:7
**recall (28)**
58:11,22;59:3,13;60:12;
66:4;68:3;72:22;76:1,4;
101:23;102:2;109:18;
114:22;131:14;197:20;
208:13;214:5;221:6;242:19,
22;259:1;264:3;267:9,12;
275:10;281:10;287:19
**recalls (1)**
215:19
**recap (2)**
57:14;193:11
**receive (4)**
70:20;214:12;229:11;
236:8
**received (7)**
99:6,21;101:8;195:22;
196:1;204:7;268:8
**receiving (6)**
66:4;68:3;99:6;236:20;
237:3;239:1
**recent (1)**
129:8
**Recently (1)**
254:18
**reception (7)**
135:5,14,15,16,20;136:1;
143:2
**recess (5)**
103:2;132:22;193:9;
266:1;277:23
**recognize (4)**
147:7;173:14;174:16;
214:1
**recollection (4)**
113:16;116:8;150:8;152:1
**record (12)**
131:11;176:9;191:11;
201:20;237:13;258:20;
259:6,9;260:21;284:22;
285:2;296:8
**recorded (10)**
124:13;127:10;169:16,22;
170:19;271:6,14;272:5,10,
13
**records (4)**
90:8;221:17;222:3;242:4
**recover (1)**
231:22
**recovered (1)**
239:13
**recovering (2)**
239:9,12
**recovery (6)**
218:13,17;225:9;228:8,
15;285:3
**rectangle (1)**
173:21
**recur (1)**
76:8
**red (8)**
65:3;83:3,9;173:21;

176:13,15;186:17;251:23
**reddish-orange (1)**
180:23
**refer (1)**
134:16
**referenced (1)**
131:21
**references (1)**
259:18
**referencing (1)**
81:19
**referral (1)**
216:5
**referring (10)**
78:4;79:20;83:20;95:15,
16;202:16;219:14;226:16;
254:8;272:13
**reflected (1)**
285:2
**refresh (3)**
67:16;128:19;215:17
**refused (3)**
111:22;143:3;288:2
**regain (1)**
208:13
**regained (1)**
227:2
**regard (1)**
222:23
**regarding (3)**
68:1;178:9;264:18
**Regardless (2)**
241:3;292:13
**regular (4)**
69:16;78:12;146:7;226:12
**regularly (4)**
88:16,17;282:18;283:19
**Rehab (6)**
209:12;215:14;216:15;
218:2;230:20,23
**rehabilitating (1)**
86:1
**rehabilitation (7)**
78:6;215:15,23;216:3,22;
217:6;222:17
**rehabilitative (1)**
222:10
**reincarcerated (1)**
85:8
**relate (1)**
75:18
**related (10)**
109:2;197:22,23;229:11;
237:5,9;239:2;247:1;
254:11;285:23
**relates (1)**
239:9
**relation (1)**
264:11
**relationship (2)**
107:3;274:8
**relatively (1)**
228:18

**relaxer (1)**
54:15
**release (8)**
92:12;104:3,4;126:13;
239:23;240:4;241:21;
243:13
**released (15)**
79:8;85:3;96:7;104:3,4,
11;129:9;229:4;241:14;
249:8,14;250:5;256:16,19;
285:16
**relevant (1)**
58:16
**remainder (1)**
58:1
**remember (332)**
54:13;56:22;59:4,6;60:3,
15;61:13;63:13,18;64:4;
65:6,12,14,15,16,23;66:6,10,
20,23;67:3,9;69:1,3,4,4,5,8;
70:12,23;71:2;74:11,14,18;
76:10,11,17,18,19,20,21,22;
79:14,17,19,23;80:3;81:3,6,
7,8,11;83:12;84:12;86:22;
87:8;88:14;95:18;96:17,21,
23;97:1,5,7,8,9,9,10;99:12,
13,14;102:5,6,6,8,16,20,21,
23;103:3,6,15,15;104:10;
110:12;111:17,18;112:9,13;
113:5,8,9,11,14,23,23;114:1,
10;116:2,2,3,4,21,21;
117:12,16,17;118:8;123:4;
126:11;128:7,22;129:1,9;
130:4,4;131:2;136:19,22;
138:3,3;139:6;140:17;
141:4,5;142:1;143:23;
144:1,3,6,7,8,19;146:12,18;
147:2,3,4,22;148:1,13,15,16,
18,20,23;150:4,15,16,17;
151:13,14,15;152:2,3,6,17,
20,23;153:7,8,8,11;154:8,9,
10,10,15;156:5,6,15,16,20;
157:13;160:12,21,22;
161:16;164:7,18,20,20,21,
23,23;165:2,4,8,10,11,13,15,
16,17,20;166:15,22;167:3,
18,22,23;168:4,6,11,13,22;
169:6,7,8;175:14;178:7,18,
18,19;182:20,22;191:21;
192:1;193:15,17,20;194:3,8,
12,15;195:6,11,13,15;196:3,
5,14;197:5;200:23,23;
204:10,20;205:2,6,14,16;
208:11,16;209:9;212:15,19,
23;213:1,3,5;216:16,18,20,
21;218:21,23,23;219:2,2,4,
5,8,17,23;220:3,4,6,7,10,12,
12;221:15,19;222:4,7,7,22;
223:2,15,16,21;224:14;
229:19;231:23;232:2,8;
240:1;242:12,13;244:20;
254:9;255:5,14;256:19,20;
261:2,2,4,16;262:1;263:10,

18;264:18,23;265:2,14,18,
19;269:13;270:10;275:16;
277:5;278:11;279:21;280:2;
281:1;282:23;283:17;286:6,
12,21;289:12,14;290:23;
291:1;292:3,5,21;294:2,22;
295:1,4

