## Northern NH Correctional Facility: F Block: DR Count Sheet

| RM | BED | ID | INMATE NAME | JOB TITLE / START TIME | | In Unit | Out Unit | Out Facility | EXCEPTIONS |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 01B | 77933 | Williams, John E **BB** **NMC** | No Job Available | 00:01 | ✓ | | | |
| 01 | 01T | 86003 | Leite, Jonathan J | No Job Available | 00:01 | ✓ | | | |
| 02 | 02B | 89919 | Johnson, James W **BB** **NMC** | MSU No Job Available | 00:01 | ✓ | | | |
| 02 | 02T | 47217 | Allard, John N | 90 Day PV Sanction Prog | 00:01 | ✓ | | | |
| 03 | 03B | 23911 | George, Edmond M II **BB** | No Job Available | 00:01 | ✓ | | | |
| 03 | 03T | 79177 | Rheaume, Nicholas C | No Job Available | 00:01 | ✓ | | | |
| 04 | 04B | 53669 | Collins, Ryan S | NHSP Quarantine | 00:00 | ✓ | | | |
| 04 | 04T | 88516 | Ambrose, Ryan P | No Job Available | 00:01 | ✓ | | | |
| 05 | 05B | 37060 | Alfeo, Paul | Hallway Worker | 07:00 | ✓ | | | |
| 05 | 05T | 80048 | Quimby, Nicholas J | No Job Available | 00:01 | ✓ | | | |

Generated On: 8/24/2012 3:10:43 PM   TOTAL COUNT: 10

Date/Time Completed: 8/24/12 1700   OFFICER: K. Bergeron

## Northern NH Correctional Facility: F Block: XX Count Sheet

| RM | BED | ID | INMATE NAME | JOB TITLE / START TIME | | In Unit | Out Unit | Out Facility | EXCEPTIONS |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 01B | 38558 | Kelly, Joseph M **BB** | No Job Available | 00:01 | ✓ | | | |
| 01 | 01T | 62111 | Scadding, Sean P | No Job Available | 00:01 | ✓ | | | |
| 02 | 01B | 79284 | SILVENT, JOHN F | Inside Maintenance | 07:00 | ✓ | | | |
| 02 | 01T | 58645 | DOTY, BRANDON R | No Job Available | 00:01 | ✓ | | | |
| 03 | 01B | 78932 | Collins, Parker | No Job Available | 00:01 | ✓ | | | |
| 03 | 01T | 10202 | Adjutant, Mark A | 90 Day PV Sanction Prog | 00:01 | ✓ | | | |
| 04 | 01B | 75659 | MARANDA, IAN J | No Job Available | 00:01 | ✓ | | | |
| 04 | 01T | 5324 | Drolet, Aaron M N/A | No Job Available | 00:01 | ✓ | | | |
| 05 | 01B | 79386 | YOUNG, MICHAEL B | Kitchen Worker | 12:00 | | ✓ | | |
| 05 | 01T | 1997 | Renaud, Keith E | F-Block UST | 07:00 | ✓ | | | |
| 06 | 01B | 65839 | Broyer, Joseph W | No Job Available | 00:01 | ✓ | | | |
| 06 | 01T | 78143 | Mesquita, John D Sr **NMC** | No Job Available | 00:01 | ✓ | | | |
| 07 | 01B | 78545 | Russo, James E **BB** | No Job Available | 00:01 | ✓ | | | |
| 07 | 01T | 42573 | Frost, Albert W JR | No Job Available | 00:01 | ✓ | | | |
| 08 | 01B | 21655 | Rodriguez-Figueroa, Manuel B | | | ✓ | | | |
| 08 | 01T | 91105 | Silva, Luis | No Job Available | 00:01 | ✓ | | | |
| 09 | 01B | 80728 | Gelinas, Johnathan T | No Job Available | 00:01 | ✓ | | | |
| 09 | 01T | 14695 | Elliott, Ryan J | 90 Day PV Sanction Prog | 00:01 | ✓ | | | |
| 10 | 01B | 88527 | Dymek, Michael J | Kitchen Worker | 07:00 | ✓ | | | |
| 10 | 01T | 47206 | ARENELLA, THOMAS M | No Job Available | 00:01 | ✓ | | | |
| 11 | 01B | 80942 | Johanan, Edward G | Kitchen Worker | 07:00 | ✓ | | | |
| 11 | 01T | 44426 | Ohanasian, John E | Health Services Custodi | 03:20 | | ✓ | | |
| 12 | 01B | 27876 | Eaton, Christopher L | Hallway Worker | 23:00 | ✓ | | | |
| 12 | 01T | 23052 | Seigars, Jesse R | Hallway Worker | 23:00 | ✓ | | | |
| 13 | 01B | 81829 | Ali, Dominic S | No Job Available | 00:01 | ✓ | | | |
| 13 | 01T | 78369 | TWOMBLY, TYLER C **NMC** | No Job Available | 00:01 | ✓ | | | |
| 14 | 01B | 89201 | Fenner, Kolby H | No Job Available | 00:01 | ✓ | | | |
| 14 | 01T | | | | | | | | |

