| | |
|---|---|
| Facility: | Northern NH Correctional Facility |
| Run Date: | 10/11/2017 |
| Client: | Gelinas, Johnathan Thomas (80728) |

| | | | | |
|---|---|---|---|---|
| Legal Name: | Gelinas, Johnathan Thomas | SBI #: | | Risks/Special Needs |
| Commitment Name: | Gelinas, Johnathan Thomas | FBI #: | | |
| DOB: |  | SSN #: | | |
| Birth Place: | | Medicaid | | |
| Age at Commitment: | | | | |
| Date of Commitment: | | | | |
| Aliases: | | | | |



Co-defendants:

## I. Physical Description

| | | | | |
|---|---|---|---|---|
| Height: | 73 | Weight: | 190 | |
| Hair: | Brown | Eyes: | Brown | |
| Sex: | Male | Race: | White | |
| Complexion: | Fair | Hispanic: | No | |

| Scars, Marks & Tattoos: | Location | Description |
|---|---|---|



State of New Hampshire

Department of Corrections
Universal Face Sheet



State of New Hampshire

Department of Corrections
Universal Face Sheet



State of New Hampshire

Department of Corrections
Universal Face Sheet

