State of New Hampshire
Department of Corrections
Universal Face Sheet



Page 1 of 4

| | |
|---|---|
| Facility: | Berlin District Office |
| Run Date: | 10/11/2017 |
| Client: | Leite, Jonathan Joseph (86003) |

| | | | | | |
|---|---|---|---|---|---|
| Legal Name: | Leite, Jonathan Joseph | SBI #: | ▉ | Risks/Special Needs | ▉ |
| Commitment Name: | Leite, Jonathan Joseph | FBI #: | ▉ | | |
| DOB: | 11/14/1983 | SSN #: | ▉ | | |
| Birth Place: | Stoneham, MA | Medicaid | | | |
| Age at Commitment: | 33 | | | | |
| Date of Commitment: | | | | | |
| Aliases: | | | | | |
| Co-defendants: | | | | | |

## I. Physical Description

| | | | | |
|---|---|---|---|---|
| Height: | 72 | Weight: | 190 | |
| Hair: | Brown | Eyes: | Hazel | |
| Sex: | Male | Race: | White | |
| Complexion: | | Hispanic: | No | |



Scars, Marks & Tattoos:   Location   Description



## II. Pending/Probation/Parole DOC Dispositions

| Docket # Disposition | Ct Count | Offense | Class | Duration | Start Date | Current Release Date | Supervision End Date |
|---|---|---|---|---|---|---|---|
| **Status: Parole** | | | | | | | |
| 214-2012-CR-00022 | 2 | Robbery (636:1:1) | Felony B | State: 3Y. to 8Y. with 1Y. to 0Y. Susp. | 5/11/2012 | 1/10/2014 | 12/27/2019 |
| COOS SUPERIOR COURT | | | | | | | |

## III. All Other Active Sentences

| Docket # Disposition | Ct Count | Offense | Class | Duration | Start Date | Current Release Date | Supervision End Date |
|---|---|---|---|---|---|---|---|
| **Status: Court Sanction** | | | | | | | |
| 214-2012-CR-00022 | 4 | 1st Degree Assault (631:1) | Felony A | State: 3Y. to 6Y. with 3Y. to 6Y. Susp.; Rest.:$500.00, Due:01/01/2199 | 5/11/2012 | | |
| COOS SUPERIOR COURT | | | | | | | |

| Facility: | Berlin District Office |
|---|---|
| Run Date: | 10/11/2017 |
| Client: | Leite, Jonathan Joseph (86003) |

## IV. All Completed Sentences

| Docket # Disposition | Ct Count | Offense | Class | Duration | Start Date | Current Release Date | Supervision End Date |
|---|---|---|---|---|---|---|---|
| **Status: Complete** | | | | | | | |
| 214-2012-CR-00022 COOS SUPERIOR COURT | 1 | Burglary (635:1:I) | Felony B | State: 3Y. to 6Y. with 3Y. to 6Y. Susp. | 5/11/2012 | | |
| 214-2012-CR-00022 COOS SUPERIOR COURT | 3 | Robbery (636:1:1) | Felony B | State: 3Y. to 6Y. with 3Y. to 6Y. Susp. | 5/11/2012 | | |
| 214-2012-CR-00022 COOS SUPERIOR COURT | 6 | Criminal Restraint (633:2:I) | Felony B | State: 3Y. to 6Y. with 3Y. to 6Y. Susp. | 5/11/2012 | | |
| 217-2010-CR-00854 MERRIMACK SUPERIOR COURT | 1 | Tampering W/ Witnesses/Informants (641:5) | Felony B | State: 1Y. 6M. to 3Y. with 0Y. to 0Y. Susp. | 6/19/2012 | 1/10/2014 | 1/3/2015 |
| 214-2012-CR-00027 COOS SUPERIOR COURT | 1 | Tampering W/ Witnesses/Informants (641:5) | Felony B | State: 1Y. 6M. to 3Y. with 0Y. to 0Y. Susp. | 5/11/2012 | 1/10/2014 | 12/28/2014 |
| 214-2012-CR-00022 COOS SUPERIOR COURT | 5 | Criminal Restraint (633:2:I) | Felony B | State: 3Y. to 6Y. with 3Y. to 6Y. Susp. | 5/11/2012 | | |

State of New Hampshire

Department of Corrections
Universal Face Sheet



State of New Hampshire

Department of Corrections
Universal Face Sheet

