State of New Hampshire

Department of Corrections
Universal Face Sheet



Page 1 of 5

| | |
|---|---|
| Facility: | Central Office |
| Run Date: | 10/11/2017 |
| Client: | Elliott, Ryan Jon (14695) |

| | | | | | |
|---|---|---|---|---|---|
| Legal Name: | Elliott, Ryan Jon | SBI #: | | Risks/Special Needs | |
| Commitment Name: | Elliott, Ryan Jon | FBI #: | | | |
| DOB: | | SSN #: | | | |
| Birth Place: | | Medicaid | | | |
| Age at Commitment: | | | | | |
| Date of Commitment: | | | | | |
| Aliases: | | | | | |




Co-defendants:

## I. Physical Description

| | | | |
|---|---|---|---|
| Height: | 70 | Weight: | 190 |
| Hair: | Brown | Eyes: | Brown |
| Sex: | Male | Race: | White |
| Complexion: | Fair | Hispanic: | No |

Scars, Marks & Tattoos:

| Location | Description |
|---|---|




## II. Pending/Probation/Parole DOC Dispositions

| Docket # Disposition | Ct Count | Offense | Class | Duration | Start Date | Current Release Date | Supervision End Date |
|---|---|---|---|---|---|---|---|

# State of New Hampshire

## Department of Corrections
## Universal Face Sheet



State of New Hampshire

Department of Corrections
Universal Face Sheet



State of New Hampshire

Department of Corrections
Universal Face Sheet



State of New Hampshire

Department of Corrections
Universal Face Sheet

State of New Hampshire

Department of Corrections

Universal Face Sheet

