# NORTHERN NH CORRECTIONAL FACILITY
## SHIFT COMMANDER'S LOG

DATE: 08/25/12   PAGE 1 OF 1
       08/24/12

EXHIBIT B-5

|  | THIRD SHIFT | FIRST SHIFT | SECOND SHIFT |
|---|---|---|---|
| SHIFT COMMANDER | Lt E. McFarland | Sgt Goulet | Sgt. J. Smith |
| ASST. COMMANDER | Cpl Hartshorn | Sgt. VanHoesen | Sgt. D. Sweatt |

| INITIALS | TIME | SUMMARY OF EVENTS |
|---|---|---|
| EM | 0001 | Start of daily log for Friday, Aug 24, 2012 |
| EM | 0007 | Safety / Sanitation rounds started. |
| EM | 0345 | Safety / Sanitation rounds completed. |
| EM | 0415 | Good Facility Count: 644 in + 2 out = 646. |
| EM | 0420 | Fence check and perimeter rounds completed. |
| EM | 0600 | Sgt Goulet in for briefing and assumes 203 |
| MG | 0615 | chow count=49 |
| MG | 0718 | Good Facility Count: 643 in + 1 out = 644. |
| MG | 0920 | chow count=232 |
| MG | 0930 | yard count=19 |
| MG | 1156 | Good Facility Count: 643 in + 1 out= 644 |
| MG | 1315 | chow count=345 |
| MG | 1320 | yard count=68 |
| MG | 1400 | Relieved by 3rd shift OIC, Sgt. Smith |
| JS | 1500 | 2nd shift relieves 1st shift staff. |
| JS | 1530 | Upper yard count: 77. |
| JS | 1708 | Net closed. Medical emergency declared in F-Block. I/M Leite, Jonathan #86003 |
| ** | ** | found dropping in and out of consciousness. |
| JS | 1721 | Berlin EMS on grounds |
| JS | 1725 | Exterior rounds completed. |
| JS | 1739 | Good Facility Count: 643 in + 1 out = 644. |
| JS | 1749 | Berlin EMS off grounds. Net re-opened. |
| JS | 1840 | Supper chow count: 441 |
| JS | 1907 | Net closed. I/M's Gelinas #80728 & [redacted] taken to Reception for being |
| ** | ** | accessories to the Leite assault. |
| JS | 1912 | Inmates secured in Reception. Net re-opened. |
| JS | 2046 | Good Facility Count: 642 in + 2 out = 644. |
| JS | 2130 | MP3 movement count: 5. |
| JS | 2200 | Sgt. Sweatt in for 3rd shift OIC briefing and assumes 203. |
| DS | 2300 | 3rd shift on post |
| DS | 2325 | Good facility Count 642 in + 2 out = 644 |
| DS | 0000 | End of log. |

COPY

000005