# UPPER HOUSING - ECHO, FOX, GOLF, HOTEL & INDUSTRIES
## SHIFT LOG 08/24/12

|        | Third Shift              | First Shift       | Second Shift   |
|--------|--------------------------|-------------------|----------------|
| OIC    | Durand                   | CO Dube           | CO Dube        |
|        | M. Remillard / Beckwith  | CO Rh Snyder      | CO K Bergeron  |
|        |                          | CO E L'Heureux    |                |
| CP-4   | Lamontagne               |                   |                |
| CP-5   |                          | CO McLain         | CO Esobe       |

| Initials | Time | Summary of events |
|----------|------|-------------------|
| RD | 0001 | Start of daily log. |
| RD | 0015 | Rounds 10-79. |
| RD | 0125 | Rounds 10-79. |
| RD | 0150 | Lt. McFarland up for rounds. |
| RD | 0200 | Conducted count. |
| RD | 0330 | Rounds 10-79. |
| RD | 0400 | Conducted count. |
| RD | 0408 | Upper units count cleared by central. |
| RD | 0510 | Rounds 10-79. |
| RD | 0630 | Rounds 10-79. |
| TD | 0705 | Conducted count. |
| TD | 0716 | Upper units count cleared by central. |
| TD | 0720 | Shake done on Alpha block |
| TD | 0920 | Movement |
| TD | 1020 | Movement |
| TD | 1115 | Movement |
| TD | 1130 | Conducted count. |
| TD | 1153 | Upper units count cleared by central. |
| TD | 1200 | Chows |
| TD | 1320 | Movement |
| TD | 1420 | Movement |
| TD | 1545 | Rounds 10-79. |
| TD | 1650 | Rounds 10-79. |
| TD | 1700 | Conducted count. |
| TD | 1734 | Upper units count cleared by central. |
| TD | 1805 | Rounds 10-79. |
| TD | 1900 | Rounds 10-79. |
| TD | 2030 | Conducted count. |
| TD | 2041 | Upper units count cleared by central. |
| TD | 2120 | Movement |
| TD | 2200 | Lock down |
| MR | 2315 | Facility Count |
|    |      | END OF LOG |

EXHIBIT B-6

COPY

## NH Department of Corrections - Northern Correctional Facility
### 1st Shift Daily Staffing Log

Date: Friday, August 24, 2012

| Position | Name |
|---|---|
| Shift Commander: | Goulet |
| Assistant Shift Commander: | Van Hoesen |
| Movement: | 0 |
| Central Control Primary: | Beaton |
| Central Control Secondary: | McLain LD |
| Lower Housing OIC: | M. Nadeau |
| Lower Housing Officer 1: | S. Watson |
| Lower Housing Officer 2: | Rn. Snyder |
| Lower Housing Officer 3: | 0 |
| Lower Housing Officer 4: | 0 |
| Upper Housing OIC: | T. Dube |
| Upper Housing Officer 1: | Rh. Snyder |
| Upper Housing Officer 2: | E. L'Heureux |
| Upper Housing Officer 3: | 0 |
| Upper Housing Officer 4: | 0 |
| Lower Housing Control Room: | Goyette |
| Upper Housing Control Room: | Marquis |
| Dorm OIC: | 0 |
| Dorm Officer 1: | 0 |
| Close Custody Unit OIC: | Gray |
| Close Custody Unit Officer 1: | Duchesne |
| Close Custody Unit Officer 2: | Wedge flex |
| Perimeter: | Lapete |
| Health Services 1: | Langlois |
| Health Services 2: | 0 |
| Kitchen: | Jones |
| Yard: | Green |
| Recreation: | 0 |
| Front Door: | Osgood |
| Visiting Room: | Westberry |
| Education: | 0 |
| Canteen 1: | 0 |
| Canteen 2: | 0 |
| Gatehouse: | Lemieux |
| Warehouse: | 0 |
| Industries: | 0 |
| Property: | 0 |
| Mailroom: | 0 |
| Unscheduled Transport 1: | 0 |
| Unscheduled Transport 2: | 0 |
| Hospital 1: | 0 |
| Hospital 2: | 0 |
| Officer-in-Training 1: | 0 |
| Officer-in-Training 2: | 0 |
| Officer-in-Training 3: | 0 |

D.Watson 12-2000

| | | | |
|---|---|---|---|
| Total Staff On: | 22 | Total Staff Off: | 14 |
| Total Staff Assigned: | 42 | Unscheduled Leave: | 2 |
| Total Staff Available: | 36 | FMLA: | 0 |
| Total Vacancies: | 6 | Light Duty: | 1 |
| Hours of OT/No Comp | 0 | OT Restriction: | 2 |

### Regular Days Off

1. Bigl
2. Overhoff
3. N.Murphy
4. Donnelly
5. MacKinnon
6. Bolla
7. Alger
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.

