


# New Hampshire Dept. of Corrections
## 24 Hr. Unit / Area Rounds Log
### Safety and Sanitation Inspection Report

Attachment 6

Unit: Upper Housing / Industries    Date: 08/24/12

| | | | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00 | Durand / M. Remillard | Round | 15 | | | | | | | | | | | | | | | | | | | | | | | |
| 01 | Durand / M. Remillard | Round | | 25 | | | | | | | | | | | | | | | | | | | | | | |
| 02 | Durand / M. Remillard | Count | | | 30 | | | | | | | | | | | | | | | | | | | | | |
| 03 | Durand / M. Remillard | Round | | | | 30 | | | | | | | | | | | | | | | | | | | | |
| 04 | Durand / M. Remillard | Count | | | | | 00 | | | | | | | | | | | | | | | | | | | |
| 05 | Durand / M. Remillard | Round | | | | | | 10 | | | | | | | | | | | | | | | | | | |
| 06 | Durand / M. Remillard | Round | | | | | | | 30 | | | | | | | | | | | | | | | | | |
| 07 | L'Heureux/Smith/Wadleigh/Conn. | Count | | | | | | | | 05 | | | | | | | | | | | | | | | | |
| 08 | No Round Unit Shakedown | Alpha | | | | | | | | | | | | | | | | | | | | | | | | |
| 09 | L'Heureux / Dube | Round | | | | | | | | | | 15 | | | | | | | | | | | | | | |
| 10 | L'Heureux/Dube/Snyder | Round | | | | | | | | | | | 10 | | | | | | | | | | | | | |
| 11 | L'Heureux/Harris/Harvey | Body Count | | | | | | | | | | | | 30 | | | | | | | | | | | | |
| 12 | Watson / L'Heureux | Round | | | | | | | | | | | | | 45 | | | | | | | | | | | |
| 13 | Watson/Dube/L'Heureux | Round | | | | | | | | | | | | | | 17 | | | | | | | | | | |
| 14 | Watson / Dube L'Heureux/Snyder | Round | | | | | | | | | | | | | | | 65 | 45 | | | | | | | | |
| 15 | Dube / K Bergeron | R | | | | | | | | | | | | | | | | | | | | | | | | |
| 16 | K Bergeron/Dube | R | | | | | | | | | | | | | | | | | 50 | | | | | | | |
| 17 | Bergeron/Watson/Dube | C | | | | | | | | | | | | | | | | | | 60 | | | | | | |
| 18 | K Bergeron/Dube | R | | | | | | | | | | | | | | | | | | | 25 | | | | | |
| 19 | Dube/Croteau/K Bergeron | R | | | | | | | | | | | | | | | | | | | | 25 | | | | |
| 20 | K Bergeron/Dube/Croteau | C | | | | | | | | | | | | | | | | | | | | | 30 | | | |
| 21 | Croteau / Dube | R | | | | | | | | | | | | | | | | | | | | | | 30 | | |
| 22 | Dube/Croteau/K Bergeron | R | | | | | | | | | | | | | | | | | | | | | | | 40 | |
| 23 | Bourque / Jemison | C | | | | | | | | | | | | | | | | | | | | | | | | 15 |

First Shift OIC: _Sgt. Warner_  
Second Shift OIC: _K Dube_  
Third Shift OIC: _Cpl Houston_  

Sec. Lt: _____  
Date: _____

## Safety and Sanitation Inspection Report

My signature below indicates that I have checked the items listed and that I have notified the OIC of any item(s) that appear to be breeches of security and/or safety hazards. In addition, I have completed Maintenance Work Orders for those items in need of repair.

| | | | | | |
|---|---|---|---|---|---|
| x | Locks | x | Floors | x | Extinguishers |
| x | Doors | x | Vents | x | Tools and Equipment |
| x | Windows | x | Screens | x | Lights |
| x | Walls | x | Fire Alarms | | |
| x | Communications | x | Sanitation | | |

**EXHIBIT B-7**

Discrepancies: _____

Staff Signature: _Ofc. Durand_

PPD 1.38

000003