UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


EXHIBIT B-9

_____
Plaintiff(s)/United States

      v.                            Case No. _____

_____
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

    Please take notice that _____ has conventionally filed the following attachment or exhibit: _____
_____.

    This attachment or exhibit has not been filed electronically because:




Date:_____        /s/_____
                                          _____
                                          _____
                                          _____
                                          _____
                                          _____
                                          _____

# CERTIFICATE OF SERVICE

      I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

Date:_____        /s/_____
                                                                            _____
                                                                            _____
                                                                            _____
                                                                            _____
                                                                            _____
                                                                            _____
                                                                            _____