# NORTHERN NH CORRECTIONAL FACILITY
## CP-5 SHIFT LOG

DATE: 8-24-12   PAGE: 1 OF ___

EXHIBIT B-11

|  | First Shift | Second Shift |
|---|---|---|
| PRIMARY OFFICER | McLain | Esche |
| RELIEF OFFICER |  |  |

| INT | TIME | SUMMARY OF EVENTS AND INCIDENTS |
|---|---|---|
| LM | 0700 | CP-5 10-1 |
| LM | 0705 | Facility Count |
| LM | 0718 | Good Facility Count |
| LM | 0744 | Upper Chows Begin |
| LM | 0813 | Net Closed |
| LM | 0826 | Net Opened |
| LM | 0830 | Med Call / Movement |
| LM | 0915 | Net Closed |
| LM | 0919 | Net Opened |
| LM | 0925 | Movement |
| LM | 1020 | Movement |
| LM | 1114 | Med Call / Movement |
| LM | 1130 | Facility Count |
| LM | 1212 | Upper Chows Begin |
| LM | 1320 | Movement |
| LM | 1420 | Movement |
| EE | 1500 | Time Cleared |
| EE | 1525 | Movement |
| EE | 1600 | Time Cleared |
| EE | 1700 | Facility Count |
| EE | 1710 | Net Closed, Medical emergency |
| EE | 1749 | Net Opened, & Good facility Count |
| EE | 1800 | Time Cleared |
| EE | 1805 | Chow Time |
| EE | 1837 | Movement |
| EE | 1900 | Time Cleared |
| EE | 1907 | Net Closed |

NCF-0083
002395

| INITIAL | TIME | SUMMARY OF EVENTS AND INCIDENTS |
|---|---|---|
| EE | 1912 | Net Opened |
| EE | 2000 | Time Cleared |
| EE | 2010 | Med Call, 'Echo' |
| EE | 2030 | Facility Count |
| EE | 2045 | Good Facility Count |
| EE | 2100 | Time Cleared |
| EE | 2103 | Med Call F, G, H. |
| EE | 2131 | Movement |
| EE | 2136 | MP3 Movement |
| EE | 2200 | Lock In |

002396