


# New Hampshire Dept. of Corrections
## 24 Hr. Unit / Area Rounds Log
### Safety and Sanitation Inspection Report
Attachment 6

**Unit:** Upper Housing / Industries  **Date:** 08/19/12

| | | | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00 | Bourassa/Crabtree | Round | 30 | | | | | | | | | | | | | | | | | | | | | | | |
| 01 | Bourassa/Crabtree | Round | | 30 | | | | | | | | | | | | | | | | | | | | | | |
| 02 | Bourassa/Crabtree | Count | | | 00 | | | | | | | | | | | | | | | | | | | | | |
| 03 | Bourassa/Crabtree | Round | | | | 05 | | | | | | | | | | | | | | | | | | | | |
| 04 | Bourassa/Crabtree | Count | | | | | 00 | | | | | | | | | | | | | | | | | | | |
| 05 | Bourassa/Crabtree | Round | | | | | | 20 | | | | | | | | | | | | | | | | | | |
| 06 | Bourassa/Crabtree | Round | | | | | | | 30 | | | | | | | | | | | | | | | | | |
| 07 | Gauth/Demerse | Count | | | | | | | | 30 | | | | | | | | | | | | | | | | |
| 08 | Gauth/Demerse | Rounds | | | | | | | | | 35 | | | | | | | | | | | | | | | |
| 09 | Gauth/Demerse | Rounds | | | | | | | | | | 16 | | | | | | | | | | | | | | |
| 10 | Gauth/Demerse | Rounds | | | | | | | | | | | 20 | | | | | | | | | | | | | |
| 11 | Gauth/Demerse | Count | | | | | | | | | | | | 30 | | | | | | | | | | | | |
| 12 | Gauth/Demerse | Rounds | | | | | | | | | | | | | 40 | | | | | | | | | | | |
| 13 | Lemieux/Girard | Rds | | | | | | | | | | | | | | 10 | | | | | | | | | | |
| 14 | Lemieux/Girard | Rds | | | | | | | | | | | | | | | 40 | | | | | | | | | |
| 15 | Gagne/Corcoran/Bergeron | Rds | | | | | | | | | | | | | | | | 15 | | | | | | | | |
| 16 | Gagne/Corcoran | Rds | | | | | | | | | | | | | | | | | 40 | | | | | | | |
| 17 | Gagne/Corcoran/K.Berg/Girard | CT | | | | | | | | | | | | | | | | | | 00 | | | | | | |
| 18 | Gagne/Corcoran | RD | | | | | | | | | | | | | | | | | | | 40 | | | | | |
| 19 | Corcoran/Gagne | RD | | | | | | | | | | | | | | | | | | | | 35 | | | | |
| 20 | Gagne/Girard/Aubut/Bergeron | CT | | | | | | | | | | | | | | | | | | | | | 00 | | | |
| 21 | Girard/Aubut/Gagne/Corcoran | R | | | | | | | | | | | | | | | | | | | | | | 35 | | |
| 22 | K Bergeron/Gagne/Aubut/Girard | R | | | | | | | | | | | | | | | | | | | | | | | 00 | |
| 23 | Newton/Bourassa | C | | | | | | | | | | | | | | | | | | | | | | | | 15 |

First Shift OIC _Cpl. Gauthier_  Sec. Lt. _(signature)_
Second Shift OIC _Sgt. Lemieux_  Date: _8/15/12_
Third Shift OIC _(signature)_

### Safety and Sanitation Inspection Report

My signature below indicates that I have checked the items listed and that I have notified the OIC of any item(s) that appear to be breeches of security and/or safety hazards. In addition, I have completed Maintenance Work Orders for those items in need of repair.

| | | | | | | |
|---|---|---|---|---|---|---|
| X | Locks | x | Floors | x | Extinguishers | |
| X | Doors | x | Vents | x | Tools and Equipment | |
| X | Windows | x | Screens | x | Lights | |
| X | Walls | x | Fire Alarms | | | |
| X | Communications | x | Sanitation | | | |

**EXHIBIT C-1**

Discrepancies : _____

Staff Signature : _Bourassa_

002378

PPD 1.38