


# New Hampshire Dept. of Corrections
## 24 Hr. Unit / Area Rounds Log
### Safety and Sanitation Inspection Report

Attachment 6

Unit: Upper Housing / Industries   Date: 08/20/12

| | | | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00 | Norton / Bourassa | Round | 13 | | | | | | | | | | | | | | | | | | | | | | | |
| 01 | Norton / Bourassa | Round | | 04 | | | | | | | | | | | | | | | | | | | | | | |
| 02 | Norton / Bourassa | Count | | | 00 | | | | | | | | | | | | | | | | | | | | | |
| 03 | Norton / Remillard | Round | | | | 28 | | | | | | | | | | | | | | | | | | | | |
| 04 | Norton / Remillard | Count | | | | | 00 | | | | | | | | | | | | | | | | | | | |
| 05 | Norton / Remillard | Round | | | | | | 50 | | | | | | | | | | | | | | | | | | |
| 06 | Norton / Remillard | Round | | | | | | | 23 | | | | | | | | | | | | | | | | | |
| 07 | Masse/Pg/ Norton | Count | | | | | | | | 25 | | | | | | | | | | | | | | | | |
| 08 | Pg/ Norton round | | | | | | | | | | 62 | | | | | | | | | | | | | | | |
| 09 | Pg/ Marquis round | | | | | | | | | | | 31 | | | | | | | | | | | | | | |
| 10 | Norton Marquis round | | | | | | | | | | | | 04 | | | | | | | | | | | | | |
| 11 | Norton Heinemann Peacock, Marquis Count | | | | | | | | | | | | | 50 | | | | | | | | | | | | |
| 12 | Norton Pg/ round | | | | | | | | | | | | | | 15 | | | | | | | | | | | |
| 13 | Marquis Pg/ round | | | | | | | | | | | | | | | 12 | | | | | | | | | | |
| 14 | Norton Marquis round | | | | | | | | | | | | | | | | 07 | | | | | | | | | |
| 15 | Pelkey/ K.Bergeron Rounds | | | | | | | | | | | | | | | | | 50 | | | | | | | | |
| 16 | Pelkey/ K. Bergeron Rounds | | | | | | | | | | | | | | | | | | 50 | | | | | | | |
| 17 | Pelkey/K.Bergeron/Gauthier Count | | | | | | | | | | | | | | | | | | | 00 | | | | | | |
| 18 | K.Bergeron/Pelkey R | | | | | | | | | | | | | | | | | | | | 15 | | | | | |
| 19 | Pelkey/K.Bergeron R | | | | | | | | | | | | | | | | | | | | | 45 | | | | |
| 20 | ambut/ Pelkey transfer for K.Berg. C | | | | | | | | | | | | | | | | | | | | | | 00 | | | |
| 21 | Pelkey/ambut/K.Berg R | | | | | | | | | | | | | | | | | | | | | | | 10 | | |
| 22 | Pelkey/ambut/K.Berg R- | | | | | | | | | | | | | | | | | | | | | | | | 00 | |
| 23 | Jesson/ Ouellette CT | | | | | | | | | 293 | | | | | | | | | | | | | | | | 23 |

First Shift OIC
Second Shift OIC
Third Shift OIC

Sec. Lt.
Date: 8/20/12

## Safety and Sanitation Inspection Report

My signature below indicates that I have checked the items listed and that I have notified the OIC of any item(s) that appear to be breeches of security and/or safety hazards. In addition, I have completed Maintenance Work Orders for those items in need of repair.

| | | | | | |
|---|---|---|---|---|---|
| X | Locks | X | Floors | X | Extinguishers |
| X | Doors | X | Vents | X | Tools and Equipment |
| X | Windows | X | Screens | X | Lights |
| X | Walls | X | Fire Alarms | | |
| X | Communications | X | Sanitation | | |

**EXHIBIT C-2**

Discrepancies : _____

Staff Signature : *Cpl. C. Norton*

002379

PPD 1.38