UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**EXHIBIT E-1**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Jonathan Leite,

    Plaintiff

v.

Corrections Officers Matthew Goulet,
Elmer Van Hoesen, Michael Beaton, Lynn McLain,
Heather Marquis, Trevor Dube, Rhianne Snyder,
Eddy L'Heureux, Jeffrey Smith, Dwane Sweatt,
Yair Balderrama, Bob Morin, Ejike Esobe, and
Kathy Bergeron

    Defendants

Case No. 1:15-cv-00280-PB
Complaint
Jury Trial Requested

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT ELMER VAN HOESEN'S RESPONSES TO FIRST SET OF INTERROGATORIES

Defendant Elmer Van Hoesen hereby responds as follows to the first set of interrogatories propounded upon him in this matter by plaintiff Jonathan Leite.

1. Please fully describe your employment history since graduation from high school, identifying for each employer the name and address of the employer, your dates of employment with the employer, the title of each position that you held with the employer (stating the dates you held the position), the name and address and job title of each supervisor to whom you reported (stating the dates you reported to the supervisor), and your rates of pay for all dates of employment with the employer.

**The defendant objects to this interrogatory as irrelevant and disproportional insofar as it requests information as to: the defendant's employment history prior to employment by the New Hampshire Department of Corrections; the address of any of the defendant's supervisors at any time; or the defendant's rate of pay at any time. Subject to and without waiver of these objections, the defendant states: from approximately 1991 to 1992, I was employed the New Hampshire Department of Corrections ("DOC") as a corrections officer at the New Hampshire State Prison ("NHSP"); my supervisor was Sergeant Welch. Later in 1992, I was transferred to the then-Lakes Region Correctional Facility; I do not recall the name of my supervisor(s) there. In 2000, I was transferred to the Northern New**

1

4. Did your employment responsibilities on August 24, 2012, include walking through "F Block" at NNHCF? If your answer is anything other than an unequivocal no, please state and/or identify the times during which you were scheduled to walk through "F Block" on August 24, 2012, the times during which you walked through "F Block" on August 24, 2012, and all documents relating to your scheduled and actual walk-throughs of "F Block" on August 24, 2012.

**Yes. As the assistant shift commander for the first shift on August 24, 2012, I was involved in a count of the inmates in the facility which was conducted at or around 7:05 a.m. At around 8 a.m., I made rounds of the interior of the facility, which do not occur at any set time. I refer to the documents produced as**

5. Did your employment responsibilities on August 24, 2012, include monitoring "F Block" at the Northern New Hampshire Correctional Facility by video? If your answer is anything other than an unequivocal no, please state and/or identify the times during which you were scheduled to be monitoring "F Block" by video on August 24, 2012, the times during which you monitored "F Block" by video on August 24, 2012, and all documents relating to your scheduled and actual monitoring of "F Block" by video on August 24, 2012.

**No.**

6. Please identify the name, address, dates of employment at NNHCF, and job title for all dates of employment of each employee who bore responsibility to assign employees to walk through "F Block" and/or to monitor "F Block" by video on August 24, 2012, identifying the substance of the assignments that the employee made to NNHCF personnel to walk-through "F Block" and/or to monitor "F Block" by video on August 24, 2012, and all documents relating to and/or evidencing such assignments.

**The defendant objects to this interrogatory as irrelevant and disproportional insofar as it requests the "job title for all dates of each employee who bore responsibility to assign employees" to the specified tasks on August 24, 2012. Subject to and without waiver of this objection, the defendant refers to the documents produced as**

3

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2016 at Gorham, New Hampshire.

*Elmer Van Hoesen*
Elmer Van Hoesen

As to objections:

JOSEPH A. FOSTER
ATTORNEY GENERAL

Date: March ___, 2016

_____
Kenneth A. Sansone
N.H. Bar No. 18532
Attorney
Civil Bureau
33 Capitol Street
Concord, NH 03301-6397
(603) 271-3650
kenneth.sansone@doj.nh.gov

9