
EXHIBIT J-1

Name: Jonathan Leite
Date of Birth: 11/14/83

| # Date | Findings (Subjective and Objective) | Plan of Care |
|---|---|---|
| 8-24-12 1710 | (cont). Muscles to both legs are spasming. VS continued & they remain O2 Sat 99% via NB @ 15L (P) 60 (R) 16 BP 110/60. | Donna Edwards RN |
| 1730 | EMS arrived on scene, sprayed Narcan into one nostril and they prepared him for transport. I/M is more active at this time | Donna Edwards RN |
| 1745 | Call placed to AVH ER c̄ report to RN Karen | Donna Edwards RN |
| 1825 | Call placed to Dr Esposito of transport. | Donna Edwards RN |
| 2100 8/24/12 | Call placed to AVH ER to get update. ER reports that I/M is in and out of responsiveness. Unable to communicate I/M has fx. skull and very bruised ankle but not fx. I/M does have hemorrage from fx. and will be airlifted by DART to DHMC to ER. | Will continue to call for updates. Angela Kelley RN |
| 8-28-12 2100 | Recieved call earlier this evening from this I/M's case manager @ DHMC Re: I/M Leite. This manager reports that I/M Leite was ambulating approx. 100 ft. c̄ 2 assists and gait belt. I/M experiencing delayed speech process, having difficulty multi tasking. Will require long rehab process. DHMC will be calling J. Baker FNP on 8-30-12 to update. | Will continue c̄ updates. George Cairnear RN |

# Progress Notes

**Name:** Jonathan Leite
**Date of Birth:** 11/4/83

| # Date | Findings (Subjective and Objective) | Plan of Care |
|---|---|---|
| 3/23/12 2000 | Asked I/M if he has any allergies. States he does not have any allergies that he knows of. | Cynthia Larochelle |
| 4/4/12 0900 | No show for IPE. | Jul Baker FNP |
| 5/2/12 1000 | No show for IPE (2nd app't). | Jul Baker FNP |
| 8-24-12 1710 | Called to F Block for Med Emergency. Upon entering the block Sgt Sweatt stated he found this I/M in his bed unresponsive. I/M had pieces of blood in his sputum. I/M had both eyes closed but is able to respond whenever he is nudged or spoken to loudly. I/M's eyes are pinpoint. P 60, BP 100/60, O₂ Sat 73% RA, O₂ applied at 15 liter via nonrebreather mask. O₂ Sat @ 99%. I/M's arms are flaccid and he keeps moving his hands to his face. I asked the I/M if I was security and he shook his head no, and when I asked if I was a nurse he shook his head yes. I asked if he took something he wasn't ordered and he shook his head yes. No open areas, no abrasions or signs of assault. Both feet were ashen and cold to the touch (cont) —Donna Edwards RN | ① Send to AVH for eval. Addendum: Sgt Sweatt stated I/M's clothes on his bed were soiled c̄ feces & urine. |