

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*****************************************

| | |
|---|---|
| Jonathan Leite, | * |
|     Plaintiff | * |
| | * |
| v. | *   Civil No. 15-cv-00280-PB |
| | * |
| Matthew Goulet *et al.*, | * |
|     Defendants | * |

*****************************************

### AFFIDAVIT OF MICHAEL BEATON

I, Michael Beaton, upon oath do hereby depose and state as follows:

1.      I am presently employed by the New Hampshire Department of Corrections at the Northern New Hampshire Correctional Facility ("NCF").  I make this affidavit based on my personal knowledge.

2.      My job responsibilities at NCF on August 24, 2012 did not involve conducting rounds or counts on F-block. I did not participate in any rounds or counts on F-block on that day.

3.      At no point on August 24, 2012 did I view any video footage of the F-block housing unit that caused me any concern for the safety of the inmates within that unit.

4.      At no point on or prior to August 24, 2012 was I informed by an inmate Leite or any other individual that Leite or any other individual was at risk of an assault or any other harm.

5.      I also did not work in the NCF visiting room on August 24, 2012, and, therefore, I did not participate in post-visit searches of inmates on that date.

6.      I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:      October 12, 2017                    ___s/ Michael Beaton_____
                                                                      Michael Beaton