UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************

| | |
|---|---|
| Jonathan Leite, <br>     Plaintiff | * <br> * <br> * |
| v. | *     Civil No. 15-cv-00280-PB <br> * |
| Matthew Goulet *et al.*, <br>     Defendants | * <br> * <br> * |

*******************************************

EXHIBIT R

## **AFFIDAVIT OF RHIANNE SNYDER**

I, Rhianne Snyder, upon oath do hereby depose and state as follows:

1. I work for the New Hampshire Department of Corrections at the Northern New Hampshire Correctional Facility ("NCF"). I make this affidavit based on my personal knowledge.

2. My job responsibilities at NCF on August 24, 2012 involved conducting rounds of F-block on first shift, which runs from 7:00 am to 3:00 pm. I conducted my last round of the upper housing unit, which includes F-block, at 2:15 pm. *See* Rounds Log attached to Affidavit of Jeffrey Smith as Exhibit B-7.

3. I did not work the NCF visiting room on August 24, 2012 and, therefore, I did not participate in, nor was I in close proximity to, any post-visit searches of inmates on that date.

4. My job responsibilities on August 24, 2012 did not involve monitoring video of F-block, and to my knowledge, I did not view any video of F-block on August 24, 2012.

5. At no point on or prior to August 24, 2012 was I informed by Mr. Leite or any other individual that Mr. Liete, or any other inmate on F-block, was at risk of an assault or any other harm and that such harm would befall them on August 24.

1

6. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: October 12, 2017     __s/Rhianne Snyder_____
    Rhianne Snyder