```
                              Volume: 1
                              Pages: 1-18
                              Exhibits: None
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

**EXHIBIT S**

Case No. 15-CV-00280-PB

- - - - - - - - - - - - - - - - - - - - - - - x

JONATHAN LEITE,

              Plaintiff,

   v.

MATTHEW GOULET, et al.,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - x

DEPOSITION OF YVON POULIN

September 20, 2017

11:12 a.m. to 11:30 a.m.

NORTHERN NH CORRECTIONAL FACILITY

138 East Milan Road

Berlin, New Hampshire

Reporter: Celeste A. Quimby, LCR No. 17

Page 2

1　　　　　　　　I N D E X
2
3　WITNESS:　　　Yvon Poulin
4
5　EXAMINATION:　　　　　　　　　　　　　　　　Page
6　　　　By Mr. King　　　　　　　　　　　　　　4
7
8
9
10　EXHIBITS FOR IDENTIFICATION:
11　　　　None.
12
13
14
15
16
17
18
19
20
21
22
23

Page 3

1　A P P E A R A N C E S
2　For the Plaintiff:
3　　　　DOUGLAS, LEONARD & GARVEY, P.C.
　　　　By: Benjamin T. King, Esq.
4　　　　　　Megan E. Douglass, Esq.
　　　　14 South Street, Suite 5
5　　　　Concord, NH  03301
　　　　(603) 224-1988
6　　　　benjamin@nhlawoffice.com
　　　　mdouglass@nhlawoffice.com
7
　For the Defendants:
8
　　　　NEW HAMPSHIRE DEPARTMENT OF JUSTICE
9　　　　OFFICE OF THE ATTORNEY GENERAL
　　　　By: Lynmarie C. Cusack, Esq.
10　　　　　Francis K. Fredericks Jr., Esq.
　　　　33 Capitol Street
11　　　　Concord, NH  03301
　　　　(603) 271-3658
12　　　　lynmarie.cusack@doj.nh.gov
　　　　francis.fredericksjr@doj.nh.gov
13
14
　　　　　　　　　STIPULATIONS
15
　　　　It is agreed that the deposition shall be
16　taken in the first instance in stenotype and when
　transcribed may be used for all purposes for which
17　depositions are competent under the Federal Rules
　of Civil Procedure.
18
　　　　Notice, filing, caption, and all other
19　formalities are waived.  All objections except as
　to form are reserved until the time of trial.
20
　　　　It is further agreed that if the deposition
21　is not signed within thirty (30) days after
　submission to counsel, the signature of the
22　deponent is waived.
23

Page 4

1　　YVON POULIN
2　　having been duly sworn by the reporter,
3　　was deposed and testified as follows:
4　　**EXAMINATION**
5　　**BY MR. KING:**
6　Q.　Please state your name for the record.
7　A.　**Yvon Poulin.**
8　Q.　Could you spell that for the court
9　　reporter?
10　A.　**Yes.  Y-v-o-n, P-o-u-l-i-n.**
11　Q.　You are employed here at the Northern New
12　　Hampshire Correctional Facility?
13　A.　**Yes.**
14　Q.　How long have you been employed here?
15　A.　**I'm on my 18th year.**
16　Q.　So since 1999?
17　A.　**Yeah, when they opened.**
18　Q.　What is your current title?
19　A.　**Electronics technician/locksmith.**
20　Q.　What was your title on August 24, 2012?
21　A.　**Same thing.**
22　Q.　For how long have you held the title of
23　　electronics technician/locksmith?

Page 5

1　A.　**18 years, since day one.**
2　Q.　Have your job responsibilities changed
3　　in any respect over the course of your career?
4　A.　**Pretty much the same thing.**
5　Q.　Tell me as of August 24th, 2012, what
6　　your daily job responsibilities entailed as an
7　　electronics technician.
8　A.　**Everything in the facility or just video?**
9　Q.　Fair enough.  Tell me what your job
10　　responsibilities entailed with respect to video
11　　monitoring of inmates.
12　A.　**All I do is I make sure everything runs.**
13　　**I install it, program it, make sure it works.  I**
14　　**check it on a daily basis.**
15　Q.　Do you play any role in preserving video
16　　footage?
