```
                          Volume: 1
                          Pages: 1-11
                          Exhibits: 1-2
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Case No. 15-CV-00280-PB

- - - - - - - - - - - - - - - - - - - - - - - - x

JONATHAN LEITE,

    Plaintiff,

v.

MATTHEW GOULET, et al.,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - x

DEPOSITION OF EDDY L'HEUREUX

August 30, 2017

1:50 p.m. to 1:57 p.m.

NORTHERN NH CORRECTIONAL FACILITY

138 East Milan Road

Berlin, New Hampshire

Reporter: Celeste A. Quimby, LCR No. 17

## Page 2

```
                    I N D E X

WITNESS:         Eddy L'Heureux

EXAMINATION:                              Page
      By Mr. King                            4


EXHIBITS FOR IDENTIFICATION:
L'Heureux         Description            Page
Exhibit 1    Eddy L'Heureux Answers to      4
             Interrogatories
Exhibit 2    8/24/12 Safety and Sanitation  6
             Inspection Report
```

(Exhibits scanned/e-mailed to counsel; originals returned to Mr. King.)

## Page 3

```
A P P E A R A N C E S

For the Plaintiff:

     DOUGLAS, LEONARD & GARVEY, P.C.
     By: Benjamin T. King, Esq.
     14 South Street, Suite 5
     Concord, NH  03301
     (603) 224-1988
     benjamin@nhlawoffice.com
     mdouglass@nhlawoffice.com

For the Defendant:

     NEW HAMPSHIRE DEPARTMENT OF JUSTICE
     OFFICE OF THE ATTORNEY GENERAL
     By: Lynmarie C. Cusack, Esq.
         Francis K. Fredericks Jr., Esq.
     33 Capitol Street
     Concord, NH  03301
     (603) 271-3658
     lynmarie.cusack@doj.nh.gov
     francis.fredericksjr@doj.nh.gov


