UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \*

JONATHAN LEITE,  \* Case No.
                Plaintiff, \* 1:15-cv-00280-PB

    v. \* Volume: 2
       \* Pages: 51-298
CORRECTIONS OFFICERS MATTHEW GOULET,\* Exhibits: 2-5
ELMER VAN HOESEN, MICHAEL BEATON,
LYNN MCLAIN, HEATHER MARQUIS,
TREVOR DUBE, RHIANNE SNYDER, EDDY
L'HEUREUX, JEFFREY SMITH, DWANE
SWEATT, YAIR BALDERRAMA, BOB MORIN,
EJIKE ESOBE, AND KATHY BERGERON,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF JONATHAN LEITE

Deposition taken by counsel at the law offices of Douglas, Leonard & Garvey, Professional Corporation, 14 South Street, Suite 5, Concord, New Hampshire, on Tuesday, September 26, 2017, from 9:56 a.m. to 4:33 p.m.

Court Reporter:
Karen L. Leach, LCR No. 38
(RSA 310-A:179)

Page 280

1 Q. Okay. Trombley.
2 A. I don't remember his name.
3 Q. Is Trombley the G in F Block that was over
4 Garcia?
5 A. Above Garcia?
6 Q. Above Garcia.
7 A. No.
8 Q. Oh, I thought that you were saying there was
9 a G on F Block above Garcia. Maybe -- may I'm not
10 remembering you correctly.
11 A. I don't think so.
12 Q. He was just another G on that block?
13 A. On the unit.
14 Q. Okay. You used the analysis about your
15 temper and a race car. Could you tell me what that
16 was again?
17 A. Before what happened, the assault, I was
18 like a race car with a driver. Like, yeah, I had a
19 temper, but I had control of it, and now it's like a
20 race car with no driver. There is no thought process.
21 I go right from -- okay. If -- if me and you were
22 somewhere and you started showing aggression, there's
23 no thought process there. I go right from zero to

Page 281

1 don't remember what happened. So race car with no
2 driver is what I'm trying to say.
3 Q. Okay. Where did you first hear that
4 analogy?
5 A. I came up with it I thought.
6 Q. Okay.
7 A. I don't know.
8 Q. Just a question. Okay. I'm looking at the
9 expert report that your attorney provided from Albert
10 Drukteinis. Do you recall meeting with this
11 individual?
12 A. Yes.
13 Q. Did you tell him that you would lend money
14 to junkies?
15 A. On the street or in prison?
16 Q. On the street.
17 A. Yeah.
18 Q. Is that what happened when you had the
19 altercation that led to your arrest trying to get
20 money you were owed?
21 A. Uh-huh. Yes.
22 Q. Yes. Okay.
23    MR. FREDERICKS: I think we're all set.

Page 282

1    MR. KING: All right. So I will just have a
2 few additional questions.
3    MR. FREDERICKS: Okay.
4
5    EXAMINATION
6    BY MR. KING:
7 Q. When did you first meet Corrections Officer
8 Kathy Bergeron?
9 A. On my first sentence.
10 Q. Your first incarceration at NCF?
11 A. Yes.
12 Q. And then when you went back to NCF for your
13 second incarceration during which the assault
14 happened, Corrections Officer Bergeron was still
15 working there?
16 A. Yes.
17 Q. And how often would you see her?
18 A. Regularly most days.
19 Q. Did you -- in your second incarceration at
20 NCF, did you have occasion to observe Corrections
21 Officer Bergeron do rounds?
22 A. Yes.
23 Q. What do you remember of your observations of

Page 283

1 her doing rounds?
2 A. I mean I guess you could say the quicker you
3 can get off the block, the better would be my opinion.
4 A lot of times like they would skip over the common
5 bathrooms I was telling -- that I was speaking of
6 earlier. They wouldn't even go in there. Just cruise
7 right by the mop closet. Literally walking by cells
8 and not even looking in. It wasn't just her. It was
9 numerous COs that did that, but she was definitely one
10 of them.
11 Q. Okay. So you observed Corrections Officer
12 Bergeron doing rounds without looking in the cells; is
13 that correct?
14 A. Yes.
15 Q. How frequently would you observe her doing
16 rounds without looking in the cells?
17 A. I mean it's really hard to remember, but it
18 was -- it was a normal practice. I can't say if it
19 was every day or -- but it was regularly.
20 Q. Okay. How long approximately had you been
21 housed in F Block before the assault?
22 A. Roughly about three weeks to a month.
23 Q. Were you assigned to the same bunk for that