## Northern NH Correctional Facility: F Block: DR Count Sheet

| RM | BED | ID | INMATE NAME | JOB TITLE / START TIME | | In Unit | Out Unit | Out Facility | EXCEPTIONS |
|----|-----|-----|------|-------|------|------|------|------|------|
| 01 | 01B | 21655 | Rodriguez-Figueroa, Manuel B | | | ✓ | | | |
| 01 | 01T | 86003 | Leite, Jonathan J | No Job Available | 00:01 | ✓ | | | |
| 02 | 02B | 89919 | Johnson, James W **BB** **NMC** | MSU No Job Available | 00:01 | ✓ | | | |
| 02 | 02T | 47217 | Allard, John N | 90 Day PV Sanction Prog | 00:01 | ✓ | | | |
| 03 | 03B | 23911 | George, Edmond M II **BB** | No Job Available | 00:01 | ✓ | | | |
| 03 | 03T | 79177 | Rheaume, Nicholas C | No Job Available | 00:01 | ✓ | | | |
| 04 | 04B | 53669 | Collihs, Ryan S | NHSP Quarantine | 00:00 | ✓ | | | |
| 04 | 04T | 88516 | Ambrose, Ryan P | | | ✓ | | | |
| 05 | 05B | 37060 | Alfeo, Paul | Hallway Worker | 07:00 | ✓ | | | |
| 05 | 05T | 80048 | Quimby, Nicholas J | No Job Available | 00:01 | ✓ | | | |

Generated On: 8/20/2012 3:10:44 PM  TOTAL COUNT: 10
Date/Time Completed: 8/20/12 - 2030  OFFICER: K. Bergeron

## Northern NH Correctional Facility: F Block: XX Count Sheet

| RM | BED | ID | INMATE NAME | JOB TITLE / START TIME | | In Unit | Out Unit | Out Facility | EXCEPTIONS |
|----|-----|-----|------|-------|------|------|------|------|------|
| 01 | 01B | 38558 | Kelly, Joseph M **BB** | No Job Available | 00:01 | ✓ | | | |
| 01 | 01T | 62111 | Scadding, Sean P | No Job Available | 00:01 | ✓ | | | |
| 02 | 01B | 79284 | SILVENT, JOHN F | Yard Crew | 07:00 | ✓ | | | |
| 02 | 01T | 58645 | DOTY, BRANDON R | No Job Available | 00:01 | ✓ | | | |
| 03 | 01B | 78932 | Collins, Parker | No Job Available | 00:01 | ✓ | | | |
| 03 | 01T | 10202 | Adjutant, Mark A | 90 Day PV Sanction Prog | 00:01 | ✓ | | | |
| 04 | 01B | 75659 | MARANDA, IAN J | No Job Available | 00:01 | ✓ | | | |
| 04 | 01T | 5324 | Drolet, Aaron M N/A | No Job Available | 00:01 | ✓ | | | |
| 05 | 01B | 79386 | YOUNG, MICHAEL B | Kitchen Worker | 12:00 | ✓ | | | |
| 05 | 01T | 1997 | Renaud, Keith E | F-Block UST | 07:00 | ✓ | | | |
| 06 | 01B | 65839 | Broyer, Joseph W | No Job Available | 00:01 | ✓ | | | |
| 06 | 01T | 78143 | Mesquita, John D Sr **NMC** | No Job Available | 00:01 | ✓ | | | |
| 07 | 01B | 78545 | Russo, James E **BB** | No Job Available | 00:01 | ✓ | | | |
| 07 | 01T | 42573 | Frost, Albert W JR | No Job Available | 00:01 | ✓ | | | |
| 08 | 01B | 19336 | Johnson, Patrick S **BB** | Reduced Pay Status | 00:00 | ✓ | | | |
| 08 | 01T | 91105 | Silva, Luis | No Job Available | 00:01 | ✓ | | | |
| 09 | 01B | 80728 | Gelinas, Johnathan T | No Job Available | 00:01 | ✓ | | | |
| 09 | 01T | 14695 | Elliott, Ryan J | | | ✓ | | | |
| 10 | 01B | 88527 | Dymek, Michael J | Kitchen Worker | 07:00 | ✓ | | | |
| 10 | 01T | 47206 | ARENELLA, THOMAS M | No Job Available | 00:01 | ✓ | | | |
| 11 | 01B | 80942 | Johanan, Edward G | Kitchen Worker | 07:00 | ✓ | | | |
| 11 | 01T | 44426 | Ohanasian, John E **BB** | Health Services Custodi | 03:20 | ✓ | | | |
| 12 | 01B | 27876 | Eaton, Christopher L | Hallway Worker | 23:00 | ✓ | | | |
| 12 | 01T | 23052 | Seigars, Jesse R | Hallway Worker | 23:00 | ✓ | | | |
| 13 | 01B | 81829 | Ali, Dominic S | No Job Available | 00:01 | ✓ | | | |
| 13 | 01T | 78369 | TWOMBLY, TYLER C **NMC** | No Job Available | 00:01 | ✓ | | | |
| 14 | 01B | 89201 | Fenner, Kolby H | No Job Available | 00:01 | ✓ | | | |
| 14 | 01T | 76572 | Matteuzzi, Michael A | 90 Day PV Sanction Prog | 00:01 | ✓ | | | |

Generated On: 8/20/2012 3:10:44 PM  TOTAL COUNT: 28
Date/Time Completed: 8/20/12 - 2030  OFFICER: K. Bergeron

