12-1139

# NORTHERN NH CORRECTIONAL FACILITY
## RESPONDER REPORT

DATE: 24-Aug-12   AREA: F-Block Dayroom   DRILL: NO

| FIRST RESPONDERS | SECOND RESPONDERS |
|---|---|
| OAK: Sgt. Sweatt | OAK: Of. T.Dube |
| Ofc. G.Bergeron | Ofc. K.Bergeron |
| Ofc. Chapman | Ofc. N.Croteau |
| Ofc. Plourde | Ofc. Oswald |
| Ofc. N.Mrquis | Ofc. Wedge |

| | INCIDENT |
|---|---|
| 1708 | Sgt. Sweatt calls Central Control for the Responders to come to F-Block. |
| | Central Control activates the responders the net was closed |
| 1711 | Sgt. Sweatt radios Central Control to notified them that there was an Medical Emergence on F- Block. Central notifies Berlin EMS. |
| 1721 | Berlin EMS on grounds. |
| 1746 | Berlin EMS and 211 off grounds with one Inmate Leite, Jonathan #86003. |
| | net reopened. |

SHIFT COMMANDER: Sgt. Smith

NCF-0018

000029