| | Property Damage: | Ignition Factor | Method of Alarm: | Suppression: |
|---|---|---|---|---|
| Fire | ☐ 301 Prison Cell, Male | ☐ 312 Incendiary--not during civil disturbance | ☐ 324 Alarm System | ☐ 328 Self-extinguished |
| | ☐ 302 Prison Cell, Female | ☐ 313 Incendiary--during civil disturbance | ☐ 325 Radio Report | ☐ 329 Makeshift aid |
| | ☐ 303 Minimum Security Facility | ☐ 314 Suspicious--not during civil disturbance | ☐ 326 Verbal Report | ☐ 330 Portable Extinguisher |
| | ☐ 304 Psychiatric Facility | ☐ 315 Suspicious--during civil disturbance | ☐ 327 No Alarm Created | ☐ 331 Automatic System |
| | ☐ 305 Vocational Training Area | ☐ 316 Cutting/welding operations | | ☐ 332 Standpipe Hose |
| | ☐ 306 Industries | ☐ 317 Fuel spill | | ☐ 333 Other |
| | ☐ 307 Common Area | ☐ 318 Combustible too close to heat of ignition | | |
| | ☐ 308 Trash Can | ☐ 319 Part failure | | |
| | ☐ 309 Office Space | ☐ 320 Short circuit | | |
| | ☐ 310 Open Land, Field, Etc. | ☐ 321 Lack of Maintenance | | |
| | ☐ 311 Other | ☐ 322 Undetermined | | |
| | | ☐ 323 Other | | |

**Lost Tool** — Describe in Narrative:
- Tool Description
- Tool Classification
- Tool Markings

**Narrative (Who, what, where, when, why, how, contributing factors, action taken, etc.):**

Called to F Block for medical emergency for an unresponsive inmate. I/M was evaluated, Oxygen applied, and was encouraged to stay alert. I/M was transported to AVH by EMS

F/U

Appropriate nursing intervention.

**Reporting Staff Member (PRINT):** Donna Edwards
**Signature:** Donna Edwards
**Date Completed:** 8-24-12
**Time Completed:** 1850

**Approving Supervisor/OIC (PRINT):** RYAN LANDRY RN
**Signature:** [signature]
**Date Reviewed:** 8/28/12
**Time Reviewed:** 0930

Distribution of All Reports (by Reporting Person):
- [x] Investigations (Original)
- [x] Unit / Bureau Copy
- [x] Shift Commander / Supervisor / Regional Administrator
- [x] Lieutenant / Division Director

Distributed to Others As Warranted (by Shift Commander / Supervisor / R.A.):
1. Commissioner's Office (for Database Management)
2. ___
3. ___
4. ___