UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

*******************************************

| | |
|---|---|
| Jonathan Leite, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *  Case No. 1:15-cv-00280-PB |
| | * |
| Corrections Officers Matthew Goulet, | * |
| Elmer Van Hoesen, Michael Beaton, Lynn McLain, | * |
| Heather Marquis, Trevor Dube, Rhianne Snyder, | * |
| Eddy L'Heureux, Jeffrey Smith, Dwane Sweatt, | * |
| Yair Balderrama, Bob Morin, Ejike Esobe, and | * |
| Kathy Bergeron, | * |
| | * |
| Defendants | * |

*******************************************

### NOTICE OF CONVENTIONAL FILING

Please take note that Jonathan Leite has conventionally filed the following attachment or exhibit:

Exhibit 3, NH DOC "Quality Assurance" PPD 1.33.  The attachment was not filed electronically because information therein pertains to officer policies for maintaining prison security.

Date: January 2, 2018          By: /s/ Megan Douglass
                                   Megan Douglass NH Bar #19501
                                   DOUGLAS, LEONARD & GARVEY, PC
                                   14 South Street, Suite 5
                                   Concord, NH 03301
                                   (603) 224-1988
                                   mdouglass@nhlawoffice.com

### CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing was filed electronically via the CM/ECF system and will be sent electronically to the registered participants and via first class mail to the non-registered participants as identified on the Notice of Electronic Filing.

/s/Megan Douglass
Megan Douglass