UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

*******************************************

| | |
|---|---|
| Jonathan Leite, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *   Case No. 1:15-cv-00280-PB |
| | * |
| Corrections Officers Matthew Goulet, | * |
| Elmer Van Hoesen, Michael Beaton, Lynn McLain, | * |
| Heather Marquis, Trevor Dube, Rhianne Snyder, | * |
| Eddy L'Heureux, Jeffrey Smith, Dwane Sweatt, | * |
| Yair Balderrama, Bob Morin, Ejike Esobe, and | * |
| Kathy Bergeron, | * |
| | * |
| Defendants | * |

*******************************************

## NOTICE OF CONVENTIONAL FILING

Please take note that Jonathan Leite has conventionally filed the following attachment or exhibit:

Exhibit 7, NH DOC Annual Report FY 2013. The attachment was not filed electronically because it has many pages which may exceed the electronic filing limit.

Date: January 2, 2018           By:    /s/ Megan Douglass
                                       Megan Douglass NH Bar #19501
                                       DOUGLAS, LEONARD & GARVEY, PC
                                       14 South Street, Suite 5
                                       Concord, NH 03301
                                       (603) 224-1988
                                       mdouglass@nhlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing was filed electronically via the CM/ECF system and will be sent electronically to the registered participants and via first class mail to the non-registered participants as identified on the Notice of Electronic Filing.

                                       /s/Megan Douglass
                                       Megan Douglass

1