UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

*******************************************
Jonathan Leite,

    Plaintiff

v.

Corrections Officers Matthew Goulet,
Elmer Van Hoesen, Michael Beaton, Lynn McLain,
Heather Marquis, Trevor Dube, Rhianne Snyder,
Eddy L'Heureux, Jeffrey Smith, Dwane Sweatt,
Yair Balderrama, Bob Morin, Ejike Esobe, and
Kathy Bergeron

    Defendants
*******************************************

Case No. 1:15-cv-00280-PB

# **MOTION FOR LEAVE TO REPLY**

NOW COMES the Plaintiff, Jonathan Leite, by and through his attorneys, Douglas, Leonard & Garvey, PC and moves for leave to reply to the Defendants' Objection to Motion to Amend. In support thereof, the Plaintiff states as follows:

    For the reasons stated in the attached memorandum of law and supporting exhibits, and consistent with Local Rule 7.1(e)(2), the Plaintiff respectfully requests that this honorable Court grant his request to reply to the Defendants' objection to his motion to amend his complaint.

WHEREFORE, the plaintiff Jonathan Leite respectfully prays this Honorable Court:

    A.    Grant Plaintiff's Motion for Leave to Reply; and

    B.    Grant such other and further relief as is just and equitable.

                                Respectfully submitted,
                                JONATHAN LEITE
                                By his attorneys,
                                DOUGLAS, LEONARD & GARVEY, P.C

Date:  January 24, 2018          By:     /s/ Megan Douglass
                                         Megan Douglass, NH Bar #19501
                                         14 South Street, Suite 5
                                         Concord, NH 03301
                                         (603) 224-1988
                                         mdouglass@nhlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing was filed electronically via the CM/ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/Megan Douglass
Megan Douglass