UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Jonathan Leite, | \* |
| | \* |
| Plaintiff | \* |
| | \* |
| v. | \* Case No. 1:15-cv-00280-PB |
| | \* |
| Corrections Officers Matthew Goulet, | \* |
| Elmer Van Hoesen, Michael Beaton, Lynn McLain, | \* |
| Heather Marquis, Trevor Dube, Rhianne Snyder, | \* |
| Eddy L'Heureux, Jeffrey Smith, Dwane Sweatt, | \* |
| Yair Balderrama, Bob Morin, Ejike Esobe, and | \* |
| Kathy Bergeron, | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF CONVENTIONAL FILING

Please take note that Jonathan Leite has conventionally filed the following attachment or exhibit:

Exhibit 1, PPD 5.36. The attachment was not filed electronically because information therein pertains to officer policies for maintaining prison security.

Date: January 24, 2018    By:    /s/ Megan Douglass
                                 Megan Douglass NH Bar #19501
                                 DOUGLAS, LEONARD & GARVEY, PC
                                 14 South Street, Suite 5
                                 Concord, NH 03301
                                 (603) 224-1988
                                 mdouglass@nhlawoffice.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this date the foregoing was filed electronically via the CM/ECF system and will be sent electronically to the registered participants and via first class mail to the non-registered participants as identified on the Notice of Electronic Filing.

                                        /s/Megan Douglass
                                        Megan Douglass