Page 6

1  services degree. It's not criminal justice. So I
2  have a Bachelor's in human services from
3  Springfield College.
4  Q. Okay. And what position -- to what
5  position were you hired with the New Hampshire
6  Department of Corrections?
7  A. Corrections officer.
8  Q. Okay. And how long were you a
9  corrections officer?
10 A. Not counting corporal, just corrections
11 officer, would be from '93 to '98.
12 Q. And were you promoted from that position?
13 A. Yes, from a correctional officer to
14 corrections corporal in 2008.
15 Q. And --
16 A. I'm sorry. 1998. Sorry. Right. So
17 from '93 to '98 I was a CO, and then from CO to
18 corporal in '98.
19 Q. And in '98 you were promoted to security
20 officer?
21    MR. FREDERICKS: Objection to form. Go
22 ahead. You can answer.
23 A. Corrections corporal.

Page 7

1  Q. Okay.
2  A. So I'm still a corrections officer.
3  Q. Okay.
4  A. But promoted to the rank of corrections
5  corporal in 1998.
6  Q. And what's your current title? Your
7  current title -- what was your most recent title?
8  A. With Corrections?
9  Q. Strike that. In August of 2012 what was
10 your position held with New Hampshire Department
11 of Corrections?
12 A. Corrections captain, chief of security.
13 Q. Okay. And what did that position entail?
14 A. So I had a lot of responsibilities in
15 that position. Supervising the shift commanders
16 along with the operations sergeants. Attending
17 meetings for -- with the warden as the warden's
18 designee. Meetings with Programs. Reviewing
19 reports. Reviewing inmate job changes. Rounds.
20 Emergency management coordinator for the facility.
21 A PREA coordinator for the facility. Reviewing
22 and answering inmate request slips. Inmate
23 disciplinary appeals, I would review those.

Page 8

1  Inmate claims, property claims. Warden's
2  designee, so whatever the warden needed me to fill
3  in or do in the warden's absence.
4  Q. Was one of your responsibilities to
5  oversee monitoring of cameras or video in the
6  Northern Correctional Facility?
7     MR. FREDERICKS: Objection to form. You
8  can answer.
9  A. It wasn't my job to review cameras or
10 monitor cameras.
11 Q. Were you required -- was one of your
12 responsibilities to oversee correctional officers
13 in monitoring cameras at the Northern Correctional
14 Facility?
15 A. Well, one of the jobs of a correctional
16 officer is to monitor cameras, so -- and I
17 supervised officers.
18 Q. Okay. Was one of your responsibilities
19 to discipline officers who performed poorly in
20 their officer's responsibilities?
21 A. The only person who can issue discipline
22 is the warden of the facility.
23 Q. Okay. Was one of your responsibilities

Page 9

1  to evaluate officers in the performance of their
2  work?
3  A. Yes.
4  Q. You mentioned that one of your
5  responsibilities as a correctional officer was
6  rounds.
7     MR. FREDERICKS: Objection to form. You
8  can answer whenever I object, unless I say
9  otherwise.
10 Q. What in your mind was the proper way to
11 conduct rounds?
12 A. Well, the officer's responsibilities to
13 conduct rounds is, to whatever area that may be,
14 wherever they're assigned to for the day, is they
15 observe the environment. They observe the
16 atmosphere. You know, if they smell anything, see
17 anything, any sanitation issues, any suspicious
18 activity and, you know, it's just their job to
19 address any issues that they may see during those
20 rounds.
21 Q. What in your mind constitutes suspicious
22 activity?
23 A. Cell-hopping, inmates in and out of

Page 66

1 shift commander follows with the video, then
2 that's what happened, so...
3 Q. Whose job is it to preserve the video?
4 A. Whose job is it to preserve the video?
5 So there's no policy or procedure on the process
6 for preserving the video. So in a case where
7 there's a serious incident like this, the shift
8 commander would review the video, and then that
9 video gets -- and honestly, I'm not even sure how
10 it gets to Investigations, whether it's downloaded
11 and forwarded or there's an e-mail to
12 Investigations to say, you know, this block of
13 time on the video is the time for the incident. I
14 can't remember specifically. I'm not sure how
15 that actually goes to them for review.
16 Q. So it's the shift commander's
17 responsibility --
18 A. Yes.
19 Q. -- to preserve the video?
20 A. If there's an incident on the shift, the
21 shift commander is responsible for all evidence
22 and for any incident. So whether it's a bloody
23 inmate sock or if -- anything related like that,

Page 67

1 it's the shift commander's responsibility to make
2 sure that stuff is secured, yes.
3 Q. Isn't it your responsibility to supervise
4 the shift commander?
5 A. Yes.
6 Q. Okay. So ultimately, isn't it your
7 responsibility to preserve the video if the shift
8 commander does not?
9 A. If the shift commander doesn't secure it?
10 Q. Right. Isn't it ultimately your
11 responsibility? If you supervise the shift
12 commander.
13 A. Okay.
14 Q. And the shift commander doesn't do his
15 job in preserving the video, isn't that ultimately
16 your failure in supervision?
17 A. So if I observe -- if I read in the
18 report that there was a serious incident that
19 happened and there's no mention in there anywhere
20 of a video or a video whatsoever, yes, it's my job
21 to go back to the shift commander and say, where's
22 the video? Was there video? Was there any video
23 reviewed? Was there any video taken? Does

Page 68

1 Investigations know? All to those things.
2 So, you know, yes, I would question if
3 there was an incident and there was no video, and
4 I would go back to the shift commander and say,
5 where's the video? Oh, I forwarded it to
6 Investigations. Why is that not in your report?
7 Oh, I forgot to put it. That could be a scenario
8 also.
9 Q. Right. So it was your job to ensure that
10 the video was preserved then?
11 MR. FREDERICKS: Objection to form. Go
12 ahead.
13 A. So -- so ultimately, the review of the
14 incident and if there was a video and it was not
15 secured, then, yes, I would go back to say,
16 where's the video, where's the footage and, you
17 know, what happened?
18 Q. Okay.
19 A. So, yeah, my follow-up to that would be.
20 But if I see in the report that the video was
21 provided to Investigations, I don't go back to
22 make sure that every little step to that was
23 followed. So I take it at the shift commander's,

Page 69

1 you know, writing that he forwarded that video to
2 the Investigations and we're moving on. Okay.
3 Good. The video went to Investigations. That's
4 great. If there was one available.
5 Q. And after the video is transferred to the
6 investigator, you're hands off in terms of video?
7 A. Yeah. Yup.
8 Q. Are you aware of what training
9 correctional officers working at New Hampshire -
10 Northern New Hampshire Correctional Facility o
11 August 24th, 2012, received in doing rounds?
12 A. The training that they received in doing
13 rounds?
14 Q. Um-hum.
15 A. Not to my knowledge. If they received
16 any training, I don't know what training that
17 would be. I wouldn't be aware of it. If there
18 was a trainee on that day assigned to a field
19 training officer and then they got trained, then
20 that would be that scenario. So I don't know of
21 any regularly badged officers that received
22 training on rounds that day or any other day after
23 their appeal program or...