# 20 16 ANNUAL REPORT



STATE OF NEW HAMPSHIRE · DEPARTMENT OF CORRECTIONS

# New Hampshire Department of Corrections



Governor

Commissioner
#9U115

Assistant
Commissioner
9U506

Administrator III
Budget
TMPPT4927

Administrative
Assistant II
#12808

Program Specialist III
TMPPT5065

Program Assistant II
#42268

Human Resources
Administrator IV
#12917

Prisons
Wardens

Div. of Prof.
Standards Director
#9U548

Div. of Security
and Training Director
# 9U547

Division of
Administration Director
# 9U113

Facility Support
(4) Human Resources Coord.
#41506,16858,40185,41508

NHSP-Men
# 9U116

Investigations
Internal Affair Inv. III
#16915

Training & Emer. Mgt
Lieutenants (2)
Training Specialist #42283

Financia
Services Bu
Administrator IV

Recruitment
Program Specialist II
#18804

NHSP-Women
# 9U334

Hearings Officers
12934

Classifications
Administrator II
#12833

Logistical Ser
Administrato
#12996

Payroll
Payroll Officer
#12807

NCF
#9U492

Polygraph
PPO II's (2)
18520,40896

Offenders Records
Supervisor VI
#12882

Grants &
Contracts
Administrator II

Administrator II
#12899

Special
Teams

Prison
Industrie
Administrato
#43504

# New Hampshire Department of Corrections
# 2016 Annual Report

## Margaret Wood Hassan
### Governor

**Joseph D. Kenney, District 1**
**Colin Van Ostern, District 2**
**Christopher T. Sununu, District 3**
**Christopher C. Pappas, District 4**
**David K. Wheeler, District 5**

### William L. Wrenn
Commissioner

### Helen Hanks
Assistant Commissioner

## Table of Contents

Organizational Chart, Inside Cover
Commissioners Message, 2
Prison Facilities, 3
Division of Community Corrections and Programming Services, 7
Division of Field Services, 12
Division of Administration, 13
Inmate Population Data, 20
Division of Medical/Forensic Services, 21
Division of Professional Standards, 28
Victim Services, PREA, 32
Division of Security and Training, 30
Information Technology Division, 31
Division of Human Resources, 32
Legislative Activities, 33
Mission Statement, Back Cover

*This Annual Report was produced by the Commissioner Office at the New Hampshire Department of Corrections, pursuant to RSA 21-H:8, for the State Fiscal year beginning July 1, 2015 and ending June 30, 2016. This report is also available at www.nh.gov/nhdoc.*
*For further information please call 603-271-5602*

# Commissioner Report – William L. Wrenn



Fiscal Year 2016 was both an exciting and challenging time for the Department of Corrections. The major capital budget projects that were authorized in the 2015-2016 biennium took shape. In the spring of 2016 construction on the New Hampshire Correctional Facility for Women began in earnest as the area was cleared out and the concrete began to pour. The early phase of the project went smoothly and we remained on budget and on target for a September 2017 completion.

Also in the spring a vendor was identified and the Medical/Forensics Division worked closely with the Office of Information Technology to begin the process of implementing an Electronic Health Records system. We project this will go live before the end of calendar year 2016.

The challenges we continue to face are in staff recruitment and retention. Our allotted overtime budget was not enough to meet the need of operating at critical staffing levels. We increased our presence at job fairs using a team of staff volunteers who meet with the public on their own time to talk about the good work that we do. We sought new methods of seeking qualified employees by using our social media platforms and purchasing advertising on local radio stations with variable results.

In response to the ongoing Opioid and Heroin crisis the Department began a pilot program to provide eligible offenders being released on parole with the naltrexone, a Medication Assisted Treatment that helps reduce the cravings for these drugs. As part of the treatment we assist them with implementing a comprehensive recovery plan and place them into local rehabilitation centers. We think this has a lot of potential and we expect to continue using this into the future.

The Secure Psychiatric Unit received significant attention during SFY-2016 following the introduction of a House bill that would seek alternative placement for certain civilly committed patients who are danger to themselves or others. There was public and media scrutiny on the commitment of such patients in a prison-like environment. We can assure the public that these patients are getting exceptional treatment.

At the end of the 2016 session the Legislature passed a bill that required the Department to purchase six full body scanners to help reduce the amount of contraband that is brought into our facilities. Through the early part of SFY-2017 we will be meeting with manufacturers to get a better understanding of how this technology works.


Respectfully Submitted,

William L. Wrenn, Commissioner

# Prison Facilities
## New Hampshire State Prison for Men (NHSP/M)
### Michael Zenk, Warden

The New Hampshire State Prison for Men (NHSP/M) located in Concord provides housing for three custody classification levels of male inmates ranging from C3 (general population) to C5 (maximum security). Additionally, all male inmates newly committed to the NHDOC system are received and processed through the Reception and Diagnostic (R&D) Unit before being placed in an appropriate housing unit.

The prison compound is located on North State Street and includes three separate C3, general population housing units: the Parker Hancock Unit, Medium Custody North Unit, and the Medium Custody South Unit. Approximately 1,075 inmates are housed in these units.



The R&D Unit has a maximum capacity of 120 inmates. Included in this population are newly sentenced inmates, parole violators, and short term housing for inmates in protective custody review status. Newly sentenced inmates in the R&D Unit are required to undergo several types of assessment interviews and tests before being classified and assigned to an appropriate housing unit. Included in the assessment phase are an intake physical, mental health evaluation, unit manager orientation, dental screening, investigations intake, pre-release planning, and educational testing. The R&D Unit also serves as the receiving and discharge location of the facility for a variety of inmate movements, including releases, new commitments, transfers to other NHDOC facilities, temporary movement to and from outside medicals appointments, and escorted transports to and from court appearances. There are two dormitories housing C2 (minimum security) inmates who are awaiting movement to the Transitional Work Center (TWC) outside of the main institution. For cost savings purposes the facility has discontinued using     C-Dorm as transitional housing for inmates, who have completed the assessment and orientation phase in the R&D Unit. Those inmates are now placed directly in a general population unit from the R&D Unit.

NHSP/M includes two separate housing units for higher custody level inmates. The Close Custody Unit (CCU) houses up to 120 C4 inmates, while the Special Housing Unit (SHU) houses between 95-110 inmates, including 70-75 C5 inmates. The remainder of the inmates housed in the SHU include: inmates serving punitive segregation imposed as a sanction for a disciplinary infraction; inmates who are Pending Administrative Review (PAR); and C4 inmates who are in protective custody review status. In addition to the referenced housing units, the facility has a central kitchen and three dining rooms, a laundry, an Education Program area which includes a law and leisure library and nine education classrooms, a Chapel/Religious Service area, a Mental Health Program area comprised of group treatment rooms and staff offices, a Health Services Center which provides both in and out-patient services, a dental treatment area, a Family Connections Center (FCC) Program area, an inmate Canteen, a gymnasium and an attached hobby craft area, an outdoor recreational yard, as well as a Correctional Industries Program area comprised of multiple trade shops and a Vocational and Education Training Program area located in the North Yard area of the

facility. Additional administrative support areas include a maintenance department with multiple shops and an outside warehouse.



On June 30, 2016, the facility's inmate population was 1,416 which was a decline of 103 inmates from June 30, 2015 (SFY 2015). During the past year the facility has continued to operate under budgetary restrictions, which has limited the number of funded security positions. Additionally, the facility has experienced difficulty in attracting qualified applicants for its vacant positions. Both factors have contributed to a significant amount of overtime being utilized to maintain proper staffing levels for offender supervision.

Noteworthy accomplishments and events during the past year included a highly successful Correctional Worker Appreciation Week in May; the selection of Corporal Gerald Williams as a NHDOC Medal of Honor recipient; the naming of the NHSP/Concord and Berlin American Legion Post #123 in memory of Army Sgt. 1st Class Ryan J. Savard, who died in the line of duty on October 12, 2012 in Afghanistan while supporting Operation Enduring Freedom; and the completion of multiple emergency maintenance projects related to electrical service for the institution.

## New Hampshire Correctional Facility for Women (NHCFW)
### Joanne Fortier, Warden

The New Hampshire Correctional Facility for Women is located in Goffstown, New Hampshire and houses minimum to maximum custody state sentenced females. The average daily population for the NHCFW in SFY 2016 was 134 down from 137 in SFY 2015. The average daily population of the state sentenced female inmates housed through a contract at the Strafford County Department of Corrections was 29 down from 40 the previous year. The overall average daily population of all state sentenced female inmates, including the New Hampshire Correctional Facility for Women, Strafford County Department of Corrections, Shea Farm Transitional Housing Unit, out of state placements and Administrative Home Confinement was 225 down from 247 in SFY 2015.



