UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**************************************************
Jonathan Leite,                                *
                                               *
            Plaintiff                          *
                                               *
v.                                             *        Case No. 1:15-cv-00280-PB
                                               *
Corrections Officers Matthew Goulet,           *
Elmer Van Hoesen, Michael Beaton, Lynn McLain,*
Heather Marquis, Trevor Dube, Rhianne Snyder,  *
Eddy L'Heureux, Jeffrey Smith, Dwane Sweatt,   *
Yair Balderrama, Bob Morin, Ejike Esobe, and   *
Kathy Bergeron,                                *
                                               *
            Defendants                         *
**************************************************

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Jonathan Leite, hereby appeals to the United

States Court of Appeals for the First Circuit from the United States District Court for the District

of New Hampshire from the following Orders:

Order granting summary judgment dated June 20, 2018 (#67).

                                        Respectfully submitted,
                                        JONATHAN LEITE
                                        By his attorneys,
                                        DOUGLAS, LEONARD & GARVEY, P.C.


Date:  July 19, 2018            By:     /s/ Benjamin T. King
                                        Benjamin T. King, NH Bar #12888,
                                        USCA (1st Cir.) Bar #104295
                                        14 South Street, Suite 5
                                        Concord, NH 03301
                                        (603) 224-1988
                                        benjamin@nhlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2018, I electronically filed the foregoing document with the United States District Court for the District of New Hampshire by using the CM/ECF system. I certify that the defendants' counsel of record are registered as ECF filers and that they will be served by the CM/ECF system:

Lynmarie C. Cusack, Esquire
Francis C. Fredericks, Jr., Esquire
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301-6397
(603) 271-3658
lynmarie.cusack@doj.nh.gov
francis.fredericksjr@doj.nh.gov

/s/ Benjamin T. King
Benjamin T. King