**remembered (2)**
211:4;221:20

**Remembering (2)**
240:10;280:10

**remove (1)**
76:7

**Removed (2)**
65:20,23

**rent (11)**
151:10;158:17,22;159:3,
11;171:4,8,11;172:1;
198:17;202:23

**rephrase (1)**
198:10

**Report (12)**
57:20;116:7;120:18;
134:7;144:14;159:4;163:5;
211:6;232:14;235:2;241:20;
281:9

**reported (1)**
112:12

**reporter (16)**
58:4;65:13;72:19;75:22;
80:13;95:4;109:16;110:21;
121:19;129:17;136:4;172:5;
183:15,23;186:21;236:23

**reporting (2)**
112:11;116:8

**reports (8)**
64:23;111:20,21;113:1;
211:1,11;264:1;265:4

**reputation (2)**
146:21;163:4

**request (1)**
111:15

**requesting (1)**
111:12

**residential (4)**
105:10,17;285:19,23

**resolved (1)**
132:12

**respect (1)**
279:13

**respected (2)**
146:23;162:21

**responds (2)**
206:18;208:23

**responses (1)**
72:16

**responsibility (1)**
234:22

**responsive (2)**
209:6,8

**rest (4)**
124:20;166:5;240:15;
295:3

**restraint (2)**
123:11,14

**result (6)**
60:7;130:8;195:22;210:7;
248:15;266:10

**resulted (1)**
264:20

**Results (1)**
266:6

**retain (2)**
214:4,9

**retarded (5)**
227:20,21,21;235:10;
241:11

**retethering (1)**
258:1

**returned (1)**
286:1

**review (4)**
210:21,23;211:10;265:21

**reviewing (1)**
131:10

**rewind (5)**
179:13;181:5,15;188:3;
190:1

**rewinding (1)**
188:5

**Rican (1)**
289:11

**Richmond (3)**
79:14;80:17;81:4

**rid (1)**
141:17

**ride (2)**
253:2,3

**rides (1)**
252:22

**right (100)**
59:10;61:12,21;66:2;
71:22;74:3;77:23;78:6;
81:12;82:20;87:5,13;92:11,
12,14,20;94:2;95:8;97:15;
100:19;104:4;111:2;113:16;
116:16;118:4;137:9;143:7;
149:17;152:22,22;154:4;
167:4;170:11,11,15;174:7;
176:11;178:20,20;183:9,11;
185:22;189:7;190:14,19;
191:6,16;192:4;193:5,23;
195:7;198:11;206:23;
209:18;211:13,15,16;215:8,
9;222:10;227:17,18,19;
233:10;234:18,19;235:16;
236:2;244:8;246:17;247:22;
248:14;249:2;250:2,10;
259:14,23;262:20;264:7;
266:4;269:3,4;271:18,20,21,
22,23;279:19;280:21,23;
282:1;283:7;284:6;285:13,
15,17,20;287:13;289:11;
295:7

**RMU (2)**
217:4,6

**road (2)**
155:3;168:19

**robbery (2)**
122:17,21;123:1,2

**rocking (1)**
65:4

**role (1)**
127:1

**roll (1)**
261:12

**rolled (3)**
259:20;260:13;261:21

**rolling (1)**
261:19

**roofing (2)**
107:10,13

**room (27)**
64:12;65:1,2;68:20;78:8,
9;110:15;111:11;114:4,12;
117:13,14,19;118:4,5,11,12;
135:14,15,16;206:5,13;
255:12;262:18;263:21;
269:20;270:2

**roommate (1)**
234:15

**Roughly (3)**
74:22;164:11;283:22

**rounds (6)**
282:21;283:1,12,16;
294:13,19

**roused (1)**
213:22

**RT (3)**
269:3,3,4

**ruin (2)**
151:3,17

**rules (1)**
163:13

**rumor (1)**
137:11

**run (6)**
106:3;132:13;162:22;
203:18;240:8;286:4

**runner (1)**
127:12

**Running (5)**
120:18;137:21;142:18;
203:2,3

**Ryan (2)**
158:7;256:1

## S

**sadness (1)**
246:11

**safe (1)**
111:13

**safety (4)**
124:10;270:17,18,22

**sally (2)**
135:8;175:8

**same (39)**
59:23;64:12;65:17;81:10,

12;94:12,17;98:3,20;
105:22;112:20;119:14;
125:4;145:12;160:7;176:10;
180:20;181:3;201:18;
224:17;225:6;228:23;229:6,
6;241:18;249:7;269:14;
270:6;275:4,5;283:23;
284:3,4;285:21;290:21;
292:7,12,13,15

**sat (2)**
180:5,14

**Saturday (1)**
290:8

**saw (9)**
79:18,23;86:4;95:19;
114:3;142:20;144:16;153:4;
194:17

**saying (40)**
79:10;84:2;92:9;99:4,18;
102:7,7;115:11,15;119:5,11;
126:14;143:22;144:1;162:5,
8;163:19;166:14;167:1;
178:17,17;198:20;200:6,12;
203:6;213:1,3;228:14;
230:20;233:22;244:4;247:1;
248:8;252:1;263:5,9;265:2;
272:1;273:19;280:8

**scale (3)**
207:7;208:18,21

**scar (2)**
257:21,23

**scared (1)**
59:7

**school (12)**
79:2;86:19;88:14,15;
101:3;146:20;147:17;150:1,
3;241:8;244:18;268:4

**schools (1)**
244:13

**science (2)**
266:13;268:2

**score (3)**
266:10,19,19

**scores (2)**
267:9;268:23

**screen (7)**
63:9;174:8;177:16;180:6,
7;189:16;190:10

**screening (2)**
63:9,15

**Sean (1)**
256:3

**search (2)**
164:10,14

**searched (1)**
150:5

**searches (1)**
275:15

**searching (1)**
141:8

**seat (3)**
261:13,18,20

**second (44)**

58:18;71:22;82:4;85:19;
92:3;93:7;100:8,21;105:20;
107:18;108:9;120:9,11,20;
121:8,9,12,14;123:1;124:23;
125:6;130:14;136:20;
152:18;161:22;175:6,10;
205:9;215:3;222:15;223:7;
224:2,2;232:13;234:18;
235:8;241:13;242:9;282:13,
19;284:10;285:3,4;286:8
**seconds (11)**
174:11;176:19;180:14;
181:7;182:13;183:4,7,20;
186:9;189:3;214:6
**secretive (1)**
191:15
**section (14)**
71:14,18;75:9;86:3;87:1;
88:23;90:21;91:11;92:5;
206:17;209:12;259:12;
260:1,2
**security (3)**
97:3;102:3;139:18
**seeing (5)**
79:17;114:1,11;165:20;
269:23
**seeking (3)**
117:19,21,22
**seem (3)**
164:15,16;216:12
**seemed (1)**
60:10
**seems (9)**
63:15;65:8;93:21;98:8;
103:19;115:7;212:8,10;
217:9
**segregation (3)**
60:1,3,7
**send (2)**
201:13;221:17
**sending (2)**
278:17;279:6
**sense (2)**
100:15;248:6
**senses (1)**
208:14
**sensory (1)**
207:1
**sent (4)**
61:2;79:3;203:18;222:9
**sentence (33)**
57:23;61:23;62:22;71:23;
74:4;79:9;82:5;84:16,19,22;
85:3;87:20;94:22;95:7;96:8;
99:17;100:9;101:12;103:6;
104:1,9,17;126:15,16;
133:15,16;134:2;210:4;
212:6;224:2;278:21;282:9;
285:3
**sentenced (2)**
84:23;126:8
**sentences (1)**
231:5