Generated On: 8/24/2012 3:10:43 PM   TOTAL COUNT: 25  2

Date/Time Completed: 8/24/12 1700   OFFICER: K. Bergeron

**EXHIBIT B-1**

CONFIDENTIAL- ATTORNEYS EYES ONLY       002354

# Northern NH Correctional Facility: F Block: XX Count Sheet

| RM | BED | ID | INMATE NAME | JOB TITLE / START TIME | | In Unit | Out Unit | Out Facility | EXCEPTIONS |
|---|---|---|---|---|---|---|---|---|---|
| 15 | 01B | 90219 | Noucas, Michael C | Library Staff | 12:00 | ✓ | | | |
| 15 | 01T | 16966 | Bryant, Clarence E III | Yard Crew | 07:00 | ✓ | | | |
| 16 | 01B | 72662 | Rich, Nathaniel W | No Job Available | 00:01 | ✓ | | | |
| 16 | 01T | 85760 | Desrochers, Daniel P | No Job Available | 00:01 | ✓ | | | |
| 17 | 01B | 23750 | FRAZIER, ERIC R | Reduced Pay Status | 00:00 | ✓ | | | |
| 17 | 01T | 64879 | Hernandez, Alex A | 90 Day PV Sanction Prog | 00:01 | ✓ | | | |
| 18 | 01B | 80997 | Garcia, Matthew D **BB** | Hallway Worker | 15:00 | ✓ | | | |
| 18 | 01T | 31374 | Lavallee, Sean K | 90 Day PV Sanction Prog | 00:01 | ✓ | | | |
| 19 | 01B | 77247 | LAMARINE, ALFRED A | Wood Shop III | 07:00 | ✓ | | | |
| 19 | 01T | 71791 | BADER, SETH | No Job Available | 00:01 | ✓ | | | |
| 20 | 01B | 90631 | Gagliardi, Joseph S III | No Job Available | 12:00 | ✓ | | | |
| 20 | 01T | 44109 | Rivera, Jose E | No Job Available | 00:01 | ✓ | | | |
| 21 | 01B | 78516 | HICKMAN, WILLIAM E III | F-Block UST | 12:00 | ✓ | | | |
| 21 | 01T | 73981 | STANLEY, CORNELIUS C JR | No Job Available | 00:01 | ✓ | | | |
| 22 | 01B | 90136 | Desisto, Cory R | Hallway Worker | 23:00 | ✓ | | | |
| 22 | 01T | 78765 | BUTLER, AARON T | No Job Available | 00:01 | ✓ | | | |
| 23 | 01B | 89835 | Kelleher, Matthew P | Library Staff | 12:00 | ✓ | | | |
| 23 | 01T | 78592 | Peabody, Benjamin C | Hallway Worker | 07:00 | ✓ | | | |
| 24 | 01B | 62943 | Boyd, Zachary M | Hallway Worker | 23:00 | ✓ | | | |
| 24 | 01T | 72028 | POLITO, JOHN D | No Job Available | 00:01 | ✓ | | | |
| 25 | 01B | 75179 | KIRKPATRICK, JOHN S | Kitchen Worker | 07:00 | | ✓ | | |
| 25 | 01T | 81268 | Patterson, Patrick P | 90 Day PV Sanction Prog | 00:01 | ✓ | | | |
| 26 | 01B | 64792 | Brown, Tyler E **BB** | No Job Available | 00:01 | ✓ | | | |
| 26 | 01T | 25203 | Coleman, Dwayne | Kitchen Worker | 07:00 | ✓ | | | |
| 27 | 01B | 76039 | SMALLEY, ERIC E | No Job Available | 00:01 | ✓ | | | |
| 27 | 01T | 72482 | GALLEGOS, DIEGO R | No Job Available | 00:01 | ✓ | | | |
| 28 | 01B | 77074 | LONG, ROBERT A **BB** | No Job Available | 00:01 | ✓ | | | |
| 28 | 01T | 56372 | Fournier, Jared D | No Job Available | 00:01 | ✓ | | | |
| 29 | 01B | 52874 | SIMONEAU, MICHAEL | No Job Available | 00:01 | ✓ | | | |
| 29 | 01T | 60963 | Audet, Joseph M Jr | F-Block UST | 12:00 | ✓ | | | |
| 30 | 01B | 91538 | Newman, George E **BB** | No Job Available | 00:01 | ✓ | | | |
| 30 | 01T | 4678 | NICOL, ELIJAH R | F-Block UST | 07:00 | ✓ | | | |
| Generated On: 8/24/2012 3:10:43 PM | | | | TOTAL COUNT: | | 31 | 1 | | |
| Date/Time Completed: 8/24/12 1700 | | | | OFFICER: | | | | | |

35/2
31/1
——
66/3   69

CONFIDENTIAL- ATTORNEYS EYES ONLY

002355