### Scheduled/Unscheduled Leave

| | | |
|---|---|---|
| Scheduled: D. Dube Ann | Unscheduled: ▓▓▓ (Sick) | |
| Scheduled: J. Nadeau Ann | Unscheduled: 0 | |
| Scheduled: Mailhot Ann | Unscheduled: 0 | |
| Scheduled: Adam Ann | Unscheduled: 0 | |
| Scheduled: 0 | FMLA: 0 | |
| Offset or Flex: Glover flex | FMLA: 0 | |
| Offset or Flex: 0 | Training: 0 | |
| Military Leave: 0 | Training: 0 | |
| Military Leave: 0 | Training: 0 | |
| Military Leave: 0 | Training: 0 | |
| Unscheduled ▓▓▓ Sick | Other: 0 | |

### Emergency Response Teams

| 1st Response Team | 2nd Response Team |
|---|---|
| Leader: M. Nadeau (ECD) | Leader: Van Hoesen(ECD) |
| S. Watson | Rh. Snyder |
| Rn. Snyder | Duchesne |
| T. Dube | Wedge |
| E. L'Heureux | Green |

### Notes

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Facility Count: 644

Shift Commander: _Sgt. Goulet_ Date: 8-24-12
Operations Sergeant: _[signature]_ Date: 9/5/12
Chief of Security: _[signature]_ Date: 8/28/12

000014

# NH Department of Corrections - Northern Correctional Facility
## 2nd Shift Daily Staffing Log

Date: Friday, August 24, 2012

| | | | | | |
|---|---|---|---|---|---|
| Shift Commander: | Smith | Total Staff On: | 18 | Total Staff Off: | 20 |
| Assistant Shift Commander: | Sweatt | Total Staff Assigned: | 40 | Unscheduled Leave: | 0 |
| Movement: | 0 | Total Staff Available: | 34 | FMLA: | 0 |
| Central Control Primary: | Balderrama (OT-V) | Total Vacancies: | 6 | Light Duty: | 0 |
| Central Control Secondary: | Morin | Hours of OT (No Comp) Hired: | 24 | OT Restriction: | 0 |

| Position | Name |
|---|---|
| Lower Housing OIC: | G.Bergeron |
| Lower Housing Officer 1: | Chapman |
| Lower Housing Officer 2: | Plourde |
| Lower Housing Officer 3: | 0 |
| Lower Housing Officer 4: | 0 |
| Upper Housing OIC: | T.Dube (OT-V) |
| Upper Housing Officer 1: | K.Bergeron |
| Upper Housing Officer 2: | 0 |
| Upper Housing Officer 3: | 0 |
| Upper Housing Officer 4: | 0 |
| Lower Housing Control Room: | Gendron |
| Upper Housing Control Room: | Esobe |
| Dorm OIC: | 0 |
| Dorm Officer 1: | 0 |
| Close Custody Unit OIC: | Wedge |
| Close Custody Unit Officer 1: | N.Marquis |
| Close Custody Unit Officer 2: | Duchesne (Flex) |
| Perimeter: | Beaton (OT-V) |
| Health Services 1: | Lacasse |
| Health Services 2: | 0 |
| Kitchen: | N.Croteau |
| Yard/Gym: | Oswald |
| Recreation: | 0 |
| Front Door: | 0 |
| Visiting Room: | 0 |
| Education: | D.Watson (1200-2000) |
| Canteen 1: | 0 |
| Canteen 2: | 0 |
| Gatehouse: | 0 |
| Warehouse: | 0 |
| Industries: | 0 |
| Property: | 0 |
| Mailroom: | 0 |
| Unscheduled Transport 1: | 0 |
| Unscheduled Transport 2: | 0 |
| Hospital 1: | 0 |
| Hospital 2: | 0 |
| Officer-in-Training 1: | 0 |
| Officer-in-Training 2: | 0 |
| Officer-in-Training 3: | 0 |
| | 0 |

### Regular Days Off

| | | | |
|---|---|---|---|
| 1. Rivard | | 10. Bilodeau | |
| 2. Ferron | | 11. | |
| 3. Griffin | | 12. | |
| 4. Plante | | 13. | |
| 5. Gauthier | | 14. | |
| 6. R.Remillard | | 15. | |
| 7. Ruel | | 16. | |
| 8. Conover | | 17. | |
| 9. Girard | | 18. | |

### Scheduled/Unscheduled Leave

| | | |
|---|---|---|
| Scheduled: | Corcoran (Comp) | Unscheduled: 0 |
| Scheduled: | Pike (Ann) | Unscheduled: 0 |
| Scheduled: | Newton (Ann) | Unscheduled: 0 |
| Scheduled: | Gagne (FYB) | Unscheduled: 0 |
| Scheduled: | 0 | FMLA: 0 |
| Offset or Flex: | Aubut (Flex) | FMLA: 0 |
| Offset or Flex: | 0 | Training: 0 |
| Military Leave: | Armstrong (Mil) | Training: 0 |
| Military Leave: | Pelkey (Mil) | Training: 0 |
| Military Leave: | Cusson (Mil) | Training: 0 |
| Unscheduled: | Crabtree (Mil) | Other: J.Goulet (1st Shift) |

### Emergency Response Teams

| 1st Response Team | 2nd Response Team |
|---|---|
| Leader: Sweatt (ECD) | Leader: T.Dube (ECD) |
| G.Bergeron | K.Bergeron |
| Chapman | N.Croteau |
| Plourde | Oswald |
| N.Marquis | Wedge |

### Notes
Four officers on military leave for the weekend.

Facility Count: 644

Shift Commander: _Sgt. Smith_ Date: 8-24-12
Operations Sergeant: _[signature]_ Date: 9/9/12
Chief of Security: _[signature]_ Date: 8/28/12

000015