17　A.　**No.  It does that.  Only if the machine**
18　　**goes down, that's the only thing I do, repair it.**
19　Q.　Back in August of 2012, what happened to
20　　video footage after it was taken?
21　A.　**I don't know what they did with it.  I'm**
22　　**not charged with what's recorded or downloaded.**
23　Q.　Back in August of 2012, who was in charge

Page 6

1  of what was recorded or downloaded?
2  A.  I think Investigations takes care of
3  that.
4  Q.  Okay.  Would you ever receive
5  instructions from personnel in Investigations or
6  someone such as a shift commander to preserve
7  certain video footage?
8  A.  No.  They usually know how to do it.  I
9  teach them right at the beginning and whoever does
10  it from there.
11  Q.  Okay.  I'm going to represent to you that
12  we have an incident report from a shift commander
13  on duty on August 24th, 2012, where the shift
14  commander writes that he reviewed video evidence
15  of Jonathan Leite leaning over his bunk and
16  vomiting onto the floor.  I will further represent
17  to you that that video footage described in the
18  incident report has not been produced and is
19  apparently lost.  How would that happen?
20  A.  On my end, I have no idea.
21      MR. FREDERICKS: Objection.  Go ahead.
22  A.  On my end, I have no idea.  The video --
23  the DVR didn't lose it, because nothing would be

Page 7

1  erased.  The only thing I can do to a DVR is wipe
2  out the hard drive.
3  Q.  All right.  Would you be able at this
4  point in time to recapture and produce all the
5  video footage of activities on F block on August
6  24th, 2012?
7  A.  On -- my DVRs can't go back that far.
8  They got about 15 days or so.
9  Q.  Back in 2012 was that the case, a
10  15-day --
11  A.  Approximate, yeah.
12  Q.  -- life?
13  A.  And it's always different because it's
14  all motion controlled, motion sensors.  So you
15  always get a day or two difference.
16      MR. FREDERICKS: Let him finish the full
17  question.
18      THE WITNESS: Um-hum.
19      MR. FREDERICKS: Just for the record to
20  be clear.
21  Q.  BY MR. KING:  Okay.  Back in August and
22  September of 2012, if video footage of F block
23  were not downloaded within approximately 15 days

Page 8

1  of August 24th, 2012, what would have happened to
2  the video footage?
3  A.  It gets rewritten over with new video.
4  Q.  So it's lost?
5  A.  Lost, yup.
6  Q.  Back in August or September of 2012, did
7  anyone here at the Northern New Hampshire
8  Correctional Facility communicate with you
9  regarding preserving video footage of F block
10  taken on August 24th, 2012?
11  A.  I don't recall anything like that
12  happening.
13  Q.  Back in August and September of 2012, who
14  had access to the video footage taken of F block
15  on August 24th, 2012, within the 15-day period
16  following August 24th, 2012?
17  A.  I honestly don't know who they bring in
18  there with them, who gets the key.  I'm not sure
19  how that works.
20  Q.  Okay.  Back in August and September of
21  2012, did persons employed as shift commanders
22  here at the correctional facility know that video
23  footage would be lost if it were not downloaded

Page 9

1  within 15 days?
2      MR. FREDERICKS: Objection to form.  Go
3  ahead.
4  A.  Well, some do.  Some don't.  I'm not sure
5  a hundred percent who knows and who doesn't know.
6  Q.  Certainly.  Do you know who Jeffrey Smith
7  is?
8  A.  Yes.
9  Q.  And back on August 24th, 2012, Jeffrey
10  Smith was employed as a sergeant here, right?
11  A.  I'm -- I think, yeah.  I don't know if he
12  was a sergeant, but I know he was...
13  Q.  Do you know whether Sergeant Smith on
14  August 24th, 2012, would have known that if he did
15  not download video footage of an incident within
16  15 days of that incident occurring, that the video
17  footage would be lost?
18  A.  I have no idea if he knew or not.
19  Q.  On August 24th, 2012, or at any time
20  preceding that, did you communicate with Northern
21  New Hampshire Correctional Facility personnel that
22  video footage would be lost if it were not
23  downloaded within 15 days?

Page 10

1 A. No, I didn't tell -- didn't publicize
2 that at all.