               STIPULATIONS
```

It is agreed that the deposition shall be taken in the first instance in stenotype and when transcribed may be used for all purposes for which depositions are competent under the Federal Rules of Civil Procedure.

Notice, filing, caption, and all other formalities are waived. All objections except as to form are reserved until the time of trial.

It is further agreed that if the deposition is not signed within thirty (30) days after submission to counsel, the signature of the deponent is waived.

## Page 4

1   (L'Heureux Exhibit 1 marked
2   for identification.)
3   EDDY L'HEUREUX
4   having been duly sworn by the reporter,
5   was deposed and testified as follows:
6   **EXAMINATION**
7   **BY MR. KING:**
8   Q.  Sir, on August 24th, 2012, you were working as a corrections officer here at the Northern New Hampshire Corrections Facility, correct?

A.  Correct, sir.

Q.  And you have answered interrogatories in this matter, correct?

A.  Correct, sir.

Q.  And I've given you a copy of your interrogatory answers that we've marked as Exhibit 1. Could you just look through that and tell me if that's a true and accurate copy of your interrogatory answers?

A.  (Peruses document.) This is correct, sir.

Q.  Okay. So one of your job

## Page 5

responsibilities on August 24th, 2012, was to do rounds in F block, right?

A.  Correct. That was one of the rounds, one of the units I had to watch, yes, that day.

Q.  And when you do rounds, what do you do?

A.  We actually walk around the unit and go from cell to cell. We're looking in the cells, number one, to see if they're safe, if those that are in there are safe and upright, if they're breathing, if they're not injured. And we usually -- we have to be two officers. So we would be one on the upper deck, one on the lower deck, and we're both doing the same. If there's anybody living in the dayroom, we're also making sure that they're safe and secure.

Q.  Okay. How do you make sure that someone that's living in the dayroom is safe and secure?

A.  You're looking at them for any -- any signs of injury or if they're breathing, they're upright, they're talking. We speak with them.

Q.  All right. What if you do a round and someone is not upright, the person is lying down or what -- what do you do, if anything?

Page 6

1  A. I would just go over and look at them
2  physically and see if they're breathing. If
3  they're breathing and they don't look like they
4  have any marks, they're usually all right.
5  They're usually sleeping.
6  Q. Okay. But if you look into a cell during
7  the daytime and you see someone not upright, lying
8  down in a bed, you check on them?
9  A. I always check on them, see if they're
10 all right. Yes, I'll look in.
11 Q. All right. Okay. You worked first shift
12 on August 24th, 2012, right?
13 A. As per recollection, yes, as per what
14 I've read on our shift log.
15 Q. Yeah. First shift runs from what time to
16 with a time?
17 A. 0700 to 1500, sir.
18    (L'Heureux Exhibit 2 marked
19     for identification.)
20 Q. What we've marked as Exhibit 2 in your
21 deposition is a rounds log --
22 A. Um-hum.
23 Q. -- for August 24th, 2012?

Page 7

1  A. Correct.
2  Q. Okay. Does this document reflect that
3  you did a round on F block at -- or you did rounds
4  at 2:15 p.m. for the last time on August 24th,
5  2012?
6  A. As it's written here, sir, that's what it
7  would be reflecting. And it wouldn't have been
8  just F block. It would have been Echo, Fox, Golf
9  and Hotel. We have to do rounds on all four. So
10 the round may have been started a little sooner.
11 Q. Yeah.
12 A. And it would have been recorded when we
13 came out.
14 Q. I see. And that was your last round of
15 the day, right?
16 A. That was our last round of the day. I
17 wasn't working alone. I mean we need to be two
18 officers minimum.
19 Q. Understood. And you were working with
20 Officer Snyder; is that right?
21 A. Correct.
22 Q. And so the round that ended at 2:15 p.m.
23 was also her last round of the day; is that right?

Page 8

1  A. That would be correct, because she was
2  working with me.
3  Q. Yeah.
4     MR. KING: Thank you, sir. I don't have
5  anything further.
6     MR. FREDERICKS: All set.
7     (Deposition concluded at 1:57 p.m.)

Page 9

1     CERTIFICATE OF WITNESS
2
3  I, Eddy L'Heureux, have read the foregoing
4  transcript of deposition taken on Wednesday,
5  August 30, 2017, at the Northern NH Correctional
6  Facility, Berlin, New Hampshire, and do hereby
7  swear/affirm it is an accurate and complete record
8  of my testimony given under oath in the matter of
9  Leite v. Goulet, et al., including any and all
10 corrections that may appear on those pages denoted
11 as "Corrections."
12
13 _____
14 Eddy L'Heureux
15 STATE OF _____
16 COUNTY OF _____
17
18 Subscribed and sworn to before me this _____ day
19 of _____, 2017.
20
21 _____
22 Notary Public_____ J.P._____
23 My Commission Expires:_____

1   CORRECTION AND SIGNATURE PAGE
2   **DEPOSITION:** Eddy L'Heureux
3   **DATE OF DEPOSITION:** August 30, 2017
4   PAGE LINE     NOW READS        SHOULD READ
5   _____  _____  _____  _____
6   _____  _____  _____  _____
7   _____  _____  _____  _____
8   _____  _____  _____  _____
9   _____  _____  _____  _____
10  _____  _____  _____  _____
11  _____  _____  _____  _____
12  _____  _____  _____  _____
13  _____  _____  _____  _____
14  _____  _____  _____  _____
15  _____  _____  _____  _____
16  _____  _____  _____  _____
17  _____  _____  _____  _____
18  _____  _____  _____  _____
19
20  Dated this _____ day of _____, 2017.
21
22  _____
23  Eddy L'Heureux

Page 11

1              C E R T I F I C A T E
2       I, Celeste A. Quimby, a Licensed Court
3   Reporter of the State of New Hampshire, do hereby
4   certify that the foregoing is a true and accurate
5   transcript of my stenographic notes of the
6   deposition of Eddy L'Heureux, who was first duly
7   sworn, taken at the place and on the date
8   hereinbefore set forth.
9       I further certify that I am neither attorney
10  nor counsel for, nor related to or employed by any
11  of the parties to the action in which this
12  deposition was taken, and further that I am not a
13  relative or employee of any attorney or counsel
14  employed in this case, nor am I financially
15  interested in this action.
16      THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT
17  DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY
18  ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
19  DIRECTION OF THE CERTIFYING REPORTER.
20
21
22
23          CELESTE A. QUIMBY, LCR No. 17