67 in
+ 3 out
70

CONFIDENTIAL- ATTORNEYS EYES ONLY         002292

## Northern NH Correctional Facility: F Block: DR Count Sheet

| RM | BED | ID | INMATE NAME | JOB TITLE / START TIME | | In Unit | Out Unit | Out Facility | EXCEPTIONS |
|----|-----|-----|-------------|------------------------|---|---------|----------|--------------|------------|
| 01 | 01B | 21655 | Rodriguez-Figueroa, Manuel B | | | ✓ | | | |
| 01 | 01T | 86003 | Leite, Jonathan J | No Job Available | 00:01 | ✓ | | | |
| 02 | 02B | 89919 | Johnson, James W **BB** **NMC** | MSU No Job Available | 00:01 | ✓ | | | |
| 02 | 02T | 47217 | Allard, John N | 90 Day PV Sanction Prog | 00:01 | ✓ | | | |
| 03 | 03B | 23911 | George, Edmond M II **BB** | No Job Available | 00:01 | ✓ | | | |
| 03 | 03T | 79177 | Rheaume, Nicholas C | No Job Available | 00:01 | ✓ | | | |
| 04 | 04B | 53669 | Collins, Ryan S | NHSP Quarantine | 00:00 | ✓ | | | |
| 04 | 04T | 88516 | Ambrose, Ryan P | | | ✓ | | | |
| 05 | 05B | 37060 | Alfeo, Paul | Hallway Worker | 07:00 | ✓ | | | |
| 05 | 05T | 80048 | Quimby, Nicholas J | No Job Available | 00:01 | ✓ | | | |
| Generated On: 8/20/2012 3:10:44 PM | | | | TOTAL COUNT: | | 10 | | | |
| Date/Time Completed: 8/20/12 - 1700 | | | | OFFICER: K. Bergeron | | | | | |

## Northern NH Correctional Facility: F Block: XX Count Sheet

| RM | BED | ID | INMATE NAME | JOB TITLE / START TIME | | In Unit | Out Unit | Out Facility | EXCEPTIONS |
|----|-----|-----|-------------|------------------------|---|---------|----------|--------------|------------|
| 01 | 01B | 38558 | Kelly, Joseph M **BB** | No Job Available | 00:01 | ✓ | | | |
| 01 | 01T | 62111 | Scadding, Sean P | No Job Available | 00:01 | ✓ | | | |
| 02 | 01B | 79284 | SILVENT, JOHN F | Yard Crew | 07:00 | ✓ | | | |
| 02 | 01T | 58645 | DOTY, BRANDON R | No Job Available | 00:01 | ✓ | | | |
| 03 | 01B | 78932 | Collins, Parker | No Job Available | 00:01 | ✓ | | | |
| 03 | 01T | 10202 | Adjutant, Mark A | 90 Day PV Sanction Prog | 00:01 | ✓ | | | |
| 04 | 01B | 75659 | MARANDA, IAN J | No Job Available | 00:01 | ✓ | | | |
| 04 | 01T | 5324 | Drolet, Aaron M N/A | No Job Available | 00:01 | ✓ | | | |
| 05 | 01B | 79386 | YOUNG, MICHAEL B | Kitchen Worker | 12:00 | | ✓ | | |
| 05 | 01T | 1997 | Renaud, Keith E | F-Block UST | 07:00 | ✓ | | | |
| 06 | 01B | 65839 | Broyer, Joseph W | No Job Available | 00:01 | ✓ | | | |
| 06 | 01T | 78143 | Mesquita, John D Sr **NMC** | No Job Available | 00:01 | ✓ | | | |
| 07 | 01B | 78545 | Russo, James E **BB** | No Job Available | 00:01 | ✓ | | | |
| 07 | 01T | 42573 | Frost, Albert W JR | No Job Available | 00:01 | ✓ | | | |
| 08 | 01B | 19336 | Johnson, Patrick S **BB** | Reduced Pay Status | 00:00 | ✓ | | | |
| 08 | 01T | 91105 | Silva, Luis | No Job Available | 00:01 | ✓ | | | |
| 09 | 01B | 80728 | Gelinas, Johnathan T | No Job Available | 00:01 | ✓ | | | |
| 09 | 01T | 14695 | Elliott, Ryan J | | | ✓ | | | |
| 10 | 01B | 88527 | Dymek, Michael J | Kitchen Worker | 07:00 | ✓ | | | |
| 10 | 01T | 47206 | ARENELLA, THOMAS M | No Job Available | 00:01 | ✓ | | | |
| 11 | 01B | 80942 | Johanan, Edward G | Kitchen Worker | 07:00 | ✓ | | | |
| 11 | 01T | 44426 | Ohanasian, John E **BB** | Health Services Custodi | 03:20 | | ✓ | | |
| 12 | 01B | 27876 | Eaton, Christopher L | Hallway Worker | 23:00 | ✓ | | | |
| 12 | 01T | 23052 | Seigars, Jesse R | Hallway Worker | 23:00 | ✓ | | | |
| 13 | 01B | 81829 | Ali, Dominic S | No Job Available | 00:01 | ✓ | | | |
| 13 | 01T | 78369 | TWOMBLY, TYLER C **NMC** | No Job Available | 00:01 | ✓ | | | |
| 14 | 01B | 89201 | Fenner, Kolby H | No Job Available | 00:01 | ✓ | | | |
| 14 | 01T | 76572 | Matteuzzi, Michael A | 90 Day PV Sanction Prog | 00:01 | ✓ | | | |
| Generated On: 8/20/2012 3:10:44 PM | | | | TOTAL COUNT: | | 26 | 2 | | |
| Date/Time Completed: 8/20/12 - 1700 | | | | OFFICER: K. Bergeron | | | | | |

26 / 2
10
36  2

CONFIDENTIAL- ATTORNEYS EYES ONLY                 002294