The New Hampshire Correctional Facility for Women's mission is to protect the public, employees and inmates by operating safe and secure institutional

environments which support meaningful programs and treatment opportunities to assist offenders in becoming law abiding, productive citizens. The NHCFW offered several additional teaching sessions for staff in support of our mission including Understanding Trauma, De-escalation Techniques and Self-harm. Procedures and practices continue to be modified consistent with trauma informed Best Practices. This year the dietician and health instructor provided four seminars for healthy food choices and OSHA Certification was also provided to offenders.

Employees continue to provide numerous opportunities to assist offenders including mental health and substance abuse treatment, high school classes, parenting and parenting support groups, religious offerings, Thinking for Change, and recreational activities. A very active volunteer group provides many activities including painting, gardening, softball, choir, book club, and spiritual guidance. We are appreciative of the support of the Citizen's Advisory Board members and all the dedicated volunteers

# Northern New Hampshire Correctional Facility (NCF)
## Michelle Goings, Warden

The Northern New Hampshire Correctional Facility (NNHCF) houses approximately 662 offenders: 44 close custody inmates (C4), 543 medium security inmates (C3), 11 health services inmates, 59 minimum security inmates (C2), and 3 in Reception. The facility count indicated a decrease of 16 inmates from the same date one year earlier. There are 185 positions required to maintain operations at NNHCF, consisting of 62 non-uniformed staff, including medical staff, and 123 uniformed staff. This is an increase of one position since the same date last year. NNHCF staff continues to face challenges associated with vacancy rates for both uniformed and non-uniformed positions, working across divisions to increase operational efficiencies, maintain a secure environment, and deliver rehabilitative services to offenders.

NCF currently has two program units, The Wellness Block and The Focus Unit that are administered by the Division of Medical and Forensic Services with support services offered by the Division of Community Corrections, The Bureau of Professional Standards, and NCF Security.

The NCF Transport Team transported a total of 1,407 offenders; 418 for medical appointments, 269 for court hearings throughout the state; and 720 security related transfers. This is a decrease of 245 transports compared to last year. NCF staff also facilitated 224 video and/or telephonic court hearings as well as 312 parole and revocation hearings.

NCF filled 1,036 class seats throughout the budget year (July 1, 2015-June 30, 2016). Students were enrolled in a wide variety of courses which included: high school classes, HiSET™ preparation, and the NCF Computer Labs to work on the self-paced programs in Plato©, Rosetta Stone©, Microtype© and Choices©. In addition, NCF Education continues their relationship with Mental Health by offering their mandatory re-entry program to all of the clients on the Focus Unit, our substance abuse specialized treatment unit.

NCF has a library with 7,200 books, and offers individualized law library appointments. "Humanities to Go," a program in collaboration with the NH Humanities Council, continues to be made available through the NCF Recreational library.

Chapel and Volunteer Services provide religious services to multiple faith groups. NCF's chaplain also supervises support opportunities for incarcerated veterans to include the Vet to Vet Program, and NCF American Legion Post 123. On May 24th 2016 the ALA Post 123 had a formal naming ceremony during the Memorial Day services allowing Post 123 to be formally known as The American Legion Ryan-Savard Post 123. The parents of Army SFC Ryan Savard attended the ceremony as well as many esteemed guests to include, Governor Maggie Hasson. The facility and members of the community honored the generosity of the Savard family and their support for the American Legion Post at the NHDOC.

The Recreation Department offered intramural leagues in softball, basketball, musical instruction, extreme cardio program, language, and hobby craft programs featuring, wood/ceramic/clay, as well as art/leather opportunities to inmates meeting eligibility criteria. The NCF Recreation Department had an increase of 106 inmates who participated in this year's recreational services. Recreation staff also facilitates

donations from the inmates participating in the recreation and hobby craft program for Toys for Tots on an annual basis.

NCF remains to be a committed community partner, assigning supervised work crews to community projects as time and staffing permit. The facility was able to perform 80 hours of community service to local organizations with minimum security inmates.



# Division of Community Corrections

# Director, Kim MacKay

The Community Corrections team continues to step up to the challenge of assisting offenders in preparing for a successful reintegration the community. Successful reentry starts from the time of admission to the prison and continues through release. Our team consists of many areas such as Case Management, Education/Career Technical Education Center (CTEC), Chapel Services, Family Connections Center, Volunteer/Intern coordination, Transitional Work Center, and the Transitional Housing Units (Calumet, Shea Farm and North End House).



**Community Corrections workers volunteer their services at the Live and Live Farm in Chichester, NH**

## Case Management

Re-entry Case Managers focus on assisting the inmates in the development of successful re-entry plans. They continue to manage large caseloads while ensuring all of their duties are completed. They assist inmates from the moment they enter the prison until they are paroled. We also continue to extend Case Management services at the two largest District Offices: Manchester and Nashua. This year we focused on assisting inmates with applying for insurance benefits to allow them to continue medical and behavioral health treatment once they are released. We completed 715 New Hampshire Easy applications throughout all facilities.

## Education

*Corrections Special School District*

The Corrections Special School District (CSSD) has continued to offer a diverse composite of educational services in accordance with RSA 194:60 and the Interagency Agreement between the NHDOC and the NH Department of Education. The services have ranged from initial intake assessments and guidance activities to educational classes, labs and post-secondary college course work. The CSSD is comprised of both the Granite State High School (GSHS), which provides traditional educational services, and the Career and Technical Education Center (CTEC) providing career focused, competency based instruction related to specific occupational interests.

Granite State High School's continued priority has been to meet the needs of the special education and learning disabled inmate students. In accordance with the Individuals with Disabilities Education Act (IDEA), and the Americans with Disabilities Act (ADA) interested inmate students have had access to a free and appropriate public education. Additionally, inmate students with low levels of education and minimal work histories attended Granite State High School classes consistently throughout SFY 2016.

When considering educational services, the following statistics of the NHDOC population are taken into consideration:

➢ Approximately 45% of the inmates entering the facilities are without a High School Equivalency or High School Diploma
➢ The combined scores of the Tests of Adult Basic Education continue to indicate that on average, students function at the 8th grade level (reading ability is at the 9th grade level, math- 8th grade and language skills of 8th grade.)

In SFY 2016, individual guidance counseling has continued to help men and women choose education and career goals from the school district's offerings, as well as help them achieve those goals. The Corrections Special School District provided 1,660 intake assessments and 1,205 Tests of Adult Basic Education (TABE) across the various correctional custody levels and facilities. Also, 51 inmate students achieved their High School Equivalency and six students were awarded their high school diplomas during this period of time. There are 23 inmates who are within two credits of completing their high school diplomas.

**Chart 1 – Student Intake Assessments**

| SFY 2016 | NHSP/M | NHSP/W | NCF | Total |
|---|---|---|---|---|
| Intakes | 1205 | 195 | 31 | 1660 |
| TABE Testing | 879 | 139 | 159 | 1205 |
| High School Equiv. | 24 | 5 | 22 | 51 |
| HSD | 4 | 1 | 1 | 6 |

The CSSD received Title I, Part D funds to improve instructional offerings throughout the school district. The CSSD was also renewed for the Adult Basic Education Grant, which was used to fund a part-time teacher to provide High School Equivalency (HiSet) and additional instructional materials. For SFY 2016 the focus on these funds were to improve and enhance educational services at Shea Farm and the Transitional Work Center. These Title I purchases have assisted the CSSD in strengthening the overall educational programming for inmates transitioning to lower custody.

The CSSD continued to facilitate formal studies at the post-secondary level via New England College at NHSP/M as well as college correspondence work. Educational opportunities are offered at all facilities on a year-round basis. Costs are assumed by inmate students or through grants.

The Career and Technical Education Center (CTEC) continued to offer eight career and technical education training programs. These programs provided opportunities to develop foundational skills and core competencies in relevant occupational areas in preparation for successful reentry into society. Inmate students with limited work histories also enrolled in technology education classes through the Introduction to the Workforce Program at the Concord and Goffstown facilities. All interested inmate students met with the Corrections Special School District counselors and staff who guided them through the identification of their occupational interests, assessed their readiness and facilitated their program enrollment. During this timeframe two Career and Technical Education Center staff left working for the Corrections Special School District and the vacancies are currently being worked on in terms of recruitment, etc.