**September (3)**
242:6;296:5;297:3
**serve (2)**
57:23;125:23
**served (4)**
125:8,10;126:14;133:2
**Service (1)**
210:4
**Services (7)**
71:5;75:3;80:6;90:17;
224:23;226:6;227:4
**serving (1)**
103:5
**session (1)**
291:12
**set (6)**
58:17;95:7;116:3;232:21;
281:23;295:7
**Setting (2)**
238:12;244:2
**seven (4)**
66:7;125:17;126:1;190:14
**seventies (2)**
146:20,23
**several (1)**
82:4
**sex (2)**
151:10;159:14
**shaved (1)**
160:9
**sheet (2)**
119:15;147:7
**sheets (3)**
141:11,14,20
**shift (1)**
132:17
**shifts (1)**
290:14
**shirt (11)**
165:15,15;183:7;184:4,9;
188:20,22;189:13;193:21;
194:1,5
**shirtless (3)**
188:6;189:6;190:20
**shit (2)**
172:18;185:9
**shock (1)**
154:14
**shoes (1)**
247:9
**short (8)**
98:1;103:2;171:17;
191:10;193:9;243:4;266:1;
277:23
**shorter (2)**
140:14;153:13
**short-term (3)**
226:1,6;227:15
**shot (2)**
66:4;177:16
**show (7)**
127:19;128:1;147:6;
202:22;214:22;238:10;

284:22
**showed (5)**
269:8;279:9,14,19,23
**showers (1)**
152:19
**showing (1)**
280:22
**shows (3)**
211:5;218:12;236:1
**SHU (10)**
61:13;135:6,6;233:4;
268:12;269:17,19,20;270:1,
2
**shuffle (1)**
82:8
**shut (1)**
201:5
**shuts (1)**
180:6
**side (5)**
183:21;185:3;201:7;
259:21;260:14
**sides (1)**
279:1
**sideways (1)**
261:12
**siding (2)**
107:10,13
**sign (1)**
288:3
**signature (6)**
73:20;79:15;89:16;
287:22,23;297:1
**signed (5)**
126:21;215:4;217:15;
221:3;297:20
**significant (1)**
100:23
**significantly (1)**
229:5
**silliest (2)**
138:17;191:21
**silly (2)**
185:10;272:3
**similar (1)**
65:8
**simple (2)**
217:20;218:8
**single (3)**
71:15;154:8;229:23
**sink (1)**
264:3
**sit (4)**
95:10;141:19;168:15;
243:21
**sitting (3)**
99:23;180:9,15
**situation (8)**
64:18;65:15;67:2;78:14,
22;84:5;144:8;200:23
**situations (3)**
62:1,3;249:21
**six (6)**

163:15;186:8;191:12,13;
245:21;246:1
**skill (2)**
267:13,23
**skills (2)**
204:9;267:22
**skip (3)**
80:20;210:3;283:4
**skull (4)**
89:4,12,18;90:9
**sleep (4)**
54:23;56:20;67:4,14
**sleeping (2)**
54:22;55:3
**sleeve (2)**
179:11,15
**slight (1)**
261:8
**slip (1)**
176:20
**slipped (1)**
261:9
**Slurred (1)**
206:19
**smart (1)**
139:4
**smashed (1)**
172:22
**smoke (1)**
253:2
**smoothed (1)**
160:12;162:16
**snapping (1)**
111:20
**snitch (7)**
137:15,16;151:2,16;
160:6;169:9;279:11
**snitched (1)**
137:11
**snitching (2)**
169:11,13
**Snyder (1)**
141:3
**social (6)**
97:2;102:3;118:14;
266:13;267:15;268:2
**solid (1)**
146:21
**solving (1)**
267:23
**somebody (14)**
79:17,18;108:13,17;
109:2;113:15;114:3;146:9;
150:19;151:7;170:9;180:17;
202:21;253:20
**somehow (1)**
198:18
**someone (20)**
70:23;79:4;109:6;111:21;
112:12;137:15;146:11;
167:14;168:1;170:13;
172:15;174:11;187:22,23;
188:12,17;197:18;202:23;

203:1;252:7
**someone's (3)**
113:6;116:14;141:10
**something's (4)**
160:4;195:2;252:23;287:8
**sometimes (3)**
54:22;82:7;138:14
**somewhat (1)**
64:17
**somewhere (2)**
67:2;280:22
**Somnolent (1)**
213:22
**son's (3)**
79:2;241:8;244:18
**soon (4)**
152:21;182:8;233:4;
241:10
**sorry (28)**
60:4;74:14;76:13;87:12;
89:8;91:9;97:5;98:2;108:21;
127:6;130:18;140:5;156:7;
168:10;172:6;194:11;
196:19;198:9;205:10;
213:17;217:3;254:4,14;
260:2;274:19;287:12;292:3;
294:8
**sort (3)**
62:4;65:8;93:14
**sound (5)**
58:2;128:10,13;170:11;
227:19
**sounds (7)**
59:20;109:1;115:20;
141:7;163:18;168:3;228:14
**space (1)**
287:21
**spans (1)**
93:22
**speak (6)**
65:5;108:7;207:16;231:2;
268:7;290:15
**speaking (7)**
77:17;184:4,8;187:22;
188:12;194:15;283:5
**specific (6)**
116:6;194:21;238:20;
275:23;276:10;288:16
**specifically (3)**
112:13;113:14;179:15
**speculate (1)**
168:16
**speculating (2)**
168:23;173:4
**speech (1)**
206:19
**speech-type (1)**
230:23
**speed (1)**
57:15
**speeding (1)**
247:23
**spend (5)**

136:22;229:19;268:15;
273:20,23
**Spent (1)**
135:23;229:22;232:1
**spina (2)**
88:23;257:7
**spinal (1)**
257:12
**spine (1)**
257:20
**spinous (1)**
208:8
**splits (1)**
215:2
**spoke (8)**
55:3;59:15;70:22;135:14;
153:22;155:18;217:7;
268:20
**spot (5)**
168:9;180:21;181:3;
184:18;192:9
**spray (1)**
142:21
**stable (3)**
217:22;218:11;228:18
**staff (3)**
138:11;144:23;145:2
**stairs (4)**
152:22;187:3;188:14,17
**stand (2)**
141:15;243:20
**standard (1)**
266:19
**standing (1)**
183:11
**stands (1)**
274:11
**star (8)**
138:15;139:23;140:6,10;
141:8;142:12;161:5;274:4
**stared (1)**
186:8
**staring (2)**
186:5,16
**start (31)**
74:4,5;92:6;93:16;96:11;
98:13;102:1;103:4;105:12;
110:11;115:7;117:1;133:18;
144:2;145:18;169:21;
170:10;202:9;203:7;217:3;
232:12,18;233:15;236:18;
255:2;260:4;277:4;278:2,
10;291:5;292:14
**started (16)**
56:1;63:18,19;64:5;93:17;
105:10,14;110:3;126:5;
137:10;154:19;155:4,17;
168:19;280:22;292:7
**starting (5)**
113:22;160:9;213:21;
243:22;292:8
**starts (4)**
88:23;91:12;170:13;215:4