3 Q. Why not?
4 A. I just -- people who are at the DVR, I
5 tell them how long it lasts, that's it.
6 Q. Who would you tell how long it lasts?
7 A. Anybody at the time that's at the DVR, if
8 they're wondering, if they ask me, I let them
9 know.
10 Q. So if correctional facility personnel
11 wanted to review video on August 24th, 2012, would
12 they have needed to come to you for assistance?
13 A. Nope, not at all.
14 Q. Why not?
15 A. They know how to run it. They know how
16 to download video.
17 Q. How do they know?
18 A. I taught them in the very beginning, and
19 from there it's fairly straightforward.
20 Q. So you're telling me that you taught
21 personnel how to download video, but you never
22 told them that the video footage would be lost if
23 they didn't download it within 15 days?

Page 11

1    MR. FREDERICKS: Objection to form. You
2 can answer.
3 A. Just people -- people that are in the
4 video room at the time, if they're wondering, you
5 know, I tell them -- I show them how to use it. I
6 said you've got somewhere around 15 days. Who
7 they tell after that, I have no idea.
8 Q. Back on August 24th, 2012, was that
9 reduced to writing in any Northern New Hampshire
10 Correctional Facility document that video footage
11 would be lost if it weren't downloaded within 15
12 days?
13    MR. FREDERICKS: Objection.
14 A. I don't know if they wrote it down
15 anywhere. I have no idea. Nothing that I wrote.
16 Q. As of August 24th, 2012, who besides you
17 associated with the Northern New Hampshire
18 Correctional Facility would have known that video
19 footage would be lost if it were not downloaded
20 within 15 days?
21    MR. FREDERICKS: Objection to form.
22 A. I don't know how many people would know.
23 I'm sure by word of mouth.

Page 12

1 Q. Back on August 24th, 2012, what types of
2 employees associated with the Northern New
3 Hampshire Correctional Facility had the training
4 on how to download video?
5 A. That, I would not know. They do their
6 own thing. Who they show, who they train, I have
7 no idea. I just maintain it.
8 Q. All right. Who administered such
9 training back on August 24th, 2012?
10    MR. FREDERICKS: Objection to form.
11 A. I'm not sure who would have done it.
12 Q. Had you ever trained anyone on how to
13 download video here?
14 A. Just when I installed it, I showed them
15 how to use it, and then they probably showed other
16 people. But that's all I do.
17 Q. When did you install it?
18 A. That was installed in I want to say '08
19 or '09, somewhere around there.
20 Q. All right. Do you remember ever telling
21 Jeffrey Smith on August 24th, 2012, or any time --
22 strike that.
23    Do you remember telling Sergeant Smith at

Page 13

1 any time before September 10th, 2012, that video
2 footage had to be downloaded within 15 days?
3 A. I don't recall. Don't remember.
4 Q. Have you ever had any communications with
5 an investigator by the name of Timothy Coulombe
6 with regard to preservation of video evidence?
7 A. He would have been one of the ones I
8 would have trained.
9 Q. So would you have told Investigator
10 Coulombe that if the video footage weren't
11 downloaded within 15 days, it would be lost?
12 A. I don't know if I told him directly.
13 It's too long ago for me.
14 Q. When would you have trained him?
15 A. When it was installed back in '08, '09.
16 Q. All right. Have you ever participated
17 in any communications with a Detective Michael
18 Cote with regards to the preservation of video
19 evidence?
20 A. No.
21 Q. You told me a few moments ago that Tim
22 Coulombe would have been one of the persons whom
23 you trained on the video, right?

Page 14

1  A. Um-hum.
2  Q. Yes?
3  A. Yeah.
4     MR. FREDERICKS: You have to answer.
5  A. It would be, right.
6  Q. Do you recall whether you trained Jeffrey
7  Smith?
8  A. No, I didn't.
9  Q. Do you know who trained Jeffrey Smith?
10 A. No idea.
11 Q. Has there ever been an instance that you
12 can recall in your capacity as the electronics
13 technician here where some personnel associated
14 with the Northern New Hampshire Correctional
15 Facility has instructed you to preserve video
16 evidence?
17 A. I'm not in charge of that. I never
18 download anything.