Inmate student enrollment on a quarterly basis continued to average between 325-375 students throughout each of the four quarters in SFY 2016. From July 1, 2015, through June 30, 2016, 818 overall certificates of completion were issued to inmate student enrolled in the various programs.

**Chart 2 – Certificate Completions**

| SFY 2016 CTEC Program<br><br>Certificate Completions *(by Prog.)* | NHSP/M | NHSP/W |
|---|---|---|
| Automotive Mechanics Program | 22 | N/A |
| Building Trades Program | 56 | N/A |
| Business Education Program | 174 | 63 |
| Computer Education Program | 180 | 73 |
| Culinary Arts Program | 123 | N/A |
| Intro. to the Workforce Program | 60 | 48 |
| Power Mechanics Program | 19 | N/A |
| **Total Certificates** *(combined 818)* | **634** | **184** |

**Chapel Services**

We have a chaplain at each prison facility. The Chaplains provide pastoral care and religious services for the spiritual guidance of persons committed to the NHDOC. They coordinate religious services to provide inmates opportunity to express personal faith and participate in meaningful worship. We have many community volunteers who provide a vast array of religious services to the inmates and the Chaplains supervise religious volunteers to insure institutional security, monitor religious opportunities for inmates and enhance volunteer safety.

**Family Connections Center July 1, 2015– June 30, 2016**

This past year marked the 17th year that the Family Connections Center has been providing family support for parents incarcerated in the New Hampshire Department of Corrections. The Family Connections Center has continued partnering with many community agencies to provide services for these parents and their minor children. This year was marked by two major national publicity events. The FCC was first recognized by the Education Department of NBC News as an outstanding program and was featured on their award-winning Parenting Toolkit website; second, the FCC was quoted for a press release by the NH Kids Count organization during a coordinated 50-state press release by the Annie E. Casey Foundation about the prevalence and need to support children with incarcerated parents. Through the services offered, the Family Connections Center has strengthened New Hampshire's communities by increasing the protective factors of the thousands of children who have a parent in FCC by helping them be assured that they are loved and still able to have a relationship with their parent who is living at a distance.

The FCC provides family support to inmates housed at all three state prisons. They also provided limited services to the Transitional Work Center, and Shea Farm in Concord. The Family Connections Center is a unique example of public-private partnerships. Many private, not for profit agencies, and various individuals donate time and/or money to provide services and resources to the Family Connections Center. The FCC provides parenting education, parenting support and supervised healthy interactions for the parents incarcerated in the state prison system and their children. This helps increase the protective factors for the thousands of children who have a parent incarcerated in the NH Department of Corrections. According to a study released in 2016 by the Annie E. Casey Foundation, an estimated five percent (13,579 children) of NH's children are experiencing parental incarceration.



**Array of FCC Programs provided**

Parenting Education Class – It is a general parenting education class focusing on the unique struggles of parenting from prison. Topics include child development, discipline, children's self-esteem and children's stress, maintaining relationships with children's caregivers and how to be an involved and supportive parent while living away.

Books on CD – Incarcerated parents read children's stories onto CD, which are sent home to their children. This allows children to stay connected to their parent and the parent can help to promote literacy as the child reads along with their parent. The child to able hear their parent say "I love you" any time they want to hear it. (The CD and two brand new books are mailed home to child)

Healthy Relationships – focuses on what a healthy relationship is and how to create and maintain them through positive communication between couples, caregivers and kids.

Video Visits – Visits give children and their parents the opportunity to build or reconnect attachments which help strengthen families. They also help prepare the incarcerated parent for the transition into the role of parenting on the outside. Visits are monitored and feedback is provided to the parent after the visit on their use of positive parenting techniques.

Weekly Parenting Support Groups – Offer incarcerated parents an opportunity to share and learn from one another and discuss current issues related to parenting.

Seminars – Presenters from the community, other State agencies, and independent professionals volunteer their time to teach classes /seminars about families, parenting, child development, and related life skills.

**Chart 3 – FCC programming by facility**

| SFY 2016 | Shea Farm | NCF | NHSP/M | NHCF/W |
|---|---|---|---|---|
| **Parenting Class** | 4 Residents Completed | 59 Inmates Completed | 75 Inmates Completed | 38 Inmates Completed |
| **Books on CD** | 5 Residents Participated | 33 Inmates Participated | 31 Inmates Participated | 28 Inmates Participated |
| **Healthy Relationship Class** | ——— | 72 Inmates Completed | 81 Inmates Completed | 40 Inmates Completed |
| **Video Visits** | 72 Visits Conducted | 526 Visits Conducted | 765 Visits Conducted | 198 Visits Conducted |
| **Support Groups** | 42 Support Group Meetings | 281 Support Group Meetings | 308 Support Group Meetings | 89 Support Groups Meetings |
| **Seminars** | ——— | 57 Inmates Participated | 315 Inmates Participated | 115 Inmates Participated |

**Volunteer/Intern Services**

The NH Department of Corrections encourages positive community involvement with our offender population and currently has approximately 650 community volunteers. Volunteers are a critical component in the Department's efforts to maintain institutional safety and security by providing services to the offender while they are incarcerated. Some services volunteers provide include but are not limited to, faith based support, educational programs, administrative support and/or mental health service programs.

**Transitional Work Center (TWC) and Transitional Housing Units (THU):** These facilities help forge better relationships between DOC, the courts, and the community. The Division of Community Corrections is the final stage of an offender's incarceration as they prepare to transition back into the community.

**Chart 4 – Transitional Facility Population**

| Transitional Facility Population As of June 30, 2016 | |
|---|---|
| Transitional Work Center (C2) | 160 |
| Calumet THU (C1) | 72 |
| North End House THU (C1) | 43 |
| Shea Farm THU (C1 & C2) | 42 |
| **Total:** | **317** |

The security staff continues to meet the needs of the inmate population due to vacant positions. Their dedication to the Department of Corrections is remarkable. In addition to their regular duties six employees attended a training to allow them to train other Community Corrections staff to administer Narcan in an emergency situation at the Transitional Work Center and Transitional Housing Units. Our goal is to ensure everyone's safety and security within all Community Corrections facilities.

# Division of Field Services
## Michael McAlister, Director

The Department of Corrections Division of Field Services is statutorily responsible for the community supervision of probationers, parolees, and inmates placed on Administrative Home Confinement (AHC); collection and disbursement of fees, fines and restitution; and conducting investigations for the courts and Parole Board.

In addition to the Central Office in Concord, the Division maintains eleven District Offices and four sub-offices (in Lebanon, Salem, Portsmouth, and North Conway). The District Office locations are aligned with the Superior Courts.

On June 30, 2016, there were 6,811 active supervision cases being serviced by the Division. See the chart on the following page for the breakdown.

In accordance with RSA 504-A:13 IV, the Department may collect an application fee for the transfer of supervision to another state through the Interstate Commission for Adult Offender Supervision (ICAOS). During SFY 2016, a total of $26,199 was collected pursuant to this statute.

The Department continued participation in the FBI Safe Streets Gang Task Force and in the United States Department of Justice Asset Forfeiture Program.

The Department is providing services to several alternative sentencing programs including the Drug Court and New Hope probation strategy in several counties.

A total of $2,916,556 in fines, fees, and restitution was collected in SFY 2016. A total of $2,961,401 was disbursed.

**Supervision Cases on June 30, 2016**

| | |
|---|---|
| Probation | 3,748 |
| Parole | 2,390 |
| Non-New Hampshire Supervised | 604 |
| Administrative Home Confinement | 33 |
| Collection Only | 10,324 |
| **Total** | **17,099** |

*The first four categories in the chart are considered Active Supervision Cases.*

| Field Services Receipts and Disbursements SFY 2016 | | | | |
|---|---|---|---|---|
| **Total Receipts** | | | | **$2,916,556.44** |
| **Disbursements Paid to:** | | **Paid for** | | |
| Individuals | | Restitution | | $1,921,508.35 |
| Courts | | Fines | | $287,370.61 |
| PSTC | | Training | | $62,326.45 |
| DOC Field Services | | Collection Functions | | $258,119.58 |
| DOC Field Services | | ICAOS Dues and Costs | | $26,199.00 |
| Justice | | Victim Assistance | | $33,957.05 |
| General Fund | | Annulments | | $133,500 |
| General Fund | | Collection Fees | | $28,697.89 |
| General Fund | | Supervision | | $332,741.01 |
| Misc. Expenses* | | | | ($123,019.17) |
| **Total Disbursements** | | | | **$2,961,400.77** |

*\*e.g., voided checks, bank fees, etc.*

**NHDOC Field Service Locations**

| | |
|---|---|
| Exeter District Office (#01) | Rockingham County |
| Manchester District Office (#02) | Hillsborough County North |
| Concord District Office (#03) | Merrimack County |
| Berlin District Office (#04) | Coos County |
| North Haverhill District Office (#05) | Grafton County |
| Central Office (#06) | 105 Pleasant St., Concord |
| Dover District Office (#07) | Strafford County |
| Laconia District Office (#08) | Belknap County |
| Keene District Office (#09) | Cheshire County |
| Claremont District Office (#10) | Sullivan County |
| Wolfeboro District Office (#11) | Carroll County |
| Nashua District Office (#12) | Hillsborough County South |

# Division of Administration
**Robin H. Maddaus, Director**



The Division of Administration as stated in RSA 21:H:4 is "responsible to provide for: (1) Accounting, purchasing, and budget control. (2) Property, contracts, and grant management. (3) Assistance to the commissioner with short and long range department-wide planning activities." The Division oversees Financial Services, Contracts and Grants Administration, and Logistical Services as well as having responsibility over Correctional Industries.