**state (42)**
58:1;61:3,8,11,22;70:18;
74:12,15,21;77:12;84:15,19,
20;85:8,23;92:17;103:5;
104:12;120:20;125:1,5,11;
130:20;131:1,5,10;133:2,8,
14;138:19;139:15;169:3,17,
23;170:15,20,21;206:5;
226:6;272:17;293:7;296:15
**statement (3)**
87:23;178:8;179:3
**States (3)**
66:18;68:2;111:13
**stations (1)**
244:14
**status (3)**
97:19;217:19;218:4
**stay (5)**
169:12;224:17;251:20;
284:5,18
**stayed (3)**
146:12;225:5;228:18
**steal (1)**
170:16
**steel (1)**
286:5
**stemming (3)**
122:13,14,22
**stepped (2)**
138:21;271:4
**sticking (1)**
197:2
**still (21)**
60:22;65:19;74:18,23;
85:17;126:11;127:8;129:13;
154:12;182:3;185:14;
187:15;189:11;190:3;
213:17;228:11;235:10;
239:12;257:14;261:17;
282:14
**stimuli (2)**
206:18;208:23
**stop (14)**
55:13,15,20;81:1;97:18;
98:6;114:13;124:10;224:16,
17;233:20;240:6;250:10;
251:21
**stopped (10)**
54:21;55:23;68:15;73:2,5;
95:21;178:5;225:3;228:9;
243:9
**stores (1)**
244:14
**stories (2)**
166:2,10
**story (3)**
108:21,22;170:10,12;
197:18
**straight (2)**
174:22;271:13
**street (5)**
78:12;199:10;250:15;
255:10;281:15,16

**stress (3)**
113:22;114:12;117:23
**stressful (1)**
246:1
**Stretching (1)**
229:18
**strike (2)**
169:2;204:4
**stringing (1)**
231:4
**strip (6)**
157:8,20,22;164:9,14;
295:1
**stripped (7)**
150:5;159:17;160:8;
161:21;178:20;194:22;
270:13
**stripping (1)**
156:22
**struck (4)**
207:22;259:21;260:13;
264:2
**struggling (1)**
82:7
**stuck (1)**
139:3
**studies (3)**
266:14;267:15;268:2
**studying (1)**
268:15
**stuff (14)**
56:5;73:12;78:23;107:12;
114:12;143:7;170:6;172:18;
192:22;194:2;204:9;231:17;
271:15;273:22
**stupid (6)**
144:21;182:2,5;184:22,
23;271:19
**sub (2)**
107:14,16
**subbed (1)**
107:12
**subcontracted (1)**
105:13
**subcontracting (2)**
106:1,3
**subcontractor (1)**
105:16
**Subject (6)**
58:19;267:2,6,13;268:1;
269:11
**subjects (2)**
266:12,20
**subs (1)**
106:5
**Subscribed (1)**
296:18
**substance (1)**
101:10
**substantive (5)**
58:19;71:14;206:3;
213:20;259:12
**sued (2)**

276:1,20
**suffered (1)**
262:6
**suicidal (4)**
68:15;98:19;116:7,9
**suing (1)**
273:6
**suit (1)**
277:2
**summarize (1)**
204:3
**summary (7)**
58:2;158:7;204:6;217:18;
220:22;222:14;260:17
**summer (1)**
105:20
**Sunday (1)**
290:8
**super (8)**
138:15;139:23;140:6,9;
141:7;142:12;161:5;274:4
**superior (1)**
267:12
**supply (1)**
159:14
**supposed (9)**
104:4;155:1;198:4,5,6;
199:16;200:3;202:21;
219:19
**Sure (39)**
60:5,19;61:4;66:17;76:22;
82:21;94:15;98:4,4;112:7;
132:21;139:17;141:17;
152:12;154:12;166:7,8,9;
169:14;170:8;173:4,4;
181:6;193:8,11;211:21;
212:4;218:6;219:21;225:16;
232:10;243:8;259:8;260:4;
263:1,3;265:23;274:22;
277:22
**surgeries (2)**
89:1;257:17
**surgery (6)**
56:17;210:7;256:15;
257:3,11;264:8
**surgical (1)**
210:5
**surprised (1)**
197:5
**survival (4)**
87:10,21;88:1,2
**survive (2)**
78:11,15
**suspended (4)**
86:19;87:3,16;125:16
**suspicious (1)**
234:14
**sustained (2)**
214:6;285:10
**swear/affirm (1)**
296:7
**swearing (4)**
68:20;69:2,4,5

**sweating (1)**
66:19
**swelling (1)**
196:4
**switch (1)**
86:23
**swore (1)**
212:11
**sworn (2)**
54:2;296:18
**symptoms (7)**
76:8;98:15,23;210:21,23;
211:6,11
**System (2)**
61:3,8

---

## T

**table (5)**
180:7,9,14,15,18
**tables (1)**
146:7
**tablet (5)**
253:10,11,12,13
**tachypnea (1)**
81:1
**tail (1)**
92:11
**talk (14)**
105:3;144:6;150:18;
169:3;198:2;208:20;213:13;
231:5;254:23;276:11;
277:18,19;287:4;295:5
**talked (15)**
57:17;62:5;74:17;86:8;
87:19;89:1;125:21;152:11;
156:5;159:16;164:14;
166:22;196:14;212:20;
295:1
**talking (40)**
60:2;76:21;81:3;92:23;
93:9;94:19;95:1,2,10;
112:23;118:9,12;120:8;
124:10;126:5;127:22;
143:20,20;144:7;148:16;
160:14;165:17;166:21;
168:5;180:17;183:20;
185:14;186:4;190:20;
198:14;209:4;242:7;245:14;
246:20;255:8;265:16;272:6,
8;279:18;289:1
**tampering (9)**
120:14;121:1,15,23;
124:5,13;125:14;126:6,18
**tank (6)**
137:13;138:17;139:2,12;
141:1;150:13
**tanked (2)**
137:9;139:1
**tanking (1)**
142:6
**tanks (1)**
134:11

**target (1)**
289:16
**targeted (1)**
207:19
**task (1)**
214:5
**tasks (1)**
285:23
**tattoos (1)**
154:13
**tear (5)**
138:14;141:9,16,21;
142:6;234:13
**Tearing (1)**
141:9
**technically (1)**
106:23
**teen (1)**
146:22
**teenage (1)**
88:13
**teenager (2)**
88:11,12
**telling (13)**
95:19;112:18;118:10;
169:8;174:17,20;211:18,20;
219:6;242:19;261:4;265:14;
283:5
**tells (2)**
170:9,13
**temper (17)**
70:5;100:6;117:4;243:8,
14;244:2,17;245:1,7,7;
246:17;249:16;250:16;
251:18;280:15,19
**ten (4)**
81:9;164:11;192:20;193:7
**tenderness (2)**
208:8,8
**tense (1)**
65:20
**test (3)**
66:12;267:3;269:16
**testified (5)**
54:3;182:17;224:21;
285:16;286:17
**testimony (5)**
226:4,19;227:2;237:15;
296:8
**tests (2)**
267:6;269:7
**tethering (1)**
258:5
**theories (1)**
276:20
**therapist (3)**
95:10,20;230:2
**therapy (7)**
204:8;218:22;219:3,7;
229:11;230:16;270:2
**thereabouts (1)**
104:1
**thinking (9)**