19 Q. All right. Would Scott Lambertson have
20 been one of the persons whom you trained on the
21 video?
22 A. I don't recall training him, no.
23 Q. Okay. Have you had any -- did you have

Page 15

1  any communications at any time with Scott
2  Lambertson when he was the chief security officer
3  here with regard to the preservation of video
4  evidence?
5  A. I couldn't recall. I don't remember.
6     MR. KING: Okay. Thank you. I don't
7  have anything further.
8     THE WITNESS: Okay.
9     MR. FREDERICKS: Okay. We're all set.
10    (Deposition concluded at 11:30 a.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 16

1       CERTIFICATE OF WITNESS
2
3  I, Yvon Poulin, have read the foregoing
4  transcript of deposition taken on Wednesday,
5  September 20, 2017, at the Northern NH
6  Correctional Facility, Berlin, New Hampshire, and
7  do hereby swear/affirm it is an accurate and
8  complete record of my testimony given under oath
9  in the matter of Leite v. Goulet, et al.,
10 including any and all corrections that may appear
11 on those pages denoted as "Corrections."
12
13 _____
14    Yvon Poulin
15 STATE OF _____
16 COUNTY OF _____
17
18 Subscribed and sworn to before me this _____ day
19 of _____, 2017.
20
21 _____
22    Notary Public_____J.P._____
23    My Commission Expires:_____

Page 17

1       CORRECTION AND SIGNATURE PAGE
2       **DEPOSITION:** Yvon Poulin
3       **DATE OF DEPOSITION:** September 20, 2017
4  PAGE LINE    NOW READS         SHOULD READ
5  ___ ___ _____ _____
6  ___ ___ _____ _____
7  ___ ___ _____ _____
8  ___ ___ _____ _____
9  ___ ___ _____ _____
10 ___ ___ _____ _____
11 ___ ___ _____ _____
12 ___ ___ _____ _____
13 ___ ___ _____ _____
14 ___ ___ _____ _____
15 ___ ___ _____ _____
16 ___ ___ _____ _____
17 ___ ___ _____ _____
18 ___ ___ _____ _____
19
20 Dated this _____ day of _____, 2017.
21
22 _____
23    Yvon Poulin

```
 1              C E R T I F I C A T E
 2      I, Celeste A. Quimby, a Licensed Court
 3  Reporter of the State of New Hampshire, do hereby
 4  certify that the foregoing is a true and accurate
 5  transcript of my stenographic notes of the
 6  deposition of Yvon Poulin, who was first duly
 7  sworn, taken at the place and on the date
 8  hereinbefore set forth.
 9      I further certify that I am neither attorney
10  nor counsel for, nor related to or employed by any
11  of the parties to the action in which this
12  deposition was taken, and further that I am not a
13  relative or employee of any attorney or counsel
14  employed in this case, nor am I financially
15  interested in this action.
16      THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT
17  DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY
18  ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
19  DIRECTION OF THE CERTIFYING REPORTER.
20
21
22
23              CELESTE A. QUIMBY, LCR No. 17