Financial Services staff is responsible for accounts receivable, accounts payable, purchasing, budgeting, and financial analysis for the Department as well as maintaining the inmate banking system. The Contracts and Grants staff is responsible for the RFP process and management of contracts and grants administered by the Department. Logistical Services staff is embedded in the three prison facilities and is responsible for all maintenance, food service, laundry, and warehouse functions of the prisons, the transitional work center and three transitional housing units.

A challenge facing the Department during the 2016 fiscal year was managing the under appropriation of overtime when the need was at its greatest, due to retirements and vacancy rates of direct care positions. This challenge tested the financial, operational, and staffing limits of the entire Department. When the state fiscal year came to a close, the Department successfully met this challenge due to a collaborative and cooperative effort in managing this budget at every level of the Department.

Financial Services and Contracts and Grants staff did a commendable job as they continued to execute their duties in an efficient and professional manner.

Logistical Services maintenance staff continued to keep the facilities mechanically operational as they faced the daily challenges of maintaining the infrastructure of our aging facilities. Concord maintenance staff encountered the daily challenges of maintaining the structures at the NH State Prison for Men, the Transitional Work Center and the transitional housing units. They, as well as the Northern New Hampshire Correctional Facility in Berlin and the New Hampshire Correctional Facility for Women in Goffstown maintenance staff, keep the facilities safe and operational. The food services staff at the three prisons provides an average of 7,800 meals a day with minimal staffing resources. Laundry staff successfully managed to get the job done while dealing with equipment failures. The warehouse staff coordinates the delivery, storage and disbursement of goods.

Logistical Services Administrator, Jon Hanson continues to excel at helping to manage the construction of the New Hampshire Correctional Facility for Women in Concord. This project is the state's most expensive, single capital project to date at $53 million and the first Construction Manager at Risk (CMAR) project the state has done. When using CMAR, the construction manager commits to deliver

the project within a guaranteed maximum price. The new women's prison is proposed to open in October, 2017. As of June 30, 2016 the project remained on schedule and within budget.

SFY 2016 witnessed the introduction of two new ways of doing business for the accounting staff. Work began to develop processes that may one day, through the Filehold project, make the "paperless workplace" a reality. At the same time, many state contracts now require that payment be made through the use of a procurement card or "p-card". Both these initiatives are changing the way we do business. The next year will be transformative and I have no doubt that the staff is up to the task.

## Grants SFY 2016

The DOC benefitted from several grants this fiscal year, both directly and indirectly. The Department received an Adult Basic Education sub-grant from the NH Department of Education (DOE) in the amount of $44,900 for the 2016 fiscal year for a part-time HISET/Regular Education Teacher and materials.

The Department received a total of $159,200 in Victims of Crime Act (VOCA) sub-grants from the NH Department of Justice (DOJ). The NHDOC Victim Services staff provides assistance to crime victims and their families.

The DOC annually receives a State Criminal Alien Assistance Program (SCAAP) award from the U.S. Department of Justice to partially reimburse the Department for the costs associated with housing illegal aliens. The SCAAP award for SFY 2016 was $75,768.

The FBI awarded the DOC a Safe Streets Task Force (SSTF) grant of $35,096, with a project period of October 1, 2015 through September 30, 2016.

In SFY 2015, NHDOC received a Swift and Certain Sanctions/Replicating HOPE Project sub-grant award from the NH Department of Justice in the amount of $56,676, with a project end date of September 30, 2016. In SFY 2016 these funds continued to be utilized to improve supervision strategies of offenders in the community, collaboration among agencies, and improving offender outcomes.

In addition, the NHDOC received new sub-grants in SFY 2016. Funds in the amount of $50,000 were received from the NH Department of Health and Human Services, Division of Community Based Care Services, Bureau of Drug and Alcohol Services, Governor Commission for the Seeking Safety program. Seeking Safety is an evidence-based, present focused, coping skills therapy to help people with co-occurring disorders attain safety from trauma and/or substance abuse.

In an effort to reduce the hypertension rate of residents within the NHDOC, the Department received a sub-grant from the NH Department of Health and Human Services, Division of Public Health, in the amount of $22,000 to implement a hypertension control project.

The following charts depict Department expenses during SFY 2016, total expenses and costs per day, and expenses by major class category.

**Chart 1:**

| SFY 2016 Functional Budget Summary (Expenses by Area) DOC |
| --- |

| Functional Area | SFY 2016 Actual | |
| --- | --- | --- |
| | Amount | % |
| Prisons | 83,511,325 | 77.50% |
| Prison Industries (net of revenues) | 372,127 | 0.35% |
| Transitional Housing | 5,000,136 | 4.64% |
| Probation/Parole | 9,208,211 | 8.55% |
| Overhead Expenses - Administration | 9,349,845 | 8.68% |
| Grants | 311,468 | 0.29% |
| Total | 107,753,112 | 100.00% |



Prison Industries (net of revenues)
372,127
0%

Transitional Housing
5,000,136
5%

Probation/Parole
9,208,211
9%

Prisons
83,511,325
77%

Overhead Expenses - Administration
9,349,845
9%

Grants
311,468
0%

## Chart 2:

| Total Expenses & Costs per Day SFY 2016 DOC | | | | |
|---|---|---|---|---|

| Expense Category | Prisons | Transitional Housing | Probation/Parole | SPU/RTU |
|---|---|---|---|---|
| Total Expenses | $82,932,537 | $5,475,227 | $10,083,135 | $8,921,151 |
| divided by: Ave Number of Offenders | 2,315 | 312 | 17,606 | 80 |
| equals: Ave Annual Cost per Offender | $35,832 | $17,568 | $573 | $111,864 |
| divided by 365 equals: Ave Daily Cost | $98.17 | $48.13 | $1.57 | $306.48 |



**Chart 3:**
**SFY 2016**
**DOC**

| Expense Category | SFY 2016 | |
|---|---|---|
| | Actual | % of Total |
| Salaries and Benefits | 79,898,514 | 74.2% |
| Facility Operations | 10,020,369 | 9.3% |
| Equipment | 322,500 | 0.3% |
| Medical & Dental | 11,643,618 | 10.8% |
| Other Expenses | 5,196,218 | 4.8% |
| Grants | 297,359 | 0.3% |
| Prison Industries (net) | 372,127 | 0.3% |
| **Totals** | 107,750,706 | 100.0% |



Correctional Industries

NH Correctional Industries (NHCI) currently operates nine service and manufacturing shops and a retail outlet, employing 19 full-time staff, 3 part-time staff and approximately 240 inmates across all facilities. These shops produce goods and provide services to state agencies, municipalities, non-profit organizations and individuals throughout New Hampshire. NHCI shops include: license plates, signs and engraving, printing services, woodworking and upholstery services at the NH State Prison for Men. In Berlin, the Northern NH Correctional Facility offers woodworking, upholstery services and furniture refinishing. A forestry and wood production program provides skills to minimum security inmates at the former prison farm. Inmates at the NH Correctional Facility for Women can work in dye sublimation and painting, and in the near future, Braille transcription. Financially, NHCI's SFY 2016 revenues increased $84,713 or 4.5% over FY 2015 to $1,929,278.

SFY2016 brought some exciting developments to Correctional Industries. In April, a five year Memorandum of Understanding was reached between NHCI and the Department of Resources and Economic Development for NHCI to provide bundled firewood to state campgrounds. As part of this agreement NHCI was able to obtain a firewood kiln to season and heat-treat our firewood. This state-of-the-art equipment allows NHCI to meet state guidelines for the distribution of firewood and to service campgrounds across the state while protecting the environment from the spread of invasive insects. This agreement provides a stable source of firewood at a reasonable price to the state parks and a sizeable new revenue source to NHCI as annual sales volume should exceed $100,000.