77:8;82:21;164:23;165:1;
254:2;267:23;271:13;
291:15;293:16
**third (6)**
81:13,13;105:5,6;215:3;
217:11
**thirties (1)**
161:1
**though (3)**
65:15;99:16;199:19
**thought (37)**
77:23;80:1;107:7;130:14;
139:23;140:1;163:1,2,3;
164:7;166:13;170:16,17;
178:19;182:8,12,18;188:1;
189:23;193:23;231:13;
250:12;253:21;255:6;
268:20;278:5;280:8,20,23;
281:5;286:9
**thousand (1)**
166:7
**threaten (3)**
81:23;278:12,14
**threatened (3)**
81:16;252:8;278:16
**threatening (2)**
58:21,23
**threats (1)**
252:5
**Three (34)**
54:17;61:4;63:2;67:23;
73:14;75:12;89:1;104:14;
118:16;125:16,23;136:12;
137:21;138:15;142:16;
158:20;192:23;209:22;
211:19;214:10;234:8;240:5,
6,19;241:23;242:8,15;
243:11;245:6;278:9;283:22;
284:14;289:5;290:17
**three-to-five-step (1)**
214:4
**throughout (1)**
166:4
**throw (1)**
78:8
**throws (1)**
164:7
**tie (1)**
247:9
**tier (10)**
127:12,13;129:5;145:2;
152:18,18,19,21;156:13;
173:3
**Tim (2)**
255:4,11
**times (13)**
56:7;80:2;81:10;89:5;
106:20;138:15;158:20;
161:22;244:9;273:16;274:3;
283:4;291:1
**Timothy (1)**
274:17
**tingling (1)**

211:3
**tires (4)**
259:20;260:13;261:9,11
**tissue (2)**
257:21,23
**title (1)**
79:15
**titled (3)**
80:20;86:3;266:6
**tobacco (1)**
118:15
**today (9)**
54:9;156:4;170:20;
238:11;247:13,15;254:5,6;
287:17
**together (5)**
55:4;166:11;201:2;
229:23;231:5
**toilet (1)**
141:12
**told (53)**
81:6,20;85:16;86:12;89:3;
90:11;92:4;95:21;101:17;
112:15;120:6;124:9;125:18;
127:20;140:14;142:14;
150:20;151:3;153:23;
154:20,23;157:7,8;161:14;
163:18;166:6,12;167:10,11,
13,22;169:15,18;170:1,4;
195:2;197:18;204:23;206:9;
212:12,22;221:16;223:15;
238:20;254:20;257:9;258:4;
277:5;279:8;287:10;288:10;
289:5;293:5
**tomorrow (2)**
156:4;241:7
**took (25)**
55:2,2;60:20;61:9;73:1,4;
84:11;95:21;107:8;124:12;
126:19;127:6;138:5;142:12;
182:14;194:1;251:20;
253:17;254:1,3;267:6;
269:8;271:18,20,20
**toothbrush (2)**
138:20,22
**top (17)**
71:6;75:5,8;80:8;88:22;
96:12;149:7;152:18,19,21,
21;173:3,19;174:1;182:14;
209:18;268:4
**tore (5)**
138:18,21;232:20;234:18,
19
**torn (2)**
172:18,23
**total (3)**
74:22;133:17;267:19
**touch (1)**
181:11
**touched (3)**
181:3,12;184:19
**toward (3)**
174:14;186:5;210:22

**towards (7)**
68:23;81:13;189:21;
190:16;215:6;218:13,16
**towel (1)**
142:22
**track (1)**
103:19
**traditional (1)**
268:4
**train (1)**
164:7
**trait (1)**
82:15
**Transcript (2)**
266:6;296:4
**Transfer (5)**
57:20,22;61:17;139:18;
145:1
**transferred (6)**
84:11;124:19,21,21;
234:17;284:12
**transition (1)**
220:7
**transitioned (3)**
136:3;222:17,23
**transitioning (1)**
223:8
**transpired (1)**
194:4
**transport (1)**
141:1
**Transportation (1)**
215:16
**transported (7)**
61:11,22;135:7;142:14;
222:2;234:17,21
**Trauma (1)**
210:4
**Trazodone (2)**
57:4;72:13
**treat (1)**
145:7
**treated (3)**
81:14;86:10;262:3
**treatment (28)**
63:6,6;69:17;70:21;75:4,
12;99:22;101:9;204:3,7;
214:12,19;216:13;220:1;
232:7;236:9,16,17,21;237:4,
4,8,9;238:14,15;239:1,1;
287:14
**trespassing (1)**
78:22
**Trevor (2)**
274:18,19
**trial (2)**
92:22;125:18
**tried (11)**
59:6;108:14;151:18;
160:18;200:11;239:20;
248:19;254:23;278:14,15;
285:17
**Trombley (3)**

279:22;280:1,3
**trouble (12)**
54:22;63:21;72:11;77:14;
85:19;101:4,13;154:6,17;
155:7;165:22;219:19
**truck (2)**
262:12,13
**truck's (1)**
262:14
**true (6)**
77:5;89:11;141:8,9;
168:21;227:5
**trust (1)**
162:14
**trusted (1)**
109:11
**try (10)**
56:8,21;198:8;202:13;
204:18;235:8;239:21;
252:12;277:11;292:6
**trying (31)**
66:12;93:20;110:12;
115:10;133:21;155:15,16;
156:17;160:6,6;163:17;
170:16,17;197:5;199:22;
203:4;209:17;211:17;
227:18;228:4,5,5,13;257:19;
272:12;278:10;279:6;281:2,
19;287:11;291:15
**tucked (1)**
189:6
**Tuesday (2)**
242:3;296:4
**turn (12)**
57:12;58:13;61:19;62:11;
66:14;75:1;79:13;80:15,19;
96:11;102:9;220:18
**turned (6)**
69:16;85:20,22;92:4;
108:18;188:20
**turning (1)**
97:17
**turns (1)**
92:17
**TV's (1)**
172:21
**tweaking (1)**
64:23
**twenties (2)**
153:15,15
**twice (6)**
184:19;230:8;234:13;
259:2,20;260:13
**twin (2)**
130:9;131:18
**twisted (2)**
108:20;138:22
**two (50)**
54:22;55:12,17;61:4;63:2;
67:22;73:14;76:7;84:22;
92:10;97:12,18;104:14;
106:20;111:1;118:16,19;
123:2,9,13;124:1;126:2;