```

## A

**able (1)**
　7:3
**access (1)**
　8:14
**accurate (1)**
　16:7
**activities (1)**
　7:5
**administered (1)**
　12:8
**ago (2)**
　13:13,21
**ahead (2)**
　6:21;9:3
**al (1)**
　16:9
**always (2)**
　7:13,15
**apparently (1)**
　6:19
**appear (1)**
　16:10
**Approximate (1)**
　7:11
**approximately (1)**
　7:23
**around (2)**
　11:6;12:19
**assistance (1)**
　10:12
**associated (3)**
　11:17;12:2;14:13
**August (23)**
　4:20;5:5,19,23;6:13;7:5,
　21;8:1,6,10,13,15,16,20;9:9,
　14,19;10:11;11:8,16;12:1,9,
　21

## B

**Back (13)**
　5:19,23;7:7,9,21;8:6,13,
　20;9:9;11:8;12:1,9;13:15
**basis (1)**
　5:14
**beginning (2)**
　6:9;10:18
**Berlin (1)**
　16:6
**besides (1)**
　11:16
**block (4)**
　7:5,22;8:9,14
**bring (1)**
　8:17
**bunk (1)**
　6:15

## C

**can (3)**
　7:1;11:2;14:12
**capacity (1)**
　14:12
**care (1)**
　6:2
**career (1)**
　5:3
**case (1)**
　7:9
**certain (1)**
　6:7
**Certainly (1)**
　9:6
**CERTIFICATE (1)**
　16:1
**changed (1)**
　5:2
**charge (2)**
　5:23;14:17
**charged (1)**
　5:22
**check (1)**
　5:14
**chief (1)**
　15:2
**clear (1)**
　7:20
**commander (3)**
　6:6,12,14
**commanders (1)**
　8:21
**Commission (1)**
　16:23
**communicate (2)**
　8:8;9:20
**communications (3)**
　13:4,17;15:1
**complete (1)**
　16:8
**concluded (1)**
　15:10
**controlled (1)**
　7:14
**CORRECTION (1)**
　17:1
**Correctional (10)**
　4:12;8:8,22;9:21;10:10;
　11:10,18;12:3;14:14;16:6
**corrections (2)**
　16:10,11
**Cote (1)**
　13:18
**Coulombe (3)**
　13:5,10,22
**COUNTY (1)**
　16:16
**course (1)**
　5:3
**court (1)**
　4:8
**current (1)**
　4:18

## D

**daily (2)**
　5:6,14
**DATE (1)**
　17:3
**Dated (1)**
　17:20
**day (4)**
　5:1;7:15;16:18;17:20
**days (11)**
　7:8,23;9:1,16,23;10:23;
　11:6,12,20;13:2,11
**denoted (1)**
　16:11
**deposed (1)**
　4:3
**Deposition (4)**
　15:10;16:4;17:2,3
**described (1)**
　6:17
**Detective (1)**
　13:17
**difference (1)**
　7:15
**different (1)**
　7:13
**directly (1)**
　13:12
**document (1)**
　11:10
**done (1)**
　12:11
**down (2)**
　5:18;11:14
**download (7)**
　9:15;10:16,21,23;12:4,13;
　14:18
**downloaded (9)**
　5:22;6:1;7:23;8:23;9:23;
　11:11,19;13:2,11
**drive (1)**
　7:2
**duly (1)**
　4:2
**duty (1)**
　6:13
**DVR (4)**
　6:23;7:1;10:4,7
**DVRs (1)**
　7:7

## E

**Electronics (4)**
　4:19,23;5:7;14:12
**employed (4)**
　4:11,14;8:21;9:10
**employees (1)**
　12:2
**end (2)**
　6:20,22
**enough (1)**
　5:9
**entailed (2)**
　5:6,10
**erased (1)**
　7:1
**et (1)**
　16:9
**evidence (5)**
　6:14;13:6,19;14:16;15:4
**EXAMINATION (1)**
　4:4
**Expires_ (1)**
　16:23

## F

**Facility (11)**
　4:12;5:8;8:8,22;9:21;
　10:10;11:10,18;12:3;14:15;
　16:6
**Fair (1)**
　5:9
**fairly (1)**
　10:19
**far (1)**
　7:7
**few (1)**
　13:21
**finish (1)**
　7:16
**floor (1)**
　6:16
**following (1)**
　8:16
**follows (1)**
　4:3
**footage (18)**
　5:16,20;6:7,17;7:5,22;8:2,
　9,14,23;9:15,17,22;10:22;
　11:10,19;13:2,10
**foregoing (1)**
　16:3