In May, NHCI opened the NH Department of Corrections Retail Showroom. While NHCI has had a retail operation in the past, the new showroom is much improved. Our location on North Main Street in Concord was completely remodeled by the DOC Building Trades program and now offers over 2,500 square feet of retail space. Our product offerings have increased tremendously with everything from fine furniture to leather goods, artwork and more. In addition, customers can view samples made in the various NHCI shops as well as place and pickup completed orders. The Showroom is open weekdays from 10:00 a.m. to 6:00 p.m. and Saturdays from 10:00 a.m. to 4:00 p.m. The Showroom is closed Wednesdays and Sundays.



At the NH Correctional Facility for Women, NHCI established a new program teaching graphic design using the process of dye sublimation to produce printed products. We also began working on a program in partnership with the NH Department of Education to train inmates in Braille transcription so they can transcribe textbooks for visually impaired students across the state. We hope to have this program finalized in 2017.

Along with these major accomplishments, we were able to complete our five year strategic plan which has helped drive decision making in the past year and provided a road map for the future. We purchased new equipment including a large screen press and envelope press which will allow us to expand our product offerings in the Sign and Engraving shop and in the Print shop. We were fortunate enough to be able to replace an aging delivery truck with a newer, more efficient model.

NHCI's ultimate goal is to be financially self-sufficient by covering 100% of our expenses from the sale of goods and services. In SFY 2016, NHCI grew closer to this goal by being able to cover 83% of its operating costs vs. 81% in SFY 2015. The new developments mentioned above should help move us closer to that goal in the future.

In the coming year, NHCI will continue improve the Industries program by expanding job opportunities at the NH Correctional Facility for Women. We will also strengthen and improve our inmate job training programs to include more recognized certifications to help inmates get and maintain employment upon release.

# INMATE POPULATION DATA at the CONCLUSION OF SFY 2016

## Admissions – SFY 2016

| Admissions | Males | Females | Total | Percentage |
|---|---|---|---|---|
| New Admission | 454 | 54 | 508 | 32% |
| Parole Violator* | 674 | 106 | 780 | 49% |
| Probation Violator* | 136 | 39 | 175 | 11% |
| AHC Returns | 9 | 8 | 17 | 1% |
| Other Jurisdictions | 66 | 48 | 114 | 7% |
| **Total** | **1,339** | **255** | **1,594** | **100%** |

## Releases – SFY 2016

| Releases | Males | Females | Total | Percentage |
|---|---|---|---|---|
| Maxed Out | 73 | 5 | 78 | 5% |
| Paroled | 1,209 | 170 | 1379 | 81% |
| Released to Probation | 68 | 11 | 79 | 5% |
| Released to AHC | 37 | 22 | 59 | 3% |
| To Other Jurisdiction | 51 | 49 | 100 | 6% |
| **Total** | **1,438** | **257** | **1,695** | **100%** |

## Population by Age – June 30, 2016

| Age | Number | Percentage |
|---|---|---|
| 17-21 | 65 | 2% |
| 22-25 | 287 | 10% |
| 26-30 | 463 | 17% |
| 31-40 | 790 | 29% |
| 41-50 | 561 | 20% |
| 51-60 | 369 | 13% |
| Over 61 | 203 | 7% |
| **Total** | **2,738** | **100%** |

## Population by Race – June 30, 2016

| Race | Number | Percentage |
|---|---|---|
| White | 2,358 | 86% |
| Black | 178 | 7% |
| Native American | 9 | 0.3% |
| Asian | 11 | 0.4% |
| Other/Unreported | 182 | 7% |
| **Total** | **2,738** | **100%** |

## Population by Minimum Sentence – June 30, 2016

| Minimum Sentence Length | Number | Percentage |
|---|---|---|
| Less than 1 year | 55 | 2% |
| Between 1 and 3 years | 1,432 | 52% |
| Between 4 and 5 years | 291 | 11% |
| Between 6 and 10 years | 625 | 23% |
| Between 11 and 20 years | 99 | 4% |
| 21 Years and more | 215 | 8% |
| Unknown* | 21 | 1% |
| **Total** | **2,738** | **100%** |

## Population by Maximum Sentence – June 30, 2016

| Maximum Sentence Length | Number | Percentage |
|---|---|---|
| Less than 1 year | 21 | 1% |
| Between 1 and 3 years | 262 | 10% |
| Between 4 and 5 years | 534 | 20% |
| Between 6 and 10 years | 807 | 29% |
| Between 11 and 20 years | 670 | 24% |
| 21 Years and more | 423 | 15% |
| Unknown* | 21 | 1% |
| **Total** | **2,738** | **100%** |

# Division of Medical and Forensic Services
### Paula Mattis, Director

The Division of Medical and Forensic Services is the treatment entity of the Department. Employees within this division are integral to providing constitutionally appropriate health and behavioral health care to approximately 2,500 offenders and civil committees in our custody. In collaboration with community physicians, hospitals, contracted entities as well as community and state agencies, the Division strives to continue to meet both minor and serious health care needs by managing a delivery system that focuses on services that are appropriate and cost effective. The services provided to those in the care of this Division are described in the following sections.

Here are some highlights from Fiscal Year 2016:

- Work continued on the implementation of an electronic health record with an anticipated go live for the fall of 2016.
- The NHDOC continued to maximize the use of expanded Medicaid to defer expenditures from the state's general fund to Medicaid for eligible hospital stays. The total cost for hospital stays was $4,008,670.00 and of that, $1,880,329 was covered by Medicaid.
- In response to the state's opioid epidemic, staff participated in specialized training on administration of naloxone and use of medication assisted treatment (MAT). These tools are used to manage an overdose and treat opioid addiction, respectively.
- Division staff participated in many work groups and activities related to practice and education. These include, but are not limited to, participation on the Suicide Prevention Council, the Commission to Study Mental Health Implementation, the State Board of Medicine, and various tours of facilities and presentations for judges, legislators, prosecutors and other partner groups.
- An agreement with Keystone Services resulted in expansion of addiction services both in our facilities and at transitional housing units.
- Implementation of a peer supporter program for those offenders who are on suicide watch.
- Enhanced pain clinic through addition of group behavioral health treatment focused on the psychosocial aspects of pain management.

## Behavioral Health Services

The Division is committed to serving those in our care with services designed to enhance wellness, learn new skills and implement behavioral change. The services include psychiatric treatment, sexual offender treatment and treatment for addiction. Services are individualized and driven by a treatment plan. Emergency services are available and delivered via a crisis intervention model resulting in a short-term crisis management plan.

The Division implemented a community behavioral health model adapted to a correctional system to assist offenders in management of behavioral health issues. The range of services addresses both acute and chronic needs while reflecting care models found in community behavioral health systems. Acute needs are managed on both an inpatient and outpatient basis. Exacerbation of a chronic behavioral health issue or onset of suicidal feelings can be managed by emergency assessment visits from our clinicians or with an inpatient admission to the Secure Psychiatric Unit (SPU). Ongoing needs are addressed through medication management, individual therapy, group therapy, and skills building activities. Another level of care in the DOC system allows for admission to one of our three residential units: The Residential Treatment Unit for men located in Concord; the Wellness Block for men located in Berlin; and the Wellness Block for women located in Goffstown.

Specialized treatment services include sexual offender treatment and addiction services. Sexual offender treatment utilizes a risk-need-responsivity model. Addiction services are designed to serve people at the point of detox through relapse prevention. Behavioral health services served 193 women and 1,740 men in SFY16 all of whom had a variety of diagnoses and treatment needs.

The following charts show the top 10 principal behavioral health diagnosis for males and females.



**Males Receiving Behavioral Health Services in SFY 2016 Principal Diagnosis Grouping Top 10**

- Adjustment Disorder, 3%
- Alcohol Use Disorder, 4%
- Bipolar Disorder, 5%
- Major Depressive Disorder, 9%
- Anxiety Disorder, 9%
- Opioid Use Disorder, 10%
- Mood Disorder, 11%
- Depressive Disorder, 12%
- PTSD, 17%



**Females Receiving Behavioral Health Services in SFY 2016 - Principal Diagnosis Grouping Top 10**

- Substance Abuse Disorder 4%
- Bipolar Disorder II 4%
- Adjustment Disorder 3%
- Bipolar Disorder I 6%
- Major Depressive Disorder 6%
- Mood Disorder 9%
- PSTD 10%
- Opioid Use Disorder 15%
- Anxiety Disorder 17%
- Depressive Disorder 26%

## Secure Psychiatric Unit (SPU)

The SPU serves multiple populations at the most intensive and secure inpatient treatment facility in the state behavioral health service delivery system. The SPU is designated to serve those having acute psychiatric needs that must be served in an inpatient setting. Those served are offenders from state and county correctional facilities, patients committed through the NH judicial system (in accordance with civil commitment statutes) due to mental illness and dangerousness, those rare individuals committed under the state's sexually violent predator law and individuals who are developmentally disabled requiring intervention for extreme dangerousness.