133:17,20;138:14;139:15;
145:16;155:18;156:6;
190:15;193:2;204:5;206:20;
212:21;215:2;225:15;234:8;
249:5;251:1,3;260:4;
267:13;286:18,22;287:1;
291:9,9,10,16,18
**two-thirds (2)**
63:3;213:21
**type (10)**
142:3,4;143:4;162:20;
172:17;178:1;184:22;
200:11;241:4;252:20
**types (1)**
107:3
**typical (1)**
145:10
**typically (3)**
158:23;164:10;291:3
**typo (1)**
209:17

## U

**unable (5)**
65:4,19;114:19;115:22;
260:8
**unavoidable (1)**
88:5
**unbuckled (2)**
261:18,19
**uncomfortable (1)**
65:9
**unconscious (3)**
89:5,19;207:17
**uncontrollable (2)**
83:14;92:15
**under (13)**
62:2;71:14;75:12;91:7,8;
113:21;182:3;188:14,17;
209:18;217:18;286:17;
296:9
**underlies (1)**
123:19
**underlying (1)**
124:4
**unfamiliar (1)**
64:2
**union (1)**
159:13
**unit (78)**
64:6;135:12,18;136:3,8;
137:12;142:18;143:2,7;
145:5,8;148:16,21;149:3,5,
6;150:16,18;151:5,6;152:9,
10;153:18;154:12,16;
157:15,16,18;158:1;159:22;
160:3;161:14;162:1;164:4;
165:4;172:17;173:12;174:7,
12;175:2;176:17;177:15;
178:4,13,16;179:4;182:9,18;
191:18;192:19;193:1,18,21;
194:1,4;195:3,17;197:13,14;

199:6;201:14,17,19;202:6,7;
203:20,21;215:15;217:6;
222:17;271:1,5;278:23;
279:10,19;280:13;292:12,13
**unless (1)**
120:8
**Unlike (1)**
171:12
**unlocks (1)**
175:15
**untethering (1)**
256:21
**up (78)**
57:2,14;58:7;61:11;65:18;
69:14;72:8;78:2;84:13;87:9,
20,23;88:7,9;93:6,21;101:8;
104:12;105:10,12,14;
107:16;113:2,22;115:8;
116:14;117:14;127:19;
128:1;130:21;132:19;139:3;
142:22;143:17;148:12;
155:19,21;157:12;159:12,
13;160:14,16;166:3;169:18;
170:6;171:16,18;182:3;
185:22;186:1,1,5;187:23;
197:2;203:18;204:23;205:1,
7,15;211:4;230:14;232:23;
234:8,20;235:7,16;245:20;
246:15;252:19;261:10,11;
264:8;265:3,21;269:8;
274:6;275:17;281:5
**upgrade (1)**
232:18
**Upon (4)**
131:10;159:6;182:18;
276:20
**upper/lower (1)**
145:2
**upset (20)**
59:10,17;60:8;64:4;68:19;
69:2,3,5,7;115:12,13;
116:17,19,23;117:7;199:19;
226:13;241:9,10,10
**upstairs (1)**
201:19
**urinary (1)**
119:2
**urine (2)**
233:4;234:10
**use (8)**
68:1;103:17;118:15,16,
17;119:12;247:20;248:2
**used (12)**
54:20;109:6;118:23;
140:9;229:19;240:7;271:18;
274:4;280:14;286:8,22;
292:20
**using (2)**
118:19;119:8
**usual (1)**
88:7
**usually (2)**
148:7;149:15

## V

**vague (2)**
151:18;157:2
**vaguer (2)**
156:21;157:3
**Valley (5)**
110:15;205:19;206:7;
258:19;263:15
**Van (3)**
140:23;142:13,23
**vehicle (2)**
259:19;260:12
**verbal (3)**
206:18;208:23;209:6
**verbally (1)**
58:21,23
**verbatim (1)**
151:15
**version (1)**
156:21
**versus (1)**
236:17
**victim (2)**
78:16;128:4
**video (43)**
166:23;171:14;173:9;
174:4,9;176:8;177:3,20;
178:22;179:8,10,17;180:3,
12;181:1,9;182:7,14;183:5,
8,14,18;184:5,6,19;185:12,
21;186:14;187:7,19;188:9;
189:4,10,11,14;190:8;192:5,
7;193:23;194:18;203:21;
273:8;275:4
**view (4)**
181:21;182:2;185:9;193:3
**violated (1)**
119:9
**violations (1)**
129:23
**vision (1)**
212:7
**visit (38)**
117:13,14,19;137:10;
148:17,18;149:1,11;150:6,
17;156:23;157:21;164:9;
165:5,5,14,23;177:13;178:2,
7,15;182:9;193:14,15;
242:20;270:14;291:3,12,17,
19,22,22,22;292:6,7,10,15;
295:2
**visited (1)**
148:14
**visiting (2)**
149:14;290:6
**visits (13)**
148:13;154:20;157:20;
160:11;192:3,6;226:5;
227:3;277:6;290:15;291:2,
23;292:19
**voice (2)**

58:7;175:23
**vomiting (1)**
264:15

## W

**W/I (2)**
131:13,23
**wait (5)**
130:2;132:19;149:17;
160:19;246:4
**waiting (1)**
251:11
**Waking (2)**
204:23;211:4
**Walk (10)**
141:14;148:11;174:14;
181:3,11;189:16;205:3;
220:10;223:13;293:20
**walked (4)**
64:10;187:9;190:10;
203:20
**walking (11)**
141:19;148:16,20;179:4;
193:17;220:13;222:23;
223:17;231:13,19;283:7
**walk-throughs (3)**
273:13,16;274:3
**wall (8)**
95:13;96:1;113:3,7;
116:14;240:11;279:4;286:5
**walls (4)**
63:4;64:1;139:19;279:1
**Walmart (1)**
252:4
**wants (1)**
175:1
**warned (1)**
151:11
**warrants (1)**
131:12
**wasting (2)**
55:5;127:20
**watch (11)**
141:16,19;157:19;176:19;
179:22;184:3,8;189:16;
192:19,21;203:21
**watched (6)**
139:7,9;141:21;175:2;
178:22;181:2
**watches (1)**
180:1
**watching (3)**
137:19;192:5;193:22
**Watson (9)**
119:9;138:20,20;139:3,5,
10;140:18;270:14;295:2
**Watson's (1)**
139:6
**way (32)**
63:3;78:15;82:22;88:3,5;
102:22;109:1;119:10;134:9,
15;139:2;155:12,14;162:14;