**form (4)**
　9:2;11:1,21;12:10
**FREDERICKS (10)**
　6:21;7:16,19;9:2;11:1,13,
　21;12:10;14:4;15:9
**full (1)**
　7:16
**further (2)**
　6:16;15:7

## G

**gets (2)**
　8:3,18
**given (1)**
　16:8
**goes (1)**
　5:18
**Goulet (1)**
　16:9

4:5;7:21;15:6

12:2;14:14;16:6

4:1,7;16:3,14;17:2,23

**H**

**Hampshire (8)**
  4:12;8:7;9:21;11:9,17;
  12:3;14:14;16:6
**happen (1)**
  6:19
**happened (2)**
  5:19;8:1
**happening (1)**
  8:12
**hard (1)**
  7:2
**held (1)**
  4:22
**hereby (1)**
  16:7
**honestly (1)**
  8:17
**hundred (1)**
  9:5

**I**

**idea (7)**
  6:20,22;9:18;11:7,15;
  12:7;14:10
**incident (4)**
  6:12,18;9:15,16
**including (1)**
  16:10
**inmates (1)**
  5:11
**install (2)**
  5:13;12:17
**installed (3)**
  12:14,18;13:15
**instance (1)**
  14:11
**instructed (1)**
  14:15
**instructions (1)**
  6:5
**Investigations (2)**
  6:2,5
**investigator (2)**
  13:5,9

**J**

**Jeffrey (5)**
  9:6,9;12:21;14:6,9
**job (3)**
  5:2,6,9
**Jonathan (1)**
  6:15

**K**

**key (1)**
  8:18
**KING (3)**

**knew (1)**
  9:18
**known (2)**
  9:14;11:18
**knows (1)**
  9:5

**L**

**Lambertson (2)**
  14:19;15:2
**lasts (2)**
  10:5,6
**leaning (1)**
  6:15
**Leite (2)**
  6:15;16:9
**life (1)**
  7:12
**LINE (1)**
  17:4
**long (5)**
  4:14,22;10:5,6;13:13
**lose (1)**
  6:23
**lost (10)**
  6:19;8:4,5,23;9:17,22;
  10:22;11:11,19;13:11

**M**

**machine (1)**
  5:17
**maintain (1)**
  12:7
**many (1)**
  11:22
**matter (1)**
  16:9
**may (1)**
  16:10
**Michael (1)**
  13:17
**moments (1)**
  13:21
**monitoring (1)**
  5:11
**motion (2)**
  7:14,14
**mouth (1)**
  11:23
**much (1)**
  5:4

**N**

**name (2)**
  4:6;13:5
**needed (1)**
  10:12
**New (9)**
  4:11;8:3,7;9:21;11:9,17;

**NH (1)**
  16:5
**Nope (1)**
  10:13
**Northern (8)**
  4:11;8:7;9:20;11:9,17;
  12:2;14:14;16:5
**Notary (1)**
  16:22

**O**

**oath (1)**
  16:8
**Objection (6)**
  6:21;9:2;11:1,13,21;12:10
**occurring (1)**
  9:16
**officer (1)**
  15:2
**one (4)**
  5:1;13:7,22;14:20
**ones (1)**
  13:7
**Only (3)**
  5:17,18;7:1
**onto (1)**
  6:16
**opened (1)**
  4:17
**out (1)**
  7:2
**over (3)**
  5:3;6:15;8:3
**own (1)**
  12:6

**P**

**PAGE (2)**
  17:1,4
**pages (1)**
  16:11
**participated (1)**
  13:16
**people (5)**
  10:4;11:3,3,22;12:16
**percent (1)**
  9:5
**period (1)**
  8:15
**personnel (5)**
  6:5;9:21;10:10,21;14:13
**persons (3)**
  8:21;13:22;14:20
**play (1)**
  5:15
**Please (1)**
  4:6
**point (1)**
  7:4
**POULIN (6)**
  4:1,7;16:3,14;17:2,23
**P-o-u-l-i-n (1)**
  4:10
**preceding (1)**
  9:20
**preservation (3)**
  13:6,18;15:3
**preserve (2)**
  6:6;14:15
**preserving (2)**
  5:15;8:9
**Pretty (1)**
  5:4
**probably (1)**
  12:15
**produce (1)**
  7:4
**produced (1)**
  6:18
**program (1)**
  5:13
**Public_JP_ (1)**
  16:22
**publicize (1)**
  10:1

**R**

**read (2)**
  16:3;17:4
**READS (1)**
  17:4