There are 20-30 hours per week of structured therapeutic and diversional interventions available for patients and offenders; individuals' treatment schedules are contingent upon individualized treatment planning. The SPU continues to provide quality psychiatric care via its team of highly dedicated psychiatric, clinical, nursing, education and security staff who continually strive to improve the level of care provided. The security staff is certified correctional officers who participate in additional specialized training in managing clients with mental illness through collaborative behavioral health training provided through New Hampshire Hospital.

The SPU has a 66-bed capacity, with a current configuration of 50 male beds, 10 female beds, and six infirmary rooms. During SFY 2016, there were 64 admissions to SPU and 68 discharges. Of those discharged, 37 percent went to general prison population settings and 13 percent went to the Residential Treatment Unit (RTU). Those who complete their treatment goals at SPU receive follow up behavioral health services when discharged from the unit

## Residential Treatment Unit (RTU)

The RTU offers a level of intervention designed for male offenders who have a behavioral health condition and are struggling in a prison setting. Offenders may request to be admitted to this unit and are referred to the RTU by behavioral health staff. Often, those who no longer need the intensive services of SPU may be admitted to the RTU as a transitional step down with the goal of returning to a prison housing unit.

In SFY 2016, there were 54 admissions to the RTU with 48% coming from secure housing units. There were 48 offenders discharged from the RTU with 54% returning to general population.

The RTU offers offenders approximately 30 hours per week of structured therapeutic and diversional interventions. After an interdisciplinary evaluation, the treatment team, in conjunction with the resident, develops a specific, individualized treatment plan using evidence-based treatments and behavioral health best practices.

## Wellness Units, Berlin and Goffstown

The Wellness Units continue to show that a combination of clinical services based on a commitment to change will show positive results. These units are designed to support offenders towards achievement of personal goals while emphasizing the power that is derived from a positive group and milieu experience. Promoting a sense of community is the philosophy driving these units in order to prepare participants to be part of a positive community culture while in prison as well as for preparation for life after prison. Participants in these units identify the value of good communication skills as problem-solving techniques versus use of violence. One project that is targeted for expansion is the greeting card program. The offenders design and develop cards that are then sent to local nursing homes.

## General Prison-Based Behavioral Health Services

At the point of entrance into our system, behavioral health clinicians conduct a screening to identify those with ongoing behavioral health issues and those who have a need for behavioral health services. Behavioral health clinicians collaborate with security and other healthcare staff to identify and intervene quickly if risky or concerning behaviors are observed. Behavioral Health Services meet the needs of individuals with a wide range of diagnoses as well as distinct populations including those with gender dysphoria, sexual offender histories and trauma-related issues.

Of note this year is the development and implementation of a peer supporter program designed to ameliorate the effects of suicidal feelings by individuals who are placed on suicide watch. There are now 25 peer supporters at the Concord and Berlin facilities. These peer supporters receive specialized training through the Psychological First Aid program and receive ongoing supervision. Those receiving the service report this as a positive support.

## Sexual Offender Treatment (SOT) Services

Utilizing a risk-need-responsivity model that was developed on evidence-based practices, SOT services emphasize skill development designed to promote safety and self-management. All offenders are assessed to determine level of care needs. The primary modality is an intensive model, located in Concord, which incorporates SOT protocols into a therapeutic milieu. The capacity for the intensive program is 96. During SFY 16, 194 men were served in the intensive SOT program based in Concord. If a less intensive level of care is needed based on the assessment, or if individuals are unable due to physical capabilities to reside in the residential unit, a plan of treatment will be devised to meet their needs.

## Addiction Services

The DOC is committed to providing quality intervention services to assist offenders in managing addiction issues. Different levels of care are offered starting with, if needed, detoxification to on a medical unit. Intensive interventions are offered at each facility and transitional housing units as well as a less concentrated curriculum. Relapse prevention is also offered via support groups for those who have completed treatment. Licensed drug and alcohol counselors are also available to those who have left our facilities on parole status at the District Offices.

At our Berlin facility, we offer the Focus Unit which is a residential unit that provides addiction services with the focus on rehabilitation and wellness. Goals of this program are to decrease substance abuse and to increase pro-social behavior. There is a capacity of 68 beds on this unit. Participants are assisted with follow up services after completion of the Focus Unit program.

In addition to the licensed drug and alcohol counselors on our staff, we have entered into an agreement with Keystone Hall. This has allowed us to increase services in all transitional housing units. As a result we have expanded assessment opportunities as well as group and individual counseling sessions.

We have also implemented Medication Assisted Treatment (MAT) services for those with opioid addiction. This service is reserved for those individuals who have committed to remaining drug free as evidenced by attending treatment, maintaining sobriety and incorporating continuation of this service into their release plan.

## Dental Services

Dental services are provided on location at three locations: Berlin, Concord and Goffstown. Organizing clinics so that both basic dental hygiene and dental procedures occur in a timely fashion is an important aspect of the health care program provided to offenders. In SFY 2016 there were a total of 6,725 dental contacts for examinations, hygiene, prosthetics, extractions, and operative interventions.

## Medical and Nursing Services

Medical providers (physicians and advance practice nurse practitioners) and nurses offer a continuum of services to meet the health care needs of offenders at our prison facilities. Those new to our system are offered a comprehensive assessment to identify and treat acute and/or chronic needs. When medically necessary, referrals are made to community hospitals, services and specialists to meet the unique needs of the individuals we serve.

Inpatient care is available in our infirmaries and is a place for those who do not need hospital level of care but require more immediate medical oversight for conditions than is available on an outpatient basis. Hospice care is also available and is supported by inmate workers who are specially trained to work with those needing that specialty care.

Outpatient care is offered in our health services centers. Offenders are treated, provided follow up appointments, receive medications and triaged for emergencies by nurses and providers. Providers and nurses also provide sick call daily at our secure housing units to ensure that medical needs are being met.

In the past year, we have developed a system to comply with new laws regarding the Prescription Drug Monitoring Program (PDMP), updated our hepatitis C treatment guidelines and implemented a hepatitis nurse case manager to improve patient care. In responding to the opioid crisis in our state we have created a new acute pain guideline and have assigned a behavioral clinician to conduct Pain Groups as part of our pain clinic model. Diabetes care and involvement in the Hypertension Project through the Division of Public Health have also been areas of focus. Finally, Medical and Nursing Services have played an integral role in the development of our electronic health record and Medication Assisted Treatment program.

**Pharmaceutical Services**

Under the leadership of a Chief Pharmacist, our team of pharmacists and pharmacy technicians ensures that medication is packaged and available to be administered to those in our care. Pharmaceutical costs continue to rise and management of that is critical piece of our operations. The Chief Pharmacist chairs a monthly Pharmaceutics and Therapeutics Committee comprised of the heads of our healthcare disciplines serves as a cost-containment body as well as monitoring prescribing practices and trends, reviewing our formulary as well as overseeing the safety and security of medications. This past year we have started utilizing several special medication programs in order to reduce medication purchasing costs by obtaining these medications free of charge: Vivitrol, Makena, Tecfidera and Kineret. We also reduced insulin costs by educating prescribers on the use of lower cost insulin alternatives.

Pharmaceutical Services staff also assisted in electronic medical record development as well as ensuring our compliance with the state's PDPM.

Total pharmaceutical cost for SFY 2016 was $2,414,055. The chart below demonstrates total costs for pharmaceuticals as compared to costs for psychotropic medications for each of the four quarters in SFY2016.

**Chart 3**



**Allied Health Professionals**

The Division's Allied Health professionals are a critical part of our healthcare system. Consisting of a nutritionist, physical therapist and recreational therapists, this group provides services that ensure the diverse needs of those in our care our met.