163:23;171:11;174:17,20;
189:23;196:17;197:21;
199:12,13;204:19;207:20;
212:18;213:21;247:1;252:7;
275:4,5;292:6
**ways (2)**
55:22;201:19
**wear (1)**
180:1
**wearing (4)**
177:5,13,16;261:13
**weed (1)**
130:13
**week (9)**
56:7;99:2;148:15;211:15;
212:21;220:17;230:8,9;
291:23
**weeks (11)**
73:2;93:7;104:14;128:8;
136:13;204:5;240:5,6,20;
283:22;284:14
**weight (1)**
160:20
**weird (2)**
192:10,15
**weren't (5)**
56:12,15;137:20;192:17;
275:17
**Western (3)**
102:12,13,21
**what-if (1)**
203:3
**What's (14)**
61:21;73:15;153:6;156:4;
158:21;160:4;166:11;167:2,
2;219:14;233:3;245:13;
251:14;272:9
**whatsoever (1)**
79:7
**wheelchair (3)**
219:15;223:19;257:16
**whenever (4)**
141:1;156:5;226:13;
252:13
**whichever (1)**
144:18
**white (6)**
111:11;153:13;177:19;
189:13;206:4;263:20
**whole (38)**
73:3;84:10;85:21;106:4;
108:14,15,20,22;112:6;
114:5;119:1;120:7;143:1,2,
7;147:5;155:4;179:4;
181:22;192:19,21;193:1;
209:8;223:6;224:19;241:19,
20;265:8,9,11,15;269:21;
278:21;291:6,11,17,19;
292:20
**Who's (1)**
153:10
**whose (5)**
79:14;130:13;156:12;

172:16;235:6
**wife (27)**
    57:8;126:19,23;127:21,
    23,23;128:3;141:2;148:14;
    149:12;150:3;170:16;
    248:22;249:12,17;250:2,22;
    251:5;252:16;261:17,18;
    262:23;263:2,10;271:19;
    272:2,2
**window (6)**
    66:18;259:21,21;260:14,
    14;261:5
**windows (1)**
    262:14
**winter (1)**
    137:3
**wish (2)**
    192:19,20
**wishes (1)**
    67:14
**withdraw (1)**
    126:1
**within (4)**
    76:2;145:16;240:19;
    276:22
**without (12)**
    76:8;98:19;124:12;
    131:20;149:15;222:20;
    243:21;248:11;250:12,19;
    283:12,16
**Witness (42)**
    62:12;71:17;75:15;76:16;
    77:3;86:15;94:8;97:16,21;
    98:2;101:1;110:6;112:8;
    114:8;120:14;121:1,15,16,
    23;124:4,5,13;125:13;126:6,
    17;128:16;132:21;171:19,
    21;176:17;188:6;205:5;
    213:12,14;220:20;223:10;
    255:14,17;258:15;259:15;
    263:17;296:1
**Witnessed (1)**
    144:18
**wives (1)**
    273:21
**woke (6)**
    166:3;170:5;205:1,7,14;
    264:8
**woman (1)**
    102:18
**word (7)**
    58:20;65:3;102:22;
    115:23;213:22;216:6;
    227:18
**worded (6)**
    73:16;82:16;99:8,9;152:6;
    153:9
**wording (2)**
    226:15;285:14
**words (4)**
    88:3;148:12;195:22;
    199:22
**work (32)**

88:4;99:3,10;100:10;
    101:4,14,16,18;105:9;106:2,
    15;107:1,5;112:23;113:11,
    13;114:12;136:17;147:23;
    175:20;229:16;230:10;
    234:3;239:16;240:3,22;
    241:1,4;243:9;246:17;
    285:17;286:1
**worked (13)**
    107:1,21;136:20;162:1,
    11;230:5,13,15,19;231:21;
    232:6;243:3;268:21
**working (12)**
    55:23;76:3;115:7;229:23;
    231:8;240:16,21;242:5,17,
    20;243:15;282:15
**workplace (1)**
    268:3
**world (1)**
    203:20
**worry (1)**
    203:20
**worse (9)**
    226:11;227:8,12,16,22;
    228:12;245:18,23;250:20;
    289:23
**worst (2)**
    91:15;92:6
**wrap (1)**
    265:21
**wrapped (2)**
    187:2;257:12
**wringing (1)**
    65:4
**write (3)**
    95:11;204:9;248:9
**write-up (2)**
    77:12;178:3
**writing (4)**
    90:6;131:7;266:13;268:1
**written (1)**
    71:6
**wrong (12)**
    61:12;82:16;99:8,9;101:2,
    6;165:9;191:18;193:4;
    198:11;217:12;277:14
**wrote (5)**
    73:16;99:4;101:5,10;
    212:19

## Y

**yard (5)**
    137:2,4;196:12;200:20,22
**year (10)**
    84:23;104:19;129:11;
    169:12;230:12;246:6,12;
    251:1,3;263:15
**years (27)**
    54:17;55:12,18;66:7;
    88:13;90:3;98:20,21,23;
    99:5,16,22;101:8;106:14;
    126:3;133:17;168:5,7;

191:17,23;234:8,8;245:6;
    251:1,3;265:16;289:14
**yelling (2)**
    69:6;240:15
**Yep (38)**
    71:19;78:3;80:5;87:7,18;
    110:17;111:3;124:3;132:16;
    142:8;144:17;148:13;150:9;
    156:10;158:18;159:20;
    164:19;181:23;182:21;
    183:11;186:7;195:5,8;
    204:22;216:11;220:19;
    221:5,12;231:7;234:4;
    235:23;239:11;253:16;
    260:6;263:18;267:1;289:2;
    293:6
**yesterday (1)**
    260:22
**young (3)**
    147:19;198:14;256:9
**younger (13)**
    130:4;153:14;154:1,18;
    159:18;165:21;167:8,21;
    168:2;200:13,19;202:15;
    203:11

## Z

**zero (2)**
    83:9;280:23
**zombie (2)**
    95:13,23
**Zubin (1)**
    221:6

## 1

**1 (13)**
    57:16;62:14;67:12;71:4;
    119:16;120:16;126:4;
    128:15;205:4;222:14;235:7;
    284:23;287:15
**1.2 (1)**
    253:11
**1/2/12 (1)**
    121:17
**1/6/11 (2)**
    103:21,23
**10 (3)**
    236:2,4;239:7
**100 (4)**
    86:14;90:14;91:5,6
**102 (2)**
    71:3,4
**104 (3)**
    80:4;86:2,23
**105 (2)**
    80:15;89:8
**106 (3)**
    62:11,14;65:19
**109 (1)**
    66:14
**11 (2)**