**recall (6)**
  8:11;13:3;14:6,12,22;15:5
**recapture (1)**
  7:4
**receive (1)**
  6:4
**record (3)**
  4:6;7:19;16:8
**recorded (2)**
  5:22;6:1
**reduced (1)**
  11:9
**regard (2)**
  13:6;15:3
**regarding (1)**
  8:9
**regards (1)**
  13:18
**remember (4)**
  12:20,23;13:3;15:5
**repair (1)**
  5:18
**report (2)**
  6:12,18
**reporter (2)**
  4:2,9
**represent (2)**
  6:11,16
**respect (2)**
  5:3,10
**responsibilities (3)**

5:2,6,10
**review (1)**
10:11
**reviewed (1)**
6:14
**rewritten (1)**
8:3
**right (9)**
6:9;7:3;9:10;12:8,20;
13:16,23;14:5,19
**role (1)**
5:15
**room (1)**
11:4
**run (1)**
10:15
**runs (1)**
5:12

**S**

**Same (2)**
4:21;5:4
**Scott (2)**
14:19;15:1
**security (1)**
15:2
**sensors (1)**
7:14
**September (7)**
7:22;8:6,13,20;13:1;16:5;
17:3
**sergeant (4)**
9:10,12,13;12:23
**set (1)**
15:9
**shift (4)**
6:6,12,13;8:21
**show (2)**
11:5;12:6
**showed (2)**
12:14,15
**SIGNATURE (1)**
17:1
**Smith (7)**
9:6,10,13;12:21,23;14:7,9
**someone (1)**
6:6
**somewhere (2)**
11:6;12:19
**spell (1)**
4:8
**state (2)**
4:6;16:15
**straightforward (1)**
10:19
**strike (1)**
12:22
**Subscribed (1)**
16:18
**sure (6)**
5:12,13;8:18;9:4;11:23;
12:11

**swear/affirm (1)**
16:7
**sworn (2)**
4:2;16:18

**T**

**taught (2)**
10:18,20
**teach (1)**
6:9
**technician (2)**
5:7;14:13
**technician/locksmith (2)**
4:19,23
**telling (3)**
10:20;12:20,23
**testified (1)**
4:3
**testimony (1)**
16:8
**Tim (1)**
13:21
**Timothy (1)**
13:5
**title (3)**
4:18,20,22
**told (4)**
10:22;13:9,12,21
**train (1)**
12:6
**trained (7)**
12:12;13:8,14,23;14:6,9,
20
**training (3)**
12:3,9;14:22
**transcript (1)**
16:4
**two (1)**
7:15
**types (1)**
12:1

**U**

**Um-hum (2)**
7:18;14:1
**under (1)**
16:8
**use (2)**
11:5;12:15
**usually (1)**
6:8

**V**

**video (35)**
5:8,10,15,20;6:7,14,17,22;
7:5,22;8:2,3,9,14,22;9:15,
16,22;10:11,16,21,22;11:4,
10,18;12:4,13;13:1,6,10,18,
23;14:15,21;15:3
**vomiting (1)**

6:16

**W**

**Wednesday (1)**
16:4
**weren't (2)**
11:11;13:10
**what's (1)**
5:22
**wipe (1)**
7:1
**within (10)**
7:23;8:15;9:1,15,23;
10:23;11:11,20;13:2,11
**WITNESS (3)**
7:18;15:8;16:1
**wondering (2)**
10:8;11:4
**word (1)**
11:23
**works (2)**
5:13;8:19
**writes (1)**
6:14
**writing (1)**
11:9
**wrote (2)**
11:14,15

**Y**

**year (1)**
4:15
**years (1)**
5:1
**yup (1)**
8:5
**YVON (6)**
4:1,7;16:3,14;17:2,23
**Y-v-o-n (1)**
4:10

**0**

**08 (2)**
12:18;13:15
**09 (2)**
12:19;13:15

**1**

**10th (1)**
13:1
**11:30 (1)**
15:10
**15 (11)**
7:8,23;9:1,16,23;10:23;
11:6,11,20;13:2,11
**15-day (2)**
7:10;8:15
**18 (1)**
5:1

**18th (1)**
4:15
**1999 (1)**
4:16

**2**

**20 (2)**
16:5;17:3
**2012 (25)**
4:20;5:5,19,23;6:13;7:6,9,
22;8:1,6,10,13,15,16,21;9:9,
14,19;10:11;11:8,16;12:1,9,
21;13:1
**2017 (4)**
16:5,19;17:3,20
**24 (1)**
4:20
**24th (16)**
5:5;6:13;7:6;8:1,10,15,16;
9:9,14,19;10:11;11:8,16;
12:1,9,21