The Division's nutritionist works in collaboration with food services in conducting reviews of menus and nutritional guidelines as part of an on-going quality improvement process at all sites. An annual nutrition analysis is conducted every year to ensure that basic nutritional needs are being met. Our nutritionist collaborates with nursing and medical staff to prioritize areas for patient education and individual consulting. This past year, our staff nutritionist assisted nursing with the Hypertension Project and instituted a diabetes support group for offenders.

Physical therapy services are provided at all sites by a licensed physical therapist. Focusing on treatment and improving the physical functioning of those served, our physical therapist provides direct care and coordinates services by external orthopedic specialists.

Recreational therapy is specific to the Secure Psychiatric and Residential Treatment Units. By providing structured activities and individual skills building, recreational therapists encourage improved self-management through better use of leisure time, development of coping skills and learning effective communication techniques.

Supporting all services throughout the Division is our Medical Records unit. This group ensures that patient information is secure, organized and available to support treatment, respond to requests for patient information and provide data on various aspects of service utilization. This past year, this group

has been busy preparing to move to a paperless environment by scanning existing paper medical records in preparation for electronic health record implementation.

### Office of the Forensic Examiner

The Office of the Forensic Examiner (OFE) conducts court ordered psychological evaluations when there are concerns about a criminal defendant's competency to stand trial or when the defendant has pled Not Guilty By Reason of Insanity. The forensic examiners conduct in-person evaluations with the defendants, write forensic reports for the judge, and often testify about their findings. The OFE has also been working closely with other state agencies to improve the system for court ordered evaluations, including improving efficiency and consistency. In SFY16, the forensic examiners completed 369 competency evaluations.

### Not Guilty By Reason of Insanity Civil Commitments

The Department of Corrections monitors 31 civil committees, committed as Not Guilty by Reason of Insanity (NGRI) and on-going enforcement of the treatment regimen per RSA 651:11-a. There is a dedicated NGRI Clinical Coordinator who meets regularly with individuals and different behavioral health organizations to ensure ongoing treatment needs are met. The Division coordinates inpatient level of care and outpatient behavioral health services to ensure compliance with court orders and that treatment needs are being met for these individuals. The Division utilizes trained forensic psychologists in assessing risk for future violence in these cases to evaluate preparedness for changes in level of care as deemed necessary.

# Division of Professional Standards
**Colon Forbes, Director**

The Department of Corrections' Division of Professional Standards is responsible for department-wide criminal and administrative investigations. The Division also includes the Polygraph Unit, the Hearings Bureau and the Bureau of Audits and Compliance.

The Polygraph Unit is responsible for conducting polygraph examinations related to the supervision and treatment of sex offenders, the pre-employment recruitment of uniformed staff, and criminal and administrative investigations. Community safety is the number one priority. The sex offender polygraph testing program assists Probation/Parole Officers and sexual offender treatment providers by identifying low level behaviors which, if left unchecked, could lead to high level risk behaviors and possibly re-offense. In addition, the pre-employment polygraph examinations for law enforcement positions ensure that the Department of Corrections selects credible candidates. In SFY 2015, the Polygraph Unit conducted a total of 224 examinations.

The Hearings Bureau provides a due process system for hearing inmate grievances and claims, and ensures proper due process protection and adherence to disciplinary procedures for the inmate population. In SFY 2016, the Hearings Bureau processed 10,669 disciplinary reports, 1,912 of which resulted in hearings.

The Investigations Bureau is responsible for the department-wide investigation of serious incidents and allegations of criminal and/or administrative wrongdoing by inmates, staff and members of the public as well as assistance to other law enforcement agencies. During SFY 2016, the Investigations Bureau staff conducted 2,307 investigations.

The Bureau of Audits and Compliance provides insightful, objective, independent audits and evaluations of department operational activities. The Bureau is also responsible for consulting services in coordinating Lean process improvement events and in department policy management.

## Disciplinary Hearing Outcomes

**SFY 2015 Infractions**

| | |
|---|---|
| Major Infractions | 2,762 |
| B Level Infractions | 5,791 |
| C Level Infractions | 2,116 |
| **Total** | **10,669** |

**SFY 2015 Dispositions**

| | |
|---|---|
| Pled Guilty | 974 |
| Found Guilty | 397 |
| Incident Report | 179 |
| Filed Without Prejudice | 230 |
| Found Not Guilty | 7 |
| Other | 125 |
| **Total** | **1,912** |

**SFY 2015 Investigations**

| | |
|---|---|
| Accident | 3 |
| Administrative | 10 |
| Agency Assists | 229 |
| Attempted Suicide | 1 |
| Citizen Complaint | 17 |
| Civil Litigation | 4 |
| Criminal | 66 |
| Drug Interdiction | 76 |
| Intelligence | 36 |
| PREA (Prison Sexual Assault) | 47 |
| Unit Assist | 1,818 |
| **Total** | **2,307** |

# Victim Services Bureau
# Amanda Breen, Administrator

Our correctional based Victim Services Unit, at the NHDOC is an essential component in ensuring that the New Hampshire Victim Bill of Rights is upheld. New Hampshire RSA 21-M: 8-k provides crime victims with important rights in order to address their needs throughout the justice process. These include fairness and respect, reasonable protection, participation/input, restitution, compensation, notification, and victim-initiated Victim-Offender Dialogue.



Victim advocacy through the NHDOC is developed and implemented in a manner consistent with New Hampshire Law and the Department's mission and values. The activities practiced by Victim Services staff are designed to empower and support the participation of crime victims throughout the corrections phase of the justice system. The Victim Resource Center, located at the NH State Prison for Men, is a space used to prepare victims/survivors for parole hearings, develop safety plans, and provide information and status updates on cases. The central location of the Resource Center allows for interdepartmental collaboration with the Parole Office, Classifications, and Community Corrections.

At the close of SFY 2016, Victim Services staff documented 7,165 contacts with 3,309 victims/survivors and their families. There were 355 new requests for victim notification during the fiscal year. The most common types of services include notification on cases, advocacy, and accompaniment. Victim Services staff routinely attend parole hearings with victims/survivors in order to provide support and ensure victims/survivors are afforded the opportunity to exercise their rights. To make certain that the Victim Services Unit is up to date on best practices and policies, staff members take part in state-wide events, such as New Hampshire Victims' Rights Week in April of 2016.

## PREA – Prison Rape Elimination Act

The New Hampshire Department of Corrections (NHDOC) is committed to a zero-tolerance standard for prison sexual assault and sexual victimization, including offender-on-offender sexual victimization , staff-on-offender sexual misconduct, and sexual assault by any other person working with or having contact with offenders under departmental control or supervision. The prevention of offender-on-offender sexual assault and staff sexual misconduct is a top priority. To ensure that NHDOC is in compliance with PREA, a three year audit cycle has taken place, with the final phase scheduled for the fall of 2016. The results of the audit thus far demonstrate a strong commitment of following policy by both uniform and non-uniform staff alike. The NH State Prison for Men (NHSP Men) and the North End House were scheduled for audits in September and October of 2015. There were 43 standards mandated for the NHSP Men. Of the mandated 43 standards, 41 met standards, 1 exceeded the standard, and 1 standard was not applicable. Of note, the auditor mentioned it is rare for a facility to exceed a standard, which shows remarkable work on part of NHDOC staff. There were 39 standards mandated for the Community Corrections North End House. Of the 39 standards; 38 were met, and 1 was not applicable, again validating a commitment to zero-tolerance for prison sexual victimization.

# Division of Security and Training
## Christopher Kench, Director

The Division of Security and Training oversees Inmate Classification and Offender Records, the establishment and maintenance of prison security and emergency management programs, and implements the department-wide training program. The Division includes the Bureaus of Training and Staff Development and the Bureau of Inmate Classifications and Offender Records.

During SFY 2016, three corrections academies were facilitated, starting 32 Correctional Officers, two non-uniform academies were facilitated starting 25 non-uniform staff and approximately 250 days of in-service and other miscellaneous training were facilitated for all NH DOC staff members.

The Open Source Learning Management System (Moodle) continues to be successful with over forty on-line courses available to date.

Staff attended required Active Shooter and Foundation of State Supervision training.

The NHDOC liaisons to the NH State Police Hostage Negotiations Team continued training together during this period, and our Special Emergency Response Team hosted members of the Vermont Special Operations Response Team during their annual training.



# Bureau of Business Information and Technology
## Linda Socha, Administrator

The Department of Corrections is committed to the use of technology to improve communication, increase efficiency and security with a focus on fiscal responsibility. The Bureau of Business information and Technology was established to increase the focus on using technology to allow the agency to accomplish a wide range of objectives.