86:4;206:21
**11/14/1983 (2)**
    71:11;96:15
**11/14/83 (1)**
    110:19
**111 (1)**
    67:12
**112 (1)**
    67:20
**12 (7)**
    136:23;169:20,21;206:22,
    23;208:17;209:16
**12/2/15 (1)**
    263:16
**12/24/2013 (1)**
    267:7
**12/26/14 (2)**
    260:18,23
**12/26/2014 (1)**
    258:19
**12/31/11 (3)**
    122:8,22;123:10
**12/31/2011 (2)**
    122:19;123:7
**12/6/11 (2)**
    110:16,23
**12:15 (1)**
    64:22
**12-13 (1)**
    207:7
**122 (1)**
    103:17
**124 (1)**
    128:14
**128 (4)**
    75:1,2;287:15,16
**129 (4)**
    79:13;287:15,16,21
**13 (1)**
    208:17
**130 (2)**
    258:14;259:12
**134 (1)**
    263:8
**14 (2)**
    241:14;242:6
**14:34 (2)**
    174:10;176:18
**14:34:03 (1)**
    173:10
**14:34:14 (1)**
    174:6
**14:34:37 (1)**
    176:2
**14:34:38 (1)**
    179:2
**14:34:48 (2)**
    177:4,17
**14:34:52 (1)**
    179:14
**14:34:55 (1)**
    179:10
**14:35 (1)**

180:13
**14:35:22 (1)**
  180:4
**14:35:53 (1)**
  181:8
**14:36 (2)**
  182:13;183:3
**14:36:02 (3)**
  181:6,19;182:6
**14:37 (1)**
  183:6
**14:37:53 (1)**
  183:19
**14:38 (1)**
  186:4
**14:38:05 (2)**
  184:7;185:11
**14:38:26 (1)**
  185:13
**14:38:49 (1)**
  186:15
**14:38:53 (1)**
  188:5
**14:38:59 (1)**
  187:8
**14:39:06 (1)**
  187:21
**14:39:11 (2)**
  188:10;189:3
**14:39:21 (1)**
  189:5
**14:39:30 (1)**
  190:3
**14:39:44 (1)**
  189:15
**15 (1)**
  232:20
**16 (4)**
  220:18,23;222:14;224:3
**17 (1)**
  221:8

**2**

**2 (13)**
  74:3;76:14;104:17;
  109:22;110:1,14;119:16;
  124:17;253:8,10,12,13,14
**2:30 (1)**
  74:9
**20 (3)**
  232:20;268:4;279:1
**2010 (7)**
  74:6,8,13,16;93:4;103:13;
  121:10
**2011 (26)**
  93:2,22;94:20;96:8;
  103:13;104:21,23;105:4,9,
  18;107:9,18;108:3,9,11;
  109:14;111:16;113:20;
  114:21;117:3,10;118:20;
  120:1;121:9;133:1;136:23
**2012 (40)**

83:23;93:5,10,14,23;
96:22;100:16;104:2;124:17;
144:9;148:9;149:6;150:1;
158:14;161:4;164:14;165:5;
166:18;169:23;173:18;
192:2;193:13;195:23;196:9,
21;203:10;239:2;247:2;
248:16;255:21;270:14,17;
274:9,21;275:20;276:2;
278:4,13;290:7;293:19
**2013 (6)**
  99:2;100:10,16,17;101:5,
  14
**2014 (14)**
  96:23;102:21;129:12;
  169:19;236:2,4;239:8,17;
  240:4;241:21;242:20;
  243:13;249:9,14
**2017 (4)**
  296:5,19;297:3,20
**21 (1)**
  90:3
**21st (1)**
  267:21
**23 (2)**
  129:6;286:19
**23-hour (2)**
  127:16;268:13
**24 (27)**
  89:12;101:22;148:9;
  149:6;164:14;165:5;166:18;
  173:18;192:2;193:13;
  195:23;196:8,21;203:10;
  239:2;247:2;255:21;261:7;
  270:14,17;274:20;275:20;
  276:2;278:4,13;286:20;
  293:19
**24th (4)**
  83:22;136:12;161:3;
  211:13
**25 (1)**
  107:22
**26 (2)**
  296:5;297:3
**26-year-old (1)**
  71:15
**28 (8)**
  98:20,21,23;99:5,16,22;
  101:7;209:19
**28-year-old (4)**
  110:7;111:11;206:4;210:2
**29 (1)**
  173:10

**3**

**3 (2)**
  147:12,15
**3/22/12 (1)**
  103:22
**3/3 (1)**
  214:5
**30 (4)**

74:6,8;110:9;214:6
**31 (3)**
  93:6;121:9;133:1
**32-year-old (1)**
  263:20
**33 (1)**
  255:10
**37 (1)**
  174:10
**38 (1)**
  235:21

**4**

**4 (2)**
  158:3,6
**4/14/10 (1)**
  66:16
**4/22 (1)**
  67:13
**4/9/2010 (1)**
  62:16,21
**4:33 (1)**
  295:9
**40 (2)**
  78:9;183:7
**43 (1)**
  186:4
**44 (1)**
  176:19
**45 (5)**
  56:8;291:9,10,15,18
**49 (1)**
  215:1

**5**

**5 (2)**
  266:2,5
**5/28/10 (2)**
  126:7,9
**5/28/2010 (1)**
  126:18
**50 (6)**
  78:9;166:8;243:19;
  246:17,18,23
**50/50 (2)**
  243:18;244:1
**51 (5)**
  182:13;183:3;217:3;
  284:23;285:3
**52 (3)**
  216:23;217:1,19
**53 (2)**
  217:11,14
**54 (3)**
  96:12;97:14;102:10
**55 (4)**
  96:11;97:13,14;98:11
**56 (2)**
  97:13;180:14

**6**

**6 (1)**
  242:20
**6/21/2010 (1)**
  89:17
**64 (1)**
  209:10
**65 (1)**
  213:16

**7**

**72 (1)**
  216:4
**75 (3)**
  205:4,9,19
**76 (2)**
  206:16;208:7

**8**

**8/24/12 (1)**
  206:14
**8/24/2012 (3)**
  173:9;205:20;210:3
**8/27 (2)**
  211:7;212:9
**8/27/12 (2)**
  211:7,12
**8/27/2012 (1)**
  209:19
**8/27/23 (1)**
  209:14
**8/29/14 (1)**
  96:21
**8/30/2010 (1)**
  73:21
**83 (2)**
  120:16;126:4
**84 (1)**
  124:5
**85 (1)**
  102:12
**87 (1)**
  131:4

**9**

**9 (5)**
  121:10;201:23;202:1,10;
  284:16
**9/14/12 (1)**
  221:3
**9/14/2012 (1)**
  221:14
**9/30/2013 (1)**
  267:7
**9/5/2012 (1)**
  216:10
**9/6/2012 (3)**
  215:5,10;216:15

**9/7/2012 (1)**
  217:13
**90 (3)**
  233:6,8;234:11
**90-day (1)**
  232:18
**93 (2)**
  57:12,17
**94 (2)**
  58:12,13