The Bureau is a joint effort with the Department of Information Technology (DoIT). This collaboration provides a smooth transition from the business side with project management, reporting, application support, data analysis, and prioritization of projects through the technical side with network support, server operations, desktop support, and application development.

There were 5 main projects which were the focus of this year's efforts for the Bureau:

FileHold (Document Management): This project continues to be implement throughout the agency with great success. At this time the system holds almost 800,000 document files!

Electronic Medical Records (EMR): This project has required a huge amount of effort on DOC staff to meet the deadlines of implementation of the system by November 15, 2016. This system will eliminate a completely paper-based process and include medical, mental health and dental records.

Video Conferencing: The video network was upgraded and expanded from hearings to include training/conference rooms with the ability to hold video conferences. The agency has implemented WebEx to reduce travel and to facilitate meetings/trainings between all locations. The EMR project uses this functionality extensively to keep DOC staff and multiple vendors working in a collaborative environment while reducing travel and over-time costs.

Officer Scheduling: DOC began a project to identify an officer scheduling solution that would allow the agency to reduce staff fatigue and identify potential savings on over-time costs. As the project moved forward it was adopted by Administrative Services and is now a State of NH initiative. DOC will remain one of the first agencies to implement the solution selected.

Data/Reporting: DOC saw a huge increase in requests for data and reporting. Extensive work during the year has been done on ways to improve our data collection, quality of the data, data analysis and new reports.

Along with these projects the group also handled 3,160 help-desk requests. Help Desk requests include everything from installing new hardware or resolving hardware problems, to assisting with user access to the network and to systems along with support during and after system upgrades and/or outages.

The Application Development Group supports DOC management and operations by providing in-house development of applications, databases, research and statistical reports, compliance with federal reporting, and third party right-to-know requests. This group received 592 project requests; 458 of these requests were completed, 121 were in active status with 13 placed on hold.

# Division of Human Resources
## Ella Fredette, Administrator

The following charts show the staffing breakout for SFY-2016 and include a comparison to the number of allotted positions for previous years.

**Chart 1 – Total Budgeted and Vacant Positions at the end of SFY-2016**

| Position | FY-16 Budgeted | Actual on June 30, 2016 | | | |
|---|---|---|---|---|---|
| | | Filled | Funded Vacancies | Unfunded Vacancies | Total Vacancies |
| Executives | 12 | 11 | 1 | 0 | 1 |
| Managers/Administrators | 27 | 25 | 2 | 0 | 2 |
| Corrections Officers | 468 | 395 | 73 | 0 | 73 |
| Probation/Parole Officers | 70 | 65 | 5 | 0 | 5 |
| Medical Personnel | 61 | 54 | 7 | 0 | 7 |
| Teachers/Instructors | 23 | 20 | 3 | 0 | 3 |
| Shop Supervisors/Tradesmen | 63 | 57 | 6 | 0 | 6 |
| Recreational Personnel | 2 | 1 | 1 | 0 | 1 |
| Clerical/Administrative | 100 | 96 | 4 | 0 | 4 |
| Correctional Counselor/Case Mgr | 36 | 32 | 4 | 1 | 4 |
| Psychologists/Social Workers | 29 | 25 | 4 | 0 | 4 |
| | | | | | |
| TOTALS | 891 | 781 | 110 | 1 | 110 |

## Chart 2 – Comparative charts for SFY 2011 – SFY 2016

| | FY 11 | FY 12 | FY 13 | FY 14 | FY 15 | FY 16 |
|---|---|---|---|---|---|---|
| Executives | 12 | 12 | 12 | 12 | 12 | 12 |
| Managers/Administrators | 38 | 30 | 29 | 27 | 27 | 26 |
| Correction Officers | 493 | 471 | 470 | 469 | 468 | 468 |
| Probation/Parole Officers | 70 | 70 | 70 | 70 | 70 | 70 |
| Medical Personnel | 66 | 62 | 62 | 62 | 61 | 61 |
| Teachers/Instructors | 29 | 24 | 24 | 24 | 23 | 23 |
| Shop Supervisors/Tradesmen | 60 | 62 | 62 | 62 | 63 | 64 |
| Recreational Personnel | 2 | 2 | 2 | 2 | 2 | 2 |
| Clerical/Administrative | 108 | 101 | 98 | 100 | 100 | 100 |
| Correctional Counselor/Case Manager | 45 | 44 | 44 | 44 | 36 | 36 |
| Psychological/Social Workers | 24 | 20 | 20 | 20 | 29 | 29 |
| | | | | | | |
| **TOTALS** | **947** | **898** | **893** | **892** | **891** | **891** |

# Legislature

## Jeff Lyons Public Information Officer/Legislative Liaison

The NHDOC believes it is important to have a regular presence at the New Hampshire General Assembly to monitor and to offer information on legislation pertaining to the Department. There were several Department-specific bills and we were also active participants in the special 2015 session as well as the Legislative Committee hearings and workshop processes on the statewide Heroin and Opioid crisis. Here is a summary of the bills that we tracked.

**HB-1541** - Prohibiting placement of certain persons with a mental illness in the Secure Psychiatric Unit, and authorizing the Commissioner of the NHDOC to seek therapeutic alternatives. This bill would prohibit the placement of certain civilly committed patients into the SPU and require the DOC to find alternative placement. The bill was sent to Interim Study and the House Health, Human Services, and Elderly Affairs Committee planned to study it during the off-session.

**HB-1406** – Establishing a commission to study the termination of Medicaid benefits when a person enters certain state institutions or county correctional facilities. We supported this bill because its intent is to suspend rather than terminate Medicaid benefits for inmates while they are incarcerated, which would make it easier for them to get their benefits reinstate upon release.

**HB-1113** - Requiring a performance audit of the sex offender treatment program in the NHDOC. This bill was voted Inexpedient to Legislate because the sponsors did not follow proper protocol to order such audits. However, an audit was ultimately ordered and conducted but the results would not be available until SFY-2017.

A highly publicized bill to install six full body scanners at DOC facilities was added to a **SB-466**, an unclassified employees' salary bill, toward the end of the session. The Legislature approved $1.1-million to acquire the scanners. At the end of SFY-2016 the Department was still hearing presentations from potential vendors and the equipment had not been purchased.

Other Bills of Note

**HB-1426-FN** – Relative to earned time credits for prisoners participating in rehabilitative or educational programming. It expands educational opportunities that inmates can complete in order to receive earned time off their sentence. It passed.

**SB-339** – Relative to required DNA analysis for certain offenses. We requested this bill. It allows for the collection of DNA samples from persons civilly committed as Not Guilty by Reason of Insanity. This bill passed and became chaptered law.

**SB-466** – Relative to the detention of a minor while waiting for the disposition of his or her case. It allows the DOC to place prisoners under the age of 18 in the Sununu Youth Center until their 18th birthday. This helps us address a key PREA requirement. It passed and is now law.

**HB-1311**, **HB-1506** and **HB-1507** – All three bills attempted to restrict or eliminate the use of "solitary confinement." We opposed all three and they were voted ITL after we showed that we do not use the methods outlined in the bills.

# New Hampshire Department of Corrections

## NHDOC Mission Statement:

Our mission is to provide a safe, secure, and humane correctional system through effective supervision and appropriate treatment of offenders, and a continuum of services that promote successful re-entry into society for the safety of our citizens and in support of crime victims.

### Core Values Statement:
The New Hampshire Department of Corrections is committed to fulfilling its mission by upholding the following values:

### Integrity
We adhere to the highest ethical standards and accept responsibility for our decisions and actions.

### Respect
We treat all employees, offenders and the public with fairness, honesty, and dignity, while recognizing individual diversity.

### Professionalism
We are firm, fair and consistent in the performance of our duties and responsibilities. We strive for excellence and take pride in maintaining high quality services, as reflected by our performance, our appearance, and our commitment to lifelong learning. We build trust and teamwork in the workplace by providing positive support and promoting cooperation and communication.

### Collaboration
We promote positive relationships through cooperation and collaboration in partnership with others as we strive to achieve common goals.

### Accountability
We adhere to holding ourselves and our co-workers accountable in carrying out our mission, values, policies, and directives, and in upholding the laws of the State of New Hampshire.

### Victim Recognition Statement:
The NHDOC recognizes and respects the impact of crime upon victims and their families. We acknowledge and support the rights of crime victims, remaining mindful of our role in their process of recovery.

### Vision Statement:
The NH Department of Corrections is an integral part of the criminal justice system, strengthening public safety by achieving excellence in correctional practices.



NEW HAMPSHIRE
DEPARTMENT of
CORRECTIONS

*Serving With Integrity, Respect and Professionalism*